**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **SOUND ENERGY COMPANY, INC.,** | |
| Plaintiffs, | **Civil Action 2:18-cv-1771** |
| vs. | **CHIEF MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |
| **ASCENT RESOURCES – UTICA, LLC, et al.,** | **Jury Demand Endorsed Herein** |
| Defendants. | |

## FIRST AMENDED COMPLAINT

Now come the Plaintiffs and for their First Amended Complaint against the above-captioned Defendants (collectively "Defendants") they allege the following:

### PARTIES

1.      Plaintiff Sound Energy Company, Inc. ("Sound Energy") is a corporation organized under the laws of the State of Ohio and is authorized to do business therein. At all times relevant, Sound Energy was authorized to do business in the State of Ohio.

2.      Plaintiff Bruce A. Levengood is an Ohio resident.

3.      Plaintiff Robert F. Timmerman is an Ohio resident.

4.      Plaintiff Michael L. Demattio is an Ohio resident.

5.      Plaintiff Charles A. Baker is an Ohio resident.

6.      Plaintiff Cassandra McCune, Individually and as Executor of the Estate of Michael McCune, is an Ohio resident.

02269692-1 / 23538.10-0001

7.     Upon information and belief, Defendant Ascent Resources – Utica, LLC ("Ascent") is an Oklahoma limited liability company registered as a foreign limited liability company to do business in the State of Ohio.  It has engaged in sufficient contacts in the State of Ohio as described below establishing personal jurisdiction in Ohio.

8.     Upon information and belief, Defendant Carrizo (Utica) LLC ("Carrizo") is a Delaware limited liability company registered as a foreign limited liability company to do business in the State of Ohio.  It has engaged in sufficient contacts in the State of Ohio as described below establishing personal jurisdiction in Ohio.

**VENUE**

9.     Venue is appropriate in this Court pursuant to Civ.R. 3(B)(3), (5), and (6).

**SOUND ENERGY OIL AND GAS LEASES**

10.     Sound Energy is an Ohio oil and gas exploration and production company. Sound Energy owns numerous oil and gas leases covering real property throughout the State of Ohio, including real property located in Guernsey County, Ohio.

11.     In 2012, Plaintiffs were joint lessees for several oil and gas leases covering properties in Guernsey County, Ohio, with said leases being more particularly identified and described in a June 2012 assignment of overriding royalty interests between Sound Energy and the other Plaintiffs, a true and accurate copy of which is attached hereto as **Exhibit 1** and made a part of this First Amended Complaint. The oil and gas leases covered by that assignment, which are the subject matter of this lawsuit, shall be referred to as the "Sound Energy Leases." The Sound Energy Leases are described within the exhibit attached to the June 2012 assignment between Sound Energy and the other Plaintiffs.

12.     As the lessee of the Sound Energy Leases, Plaintiffs owned the sole and exclusive right to produce the oil and gas associated with the leaseholds covered by the Sound Energy Leases.

## THE PLAINTIFFS' OVERRIDING ROYALTY INTEREST

13.     In June of 2012, Sound Energy assigned certain interests in the Sound Energy Leases to the other Plaintiffs. [*See* Exhibit 1].

14.     Through Exhibit 1, a written instrument entitled "Partial Assignment of Oil and Gas Overriding Royalty Interest," Sound Energy assigned an overriding royalty interest in the Sound Energy Leases to the other Plaintiffs (the "Plaintiffs' ORRI"). Plaintiffs' ORRI is "payable out of all oil, gas and associated hydrocarbons produced, saved and sold, on a lease by lease basis, from the Leases [Sound Energy Leases] and shall be equal to the difference between" twenty percent (20%) and the sum of all existing burdens on the Sound Energy Leases, including royalty interests.

15.     Each of the Plaintiffs, with the exception of Sound Energy, obtained a fractional portion of the Plaintiffs' ORRI, with each fractional portion stated within the assignment.

16.     The Plaintiffs' ORRI applied to the Sound Energy Leases, which were identified within and located on Exhibit A to the assignment document. The Plaintiffs' ORRI also applied to "any replacement or substitutes" for the Sound Energy Leases.

17.     The assignment of the Plaintiffs' ORRI contractually obligated Sound Energy and its successors and assignees to subject any and all future oil and gas leases which replaced the Sound Energy Leases, or acted as substitutes therefor, to the Plaintiffs' ORRI.

18.     The assignment between Sound Energy and the other Plaintiffs was recorded in Guernsey County on September 27, 2012, at OR Book 494, Page 1395.

**SOUND ENERGY ASSIGNS SOUND ENERGY LEASES TO CARRIZO**

19.     On October 16, 2012, Plaintiffs assigned portions of some of the Sound Energy Leases to Carrizo. A true and accurate copy of that assignment is attached hereto as **Exhibit 2** and made a part of this First Amended Complaint.

20.     Specifically, within the October 2012 assignment, the Plaintiffs assigned the Plaintiffs' entire working interest in those Sound Energy Leases covered by this assignment for those geological formations from the base of the Clinton formation to the center of the Earth. That portion of the geological formation is often referred to as the "deep rights" of an oil and gas lease.

21.     On June 11, 2014, Plaintiffs assigned portions of some of the Sound Energy Leases to Carrizo. A true and accurate copy of that assignment is attached hereto as **Exhibit 3** and made a part of this First Amended Complaint.

22.     Specifically, within the June 2014 assignment, the Plaintiffs assigned the Plaintiffs' entire working interest in the "deep rights" for those Sound Energy Leases covered by this assignment.

23.     As of June 2014, Carrizo was the lessee of the deep rights for the Sound Energy Leases.

24.     As of June 2014, the Plaintiffs were the lessees of the shallow rights for the Sound Energy Leases.

**CARRIZO OBTAINS LEASES ON PROPERTY SUBJECT TO SOME OF THE SOUND ENERGY LEASES**

25.     In November of 2016, Carrizo entered into several oil and gas leases with the landowners of the property covered by some of the Sound Energy Leases ("Carrizo Leases"). True and accurate copies of the recorded memorandums of oil and gas lease for the Carrizo

Leases are attached hereto collectively as **Exhibit 4** and made a part of this First Amended Complaint. Upon information and belief, Carrizo did not record the Carrizo Leases and therefore, the Plaintiffs do not possess copies of those leases.

26.     Because the Carrizo Leases would replace or be substitutes for some or all of the Sound Energy Leases, the Carrizo Leases are subject to the Plaintiffs' ORRI and Carrizo was and is obligated to recognize that the Carrizo Leases are subject to the Plaintiffs' ORRI.

### CARRIZO ASSIGNS SOUND ENERGY LEASES AND CARRIZO LEASES TO ASCENT

27.     Upon information and belief, Carrizo and Ascent entered into a purchase and sale agreement dated August 31, 2017.

28.     Upon information and belief, Carrizo and Ascent's August 31, 2017 purchase and sale agreement provided that Carrizo would sell certain leases and assets to Ascent. Upon information and belief, some or all of the Sound Energy Leases and the Carrizo Leases were part of the assets covered by Carrizo and Ascent's August 31, 2017 purchase and sale agreement.

29.     On November 22, 2017, Ascent and Carrizo recorded a document entitled "Assignment, Bill of Sale and Conveyance" at OR Book 552, Page 1175 of the Guernsey County Recorder's records (the "Ascent-Carrizo Assignment"). A true and accurate copy of that document is attached hereto as **Exhibit 5**.

30.     Upon information and belief, the Ascent-Carrizo Assignment was made effective April 1, 2017.

31.     Upon information and belief, the Ascent-Carrizo Assignment was prepared, executed, and recorded pursuant to Carrizo and Ascent's August 31, 2017 purchase and sale agreement.

32.     Carrizo assigned its interest in some or all of the Sound Energy Leases to Ascent within the Ascent-Carrizo Assignment.

33.     Carrizo assigned its interest in the Carrizo Leases to Ascent within the Ascent-Carrizo Assignment.

34.     Because the Carrizo Leases would replace or be substitutes for some or all of the Sound Energy Leases, the Carrizo Leases are subject to the Plaintiffs' ORRI and Ascent, as assignee of Carrizo, is obligated to recognize that the Carrizo Leases are subject to the Plaintiffs' ORRI.

35.     By assigning the Carrizo Leases, the Ascent-Carrizo Assignment disparages Plaintiffs' title to the Sound Energy Leases by claiming that the Carrizo Leases should take precedence over the Sound Energy Leases.

**ASCENT OBTAINS LEASES ON PROPERTY SUBJECT TO SOME OF THE SOUND ENERGY LEASES**

36.     Upon information and belief, while the Ascent-Carrizo deal was progressing and being finalized, Ascent was in contact wither several of the landowner-lessors of the some of the Sound Energy Leases.

37.     Upon information and belief, Ascent contacted those landowner-lessors for purposes of securing new oil and gas leases in Ascent's name.

38.     In November of 2017, Ascent entered into several oil and gas leases with the landowners of the property covered by some of the Sound Energy Leases ("Ascent Leases"). True and accurate copies of the recorded memorandums of oil and gas lease for the Ascent Leases are attached hereto collectively as **Exhibit 6** and made a part of this First Amended Complaint. Upon information and belief, Ascent did not record the Ascent Leases and therefore, the Plaintiffs do not possess copies of those leases.

39.     Because the Ascent Leases would replace or be substitutes for some or all of the Sound Energy Leases, the Ascent Leases are subject to the Plaintiffs' ORRI and Ascent is obligated to recognize that the Ascent Leases are subject to the Plaintiffs' ORRI.

40.     Upon information and belief, Ascent claims that the Ascent Leases are the sole leases for their respective leaseholds, to the exclusion of the respective Sound Energy Leases. Said claim disparages the Plaintiffs' title to their interests in the Sound Energy Leases, including the Plaintiffs' ORRI.

**ASCENT WRONGFULLY REFUSES TO RECOGNIZE THE PLAINTIFFS' ORRI**

41.     Upon information and belief, Ascent has included the Carrizo Leases and Ascent Leases in several oil and gas production units: (1) the HOOP LND GR 1H (API #34059244390000); (2) the HOOP LND GR 2H (API #34059244430000); (3) the HOOP LND GR 3H (API #3405924444000); (4) the HOOP LND GR 4H (API #34059244420000); and (5) the HOOP LND GR 5H (API #34059244410000). These oil and gas production units shall be referred to collectively as the "Well Units." There may be other oil and gas production units drilled, operated, or otherwise owned, in any percentage, by Ascent, which contain some or all of the Sound Energy Leases, Carrizo Leases, and/or Ascent Leases. These additional oil and gas production units, whose identity is within Defendants' possession, are included in the term "Well Units."

42.     Upon information and belief, Ascent has also included some of the Sound Energy Leases in the Well Units.

43.     In November of 2018, Plaintiff Bruce A. Levengood contacted Ascent regarding the division orders for the Well Units. A well unit's division order will show the royalty owners', including owners of overriding royalty interests, respective interest in the well's production.

44.     Plaintiff Bruce A. Levengood questioned Ascent as to why Ascent was not accounting for the Plaintiffs' ORRI in all of the Sound Energy Leases.

45.     Ascent told Plaintiff Bruce A. Levengood that he and the other Plaintiffs did not have an overriding royalty interest in several of the tracts covered by several of the Sound Energy Leases because of the Carrizo Leases and Ascent Leases. Ascent's position is that the Carrizo Leases and Ascent Leases are valid for their leaseholds to the exclusion of the respective Sound Energy Leases. Furthermore, Ascent claims that Plaintiffs' ORRI does not attach to the Carrizo Leases and Ascent Leases.

46.     Ascent's refusal to recognize the Plaintiffs' ORRI in all of the Sound Energy Leases, Carrizo Leases, and Ascent Leases is wrongful and has caused and is continuing to cause significant damages to the Plaintiffs.

## COUNT ONE

### (Quiet Title)

47.     Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

48.     Plaintiffs are the owners of the Plaintiffs' ORRI.

49.     Plaintiffs are the owners of the shallow rights for the Sound Energy Leases.

50.     The Plaintiffs' ORRI affects all of the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases, and all of the oil and gas produced from the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases.

51.     Defendants all claim to own interests in the Carrizo Leases and Ascent Leases which may be adverse to Plaintiffs' interest in the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases.

52.     Defendants may claim that the Plaintiffs' ORRI is not effective and/or not enforceable against them as to the Carrizo Leases and Ascent Leases.

53.     Plaintiffs request this Court to quiet title to the Plaintiffs' ORRI by finding that the Plaintiffs' ORRI is valid, covers the Carrizo Leases and Ascent Leases, and is binding on the Defendants.

54.     Furthermore, Plaintiffs are entitled to a full accounting as to what interest each of the Defendants claims to presently own in any of the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases, a full accounting of all oil and gas wells drilled under those leases, a full accounting of all production obtained by the Defendants under those leases, and a full accounting of all payments that Defendants made or should have made under those leases. Furthermore, Plaintiffs are entitled to award of all royalties which should have been made to the Plaintiffs, but that were not made.

55.     Plaintiffs request that this Court cause to be recorded in the records of Guernsey County a certified copy of the Judgment or Decree declaring the rights of the parties pursuant to R.C. 5303.06.

## COUNT TWO

### (Breach of Contract - Ascent)

56.     Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

57.     Plaintiffs and Ascent are parties to a binding contract, as evidenced by and embodied in the assignment creating the Plaintiffs' ORRI and the Sound Energy Leases.

58.     Plaintiffs have fully performed under the assignment creating the Plaintiffs' ORRI and the Sound Energy Leases.

59.     Ascent has breached the parties' contract by entering into the Ascent Leases and by obtaining the Carrizo Leases.

60.     Ascent's refusal to recognize that the Plaintiffs' ORRI is valid and enforceable as to all of the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases constitutes a breach of contract.

61.     Ascent's refusal to recognize that the Plaintiffs' ORRI is valid and enforceable as to all of the Sound Energy Leases, the Carrizo Leases, and the Ascent Leases contained within the Well Units constitutes a breach of contract.

62.     Plaintiffs are entitled to a full accounting of all revenue generated from the Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and are entitled to an award of any and all payments that Ascent should have made relating to the Plaintiffs' ORRI, but that Ascent failed to make.

63.     As a direct and proximate result of Ascent's breach or breaches, Plaintiffs have been damaged in an amount which exceeds $25,000, to be determined at trial. Plaintiffs are further entitled to an award of an accounting for all revenue generated from the Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and an award of any and all royalties which are due and payable to Plaintiffs, including past due royalties.

## COUNT THREE

### (Breach of Contract - Carrizo)

64.     Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

65.     Plaintiffs and Carrizo are parties to a binding contract, as evidenced by and embodied in the assignment creating the Plaintiffs' ORRI and the Sound Energy Leases.

66.     Plaintiffs have fully performed under the assignment creating the Plaintiffs' ORRI and the Sound Energy Leases.

67.     Carrizo has breached the parties' contract by entering into the Carrizo Leases and by assigning the Carrizo Leases to Ascent.

68.     Plaintiffs are entitled to a full accounting of all revenue generated from the Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and are entitled to an award of any and all payments that Carrizo should have made relating to the Plaintiffs' ORRI, but that Carrizo failed to make.

69.     As a direct and proximate result of Carrizo's breach or breaches, Plaintiffs have been damaged in an amount which exceeds $25,000, to be determined at trial. Plaintiffs are further entitled to an award of an accounting for all revenue generated from the Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and an award of any and all royalties which are due and payable to Plaintiffs, including past due royalties.

## COUNT FOUR

### (Slander of Title - Ascent)

70.     Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

71.     As detailed above, Ascent has filed and/or has caused the filing of certain documents which contain false statements relative to the Sound Energy Leases and the Plaintiffs' ORRI and those false statements disparage and defame Plaintiffs' title to the Sound Energy Leases and the Plaintiffs' ORRI.

72.     Ascent's false statements were made with malice and/or reckless disregard of their falsity, as evidenced by, among other things, the plain language of the Sound Energy

Leases, the plain language of the assignment creating the Plaintiffs' ORRI, and Ascent's knowledge as to the existence of the Plaintiffs' ORRI and the Sound Energy Leases.

73.      Ascent's false statements and actions have caused Plaintiffs to suffer actual and special damages, including, but not limited to, lost income from production under the Sound Energy Leases, Carrizo Leases, and the Ascent Leases, attorneys' fees, and costs associated with this action.

74.      Plaintiffs request that they be awarded their actual and special damages from Ascent, in an amount which exceeds $25,000, to be determined at trial.

75.      Ascent's conduct was intentional and deliberate and was committed with actual malice and/or a reckless disregard of Plaintiffs' rights, such that Plaintiffs should be awarded punitive damages and attorneys' fees.

## COUNT FIVE

### (Tortious Interference - Ascent)

76.      Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

77.      Plaintiffs hold ongoing business relationships and/or contracts with third-parties and have held those business relationships and contracts at all times relevant to the matters addressed herein.

78.      Ascent was, at all times relevant, aware of Plaintiffs' ongoing business relationships and contracts.

79.      Ascent, without justification, intentionally interfered with Plaintiffs' business relationships and contracts by directly or indirectly soliciting, inducing, and/or procuring those third-parties to breach and/or violate the terms of the business relationships and contracts.

80. Ascent intentionally sought and/or procured the breach of those business relationships and contracts by their conduct described herein.

81. As a direct and proximate result of Ascent's tortious interference, Plaintiffs suffered damages in an amount which exceeds $25,000, to be determined at trial.

82. Ascent's conduct was intentional and deliberate and was committed with actual malice and/or a reckless disregard of Plaintiffs' rights, such that Plaintiffs should be awarded punitive damages and attorneys' fees.

## COUNT SIX

### (Tortious Interference - Carrizo)

83. Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

84. Plaintiffs hold ongoing business relationships and/or contracts with third-parties and have held those business relationships and contracts at all times relevant to the matters addressed herein.

85. Carrizo was, at all times relevant, aware of Plaintiffs' ongoing business relationships and contracts.

86. Carrizo, without justification, intentionally interfered with Plaintiffs' business relationships and contracts by directly or indirectly soliciting, inducing, and/or procuring those third-parties to breach and/or violate the terms of the business relationships and contracts.

87. Carrizo intentionally sought and/or procured the breach of those business relationships and contracts by their conduct described herein.

88. As a direct and proximate result of Carrizo's tortious interference, Plaintiffs suffered damages in an amount which exceeds $25,000, to be determined at trial.

89. Carrizo's conduct was intentional and deliberate and was committed with actual malice and/or a reckless disregard of Plaintiffs' rights, such that Plaintiffs should be awarded punitive damages and attorneys' fees.

## COUNT SEVEN

### (Unjust Enrichment - Ascent and Carrizo)

90. Plaintiffs reallege and fully incorporate all allegations in this First Amended Complaint as if fully rewritten herein.

91. Plaintiffs plead this claim in the alternative to Plaintiffs' breach of contract claims (Counts Two and Three).

92. Defendants have unjustly enriched themselves at the expense of Plaintiffs, by attempting to increase their financial benefits by entering into the Carrizo Leases and Ascent Leases and assigned or otherwise conveying the same, while attempting to avoid the Plaintiffs' ORRI.

93. As a direct and proximate result of Defendants' unjust enrichment, Plaintiffs have been damaged in an amount which exceeds $25,000, to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, on the basis of the allegations and claims herein, Plaintiffs request:

1. Quiet title relief under Count One;

2. A full accounting under the terms detailed in Count One and an award of any and all payments which are due and payable to the Plaintiffs;

3. That Plaintiffs recover full compensatory damages for Count Two against Ascent, in an amount which exceeds $25,000, the amount of which will be determined by the jury, and Plaintiffs are further entitled to an award of an accounting for all revenue generated from the

Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and an award of any and all royalties which are due and payable to Plaintiffs, including past due royalties.;

4.      That Plaintiffs recover full compensatory damages for Count Three against Carrizo, in an amount which exceeds $25,000, the amount of which will be determined by the jury, and Plaintiffs are further entitled to an award of an accounting for all revenue generated from the Sound Energy Leases, Carrizo Leases, Ascent Leases, and Well Units and an award of any and all royalties which are due and payable to Plaintiffs, including past due royalties.;

5.      That Plaintiffs recover full actual and special damages for Count Four against Ascent, in an amount which exceeds $25,000, the amount of which will be determined by the jury, and punitive damages in an amount which exceeds $25,000, the amount of which will be determined by the jury;

6.      That Plaintiffs recover full compensatory damages for Count Five against Ascent, in an amount which exceeds $25,000, the amount of which will be determined by the jury, and punitive damages in an amount which exceeds $25,000, the amount of which will be determined by the jury;

7.      That Plaintiffs recover full compensatory damages for Count Six against Carrizo, in an amount which exceeds $25,000, the amount of which will be determined by the jury, and punitive damages in an amount which exceeds $25,000, the amount of which will be determined by the jury;

8.      That Plaintiffs recover full compensatory damages for Count Seven against Defendants, jointly and severally, in an amount which exceeds $25,000, the amount of which will be determined by the jury;

9.     That Plaintiffs be awarded pre-judgment and post-judgment interest on the amount of the judgment;

10.     That Plaintiffs be awarded reasonable attorneys' fees and the costs of this action; and

11.     That Plaintiffs be awarded any additional equitable or legal relief, including injunctive relief, which this Court deems just and proper.

Respectfully submitted,

_s/ Matthew W. Onest_
Matthew W. Onest (#0087907) and
Owen Rarric (#0075367), of
KRUGLIAK, WILKINS, GRIFFITHS&
DOUGHERTY CO., L.P.A.
4775 Munson St. NW/P.O. Box 36963
Canton, OH 44735-6963
Phone:  330-497-0700/Fax:  330-497-4020
monest@kwgd.com; orarric@kwgd.com
ATTORNEYS FOR PLAINTIFFS

## JURY DEMAND

Plaintiffs hereby demand, pursuant to Rule 38 of the Federal Rules of Civil Procedure, that a jury be impaneled to try all issues contained herein.

_s/ Matthew W. Onest_
Matthew W. Onest (#0087907) and
Owen Rarric (#0075367), of
KRUGLIAK, WILKINS, GRIFFITHS&
DOUGHERTY CO., L.P.A.
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 29th day of March, 2019, a true and complete copy of the foregoing was filed electronically using the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Matthew W. Onest*
Matthew W. Onest (#0087907) and
Owen Rarric (#0075367), of
KRUGLIAK, WILKINS, GRIFFITHS&
DOUGHERTY CO., L.P.A.
ATTORNEYS FOR PLAINTIFFS

Requested By: kim 10/15/2012

[Guernsey]

```
                                              Instrument    Book Page
                                              201200008650 OR  494 1395
```

201200008650
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
09-27-2012 At 12:52 pm.
ASSIGN LEAS   140.00
OR Book   494 Page 1395 - 1398

201200008650
VORYS SATER SEYMOUR ND PEASE LLP
52 EAST GAY ST
COLUMBUS OH 43215

## PARTIAL ASSIGNMENT OF OIL AND GAS
## OVERRIDING ROYALTY INTEREST

By this assignment (the "**Assignment**"), the undersigned **SOUND ENERGY COMPANY, INC.**, an Ohio corporation ("**Assignor**"), with an address of P. O. Box 306, 3632 St. Rt. 800 NE, Dover, Ohio 44622, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, assign, convey and set over unto each of the **Assignees** (as defined below and in the amount set forth below) an overriding royalty interest (the "**Overriding Royalty Interests**") in and to the oil and gas leases described on Exhibit A and any replacement or substitutes therefor (the "**Leases**"), limited to and only insofar as such relates to or includes the Geologic Formation (as defined below), and subject to the terms and conditions provided below.

The entire and total Overriding Royalty Interests are payable out of all oil, gas and associated hydrocarbons produced, saved and sold, on a lease by lease basis, from the Leases and shall be equal to the difference between (i) twenty percent (20%) and (ii) the sum of all burdens existing on a Lease including, without limitation, royalty, overriding royalty, net profits interests, and other similar interests of record affecting or burdening the working interest in any given lease conveyed hereby as of the effective date hereof. For example, if a lease is subject to a 12.5% landowner royalty and an additional 2.5% existing overriding royalty, then the Overriding Royalty Interest subject to this Assignment will be 5% (20% less (12.5% + 2.5%)). Should the burdens of record affecting or burdening the working interest in such lease being conveyed as of the effective date equal or exceed twenty percent (20%), there shall be no overriding royalty interest conveyed by this Assignment.

The Assignees are listed under the heading "Assignee" below, and each Assignee shall receive an Overriding Royalty Interest in each Lease in an amount equal to the Overriding Royalty Interest in that Lease multiplied by the fraction as set forth below under the heading "Overriding Royalty Interest":

| Assignee | Overriding Royalty Interest |
|---|---|
| Bruce A. Levengood | 2/5 of the Overriding Royalty Interest |
| Robert F. Timmerman | 1/10 of the Overriding Royalty Interest |
| Michael L. Demattio | 1/6 of the Overriding Royalty Interest |
| Charles A. Baker | 1/6 of the Overriding Royalty Interest |
| Cassandra McCune, Executor of the Estate of Michael McCune | 1/6 of the Overriding Royalty Interest |
| | Total 100% |

*For Correction of Assignment See OR 495 Pg 582.*

*Return to Vorys at Flush Envelope Provided*

1

EXHIBIT
1

[Guernsey]

Instrument
201200008650 OR

Book Page
494 1396

As used in this Assignment, the term **"Geologic Formation"** shall mean all subsurface depths from the bottom the Clinton formation to the center of the earth.

The Overriding Royalty Interests are granted, assigned, transferred, conveyed and set over subject to all matters of record and without any warranties of any nature or kind whatsoever, including without limitation warranties of title, merchantability and fitness for a particular purpose.

This Assignment shall be binding upon and shall inure to the benefit of Assignor and Assignee and their respective heirs, personal representatives, successors and assigns.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK;
SIGNATURE ON FOLLOWING PAGE]

2

[Guernsey]

Instrument
201200008650 OR

Book Page
494 1397

Executed on and to be effective as of this 25th day of _June_____, 2012
by the duly authorized representative of Assignor.

SOUND ENERGY COMPANY, INC.

By: _____
Bruce A. Levengood, President

STATE OF OHIO ⎫
⎬ ss:
COUNTY OF _Tuscarawas_ ⎭

The foregoing instrument was acknowledged before me this 25th day of _June_____,
2012, by Bruce A. Levengood, President, of Sound Energy Company, Inc., an Ohio corporation,
on behalf of the corporation.

_____
Notary Public

My Commission Expires:
_June 24, 2013_

This Instrument Prepared by:

Sheila Nolan Gartland
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-8225

[Notary Seal]

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

3

EXHIBIT A

| well name | Lessor Name 1 | Lessor Name 2 | Lessee | County | Township | Volume | Page | TWP | Range | Lease Section Or Lot | Lease Date | Lease Total Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McClelland #2 | Murray | Rex C. & Cecilia | Resources Exploration | Guernsey | Londonderry | 70 | 685 | 11 | 7 | 26 | 26605 | 27 |
| Estep | Estep | Roland B & Alida | Resources Exploration | Guernsey | Londonderry | 71 | 100 | 11 | 7 | 27 | 26656 | 75 |
| Hibbs #2 | Montgomery | Fred & Irene | Resources Exploration | Guernsey | Londonderry | 70 | 730 | 11 | 7 | 32 | 26607 | 62 |
| Dorst #1/Camp Estates | Bond | Marguerite | Resources Exploration | Guernsey | Londonderry | 70 | 700 | 11 | 7 | 32,26,27 | 26606 | 93.58 |
| Estep | Angle | Lea R. & Kathleen | Resources Exploration | Guernsey | Londonderry | 71 | 104 | 11 | 7 | 27 | 26663 | 5.153 |
| Camp Estates | McElhaney | John & Martha | Baird & Bird | Guernsey | Londonderry | 55 | 395 | 11 | 7 | 26 | 24245 | 100 |
| Hibbs #2 | Hibbs | Lewis R. & Ferna E. | Baird & Bird | Guernsey | Londonderry | 55 | 459 | 11 | 7 | 32 | 24289 | 94 |
| Pribonic | Pribonic | John J. & Evelyn L. | Resources Exploration | Guernsey | Londonderry | 74 | 531 | 11 | 7 | 31 | 26614 | 116.29 |
| McElhaney | McElhaney | John A. & Martha | Resources Exploration | Guernsey | Londonderry | 72 | 122 | 11 | 7 | 31 | | 70 |
| McElhaney | McCormick | William & Ruth | Resources Exploration | Guernsey | Londonderry | 72 | 124 | 11 | 7 | 31 | | 22 |
| Downerd | Merryman | Dell J. | Resources Exploration | Guernsey | Londonderry | 72 | 772 | 11 | 7 | 33 | 27003 | 4.2 |
| Estep/Latham #3 | Latham et al | Lewis W. | Resources Exploration | Guernsey | Londonderry | 74 | 278 | 11 | 7 | 27 | 27405 | 181 |
| | Bond | C. Eugene & Janet | Resources Exploration | Guernsey | Londonderry | 70 | 732 | 11 | 7 | 27 | | 26.08 |
| McClelland #2 | McClelland | Kenneth & Bernice | Penn Industrial Energy | Guernsey | Londonderry | 70 | 237 | 11 | 7 | 26 | 26491 | 121 |
| Baird | Baird | Walter H. | Resources Exploration | Guernsey | Londonderry | 72 | 193 | 11 | 7 | 32 | 26814 | 156.5 |
| McClelland #1 | McClelland | Donald | Penn Industrial Energy | Guernsey | Londonderry | 70 | 235 | 11 | 7 | 26,27 | 26491 | 126 |
| Downerd | Downerd | Glenn B. & Lauretta | Resources Exploration | Guernsey | Londonderry | 70 | 687 | 11 | 7 | 33 | 26604 | 150 |
| Dorst #1 | Dorst | Wayne | Resources Exploration | Guernsey | Londonderry | 70 | 683 | 11 | 7 | 32,33 | 26605 | 67 |
| Dorst #1 | Dorst | Wayne | Resources Exploration | Guernsey | Washington | 70 | 683 | 11 | | 20 | 26605 | 40 |

#13933690 - Guernsey

Instrument
20120008650 OR

Book Page
494 1398

Instrument        Book Page
201200009415 OR    495  656

201200009415
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
10-16-2012 At 02:47 pm.
ASSIGN LEAS      120.00
OR Book    495 Page  656 - 665

201200009415
BETA LAND SERVICES
PICK UP

## PARTIAL ASSIGNMENT OF LEASES

      **THIS PARTIAL ASSIGNMENT AND BILL OF SALE** (this "*Assignment*") made to be effective as of 12:01 a.m., local time at the location of property underlying the Leases (as defined below) on the __*16*__ day of __*October*__, 2012 (the "*Effective Time*"), by and between **Sound Energy Company, Inc.**, a corporation organized under the laws of the State of Ohio ("*SEC*"); **Charles Baker** ("*Mr. Baker*"), and wife, **Kim L. Baker** ("*Mrs. Baker*"), both individuals residing in the State of Ohio; **Michael Demattio** ("*Mr. "Demattio*"), and wife **Lisa H. Demattio** ("*Mrs. Demattio*"), both individuals residing in the State of Ohio; **Cassandra L. McCune** (**Ms. McCune**), an unremarried widow, residing in the State of Ohio, acting in her individual capacity and as Executor of the Estate of Michael McCune, Deceased; **Robert Timmerman** ("*Mr. Timmerman*"), and wife **Brenda L. Timmerman** ("*Mrs. Timmerman*"), both individuals residing in the State of Ohio and **Carrizo (Utica) LLC**, a limited liability company organized under the laws of the State of Delaware ("*Assignee*"). Each of SEC, Mr. Baker, Mr. Demattio, Ms. McCune, and Mr. Timmerman may be referred to herein as "*Assignor*" and collectively as the "*Assignors.*" Assignors and Assignee will collectively be referred to in this Agreement as the "*Parties*" and each of them, individually, as a "*Party.*" Mrs. Baker, Mrs. Demattio, Mrs. Timmerman are executing this Agreement solely to release any dower rights.

      **WHEREAS**, Assignors and Assignee entered into that Purchase and Sale Agreement dated as of __*October  12*__, 2012 (the "*Agreement*"), pursuant to which Assignors have agreed to sell and Assignee has agreed to purchase and acquire the Assets (as hereinafter defined and subject to the exclusion set out below).

### ARTICLE I
### ASSIGNMENT OF INTEREST

      **Section 1.1**    **Assignment.** In consideration of Ten Dollars ($10.00) and other good and valuable consideration paid, the receipt and sufficiency of which are hereby acknowledged, Assignors hereby forever grant, sell, transfer, convey and assign, with limited warranty covenants, to Assignee, its successors and assigns, the properties and interests described in Section 1.1(a) through Section 1.1(d) below (collectively the "*Assets*"):

          (a)    the entire working interests of Assignors in and to the oil and gas leases described on <u>Exhibit A</u> attached hereto and made a part hereof (the "*Leases*) INSOFAR AND ONLY INSOFAR as they cover the geologic interval from the base of the Clinton formation to the center of the Earth (the "*Deep*

1


EXHIBIT
2

Instrument    Book Page
201200009415 OR    495   657

*Horizons)* which working interests shall afford Assignee not less than an 80% net revenue interest in the oil, gas and other hydrocarbons produced and saved and sold from or allocated to such Leases insofar as the Leases cover and affect the Deep Horizons;

      (b)    to the extent assignable, all rights-of-way, easements, licenses and servitudes appurtenant to the Leases insofar and only insofar as they are useful in exploring, developing and producing oil, gas and related hydrocarbons from the Deep Horizons but subject to the rights of Assignors in such rights-of-way, easements, licenses and servitudes which respect to the Shallow Horizons (as defined below);

      (c)    to the extent assignable, the rights and obligations, if any, derived from any operating agreements, units, unit agreements and unit operating agreements relating to the Leases INSOFAR AND ONLY INSOFAR as they cover the Deep Horizons; and

      (d)    copies of all operating, accounting, seismic, geologic and geophysical maps and data, engineering and production history data, lease files, contract, land, title, well, regulatory, corporate and legal files, records, materials, data and information regarding the Leases, insofar as they cover and affect the Deep' Horizons, including copies of the Leases and all title documentation, assignments, title opinions, abstracts of title, run-sheets, maps and other title information and environmental reports or assessments in Sellers' possession or control with respect to the items referred to in Sections 1.1(a), 1.1(b) and 1.1(c) above; provided, however, that the information and copies referred to in this Section 1.1(d) shall not include (i) any legal materials the disclosure of which Assignors determine would jeopardize the assertion of a privilege in ongoing or anticipated litigation with third parties or any attorney-client privilege, or (ii) information, the disclosure of which would violate any confidentiality agreement to which the disclosing Seller is bound.

    Section 1.2   **Excluded Assets and Correlative Rights**. The grant, bargain, sale, transfer, conveyance, and assignment under this Assignment does not include the surface estate in and to the lands covered by the Leases or the oil, gas and other hydrocarbons or other minerals produced and saved and sold from or allocated to the Leases in subsurface depths above the Deep Horizons (the "*Shallow Horizons*"), including the leasehold estates created by the Leases insofar as they cover the Shallow Horizons. Notwithstanding the foregoing exclusion: (i) Assignors shall have the right to continue full operation of their existing wells, and any future wells that may be drilled to develop the Shallow Horizons; and (ii) Assignee shall have the right to make reasonable use of the Shallow Horizons to explore for and develop the oil, gas or other minerals in and under the Deep Horizons (including, without limitation, drilling in and through the Shallow Horizons to explore, to develop and to reach the oil, gas and other minerals in the Deep Horizons, conducting seismic explorations useful in exploring the Deep Horizons, and

Instrument 201200009415 OR    Book Page 495  658

constructing, operating and maintaining pipelines and other facilities on or in the Shallow Horizons to explore for and develop the oil, gas and other minerals in and under the Deep Horizons or to store, compress, treat or transport same).

## ARTICLE II
## MISCELLANEOUS

Section 2.1    **Agreement; Incorporation by Reference.**    This Assignment is made specifically subject to the terms and conditions of the Agreement, which are incorporated herein by reference. Except as specifically defined herein, capitalized terms in this Assignment shall have the meanings given to them in the Agreement. The Agreement contains certain representations, warranties, obligations and covenants between Assignors and Assignee which survive the delivery of this Assignment and which shall not be merged into this Assignment, or otherwise negated by the execution and delivery of this Assignment. In the event of any conflict between the terms of this Assignment and the terms of the Agreement, the terms of the Agreement shall control.

Section 2.2    **Further Assurances.**    Each Party agrees to take such further actions and to execute, acknowledge and deliver all such further documents as are reasonably requested by the other for carrying out the purposes of this Assignment.

Section 2.3    **Assignment.**    This Assignment is made subject to the Agreement and to any and all licenses, leases, easements, rights of way, restrictions, covenants, restrictions and other matters of record affecting the Assets or the Leases, and land use or similar laws, rules or regulations.

Section 2.4    **Governing Law.**    This Assignment shall be governed by and construed and enforced in accordance with the internal Laws of the State of Ohio without reference to its choice of Law rules to the extent such rules would result in the application of the Laws of another jurisdiction.

Section 2.5    **Counterparts; Recordation.**    This Assignment may be executed in any number of counterparts, each of which shall be of equal dignity and all of which shall constitute but one and the same instrument.

[Signature Pages Follow]

3

Instrument                Book Page
201200009415 OR           495  659

IN WITNESS WHEREOF, Assignors and Assignee have caused this Assignment to be duly executed on the respective dates set forth below in their respective acknowledgments, to be effective as of the Effective Time.

**ASSIGNORS:**                          **ASSIGNEE:**

SOUND ENERGY COMPANY, INC.              **CARRIZO (UTICA) LLC**

By: _____          By:_____
Bruce Levengood, President             Name_____
                                       Title:_____

_____
Charles Baker

_____
Kim L. Baker, signing solely to release dower

_____
Michael Demattio

_____
Lisa H. Demattio, signing solely to release
dower

_____
Cassandra L. McCune

_____
Robert Timmerman

_____
Brenda L. Timmerman, signing solely to
release dower

4

Instrument      Book Page
201200009415 OR   495  660

IN WITNESS WHEREOF, Assignors and Assignee have caused this Assignment to be duly executed on the respective dates set forth below in their respective acknowledgments, to be effective as of the Effective Time.

**ASSIGNORS:**                          **ASSIGNEE:**

**SOUND ENERGY COMPANY, INC.**          **CARRIZO (UTICA) LLC**

By:_____            By:_____
    Bruce Levengood, President        Name____Richard H. Smith_____
                                        Title:____Vice President-Land_____

_____
Charles Baker

_____
Kim L. Baker, signing solely to release dower

_____
Michael Demattio

_____
Lisa H. Demattio, signing solely to release dower

_____
Cassandra L. McCune

_____
Robert Timmerman

_____
Brenda L. Timmerman, signing solely to release dower

4

Instrument Book Page
201200009415 OR 495 661

STATE OF Ohio    )
                 ) SS:
COUNTY OF Tuscarawas    )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Bruce Levengood, President of Sound Energy Company, Inc., an Ohio corporation, on behalf of the corporation.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

Carrie F. Ellenbaugh
Notary Public

My Commission Expires _____

STATE OF    )
            ) SS:
COUNTY OF _____    )

The foregoing instrument was acknowledged before me this _____ day of _____, 2012, by _____, _____ of Carrizo (Utica) LLC, a Delaware limited liability company, on behalf of the limited liability company.

_____
Notary Public

My Commission Expires _____

STATE OF Ohio    )
                 ) SS:
COUNTY OF Tuscarawas    )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Charles Baker.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

Carrie F. Ellenbaugh
Notary Public

My Commission Expires June 24, 2013

STATE OF Ohio    )
                 ) SS:
COUNTY OF Tuscarawas    )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Kim L. Baker.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

Carrie F. Ellenbaugh
Notary Public

My Commission Expires _____

5

Instrument          Book Page
201200009415 OR      495  662

STATE OF                    )
                              ) SS:

COUNTY OF _____ )

The foregoing instrument was acknowledged before me this _____ day of _____, 2012, by Bruce Levengood, President of Sound Energy Company, Inc., an Ohio corporation, on behalf of the corporation.

_____
Notary Public

My Commission Expires _____

STATE OF *Texas*            )
                              ) SS:

COUNTY OF *Harris*     )

The foregoing instrument was acknowledged before me this *15th* day of *October*, 2012, by *Richard H. Smith, Vice President-Land* of Carrizo (Utica) LLC, a Delaware limited liability company, on behalf of the limited liability company.

*Patricia A. Richmond*
Notary Public

PATRICIA A. RICHMOND
Notary Public, State of Texas
My Commission Expires
June 14, 2014

My Commission Expires _____

STATE OF                    )
                              ) SS:

COUNTY OF _____ )

The foregoing instrument was acknowledged before me this _____ day of _____, 2012, by Charles Baker.

_____
Notary Public

My Commission Expires _____

STATE OF                    )
                              ) SS:

COUNTY OF _____ )

The foregoing instrument was acknowledged before me this _____ day of _____, 2012, by Kim L. Baker.

_____
Notary Public

My Commission Expires _____

5

Instrument
201200009415 OR

Book Page
495  663

STATE OF Ohio                              )
                                           ) SS:
COUNTY OF Tuscarawas                       )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Michael Demattio.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

My Commission Expires _____                    _____
                                                              Notary Public

STATE OF Ohio                              )
                                           ) SS:
COUNTY OF Tuscarawas                       )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Lisa J. Demattio.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

My Commission Expires _____                    _____
                                                              Notary Public

STATE OF Ohio                              )
                                           ) SS:
COUNTY OF Tuscarawas                       )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Cassandra L. McCune.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

My Commission Expires June 24, 2013                      _____
                                                              Notary Public

STATE OF Ohio                              )
                                           ) SS:
COUNTY OF Tuscarawas                       )

The foregoing instrument was acknowledged before me this 12th day of October, 2012, by Robert Timmerman.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

My Commission Expires June 24, 2013                      _____
                                                              Notary Public

6

Instrument  Book Page
201200009415 OR   495  664

STATE OF Ohio )
 ) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this _12th_ day of _October_, 2012, by Brenda L. Timmerman.

CARRIE F. ELLENBAUGH
Notary Public, State of Ohio
My Commission Exp.: June 24, 2013

_Carrie F. Ellenbaugh_
Notary Public

My Commission Expires _June 24, 2013_

This instrument prepared by:
Carrizo (Utica), LLC
500 Dallas Street, Suite 2499
Houston, Texas 77002
Attention: Mr. Richard Smith

7

10/09/2012 14851735 V.2

Instrument 20120009415 OR   Book Page 495 665

## Exhibit "A"

Attached to and made a part of that certain Assignment of Oil and Gas Leases dated and effective October 12, 2012, by and between Sound Energy Company, Inc., Charles A. Baker and wife, Kim L. Baker, Michael L. Demattio and wife, Lisa H. Demattio, Cassandra L. McCune, Robert F. Timmerman and wife, Brenda L. Timmerman, as Assignor, and Carrizo (Utica) LLC, as Assignee

### THE LEASES

| Lessor | Lessee | County | Section | Township | Range | Twp | Dated | Book | Page | Parcel ID Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Roland B. & Alice Estep | Resource Exploration, Inc. | Guernsey | 27 | Londonderry | 7 | 11 | 12/23/1972 | 71 | 100 | 20-0000205.000 |
| Lewis W. Latham (Estate), Asher F. & Mary E. Latham, and Bart A. Latham | Resource Exploration, Inc. | Guernsey | 27 | Londonderry | 7 | 11 | 1/11/1975 | 74 | 278 | 20-0000013.000<br>20-0000410.000<br>20-0001181.000<br>20-0001183.000<br>20-0001275.000<br>20-0001276.000 |
| Glenn B. & Loretta Downerd | Resource Exploration, Inc. | Guernsey | 33 | Londonderry | 7 | 11 | 11/1/1972 | 70 | 687 | 20-0001247.000 |
| John B. Martha McElhaney | Baird and Bird, and Walter H. Baird | Guernsey | 26 | Londonderry | 7 | 11 | 5/18/1966 | 55 | 395 | 20-0000102.000 |
| Kenneth G. & Berenice McClelland | Penn. Industrial Energy Corp. | Guernsey | 26 | Londonderry | 7 | 11 | 7/11/1972 | 70 | 237 | 20-0000466.000<br>20-0000467.000<br>20-0000468.000 |
| Rex C. & Cecilia Murray | Resource Exploration, Inc. | Guernsey | 26 | Londonderry | 7 | 11 | 11/2/1972 | 70 | 685 | 20-0000455.000 |
| Donald McClelland | Penn. Industrial Energy Corp. | Guernsey | 26 & 27 | Londonderry | 7 | 11 | 7/11/1972 | 70 | 235 | 20-0000460.000<br>20-0000463.000<br>20-0000770.000<br>20-0000771.000<br>20-0000772.000<br>20-0000773.000<br>20-0000774.000<br>20-0000775.000<br>20-0000776.000<br>20-0000777.000<br>20-0000778.000<br>20-0001323.000 |

END OF EXHIBIT "A"

201400004653
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
06-13-2014 At 09:21 am.
ASSIGN LEAS       88.00
OR Book     517 Page  933 -   940

201400004653
BETA
PICK UP

Instrument
201400004653 OR     Book  Page
                    517   933

## PARTIAL ASSIGNMENT OF LEASES

**THIS PARTIAL ASSIGNMENT AND BILL OF SALE** (this *"Assignment"*) made to be effective as of 12:01 a.m., local time at the location of property underlying the Leases (as defined below) on the 11 day of June, 2014 (the *"Effective Time"*), by and between **Sound Energy Company, Inc.**, a corporation organized under the laws of the State of Ohio (*"SEC"*); **Charles Baker** (*"Mr. Baker"*), and wife, **Kim L. Baker** (*"Mrs. Baker"*), both individuals residing in the State of Ohio; **Michael Demattio** (*"Mr. "Demattio"*), and wife **Lisa H. Demattio** (*"Mrs. Demattio"*), both individuals residing in the State of Ohio; **Cassandra L. McCune (Ms. McCune)**, an unremarried widow, residing in the State of Ohio; **Robert Timmerman** (*"Mr. Timmerman"*), and wife **Brenda L. Timmerman** (*"Mrs. Timmerman"*), both individuals residing in the State of Ohio and **Carrizo (Utica) LLC**, a limited liability company organized under the laws of the State of Delaware (*"Assignee"*). Each of SEC, Mr. Baker, Mr. Demattio, Ms. McCune, and Mr. Timmerman may be referred to herein as *"Assignor"* and collectively as the *"Assignors."* Assignors and Assignee will collectively be referred to in this Agreement as the *"Parties"* and each of them, individually, as a *"Party."* Mrs. Baker, Mrs. Demattio, Mrs. Timmerman are executing this Agreement solely to release any dower rights. **WHEREAS**, Assignors and Assignee entered into that Purchase and Sale Agreement dated as of June 11, 2014 (the *"Agreement"*), pursuant to which Assignors have agreed to sell and Assignee has agreed to purchase and acquire the Assets (as hereinafter defined and subject to the exclusion set out below).

## ARTICLE I
## ASSIGNMENT OF INTEREST

**Assignment.** In consideration of Ten Dollars ($10.00) and other good and valuable consideration paid, the receipt and sufficiency of which are hereby acknowledged, Assignors hereby forever grant, sell, transfer, convey and assign, with limited warranty covenants, to Assignee, its successors and assigns, the properties and interests described in Section 1.1(a) through Section 1.1(d) below (collectively the *"Assets"*):

(a) the entire working interest of Assignors in and to the oil and gas leases described on Exhibit A attached hereto and made a part hereof (the *"Leases"*) INSOFAR AND ONLY INSOFAR as they cover the geologic interval from the top of the Queenston formation to the center of the Earth (the *"Deep Horizons"*) which working interest shall afford Assignee not less than an 80% net revenue



EXHIBIT
3

interest in the oil, gas and other hydrocarbons produced, and saved and sold from or allocated to the Leases insofar as the Leases cover the Deep Horizons;

(b)    to the extent assignable, all rights-of-way, easements, licenses and servitudes appurtenant to the Leases but subject to the rights of Assignors in such rights-of-way, easements, licenses and servitudes which respect to the Shallow Horizons (as defined below);

(c)    to the extent assignable, the rights and obligations, if any, derived from any operating agreements, units, unit agreements and unit operating agreements relating to the Leases INSOFAR AND ONLY INSOFAR as they cover the Deep Horizons; and

(d)    copies of all operating, accounting, seismic, geologic and geophysical maps and data, engineering and production history data, lease files, contract, land, title, well, regulatory, corporate and legal files, records, materials, data and information regarding the Leases, insofar as they cover and affect the Deep Horizons, including copies of the Leases and all title documentation, assignments, title opinions, abstracts of title, run-sheets, maps and other title information and environmental reports or assessments in Assignors' possession or control with respect to the items referred to in Sections 1.1(a), 1.1(b) and 1.1(c) above; provided, however, that the information and copies referred to in this Section 1.1(d) shall not include(i) any legal materials the disclosure of which Assignors determine would jeopardize the assertion of a privilege in ongoing or anticipated litigation with third parties or any attorney-client privilege, or (ii) information, the disclosure of which would violate any confidentiality agreement to which the disclosing Assignor is bound.

Section 1.2    **Excluded Assets and Correlative Rights.**    The grant, bargain, sale, transfer, conveyance, and assignment under this Assignment does not include any right, title and interest in the surface or in and to the oil, gas and other hydrocarbons or other minerals produced and saved and sold from or allocated to the Leases in subsurface depths above the Deep Horizons (the "*Shallow Horizons*"), including the leasehold estates created by the Leases insofar as they cover the Shallow Horizons. Notwithstanding the foregoing exclusion: (i) Assignors shall have the right to continue full operation of their existing wells, and any future wells that may be drilled to develop the Shallow Horizons; and (ii) Assignee shall have the right to drill through the Shallow Horizons to explore, to develop and to reach the oil, gas and other minerals in the Deep Horizons (including, without limitation, drilling in and through the Shallow Horizons to explore, to develop and to reach the oil, gas and other minerals in the Deep Horizons, conducting seismic explorations useful in exploring the Deep Horizons, and constructing, operating and maintaining pipelines and other facilities on or in the Shallow Horizons to explore for and develop the oil, gas and other minerals in and under the Deep Horizons or to store, compress, treat or transport same.)

Instrument
201400004653 OR

Book Page
517  935

## ARTICLE II
## MISCELLANEOUS

Section 2.1    **Agreement; Incorporation by Reference.**  This Assignment is made specifically subject to the terms and conditions of the Agreement, which are incorporated herein by reference.  Except as specifically defined herein, capitalized terms in this Assignment shall have the meanings given to them in the Agreement.  The Agreement contains certain representations, warranties, obligations and covenants between Assignors and Assignee which survive the delivery of this Assignment and which shall not be merged into this Assignment, or otherwise negated by the execution and delivery of this Assignment.  In the event of any conflict between the terms of this Assignment and the terms of the Agreement, the terms of the Agreement shall control.

Section 2.2    **Further Assurances.**  Each Party agrees to take such further actions and to execute, acknowledge and deliver all such further documents as are reasonably requested by the other for carrying out the purposes of this Assignment.

Section 2.3    **Assignment.**  This Assignment is made subject to the Agreement and to any and all licenses, leases, easements, rights of way, restrictions, covenants, restrictions and other matters of record affecting the Assets or the Leases, and land use or similar laws, rules or regulations.

Section 2.4    **Governing Law.**  This Assignment shall be governed by and construed and enforced in accordance with the internal Laws of the State of Ohio without reference to its choice of Law rules to the extent such rules would result in the application of the Laws of another jurisdiction.

Section 2.5    **Counterparts; Recordation.**  This Assignment may be executed in any number of counterparts, each of which shall be of equal dignity and all of which shall constitute but one and the same instrument.

[Signature Pages Follow]

Instrument
201400004653 OR

Book Page
517  936

IN WITNESS WHEREOF, Assignors and Assignee have caused this Assignment to be duly executed on the respective dates set forth below in their respective acknowledgments, to be effective as of the Effective Time.

**ASSIGNORS:**

SOUND ENERGY COMPANY, INC.

By: _____
    Bruce Levengood, President

_____
Charles Baker

_____
Kim L. Baker, signing solely to release dower

_____
Michael Demattio

_____
Lisa H. Demattio, signing solely to release dower

_____
Cassandra L. McCune


_____
Robert Timmerman

_____
Brenda L. Timmerman, signing solely to release dower

**ASSIGNEE:**

CARRIZO (UTICA) LLC

By: _____
Name: Richard H. Smith
Title:  Vice President - Land

Instrument
201400004653 OR

Book Page
517 937

STATE OF Ohio )
) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June , 2014, by Bruce Levengood, President of Sound Energy Company, Inc., an Ohio corporation, on behalf of the corporation.

My Commission Expires 10/12/2016

Notary Public

STATE OF Texas )
) SS:
COUNTY OF Harris )

The foregoing instrument was acknowledged before me this 9th day of June , 2014, by Richard H. Smith, Vice President - Land of Carrizo (Utica) LLC, a Delaware limited liability company, on behalf of the limited liability company.

My Commission Expires 4/26/16

Notary Public

DARLA K. WISHKOSKI
Notary Public, State of Texas
My Commission Expires
January 26, 2016

STATE OF Ohio )
) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June , 2014, by Charles Baker.

My Commission Expires 10/12/2016

Notary Public

STATE OF Ohio )
) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June , 2014, by Kim L. Baker.

My Commission Expires 10/12/2016

Notary Public

Instrument
201400004653 OR

Book Page
517  938

STATE OF Ohio )
                                    ) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June, 2014, by Michael Demattio.

My Commission Expires 10/12/2016

STATE OF Ohio )
                                    ) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June, 2014, by Lisa J. Demattio.

My Commission Expires 10/12/2016

STATE OF Ohio )
                                    ) SS:
COUNTY OF Muskingum )

The foregoing instrument was acknowledged before me this 11 day of June, 2014, by Cassandra L. McCune.

My Commission Expires 10/12/2016

STATE OF Ohio )
                                    ) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this 11 day of June, 2014, by Robert Timmerman.

My Commission Expires 10/12/2016

Instrument
201400004653 OR

Book Page
517  939

STATE OF Ohio )
) SS:
COUNTY OF Tuscarawas )

The foregoing instrument was acknowledged before me this __11__ day of June , 2014, by Brenda L. Timmerman.

My Commission Expires 10/10/2016

This instrument prepared by:
Carrizo (Utica), LLC
500 Dallas Street, Suite 2499
Houston, Texas 77002
Attention: Mr. Richard Smith

Instrument 201400004453 OR Book 517 Page 940

## Exhibit A

### DESCRIPTION OF LEASES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marguerite Bond | Resource Exploration Inc. | Guernsey | Londonderry | 26 & 32 | 11 | 7 | 93.560 | 100% | 80.000 | 11/3/1972 | 70 | 700 | 20-0001369.000; 20-0000067.000; 20-0001370.000; 20-0000081.000 |
| Lee R. Angle and Kathleen Angle | Resource Exploration Inc. | Guernsey | Londonderry | 27 | 11 | 7 | 5.000 | 100% | 80.000 | 12/30/1972 | 71 | 104 | 20-0000004.000 |
| Dell J. Merryman | Resource Exploration Inc. | Guernsey | Londonderry | 33 | 11 | 7 | 4.2 | 100% | 80.000 | 12/5/1973 | 72 | 772 | 20-0000443.000 20-0000443.001 |

201600007020
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-20-2016 At 11:16 am.
LEASE          36.00
OR Book    543 Page 711 - 713
201600007020
BETA
PICK UP

| | Instrument | OR | Book | Page |
|---|---|---|---|---|
| | 201600007020 | OR | 543 | 711 |

# MEMORANDUM OF OIL AND GAS TOP LEASE

STATE OF OHIO         }

                      }

COUNTY OF GUERNSEY    }

**THIS MEMORANDUM OF LEASE**, dated November 30th, 2016, is by and between **Kenneth D. Ruttig, Sr.** and **Deborah S. Ruttig**, husband and wife, whose address is 73493 Crab Orchard Road, Freeport, Ohio 43973, hereinafter called Lessor, and **Carrizo (Utica) LLC**, 500 Dallas Street, Suite 2300, Houston, Texas 77002, hereinafter called Lessee.

**WITNESSETH:** That Lessor, for Ten Dollars ($10.00) and other valuable consideration, and in consideration of the covenants of the Lessee set forth in that certain Oil and Gas Top Lease (the "Lease") made and entered into on the Execution Date of November 30th, 2016, by and between the parties hereto covering the land hereinafter described (referred to as "Leasehold Premises") and by reference made a part hereof, does through the Lease grant, lease, and let exclusively unto said Lessee for the purpose of exploring, drilling, operating for and producing oil and gas from, those certain tracts of land being located in Guernsey County, State of Ohio, containing **148.112** acres of land, more or less, to-wit:

TRACT 1:

| County | Township | Sec/Twp/Range | Acreage | Tax Number |
|---|---|---|---|---|
| Guernsey | Londonderry | 33/11/7 | 148.112, more or less | 20-0001247.000 |

Title to the Premises conveyed to Lessor and more particularly described in Official Record Book 448, Page 1026 in Guernsey County, Ohio Record of Deeds and is bounded substantially by lands now or formerly owned as follows:

On the North by lands of: Charles E. Miller; Charles E. Miller and Juanita J. Miller; Arleen G. Roby; Daniel R. Hoop and Sandra A. Hoop; Vicki Sue Hoop

On the East by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig; Roger S. Tedrick and Ruthanne L. Tedrick; Marcia Gunn

On the South by lands of: Dale E. Bond and Joan K. Bond and Marlene Bond; Kenneth D. Ruttig, Sr. and Deborah S. Ruttig

On the West by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig; Joel W. Shaffer and Peggy D. Shaffer

The Lease is subject to a certain oil and gas lease, dated November 1st, 1972, from Glenn B. Downerd and Loretta Downerd, husband and wife, as lessor, to Resource Exploration Inc., as lessee, recorded in Volume 70, Page 687 of the Lease Records of the Guernsey County, Ohio Recorder's Office (the "Base Lease"), and shall become effective immediately upon the expiration, termination, cancellation, surrender, release, forfeiture or other cessation of the Base Lease, in its entirety (the "Effective Date"), and shall continue in force thereafter for a term of **five (5)** years (the "Primary Term") and as long thereafter as any of the following are satisfied: (i) subject to Paragraph 7 (A) of the Lease, continuous Operations (as defined in the Lease) are pursued on the Leasehold Premises or on lands pooled and/or unitized therewith in search of Hydrocarbons; (ii) any form of Hydrocarbons is produced in paying quantities from the Leasehold Premises or from lands pooled and/or unitized therewith; (iii) a well deemed by Lessee to be capable of production in paying quantities is located on the Leasehold Premises or on lands pooled and/or unitized therewith; (iv) the payments prescribed in the Lease are made; (v) Lessee's operations are delayed, postponed or interrupted as a result of any coal, stone or other mining or mining related operation under any existing and effective lease, permit or authorization covering such operations on the Leasehold Premises or on other lands affecting the Leasehold Premises, in which case such delay will automatically extend the Primary Term and any extension of the Lease without additional compensation

*(handwritten left margin):* For Supp. to operating Agreement And F.S. See OR 550 Pg. 2735, 2742, 2751, 2759, 2767 For pooling agree. See OR 555 Pg. 2153

EXHIBIT
4

Instrument                     Book  Page
201600007020 OR                543   712

or performance by Lessee for a period of time equal to any such delay, postponement or interruption, unless earlier terminated in accordance with the terms and provisions of the Lease; or (vi) as extended by any other provision of the Lease (the items enumerated in (i) to (vi), the "Secondary Term Conditions"). Notwithstanding the foregoing, the Lease shall become null and void, and be of no further force and effect, if the Effective Date occurs on a date later than five years from the Execution Date of the Lease. For avoidance of doubt, in the event of any Partial Release of the Leasehold Premises (as defined below), the Effective Date of the Lease shall not be deemed to occur until the last remaining portion(s) of the Leasehold Premises become unencumbered by the Base Lease, and the Lease shall then apply only to those portions of the Leasehold Premises for which Lessee has not received an Option Notice (as defined below). The Primary Term of the Lease may be extended by the period of time between the Lessor's or Lessee's receipt of an Expiration Notice as provided for in the Lease, as applicable, and the Effective Date.

The Lease further provides that Lessor has granted to Lessee a present, recurring, and exclusive first right and option to lease any portion(s) of the Leasehold Premises that may become unencumbered by the Base Lease after the signing of the Lease as the result of a Partial Release (the "Option"). As used herein, a "Partial Release" shall mean any expiration, termination, cancellation, surrender, release, forfeiture, or other occurrence such that the Base Lease is of no further force and effect as to less than the entirety of the Leasehold Premises. Upon each such Partial Release, Lessor shall give Lessee written notice of the same, or Lessee may give Lessor written notice of the same, stating that a Partial Release has occurred, and identifying the portion(s) of the Leasehold Premises made unencumbered by the Base Lease as a result (an "Option Notice"). Lessee may exercise the Option, in its sole and absolute discretion, by notifying Lessor within 60 days of Lessee's receipt or tender of such Option Notice, as may be applicable, that Lessee wishes to exercise the Option. The Option period shall commence as of the Execution Date of the Lease and continue in effect for five years, unless the Lease is surrendered earlier. Any lease granted by Lessor to a party other than Lessee in violation of the foregoing Option shall be null and void. To the extent that Lessee fails to exercise its Option as to all or part of the Leasehold Premises identified in an Option Notice, then such portion(s) of the Leasehold Premises shall be released from the Lease.

The Lease further provides that Lessee has the option to extend the Primary Term of the Lease for a period of three (3) years. Should this option be exercised, it shall be considered for all purposes as though the Lease originally provided for a Primary Term consisting of eight (8) years. In the event the Lease is being maintained by any other Lease provision(s) at the expiration of the original Primary Term, Lessee shall have a period of sixty (60) days from the date the Lease ceases to be so maintained within which to exercise this option.

Any capitalized terms that are not defined herein shall have the meaning given to such terms in the Lease. In the event of a conflict between any of the terms and conditions contained in this Memorandum and the terms and conditions contained in the Lease, the terms and provisions contained in the Lease shall be controlling.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed on November 30th, 2016.

LESSOR(S):

By: Kenneth D. Ruttig, Sr.

By: Deborah S. Ruttig

-2-

Instrument          Book  Page
201600007020 OR     543   713

LESSEE:
**CARRIZO (UTICA) LLC**

By: Richard H. Smith, Vice President - Land

## ACKNOWLEDGMENT

State of Ohio )
)SS:          (Individual Acknowledgement)
County of Guernsey )

The foregoing instrument was acknowledged before me this 30th day of November, 2016 by Kenneth D. Ruttig, Sr. and Deborah S. Ruttig.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: _1-13-2018_

DENISE BURKHARDT
NOTARY PUBLIC
STATE OF OHIO
My Comm. Expires January 13, 2018

## CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS )
)SS
COUNTY OF HARRIS )

The foregoing instrument was acknowledged before me this 1st day of December, 2016 by Richard H. Smith, Vice President – Land of Carrizo (Utica), LLC a Delaware corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 06-14-2018

PATRICIA A. RICHMOND
Notary Public, State of Texas
Comm. Expires 06-14-2018
Notary ID 125726516

**PREPARED BY:** BETA Land Services, LLC

-3-

201600007021
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-20-2016 At 11:16 am.
LEASE        36.00
OR Book    543 Page  714 - 716
201600007021
BETA
PICK UP

            Instrument       Book Page
      201600007021 OR      543  714

# MEMORANDUM OF OIL AND GAS TOP LEASE

STATE OF OHIO          }
                           }

COUNTY OF GUERNSEY   }

**THIS MEMORANDUM OF LEASE**, dated November 30th, 2016, is by and between **Kenneth D. Ruttig, Sr. and Deborah S. Ruttig**, husband and wife, whose address is 73493 Crab Orchard Road, Freeport, Ohio 43973, hereinafter called Lessor, and **Carrizo (Utica) LLC**, 500 Dallas Street, Suite 2300, Houston, Texas 77002, hereinafter called Lessee.

**WITNESSETH:** That Lessor, for Ten Dollars ($10.00) and other valuable consideration, and in consideration of the covenants of the Lessee set forth in that certain Oil and Gas Top Lease (the "Lease") made and entered into on the Execution Date of November 30th, 2016, by and between the parties hereto covering the land hereinafter described (referred to as "Leasehold Premises") and by reference made a part hereof, does through the Lease grant, lease, and let exclusively unto said Lessee for the purpose of exploring, drilling, operating for and producing oil and gas from, those certain tracts of land being located in Guernsey County, State of Ohio, containing **5.153** acres of land, more or less, to-wit:

TRACT 1:

| County | Township | Sec/Twp/Range | Acreage | Tax Number |
|---|---|---|---|---|
| Guernsey | Londonderry | 27/11/7 | 5.153, more or less | 20-0000004.000 |

Title to the Premises conveyed to Lessor and more particularly described in Official Record Book 504, Page 425 in Guernsey County, Ohio Record of Deeds and is bounded substantially by lands now or formerly owned as follows:

On the North by lands of: Norman E. Wagler, Trustee
On the East by lands of: Roger S. Tedrick and Ruthanne L. Tedrick
On the South by lands of: Roger S. Tedrick and Ruthanne L. Tedrick
On the West by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig

The Lease is subject to a certain oil and gas lease, dated December 30th, 1972, from Lee R. Angle and Kathleen Angle, husband and wife, as lessor, to Resource Exploration Inc., as lessee, recorded in Volume 71, Page 104 of the Lease Records of the Guernsey County, Ohio Recorder's Office (the "Base Lease"), and shall become effective immediately upon the expiration, termination, cancellation, surrender, release, forfeiture or other cessation of the Base Lease, in its entirety (the "Effective Date"), and shall continue in force thereafter for a term of **five (5)** years (the "Primary Term") and as long thereafter as any of the following are satisfied: (i) subject to Paragraph 7 (A) of the Lease, continuous Operations (as defined in the Lease) are pursued on the Leasehold Premises or on lands pooled and/or unitized therewith in search of Hydrocarbons; (ii) any form of Hydrocarbons is produced in paying quantities from the Leasehold Premises or from lands pooled and/or unitized therewith; (iii) a well deemed by Lessee to be capable of production in paying quantities is located on the Leasehold Premises or on lands pooled and/or unitized therewith; (iv) the payments prescribed in the Lease are made; (v) Lessee's operations are delayed, postponed or interrupted as a result of any coal, stone or other mining or mining related operation under any existing and effective lease, permit or authorization covering such operations on the Leasehold Premises or on other lands affecting the Leasehold Premises, in which case such delay will automatically extend the Primary Term and any extension of the Lease without additional compensation or performance by Lessee for a period of time equal to any such delay, postponement or interruption, unless earlier terminated in accordance with the terms and provisions of the Lease; or (vi) as extended by any other provision of the Lease (the items enumerated in (i) to (vi), the "Secondary Term Conditions").

For Supp To operating Agree; E.S. See OR 555 op, 2185, 2143, 2751, 2754, 2767
For pooling agree. See OR 555 Pg. 2153

Instrument        Book Page
201600007021 OR    543  715

Notwithstanding the foregoing, the Lease shall become null and void, and be of no further force and effect, if the Effective Date occurs on a date later than five years from the Execution Date of the Lease. For avoidance of doubt, in the event of any Partial Release of the Leasehold Premises (as defined below), the Effective Date of the Lease shall not be deemed to occur until the last remaining portion(s) of the Leasehold Premises become unencumbered by the Base Lease, and the Lease shall then apply only to those portions of the Leasehold Premises for which Lessee has not received an Option Notice (as defined below). The Primary Term of the Lease may be extended by the period of time between the Lessor's or Lessee's receipt of an Expiration Notice as provided for in the Lease, as applicable, and the Effective Date.

The Lease further provides that Lessor has granted to Lessee a present, recurring, and exclusive first right and option to lease any portion(s) of the Leasehold Premises that may become unencumbered by the Base Lease after the signing of the Lease as the result of a Partial Release (the "Option"). As used herein, a "Partial Release" shall mean any expiration, termination, cancellation, surrender, release, forfeiture, or other occurrence such that the Base Lease is of no further force and effect as to less than the entirety of the Leasehold Premises. Upon each such Partial Release, Lessor shall give Lessee written notice of the same, or Lessee may give Lessor written notice of the same, stating that a Partial Release has occurred, and identifying the portion(s) of the Leasehold Premises made unencumbered by the Base Lease as a result (an "Option Notice"). Lessee may exercise the Option, in its sole and absolute discretion, by notifying Lessor within 60 days of Lessee's receipt or tender of such Option Notice, as may be applicable, that Lessee wishes to exercise the Option. The Option period shall commence as of the Execution Date of the Lease and continue in effect for five years, unless the Lease is surrendered earlier. Any lease granted by Lessor to a party other than Lessee in violation of the foregoing Option shall be null and void. To the extent that Lessee fails to exercise its Option as to all or part of the Leasehold Premises identified in an Option Notice, then such portion(s) of the Leasehold Premises shall be released from the Lease.

The Lease further provides that Lessee has the option to extend the Primary Term of the Lease for a period of three (3) years. Should this option be exercised, it shall be considered for all purposes as though the Lease originally provided for a Primary Term consisting of eight (8) years. In the event the Lease is being maintained by any other Lease provision(s) at the expiration of the original Primary Term, Lessee shall have a period of sixty (60) days from the date the Lease ceases to be so maintained within which to exercise this option.

Any capitalized terms that are not defined herein shall have the meaning given to such terms in the Lease. In the event of a conflict between any of the terms and conditions contained in this Memorandum and the terms and conditions contained in the Lease, the terms and provisions contained in the Lease shall be controlling.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed on November 30th, 2016.

LESSOR(S):


By: Kenneth D. Ruttig, Sr.


By: Deborah S. Ruttig


LESSEE:
CARRIZO (UTICA) LLC


By: Richard H. Smith, Vice President – Land

Instrument
201600007021 OR

Book Page
543  716

## ACKNOWLEDGMENT

State of Ohio )
)SS:                    (Individual Acknowledgement)
County of Guernsey )

The foregoing instrument was acknowledged before me this 30th day of November, 2016 by Kenneth D. Ruttig, Sr. and Deborah S. Ruttig.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Denise Burkhardt_
Notary Public

My Commission Expires: _1-13-2018_

[seal: DENISE BURKHARDT NOTARY PUBLIC STATE OF OHIO My Comm. Expires January 13, 2018]

## CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS )
)SS
COUNTY OF HARRIS )

The foregoing instrument was acknowledged before me this 1st day of December, 2016 by Richard H. Smith, Vice President – Land of Carrizo (Utica), LLC a Delaware corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Patricia A. Richmond_
Notary Public

My Commission Expires: _06-14-2018_

[seal: PATRICIA A. RICHMOND Notary Public, State of Texas Comm. Expires 06-14-2018 Notary ID 125726516]

PREPARED BY: BETA Land Services, LLC

201700000137
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
01-06-2017 At 02:26 pm.
LEASE          36.00
OR Book     543 Page 2187 - 2189
201700000137
BETA
PICK UP

Instrument                    Book Page
201700000137 OR          543 2187

# MEMORANDUM OF OIL AND GAS TOP LEASE

STATE OF OHIO            }
                         }
COUNTY OF GUERNSEY ,     }

**THIS MEMORANDUM OF TOP LEASE**, dated December 21, 2016, is by and between **Charles E. Miller**, a widowed man, whose address is 21521 Titus Road, Freeport, Ohio 43973, hereinafter called Lessor, and **Carrizo (Utica) LLC**, 500 Dallas Street, Suite 2300, Houston, Texas 77002, hereinafter called Lessee.

**WITNESSETH**: That Lessor, for Ten Dollars ($10.00) and other valuable consideration, and in consideration of the covenants of the Lessee set forth in that certain Oil and Gas Top Lease (the "Lease") made and entered into on the Execution Date of December 21, 2016, by and between the parties hereto covering the land hereinafter described (referred to as "Leasehold Premises") and by reference made a part hereof, does through the Lease grant, lease, and let exclusively unto said Lessee for the purpose of exploring, drilling, operating for and producing oil and gas from, those certain tracts of land being located in Guernsey County, State of Ohio,  containing **1.907** acres of land, more or less, to-wit:

TRACT 1:

| County | Township | Sec/Twp/Range | Acreage | Tax Number |
|--------|----------|---------------|---------|------------|
| Guernsey | Londonderry | 33/11N/7W | 1.907, more or less | 20-0000443.000 |

Title to the Premises conveyed to Lessor and more particularly described in Official Record Book 505, Page 360 in Guernsey County, Ohio Record of Deeds and is bounded substantially by lands now or formerly owned as follows:

On the North by lands of: Amy Crawford
On the East by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig
On the South by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig
On the West by lands of: Kenneth D. Ruttig, Sr. and Deborah S. Ruttig

The Lease is subject to a certain oil and gas lease, dated December 5, 1973, from Dell J. Merryman, as lessor, to Resource Exploration, Inc., as lessee, recorded in Volume 72, Page 772 of the Lease Records of the Guernsey County, Ohio Recorder's Office (the "Base Lease"), and shall become effective immediately upon the expiration, termination, cancellation, surrender, release, forfeiture or other cessation of the Base Lease, in its entirety (the "Effective Date"), and shall continue in force thereafter for a term of **five (5)** years (the "Primary Term") and as long thereafter as any of the following are satisfied: (i) subject to Paragraph 7(a) of the Lease, continuous Operations (as defined in the Lease) are pursued on the Leasehold Premises or on lands pooled and/or unitized therewith in search of Hydrocarbons; (ii) any form of Hydrocarbons is produced in paying quantities from the Leasehold Premises or from lands pooled and/or unitized therewith; (iii) a well deemed by Lessee to be capable of production in paying quantities is located on the Leasehold Premises or on lands pooled and/or unitized therewith; (iv) the payments prescribed in the Lease are made; (v) Lessee's operations are delayed, postponed or interrupted as a result of any coal, stone or other mining or mining related operation under any existing and effective lease, permit or authorization covering such operations on the Leasehold Premises or on other lands affecting the Leasehold Premises, in which case such delay will automatically extend the Primary Term and any extension of the Lease without additional compensation or performance by Lessee for a period of time equal to any such delay, postponement or interruption, unless earlier terminated in accordance with the terms and provisions of the Lease; or (vi) as extended by any other provision of the Lease (the items enumerated in (i) to (vi), the "Secondary Term Conditions").  Notwithstanding the foregoing, the Lease shall become null and void, and be of no further force and effect, if the Effective Date occurs on a date

For Supp to Oper. Agmt F.S. See OR 554(?), 2785, 2742, 2751, 2759, 2707

For pooling agmt See OR 555 Pg. 2153

Instrument    Book Page
201700000137 OR   543 2188

later than five years from the Execution Date of the Lease. For avoidance of doubt, in the event of any Partial Release of the Leasehold Premises (as defined below), the Effective Date of the Lease shall not be deemed to occur until the last remaining portion(s) of the Leasehold Premises become unencumbered by the Base Lease, and the Lease shall then apply only to those portions of the Leasehold Premises for which Lessee has not received an Option Notice (as defined below). The Primary Term of the Lease may be extended by the period of time between the Lessor's or Lessee's receipt of an Expiration Notice as provided for in the Lease, as applicable, and the Effective Date.

The Lease further provides that Lessor has granted to Lessee a present, recurring, and exclusive first right and option to lease any portion(s) of the Leasehold Premises that may become unencumbered by the Base Lease after the signing of the Lease as the result of a Partial Release (the "Option"). As used herein, a "Partial Release" shall mean any expiration, termination, cancellation, surrender, release, forfeiture, or other occurrence such that the Base Lease is of no further force and effect as to less than the entirety of the Leasehold Premises. Upon each such Partial Release, Lessor shall give Lessee written notice of the same, or Lessee may give Lessor written notice of the same, stating that a Partial Release has occurred, and identifying the portion(s) of the Leasehold Premises made unencumbered by the Base Lease as a result (an "Option Notice"). Lessee may exercise the Option, in its sole and absolute discretion, by notifying Lessor within 60 days of Lessee's receipt or tender of such Option Notice, as may be applicable, that Lessee wishes to exercise the Option. The Option period shall commence as of the Execution Date of the Lease and continue in effect for five years, unless the Lease is surrendered earlier. Any lease granted by Lessor to a party other than Lessee in violation of the foregoing Option shall be null and void. To the extent that Lessee fails to exercise its Option as to all or part of the Leasehold Premises identified in an Option Notice, then such portion(s) of the Leasehold Premises shall be released from the Lease.

The Lease further provides that Lessee has the option to extend the Primary Term of the Lease for a period of three (3) years. Should this option be exercised, it shall be considered for all purposes as though the Lease originally provided for a Primary Term consisting of eight (8) years. In the event the Lease is being maintained by any other Lease provision(s) at the expiration of the original Primary Term, Lessee shall have a period of sixty (60) days from the date the Lease ceases to be so maintained within which to exercise this option.

Any capitalized terms that are not defined herein shall have the meaning given to such terms in the Lease. In the event of a conflict between any of the terms and conditions contained in this Memorandum and the terms and conditions contained in the Lease, the terms and provisions contained in the Lease shall be controlling.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed on December 21, 2016.

LESSOR(S):

By: Charles E. Miller

LESSEE:
CARRIZO (UTICA) LLC

By: Richard H. Smith, Vice President – Land

[Remainder of page intentionally left blank; acknowledgments to follow]

-2-

Instrument
20170000137 OR

Book Page
543 2189

## ACKNOWLEDGMENT

State of Ohio                          )
                                       )SS:          (Individual Acknowledgement)
County of Guernsey                     )

The foregoing instrument was acknowledged before me this 21st day of December, 2016 by Charles E. Miller.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 1-13-2018

DENISE BURKHARDT
NOTARY PUBLIC
STATE OF OHIO
My Comm. Expires January 13, 2018

## CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS                         )
                                       )SS
COUNTY OF HARRIS                       )

The foregoing instrument was acknowledged before me this 5th day of January, 2017 by Richard H. Smith, Vice President – Land of Carrizo (Utica), LLC a Delaware corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Patricia A. Richmond
Notary Public

My Commission Expires: 06-14-2018

PATRICIA A. RICHMOND
Notary Public, State of Texas
Comm. Expires 06-14-2018
Notary ID 125726516

PREPARED BY: BETA Land Services, LLC

-3-

201600007019
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-20-2016 At 11:16 am.
LEASE          36.00
OR Book     543 Page  708 -  710
201600007019
BETA
PICK UP


          Instrument        Book Page
          201600007019 OR      543  708

# MEMORANDUM OF OIL AND GAS TOP LEASE

STATE OF OHIO                    }
                                 }
COUNTY OF GUERNSEY  ,            }

**THIS MEMORANDUM OF LEASE**, dated November _21_ , 2016, is by and between **Mark D. Halterman**, a single man, whose address is 656 South Sheraton Circle, Akron, Ohio 44319, hereinafter called Lessor, and **Carrizo (Utica) LLC,** 500 Dallas Street, Suite 2300,  Houston, Texas 77002, hereinafter called Lessee.

WITNESSETH:  That Lessor, for Ten Dollars ($10.00) and other valuable consideration, and in consideration of the covenants of the Lessee set forth in that certain Oil and Gas Top Lease (the "Lease") made and entered into on the Execution Date of November _21_ , 2016, by and between the parties hereto covering the land hereinafter described (referred to as "Leasehold Premises") and by reference made a part hereof, does through the Lease grant, lease, and let exclusively unto said Lessee for the purpose of exploring, drilling, operating for and producing oil and gas from, those certain tracts of land being located in Guernsey County, State of Ohio,  containing **100.0** acres of land, more or less, to-wit:

TRACT 1:

| County | Township | Sec/Twp/Range | Acreage | Tax Number |
|--------|----------|---------------|---------|------------|
| Guernsey | Londonderry | 26/11N/7W | 100.0, more or less | 20-0000102.000 |

Title to the Premises conveyed to Lessor and more particularly described in Official Record Book 135, Page 60 in Guernsey County, Ohio Record of Deeds and is bounded substantially by lands now or formerly owned as follows:

On the North by lands of:  Dale Bond, et al; Leisa Bond; Freeport Lodge #415 F.A.M.; Richard Betts & Kendra Betts
On the East by lands of:  Leisa Bond; Freeport Lodge #415 F.A.M.; Richard Betts & Kendra Betts; Michael Powell & Rhonda Powell
On the South by lands of:  Richard Betts & Kendra Betts; Stanley Pelka & Linda Pelka, Trustees; Cadiz Properties, LLC
On the West by lands of:  Dale Bond, et al

The Lease is subject to a certain oil and gas lease, dated May 18, 1966, from John McElhaney and Martha McElhaney, husband and wife, as lessor, to Walter H. Baird, Baird and Bird, as lessee, recorded in Volume 55, Page 395 of the Lease Records of the Guernsey County, Ohio Recorder's Office (the "Base Lease"), and shall become effective immediately upon the expiration, termination, cancellation, surrender, release, forfeiture or other cessation of the Base Lease, in its entirety (the "Effective Date"), and shall continue in force thereafter for a term of **five (5)** years (the "Primary Term") and as long thereafter as any of the following are satisfied:  (i) subject to Paragraph 7(a) of the Lease, continuous Operations (as defined in the Lease) are pursued on the Leasehold Premises or on lands pooled and/or unitized therewith in search of Hydrocarbons; (ii) any form of Hydrocarbons is produced in paying quantities from the Leasehold Premises or from lands pooled and/or unitized therewith; (iii) a well deemed by Lessee to be capable of production in paying quantities is located on the Leasehold Premises or on lands pooled and/or unitized therewith; (iv) the payments prescribed in the Lease are made; (v) Lessee's operations are delayed, postponed or interrupted as a result of any coal, stone or other mining or mining related operation under any existing and effective lease, permit or authorization covering such operations on the Leasehold Premises or on other lands affecting the Leasehold Premises, in which case such delay will automatically extend the Primary Term and any extension of the Lease without additional compensation or performance by Lessee for a period of time equal to any such delay, postponement or interruption,

*[handwritten text in left margin, rotated: "For Supp. to operating Agree + F.S. See OR 5520, 2736, 2742, 2751, 2759, 2767. See OR 555 Pg. 2153. Provides Pg. 2153."]*

unless earlier terminated in accordance with the terms and provisions of the Lease; or (vi) as extended by any other provision of the Lease (the items enumerated in (i) to (vi), the "Secondary Term Conditions"). Notwithstanding the foregoing, the Lease shall become null and void, and be of no further force and effect, if the Effective Date occurs on a date later than five years from the Execution Date of the Lease. For avoidance of doubt, in the event of any Partial Release of the Leasehold Premises (as defined below), the Effective Date of the Lease shall not be deemed to occur until the last remaining portion(s) of the Leasehold Premises become unencumbered by the Base Lease, and the Lease shall then apply only to those portions of the Leasehold Premises for which Lessee has not received an Option Notice (as defined below). The Primary Term of the Lease may be extended by the period of time between the Lessor's or Lessee's receipt of an Expiration Notice as provided for in the Lease, as applicable, and the Effective Date.

The Lease further provides that Lessor has granted to Lessee a present, recurring, and exclusive first right and option to lease any portion(s) of the Leasehold Premises that may become unencumbered by the Base Lease after the signing of the Lease as the result of a Partial Release (the "Option"). As used herein, a "Partial Release" shall mean any expiration, termination, cancellation, surrender, release, forfeiture, or other occurrence such that the Base Lease is of no further force and effect as to less than the entirety of the Leasehold Premises. Upon each such Partial Release, Lessor shall give Lessee written notice of the same, or Lessee may give Lessor written notice of the same, stating that a Partial Release has occurred, and identifying the portion(s) of the Leasehold Premises made unencumbered by the Base Lease as a result (an "Option Notice"). Lessee may exercise the Option, in its sole and absolute discretion, by notifying Lessor within 60 days of Lessee's receipt or tender of such Option Notice, as may be applicable, that Lessee wishes to exercise the Option. The Option period shall commence as of the Execution Date of the Lease and continue in effect for five years, unless the Lease is surrendered earlier. Any lease granted by Lessor to a party other than Lessee in violation of the foregoing Option shall be null and void. To the extent that Lessee fails to exercise its Option as to all or part of the Leasehold Premises identified in an Option Notice, then such portion(s) of the Leasehold Premises shall be released from the Lease.

The Lease further provides that Lessee has the option to extend the Primary Term of the Lease for a period of three (3) years. Should this option be exercised, it shall be considered for all purposes as though the Lease originally provided for a Primary Term consisting of eight (8) years. In the event the Lease is being maintained by any other Lease provision(s) at the expiration of the original Primary Term, Lessee shall have a period of sixty (60) days from the date the Lease ceases to be so maintained within which to exercise this option.

Any capitalized terms that are not defined herein shall have the meaning given to such terms in the Lease. In the event of a conflict between any of the terms and conditions contained in this Memorandum and the terms and conditions contained in the Lease, the terms and provisions contained in the Lease shall be controlling.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed on November __21__, 2016.

**LESSOR(S):**

By: Mark D. Halterman

**LESSEE:**
**CARRIZO (UTICA) LLC**

By: Richard H. Smith, Vice President - Land

Instrument
201600007019 OR    Book Page
                 543   710

## ACKNOWLEDGMENT

State of Ohio                 )
                               )SS:           (Individual Acknowledgement)

County of Summit      )

The foregoing instrument was acknowledged before me this _21_ day of November, 2016 by Mark D. Halterman.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Karen J. Ansell_
Notary Public

                           **KAREN J. ANSELL**
                           Notary Public State of Ohio
                           My Comm. Expires May 1, 2021

My Commission Expires: _5 - 1 - 21_

## CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS           )
                                )SS
COUNTY OF HARRIS      )

The foregoing instrument was acknowledged before me this _1st_ day of _December_, 2016 by Richard H. Smith, Vice President – Land of Carrizo (Utica), LLC a Delaware corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Patricia A. Richmond_
Notary Public

My Commission Expires: _06 - 14 - 2018_

                        **PATRICIA A. RICHMOND**
                        Notary Public, State of Texas
                        Comm. Expires 06-14-2018
                        Notary ID 125726516

**PREPARED BY:** BETA Land Services, LLC

201600007022
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-20-2016 At 11:16 am.
LEASE          36.00
OR Book     543 Page   717 - 719
201600007022
BETA
PICK UP

Instrument            Book Page
201600007022 OR         543  717

## MEMORANDUM OF OIL AND GAS TOP LEASE

STATE OF OHIO                    }
                                 }
COUNTY OF GUERNSEY ,             }

**THIS MEMORANDUM OF LEASE,** dated December _2_, 2016, is by and between **Michael S. Powell and Rhonda G. Powell,** husband and wife, whose address is 22588 Cadiz Road, Freeport, Ohio 43973, hereinafter called Lessor, and **Carrizo (Utica) LLC,** 500 Dallas Street, Suite 2300, Houston, Texas 77002, hereinafter called Lessee.

WITNESSETH: That Lessor, for Ten Dollars ($10.00) and other valuable consideration, and in consideration of the covenants of the Lessee set forth in that certain Oil and Gas Top Lease (the "Lease") made and entered into on the Execution Date of December _2_, 2016, by and between the parties hereto covering the land hereinafter described (referred to as "Leasehold Premises") and by reference made a part hereof, does through the Lease grant, lease, and let exclusively unto said Lessee for the purpose of exploring, drilling, operating for and producing oil and gas from, those certain tracts of land being located in Guernsey County, State of Ohio, containing **28.384** acres of land, more or less, to-wit:

TRACT 1:

| County | Township | Sec/Twp/Range | Acreage | Tax Number |
|---|---|---|---|---|
| Guernsey | Londonderry | 26/11N/7W | 28.384, more or less | 20-0000455.000 |

Title to the Premises conveyed to Lessor and more particularly described in Official Record Book 137, Page 497 in Guernsey County, Ohio Record of Deeds and is bounded substantially by lands now or formerly owned as follows:

On the North by lands of: Michael and Rhonda Powell; Freeport Lodge #415 F.A.M.; Richard Betts & Kendra Betts
On the East by lands of: Charles Bond, et al
On the South by lands of: Tommy and Martha Ripley
On the West by lands of: Richard and Kendra Betts; Mark Halterman; Freeport Lodge #415 F.A.M.

The Lease is subject to a certain oil and gas lease, dated November 2nd, 1972, from Rex C. Murray and Cecilia Murray, husband and wife, as lessor, to Resource Exploration, as lessee, recorded in Volume 70, Page 685 of the Lease Records of the Guernsey County, Ohio Recorder's Office (the "Base Lease"), and shall become effective immediately upon the expiration, termination, cancellation, surrender, release, forfeiture or other cessation of the Base Lease, in its entirety (the "Effective Date"), and shall continue in force thereafter for a term of **five (5)** years (the "Primary Term") and as long thereafter as any of the following are satisfied: (i) subject to Paragraph 7(a) of the Lease, continuous Operations (as defined in the Lease) are pursued on the Leasehold Premises or on lands pooled and/or unitized therewith in search of Hydrocarbons; (ii) any form of Hydrocarbons is produced in paying quantities from the Leasehold Premises or from lands pooled and/or unitized therewith; (iii) a well deemed by Lessee to be capable of production in paying quantities is located on the Leasehold Premises or on lands pooled and/or unitized therewith; (iv) the payments prescribed in the Lease are made; (v) Lessee's operations are delayed, postponed or interrupted as a result of any coal, stone or other mining or mining related operation under any existing and effective lease, permit or authorization covering such operations on the Leasehold Premises or on other lands affecting the Leasehold Premises, in which case such delay will automatically extend the Primary Term and any extension of the Lease without additional compensation or performance

For Supp to Operating Agree IF S See OR SSop, 27135, 2742, 2747
See OR SSS Pg. 2159, 2751, 2759, 2707
For pooling agree. See OR SSS Pg. 2153

by Lessee for a period of time equal to any such delay, postponement or interruption, unless earlier terminated in accordance with the terms and provisions of the Lease; or (vi) as extended by any other provision of the Lease (the items enumerated in (i) to (vi), the "Secondary Term Conditions"). Notwithstanding the foregoing, the Lease shall become null and void, and be of no further force and effect, if the Effective Date occurs on a date later than five years from the Execution Date of the Lease. For avoidance of doubt, in the event of any Partial Release of the Leasehold Premises (as defined below), the Effective Date of the Lease shall not be deemed to occur until the last remaining portion(s) of the Leasehold Premises become unencumbered by the Base Lease, and the Lease shall then apply only to those portions of the Leasehold Premises for which Lessee has not received an Option Notice (as defined below). The Primary Term of the Lease may be extended by the period of time between the Lessor's or Lessee's receipt of an Expiration Notice as provided for in the Lease, as applicable, and the Effective Date.

The Lease further provides that Lessor has granted to Lessee a present, recurring, and exclusive first right and option to lease any portion(s) of the Leasehold Premises that may become unencumbered by the Base Lease after the signing of the Lease as the result of a Partial Release (the "Option"). As used herein, a "Partial Release" shall mean any expiration, termination, cancellation, surrender, release, forfeiture, or other occurrence such that the Base Lease is of no further force and effect as to less than the entirety of the Leasehold Premises. Upon each such Partial Release, Lessor shall give Lessee written notice of the same, or Lessee may give Lessor written notice of the same, stating that a Partial Release has occurred, and identifying the portion(s) of the Leasehold Premises made unencumbered by the Base Lease as a result (an "Option Notice"). Lessee may exercise the Option, in its sole and absolute discretion, by notifying Lessor within 60 days of Lessee's receipt or tender of such Option Notice, as may be applicable, that Lessee wishes to exercise the Option. The Option period shall commence as of the Execution Date of the Lease and continue in effect for five years, unless the Lease is surrendered earlier. Any lease granted by Lessor to a party other than Lessee in violation of the foregoing Option shall be null and void. To the extent that Lessee fails to exercise its Option as to all or part of the Leasehold Premises identified in an Option Notice, then such portion(s) of the Leasehold Premises shall be released from the Lease.

The Lease further provides that Lessee has the option to extend the Primary Term of the Lease for a period of three (3) years. Should this option be exercised, it shall be considered for all purposes as though the Lease originally provided for a Primary Term consisting of eight (8) years. In the event the Lease is being maintained by any other Lease provision(s) at the expiration of the original Primary Term, Lessee shall have a period of sixty (60) days from the date the Lease ceases to be so maintained within which to exercise this option.

Any capitalized terms that are not defined herein shall have the meaning given to such terms in the Lease. In the event of a conflict between any of the terms and conditions contained in this Memorandum and the terms and conditions contained in the Lease, the terms and provisions contained in the Lease shall be controlling.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed on December _2_, 2016.

**LESSOR(S):**

By: Michael S. Powell

By: Rhonda G. Powell

**LESSEE:**
**CARRIZO (UTICA) LLC**

By: Richard H. Smith, Vice President - Land

-2-

Instrument
201600007022 OR

Book Page
543 719

## ACKNOWLEDGMENT

State of Ohio )
)SS: (Individual Acknowledgement)
County of *Guernsey* )

The foregoing instrument was acknowledged before me this 2nd day of December, 2016 by Michael S. Powell and Rhonda G. Powell.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Denise Burkhardt_
Notary Public

My Commission Expires: _1-13-2018_

DENISE BURKHARDT
NOTARY PUBLIC

STATE OF OHIO

My Comm. Expires January 13, 2018

## CORPORATE ACKNOWLEDGEMENT

STATE OF TEXAS )
)SS
COUNTY OF HARRIS )

The foregoing instrument was acknowledged before me this 6 day of December, 2016 by Richard H. Smith, Vice President – Land of Carrizo (Utica), LLC a Delaware corporation, on behalf of the corporation.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Darla Wishkoski_
Notary Public

My Commission Expires: _1-26-20_

DARLA K. WISHKOSKI
My Notary ID # 128862060
Expires January 26, 2020

**PREPARED BY:** BETA Land Services, LLC

-3-

201700006694
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
11-22-2017 At 10:30 am.
ASSIGN LEAS     872.00
OR Book     552 Page 1175 - 1279

ASCENT RESOURCES
3501 N.W. 63RD ST
OKLAHOMA CITY OK 73116

Instrument                    Book Page
201700006694 OR              552 1175

STATE OF OHIO

COUNTY OF GUERNSEY

## ASSIGNMENT, BILL OF SALE AND CONVEYANCE

This ASSIGNMENT, BILL OF SALE AND CONVEYANCE (this *"Assignment"*), effective as of 12:01 a.m. (Eastern Time) on April 1, 2017 (the *"Effective Time"*), is by and among Carrizo Oil & Gas, Inc., a Texas corporation (*"Carrizo"*), and Carrizo (Utica) LLC, a Delaware limited liability company whose address is 500 Dallas, Suite 2300, Houston, Texas 77002 (*"Carrizo Utica,"* and together with Carrizo, *"Assignor"*), and Ascent Resources – Utica, LLC, an Oklahoma limited liability company whose address is 3501 NW 63rd St., Oklahoma City, Oklahoma 73116 (*"Assignee"*). Assignor and Assignee are referred to herein collectively as the *"Parties"* and individually as a *"Party"*.

**WHEREAS,** Assignor and Assignee entered into that certain Purchase and Sale Agreement dated August 31, 2017 (as the same may be amended in writing from time to time by the Parties, the *"Purchase Agreement"*).

**WHEREAS,** subject to the terms and upon the conditions of the Purchase Agreement, Assignor is obligated at Closing to assign to Assignee, and Assignee is obligated at Closing to receive from Assignor, all of Assignor's right, title and interest in and to the assets described below in accordance with the terms hereof and those of the Purchase Agreement.

**NOW THEREFORE,** in consideration of the mutual promises contained herein and in the Purchase Agreement, ten dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree as follows:

### ARTICLE 1
### ASSIGNMENT

1.1     Assignment. Subject to the terms and upon the conditions of this Assignment, Assignor hereby **SELLS, ASSIGNS, TRANSFERS, GRANTS, BARGAINS, SETS OVER, DELIVERS AND CONVEYS** to Assignee, and Assignee hereby acquires, all of Assignor's right, title, and interest in and to the following assets (such interests and properties described in

EXHIBIT
5

Instrument 201700006694 OR    Book Page 552 1176

1.2    this Section 1.1. but specifically excluding the Excluded Assets, are collectively referred to herein as the "*Assets*"):

(a)    the oil and gas leases, more particularly described in Exhibit A-2 attached hereto (collectively, the "*Leases*"), together with any and all other rights, titles and interests of Assignor in and to (i) the leasehold estates created thereby and (ii) the lands covered by the Leases whether or not included in units with which the Leases may have been pooled or unitized (the "*Lands*"), including in each case, fee interests, royalty interests, overriding royalty interests, production payments, net profits interests, carried interests, reversionary interests and all other interests of any kind or character;

(b)    all oil, gas, disposal, water and monitoring wells located on the Leases and the Lands or on other leases or lands with which the Leases or the Lands may have been pooled or unitized including those described in Exhibit A-3 attached hereto (such wells described on Exhibit A-3, the "*Wells*") and Exhibit A-4 attached hereto (such wells described in Exhibit A-4, the "*Shallow Wells and Uncompleted Wells*"), and all Hydrocarbons produced therefrom or allocated thereto (the Leases, the Lands, the Fee Interests, the Wells and the Shallow Wells and Uncompleted Wells, being collectively referred to hereinafter as the "*Properties*");

(c)    all rights and interests in, under or derived from all unitization and pooling agreements in effect with respect to the Properties and the units created thereby which accrue or are attributable to the interests of Assignor in the Properties;

(d)    subject to obtaining any Required Consents, all Applicable Contracts, but only with respect to rights and obligations arising thereunder from and after the Effective Time, except for rights relating to the Assumed Obligations;

(e)    to the extent that they may be assigned, all permits, licenses, servitudes, easements, rights-of-way, options to acquire easements or rights-of-way, and other surface agreements (including those set forth on Exhibit B attached hereto) to the extent used in connection with the ownership or operation of the Properties or the Personal Property (the "*Easements*");

(f)    all equipment, machinery, fixtures, and other real, personal and mixed property, operational and nonoperational, known or unknown, located on the Properties or the other Assets described above or used or held for use primarily in connection with the Properties or other Assets described above, including well equipment, casing, rods, tanks, boilers, buildings, tubing, pumps, motors, fixtures, machinery, compression equipment, flow lines, pipelines, gathering systems, processing and separation facilities, structures, materials and other items used or held for use primarily in the operation or maintenance thereof ("*Personal Property*");

(g)    all Imbalances relating to the Properties or other Assets;

2

Instrument
201700008694 OR

Book Page
552 1177

(h) all geophysical and other seismic and related technical data and information relating to the Assets, excluding any proprietary geologic and geophysical interpretations, to the extent such data and information may be assigned without expenditures beyond tape copying costs and expenses unless Assignee has paid such expenditures and entered into a license agreement with the Third Party licensor, and subject to obtaining any required consents of Third Parties (with respect to which consents Assignor shall use commercially reasonable efforts to obtain) (collectively, the "*Seismic Data and Information*");

(i) all of the rights, titles and interests of Assignor in and to all of the files, records, information and data, whether written or electronically stored, to the extent relating to the Assets, including: (i) land and title records (including abstracts of title, title opinions and title curative documents); (ii) contract files; (iii) correspondence; (iv) log books and Operating Data; and (v) facility and well records ("*Records*"), which Records will be provided to Assignee in electronic form, in their current form and format, if so maintained by Assignor and otherwise in paper form, and, if in paper form, all original paper copies of which Records will be provided to Assignee; *provided, however,* that Assignor shall have the right to retain copies of any or all such Records, and *provided further,* that Records shall not include any of the foregoing to the extent a transfer or disclosure would be restricted by obligations of confidentiality or requires the consent of any Third Party which has not been obtained (with respect to which waivers of confidentiality and consents Assignor shall use commercially reasonable efforts to obtain) or to the extent that such information is privileged;

(j) any rights, claims and causes of action arising under or with respect to any Asset and all proceeds arising from such claims and causes of action, including any settlements thereof, to the extent such claims, causes of action and proceeds are attributable to the period after the Effective Time or that relate to an Assumed Obligation;

(k) all audit rights arising under any of the Applicable Contracts or otherwise with respect to any period after the Effective Time pertaining to any of the Assets or that relate to an Assumed Obligation and, in each case, that do not relate to any Retained Obligations; and

(l) any amounts held in suspense by any Third Party that are owing to Assignor in respect of oil, gas or other Hydrocarbons produced on or after the Effective Date and pertaining to any of the Assets

It is the intent of Assignor to convey and this Assignment hereby conveys to Assignee, subject to the reservations and conditions herein contained, from and after the Effective Time, Assignor's interest in the Assets, regardless of errors in description, any incorrect or misspelled names, or any mistranscribed or incorrect recording references, or errantly omitted wells.

TO HAVE AND TO HOLD the Assets unto Assignee and its successors and assigns forever, subject, however, to all of the terms and conditions of this Assignment.

Instrument
201700006694 OR

Book Page
552 1178

1.3 Excluded Assets and Reservations. The Assets shall not include, and Assignor hereby reserves and retains, the Excluded Assets together with all obligations and liabilities associated therewith.

**ARTICLE 2**
**SPECIAL WARRANTY OF TITLE; DISCLAIMERS**

2.1 Special Warranty of Title. ASSIGNOR WARRANTS TO ASSIGNEE DEFENSIBLE TITLE TO THE LEASES AND OTHER ASSETS AGAINST EVERY PERSON WHOMSOEVER LAWFULLY CLAIMING THE SAME OR ANY PART THEREOF BY, THROUGH OR UNDER ASSIGNOR, BUT NOT OTHERWISE, SUBJECT, HOWEVER, TO THE PERMITTED ENCUMBRANCES.

2.2 Subrogation. Assignor assigns and grants to Assignee all rights, claims and causes of action under title or other warranties given or made by Assignor's predecessors in interest (other than any Affiliates of Assignor) with respect to the Assets, and Assignee is specifically subrogated to all rights which Assignor may have against such predecessors in interest with respect to the Assets, to the extent Assignor may legally transfer such rights and grant such subrogation.

2.3 DISCLAIMERS.

(a) EXCEPT AS AND TO THE EXTENT EXPRESSLY SET FORTH IN ARTICLE IV OF THE PURCHASE AGREEMENT, IN ASSIGNOR'S CERTIFICATE DELIVERED PURSUANT TO SECTION 8.3(b)(i) OF THE PURCHASE AGREEMENT, OR THE SPECIAL WARRANTIES OF TITLE IN SECTION 2.1, BUT SUBJECT AT ALL TIMES TO THE LIMITATIONS ON ASSIGNOR'S LIABILITY SET FORTH IN SECTION 12.4 OF THE PURCHASE AGREEMENT AND THE OTHER PROVISIONS OF THE PURCHASE AGREEMENT LIMITING ASSIGNOR'S LIABILITY, (I) ASSIGNOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS, STATUTORY OR IMPLIED, AND (II) ASSIGNOR EXPRESSLY DISCLAIMS ALL LIABILITY AND RESPONSIBILITY FOR ANY REPRESENTATION, WARRANTY, STATEMENT OR INFORMATION MADE OR COMMUNICATED (ORALLY OR IN WRITING) TO ASSIGNEE OR ANY OF ITS AFFILIATES, EMPLOYEES, AGENTS, CONSULTANTS OR REPRESENTATIVES (INCLUDING ANY OPINION, INFORMATION, PROJECTION OR ADVICE THAT MAY HAVE BEEN PROVIDED TO ASSIGNEE BY ANY OF ASSIGNOR'S REPRESENTATIVES AND INCLUDING WITH RESPECT TO THE SEISMIC DATA AND INFORMATION).

(b) EXCEPT (1) AS EXPRESSLY REPRESENTED OTHERWISE IN ARTICLE IV OF THE PURCHASE AGREEMENT OR ASSIGNOR'S CERTIFICATE DELIVERED PURSUANT TO SECTION 8.3(b)(i) OF THE PURCHASE AGREEMENT, BUT SUBJECT AT ALL TIMES TO THE LIMITATIONS ON ASSIGNOR'S LIABILITY SET FORTH IN SECTION 12.4 OF THE PURCHASE AGREEMENT AND THE OTHER PROVISIONS OF THE PURCHASE AGREEMENT LIMITING ASSIGNOR'S LIABILITY, AND (2) FOR THE SPECIAL WARRANTIES OF TITLE IN SECTION 2.1, AND WITHOUT

LIMITING THE GENERALITY OF THE FOREGOING, ASSIGNOR EXPRESSLY DISCLAIMS ANY REPRESENTATION OR WARRANTY, EXPRESS, STATUTORY OR IMPLIED, AS TO (I) TITLE TO, OR LIENS OR ENCUMBRANCES UPON, ANY OF THE ASSETS, (II) THE CONTENTS, CHARACTER OR NATURE OF ANY REPORT OF ANY PETROLEUM ENGINEERING CONSULTANT, OR ANY ENGINEERING, GEOLOGICAL OR SEISMIC DATA OR INTERPRETATION, INCLUDING THE SEISMIC DATA AND INFORMATION, RELATING TO THE ASSETS, (III) THE QUANTITY, QUALITY OR RECOVERABILITY OF HYDROCARBONS IN OR FROM THE ASSETS, (IV) ANY ESTIMATES OF THE VALUE OF THE ASSETS OR FUTURE REVENUES GENERATED BY THE ASSETS, (V) THE PRODUCTION OF HYDROCARBONS FROM THE ASSETS, (VI) THE MAINTENANCE, REPAIR, CONDITION, QUALITY, SUITABILITY, DESIGN OR MARKETABILITY OF THE ASSETS, (VII) THE CONTENT, CHARACTER OR NATURE OF ANY INFORMATION MEMORANDUM, REPORTS, BROCHURES, CHARTS OR STATEMENTS (INCLUDING FINANCIAL STATEMENTS) PREPARED BY ASSIGNOR OR THIRD PARTIES WITH RESPECT TO THE ASSETS, (VIII) ANY OTHER MATERIALS OR INFORMATION THAT MAY HAVE BEEN MADE AVAILABLE TO ASSIGNEE OR ITS AFFILIATES, OR ITS OR THEIR EMPLOYEES, AGENTS, CONSULTANTS, REPRESENTATIVES OR ADVISORS IN CONNECTION WITH THE TRANSACTIONS CONTEMPLATED BY THE PURCHASE AGREEMENT OR ANY DISCUSSION OR PRESENTATION RELATING THERETO AND (IX) ANY IMPLIED OR EXPRESS WARRANTY OF FREEDOM FROM PATENT OR TRADEMARK INFRINGEMENT.

(c)      EXCEPT (1) AS EXPRESSLY REPRESENTED OTHERWISE IN ARTICLE IV OF THE PURCHASE AGREEMENT OR ASSIGNOR'S CERTIFICATE DELIVERED PURSUANT TO SECTION 8.3(b)(i) OF THE PURCHASE AGREEMENT, BUT SUBJECT AT ALL TIMES TO THE LIMITATIONS ON ASSIGNOR'S LIABILITY SET FORTH IN SECTION 12.4 OF THE PURCHASE AGREEMENT AND THE OTHER PROVISIONS OF THE PURCHASE AGREEMENT LIMITING ASSIGNOR'S LIABILITY, AND (2) FOR THE SPECIAL WARRANTIES OF TITLE IN SECTION 2.1, ASSIGNOR DISCLAIMS ANY REPRESENTATION OR WARRANTY, EXPRESS, STATUTORY OR IMPLIED, OF MERCHANTABILITY, FREEDOM FROM LATENT VICES OR DEFECTS, FITNESS FOR A PARTICULAR PURPOSE OR CONFORMITY TO MODELS OR SAMPLES OF MATERIALS OF ANY ASSETS, RIGHTS OF A PURCHASER UNDER APPROPRIATE STATUTES TO CLAIM DIMINUTION OF CONSIDERATION OR RETURN OF THE PURCHASE PRICE, IT BEING EXPRESSLY UNDERSTOOD AND AGREED BY THE PARTIES HERETO THAT, SUBJECT TO ASSIGNEE'S RIGHTS UNDER (I) SECTION 12.2(A) OF THE PURCHASE AGREEMENT DUE SOLELY TO A BREACH OF SECTION 4.16 OF THE PURCHASE AGREEMENT AND (II) SECTION 12.2(C) OF THE PURCHASE AGREEMENT, AND EXCEPT FOR ASSIGNEE'S RIGHT IN THE EVENT OF A BREACH OF THE SPECIAL WARRANTIES OF TITLE IN SECTION 2.1, ASSIGNEE SHALL BE DEEMED TO BE OBTAINING THE ASSETS, INCLUDING THE SEISMIC DATA AND INFORMATION, IN THEIR PRESENT STATUS, CONDITION AND STATE OF REPAIR, "AS IS" AND "WHERE IS" WITH ALL FAULTS OR DEFECTS

(KNOWN OR UNKNOWN, LATENT, DISCOVERABLE OR UNDISCOVERABLE), AND THAT ASSIGNEE HAS MADE OR CAUSED TO BE MADE SUCH INSPECTIONS OF THE ASSETS, INCLUDING THE SEISMIC DATA AND INFORMATION, AS ASSIGNEE DEEMS APPROPRIATE.

(d)     OTHER THAN THOSE REPRESENTATIONS SET FORTH IN SECTION 4.16 OF THE PURCHASE AGREEMENT, ASSIGNOR HAS NOT AND WILL NOT MAKE ANY REPRESENTATION OR WARRANTY REGARDING ANY MATTER OR CIRCUMSTANCE RELATING TO ENVIRONMENTAL LAWS, THE RELEASE OF MATERIALS INTO THE ENVIRONMENT OR THE PROTECTION OF HUMAN HEALTH, SAFETY, NATURAL RESOURCES OR THE ENVIRONMENT, OR ANY OTHER ENVIRONMENTAL CONDITION OF THE ASSETS, AND NOTHING IN THIS ASSIGNMENT, THE PURCHASE AGREEMENT OR OTHERWISE SHALL BE CONSTRUED AS SUCH A REPRESENTATION OR WARRANTY, AND SUBJECT TO ASSIGNEE'S RIGHTS UNDER SECTION 12.2 OF THE PURCHASE AGREEMENT, ASSIGNEE SHALL BE DEEMED TO BE TAKING THE ASSETS "AS IS" AND "WHERE IS" WITH ALL FAULTS FOR PURPOSES OF THEIR ENVIRONMENTAL CONDITION AND THAT ASSIGNEE HAS MADE OR CAUSED TO BE MADE SUCH ENVIRONMENTAL INSPECTIONS AS ASSIGNEE DEEMS APPROPRIATE.  THE INCLUSION OF ANY INFORMATION ON THE DISCLOSURE SCHEDULE SHALL NOT BE DEEMED TO BE AN ADMISSION OR ACKNOWLEDGMENT, IN AND OF ITSELF, THAT SUCH INFORMATION IS REQUIRED BY THE TERMS HEREOF TO BE DISCLOSED, IS MATERIAL TO ASSIGNOR, IS OUTSIDE THE ORDINARY COURSE OF BUSINESS INSISTENT WITH PAST PRACTICE, OR IS OTHERWISE REQUIRED TO BE INCLUDED ON SUCH SCHEDULE.

ASSIGNOR AND ASSIGNEE AGREE THAT, TO THE EXTENT REQUIRED BY APPLICABLE LAW TO BE EFFECTIVE, THE DISCLAIMERS OF CERTAIN REPRESENTATIONS AND WARRANTIES CONTAINED IN THIS SECTION 2.3 ARE "CONSPICUOUS" DISCLAIMERS FOR THE PURPOSE OF ANY APPLICABLE LAW.

### ARTICLE 3
### ASSUMED LIABILITIES

3.1     <u>Assumed Obligations</u>.  Without limiting Assignee's rights to defense and indemnity and to be held harmless under Article 12 of the Purchase Agreement, and subject to the other limitations set forth in the Purchase Agreement, effective as of the Effective Time, Assignee hereby assumes and agrees to fulfill, perform, pay and discharge (or cause to be fulfilled, performed, paid or discharged) all of the Assumed Obligations (but excluding the Retained Obligations, all of which are retained by Assignor).

Instrument        Book Page
201700006694 OR     552 1181

## ARTICLE 4
## DEFINED TERMS

**4.1** <u>Defined Terms</u>. Capitalized terms used herein and not otherwise defined in this Section 4.1 or otherwise throughout this Assignment shall have the meanings given such terms in the Purchase Agreement. The following terms, as used herein, shall have the meanings set forth below:

*"Applicable Contracts"* means all Contracts by which the Properties and other Assets are bound or that primarily relate to the Properties or other Assets and (in each case) that will be binding on the Assets or Assignee after the Closing, including surface use agreements; farmin and farmout agreements; bottom hole agreements; crude oil, condensate and natural gas purchase and sale, gathering, transportation and marketing agreements; hydrocarbon storage agreements; acreage contribution agreements; operating agreements; balancing agreements; pooling declarations or agreements; unitization agreements; processing agreements; saltwater disposal agreements; water use and withdrawal agreements; facilities or equipment leases; crossing agreements; letters of no objection; production handling agreements; frac pond agreements; and other similar contracts and agreements, except for any master services agreements and Contracts relating to or constituting Excluded Assets

*"Contract"* means any written contract, agreement, agreement regarding indebtedness, indenture, debenture, note, bond, loan, lease, mortgage, franchise, license agreement, purchase order, binding bid, commitment, letter of credit or any other legally binding arrangement, excluding, however, any Lease, contract or agreement relating to Seismic Data and Information, easement, right-of-way, permit or other instrument creating or evidencing an interest in the Assets or a real or immovable property related to or used in connection with the operations of any Assets.

*"Excluded Assets"* means (a) all of Assignor's corporate minute books, financial records and other business records that relate to Assignor's business generally other than those directly related to the ownership and operation of the Assets and Assignor's accounting records (other than Operating Data); (b) all trade credits, all accounts, receivables and all other proceeds, income or revenues attributable to the Assets with respect to any period of time prior to the Effective Time; (c) all claims and causes of action of Assignor arising under or with respect to any Contracts that are attributable to periods of time prior to the Effective Time (including claims for adjustments or refunds), except to the extent relating to an Assumed Obligation; (d) all rights and interests of Assignor (A) under any policy or agreement of insurance or indemnity, (B) under any bond or (C) to any insurance or condemnation proceeds or awards arising, in each case, from acts, omissions or events, or damage to or destruction of property prior to the Effective Time, in each case, except as otherwise provided in <u>Section 10.3</u> of the Purchase Agreement or to the extent relating to an Assumed Obligation; (e) proceeds of all Hydrocarbons produced and sold from the Properties with respect to all periods prior to the Effective Time; (f) all claims of Assignor for refunds of or loss carry forwards with respect to (A) Taxes for which Assignor is responsible pursuant to <u>Section 14.1(b)</u> of the Purchase Agreement, (B) income or franchise

Taxes or (C) any Taxes attributable to the Excluded Assets; (g) all of Assignor's proprietary computer software, patents, trade secrets, copyrights, names, trademarks and logos and all other intellectual property of any kind, excluding Seismic Data and Information; (h) all documents and instruments of Assignor that are protected by an attorney-client privilege or that are work product of Assignor's counsel (other than title opinions); (i) all data that cannot be disclosed to Assignee as a result of confidentiality arrangements under agreements with Third Parties; *provided* that (except with respect to all Seismic Data and Information) Assignor shall use its commercially reasonable efforts to obtain a waiver of such restrictions in order to permit disclosure to Assignee; (j) all Seismic Data and Information relating to the Assets that requires Third Party consent for transfer to Assignee if such consent is not obtained or obtainable without the payment of any funds that have not been paid by Assignee, and all Contracts relating to Seismic Data and Information are set forth on Schedule 1 attached hereto; (k) all proprietary geologic and geophysical interpretations of Seismic Data and Information; (l) engineering data and reports that are not Operating Data, including reports prepared by Third Party engineers; (m) all audit rights arising under any of the Applicable Contracts or otherwise with respect to any period prior to the Effective Time or to any of the Excluded Assets, except for any Imbalances and except to the extent relating to an Assumed Obligation; (n) all other rights and obligations arising under the Applicable Contracts prior to the Effective Time (except to the extent relating to an Assumed Obligation); (o) documents prepared or received by Assignor with respect to (A) lists of prospective purchasers for transactions compiled by Assignor, (B) bids submitted by other prospective purchasers of the Assets, (C) analyses by Assignor of any bids submitted by any prospective purchaser, (D) correspondence between or among Assignor, its representatives and any prospective purchaser and (E) correspondence between Assignor or any of its representatives with respect to any of the bids, the prospective purchasers or the transactions contemplated in the Purchase Agreement; (p) any offices, office leases or personal property not directly related to any one or more of the Assets (for example, trucks and computers); (q) all reserve estimates and economic estimates; (r) [reserved]; (s) duplicate copies of all log books and other Operating Data, provided that, for clarity, originals (if available) or copies of the foregoing are part of the Assets and shall be transferred to Assignee; (t) any Assets that are retained by Assignor pursuant to Section 10.2(c) of the Purchase Agreement, Section 10.3(b) of the Purchase Agreement, Section 10.4 of the Purchase Agreement or Section 11.1(b) of the Purchase Agreement; (u) any Assets which are excluded from the transaction contemplated by the Purchase Agreement by virtue of any provisions hereof; (v) Assignor's bonds, permits and licenses or other permits, licenses or authorizations; (w) all trade credits, account receivables, note receivables, take or pay amounts receivable and other receivables attributable to the Assets with respect to any period of time prior to the Effective Time (except to the extent relating to an Assumed Obligation); (x) receivables, notes receivable and other obligations due from Affiliates including, for the avoidance of  doubt, ACP III Utica LLC, with respect to periods prior to the Closing; (y) all production, proceeds, income, receipts and credits to which Assignor is entitled under Section 2.4 of the Purchase Agreement, except to the extent relating to an Assumed Obligation; (z) originals of all records that are not related to the Assets; (aa) all abandoned and unclaimed property reportable under any state or local unclaimed property, escheat or similar Law where such property relates to or arose under periods prior to the Effective Time; (bb) all assets set forth in Schedule 1 attached hereto; (cc) all Contracts evidencing indebtedness for borrowed money,

deferred payment of purchase price, or a carry obligation, including any note, indenture, mortgage, security interests, loan credit agreement, financing lease, or any guaranty, endorsement, assumption or other contingent obligation in respect of indebtedness of others; and (dd) all Contracts to which a Assignor is a party with respect to any swap, forward, future or derivative transaction or option or similar agreement, whether exchange traded, "over-the-counter" or otherwise, involving, or settled by reference to, one or more rates, currencies, commodities, equity or debt instruments or securities, or economic, financial or pricing indices or measures of economic, financial or pricing risk or value or any similar transaction or any combination of these transactions.

"*Hydrocarbons*" means oil and gas and other hydrocarbons produced or processed in association therewith, including all crude oils, condensates, natural gas liquids, and gaseous hydrocarbons, and any combination or constituents thereof or extracted therefrom.

## ARTICLE 5
## MISCELLANEOUS

5.1   Purchase Agreement.  This Assignment is subject to, in all respects, the terms and conditions of the Purchase Agreement, and nothing contained herein is meant to enlarge, diminish or otherwise alter the terms and conditions of the Purchase Agreement or the Parties' duties and obligations contained therein.   To the extent there is a conflict between this Assignment and the Purchase Agreement, the terms of the Purchase Agreement will control.

5.2   Further Assurances.  Each Party hereby agrees to execute, acknowledge and deliver to the other Party, from time to time, such other and additional instruments, notices, division orders, transfer orders and other documents, and to do all such other and further acts and things as may be reasonably necessary to more fully and effectively carry out this Assignment and the transactions contemplated hereby, including the execution and delivery of any corrective amendments to this Assignment.

5.3   Governmental Form Assignments.  Assignor and Assignee may execute separate governmental form assignments of the Assets, if required by applicable Law, on officially approved forms in sufficient counterparts to satisfy applicable statutory and regulatory requirements. Any such separate assignments (a) shall evidence this Assignment and assignment of the applicable Assets herein made and shall not constitute any additional assignment of the Assets, (b) are not intended to modify, and shall not modify, any of the terms, covenants and conditions or limitations on warranties set forth in this Assignment or the Purchase Agreement and are not intended to create, and shall not create, any additional representations, warranties or covenants of or by Assignor or Assignee, and (c) shall be deemed to contain all of the terms and provisions of this Assignment, as fully and to all intents and purposes as though the same were set forth at length in such separate assignments.

5.4   Recording.  Unless provided otherwise, all recording references in the Exhibits hereto are to the official real property records of the county in which the respective Asset is located.

Instrument
201700006694 OR
Book Page
552 1184

5.5   Exhibits. All Exhibits and Schedules attached to this Assignment constitute a part of this Assignment. References in this Assignment to articles, sections, exhibits and schedules are to articles, sections, exhibits and schedules of this Assignment unless otherwise specified.

5.6   Amendments. This Assignment may be amended only by an instrument in writing executed by both Parties. Any of the terms, covenants, representations, warranties or conditions hereof may be waived only by a written instrument executed by or on behalf of the party hereto waiving compliance.

5.7   Counterpart Signatures. This Assignment may be executed and delivered in one or more counterparts, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument. To facilitate recordation, there are omitted from the Exhibits to this Assignment in certain counterparts descriptions of the Assets located in recording jurisdictions other than the jurisdiction in which the counterpart is to be filed or recorded. A complete copy of this Assignment, including all of the Exhibits, may be found at the offices of Assignee as set forth in the preamble hereto.

5.8   Severability. If any term or other provision of this Assignment is invalid, illegal or incapable of being enforced by any rule of law or public policy, all other conditions and provisions of this Assignment shall nevertheless remain in full force and effect. Upon the determination that any term or provision is invalid, illegal or incapable of being enforced, the parties hereto shall negotiate in good faith to modify this Assignment so as to effect the original intent of the parties as closely as possible in an acceptable manner to the end that the transactions contemplated hereby are fulfilled to the extent possible.

5.9   Successors and Assigns. The terms and provisions of this Assignment shall be binding upon and inure to the benefit of Assignor and Assignee and their respective legal representatives, successors and assigns.

5.10   Governing Law. This Assignment and the legal relations among the parties shall be governed and construed in accordance with the laws of the State of Texas (except that, with respect to issues relating to real property for Assets located in the State of Ohio, the laws of the State of Ohio shall govern solely to such extent), excluding any conflicts of law rule or principle that might refer construction of such provisions to the laws of another jurisdiction.

*[Signature Page Follows.]*

This Assignment is executed as of the date of the Parties' acknowledgments set forth below, but effective for all purposes as of the Effective Time.

ASSIGNOR:

**CARRIZO OIL & GAS, INC.**

By: _____

Gerald A. Morton
Vice President of Business Development

STATE OF TEXAS       §
                             §
COUNTY OF HARRIS     §

This instrument was acknowledged before me on November 15th, 2017, by Gerald A. Morton, as Vice President of Business Development, of Carrizo Oil & Gas, Inc., a Texas corporation, on behalf of said corporation.

_____
Notary Public
Printed Name: Anna T. York
My Commission Expires: 07/15/2018

ANNA THERESA YORK
Notary Public, State of Texas
My Commission Expires
July 15, 2018

Commission No.:

12988552-4

Instrument
201700006694 DR

Book Page
552 1186

ASSIGNOR:

**CARRIZO (UTICA) LLC**

By: _____
Gerald A. Morton
Vice President of Business Development

STATE OF TEXAS      §
                                §
COUNTY OF HARRIS    §

        This instrument was acknowledged before me on November 15th, 2017, by Gerald A. Morton as Vice President of Business Development of Carrizo (Utica) LLC, a Delaware limited liability company, on behalf of said limited liability company.

ANNA THERESA YORK
Notary Public, State of Texas
My Commission Expires
July 15, 2018

_____
Notary Public
Printed Name: Anna T. York,
My Commission Expires: 07/15/2018

Commission No.:
12988552-4

Instrument
201700006694 OR    Book Page
552 1187

ASSIGNEE:

ASCENT RESOURCES – UTICA, LLC

By:
Name: Jeffrey A. Fisher
Title: Chief Executive Officer

STATE OF  Oklahoma          §
                                          §
COUNTY OF  Oklahoma       §

     This instrument was acknowledged before me on November 15 , 2017, by
Jeffrey A. Fisher, as   CEO   of Ascent Resources – Utica, LLC, an Oklahoma limited liability
company, on behalf of said limited liability company.



(SEAL)

Notary Public
Printed Name: Fara F. Mettler
My Commission Expires:  December 11, 2018

Commission No.:

14011019

Prepared By
& when Recorded
Return to:
Ascent Resources – Utica, LLC
3501 NW 63rd Street
Oklahoma, OK 73116
Attn: Heath Robinson

Instrument          Book Page
201700006694 OR     552 1188

## Exhibit A-2

### Leases

See attached.

No marginal notation requested.

*[signature]*

Michael Brewster
Frost Brown Todd LLC

Book Page
552 1187

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011179-000 | MARGIE A GRIMES ET AL | CARRIZO (UTICA) LLC | 4/19/2017 | 011-N 004-N | 007-W 001-W | 34 11 | Freeport Washington | 09-0000008.000 09-0000029.000 40-0000091.000 40-0000092.000 | Harrison Guernsey | OH | 246 546 | 2637 947 | 201700001187 201700002178 |
| OH0101001004-000 | KENNETH L BROWN JR ET UX | CARRIZO (UTICA) LLC | 10/24/2011 | 004-N | 001-W | 14 | Washington | 40-0000043.001 | Guernsey | OH | 486 | 1483 | 201200001069 |
| OH0101001011-000 | ERNEST R BUTCHER ET UX | CARRIZO (UTICA) LLC | 10/20/2011 | 004-N | 001-W | 17 | Washington | 40-0000033.000 40-0000035.000 | Guernsey | OH | 487 | 2390 | 201200002183 |
| OH0101001014-000 | PAUL P MILLER JR ET UX | CARRIZO (UTICA) LLC | 10/25/2011 | 004-N | 001-W | 14 | Washington | 40-0001751.001 40-0001751.000 | Guernsey | OH | 487 | 2384 | 201200002180 |
| OH0101001017-000 | GREGORY STEARN JR ET UX | CARRIZO (UTICA) LLC | 2/24/2012 | 001-N | 001-W | 12 | Richland | 31-0000212.000 | Guernsey | OH | 487 | 1086 | 201200001849 |
| OH0101001018-000 | JOHN C POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | 3, ML9 | Richland | 31-0000408.000 31-0002514.000 31-0000402.000 | Guernsey | OH | 488 | 506 | 201200002630 |
| OH0101001019-000 | HARRY A MERCHANT | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | 18, 23 | Richland | 31-0003004.000 31-0000082.000 | Guernsey | OH | 488 | 511 | 201200002632 |
| OH0101001020-002 | JOHN C POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | 3, 4, ML7, ML8 | Richland | 31-0002447.002 31-0000408.000 31-0002514.000 31-0001608.000 31-0000402.000 31-0000404.000 31-0000354.001 | Guernsey | OH | 488 | 502 | 201200002629 |
| OH0101001020-003 | MICHAEL G MUFFET JR ET UX | CARRIZO (UTICA) LLC | 5/16/2012 | 001-N | 001-W | ML 7 | Richland | 31-0000354.000 31-0000354.003 | Guernsey | OH | 491 | 2160 | 201200006027 |
| OH0101001020-004 | CHARLES L BROWNING | CARRIZO (UTICA) LLC | 5/14/2012 | 001-N | 001-W | 13 | Richland | 31-0000159.000 | Guernsey | OH | 492 | 152 | 201200006408 |
| OH0101001020-005 | MARK L POZUC ET UX | CARRIZO (UTICA) LLC | 5/11/2012 | 001-N | 001-W | 13 | Richland | 31-0000159.002 | Guernsey | OH | 492 | 164 | 201200006414 |
| OH0101001020-006 | MYRON R SCHUMACHER ET | CARRIZO (UTICA) LLC | 7/11/2012 | 001-N | 001-W | 13 | Richland | 31-0000159.001 | Guernsey | OH | 492 | 160 | 201200006412 |

Instrument
201700006694 OR

Book  Page
552   1190

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001020-007 | EDDIE G POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | ML 22, 13, ML23, ML24, ML27, ML28, ML29 | Richland | 31-0000416.000 31-0000419.000 31-0000159.003 31-0000047.000 31-0002318.000 31-0003105.000 31-0000293.000 31-0000293.001 31-0000353.000 31-0000421.001 31-0000421.000 31-0000294.000 31-0000506.000 31-0000454.007 | Guernsey | OH | 488 | 495 | 201200002627 |
| OH0101001020-008 | JEFFREY KENT JENKINS ET AL | DML ENERGY LLC | 10/30/2012 | 001-N | 001-W | 13, ML7 | Richland | 31-0000159.000 31-0000159.001 31-0000159.002 31-0000159.003 31-0000354.000 31-0000345.001 31-0000354.002 31-0000354.003 | Guernsey | OH | 496 505 | 1720 1051 | 201200010608 201300005834 |
| OH0101001020-009 | KATHRYN TICE ET AL | CARRIZO (UTICA) LLC | 1/4/2013 | 001-N | 001-W | 13, ML7 | Richland | 31-0000159.000 31-0000159.001 31-0000159.002 31-0000159.003 31-0000354.000 31-0000345.001 31-0000354.002 31-0000354.003 | Guernsey | OH | 498 | 2478 | 201300000403 |

Instrument 20170000694 OR    Book Page 552 1191

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001021-000 | KENNON JOSEPH POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | ML 39, ML38, 1 | Richland | 31-0000423.000 31-0000422.000 44-0000155.001 | Guernsey | OH | 488 | 515 | 201200002633 |
| OH0101001023-000 | MARY R RECTOR ET AL | CARRIZO (UTICA) LLC | 4/20/2012 | 001-N | 001-W | 13, ML8, ML7 | Richland | 31-0002758.000 31-0000311.000 31-0000309.000 31-0002759.000 | Guernsey | OH | 489 | 579 | 201200003677 |
| OH0101001025-000 | RODNEY L HINES | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14 | Washington | 40-0000852.001 | Guernsey | OH | 488 | 2100 | 201200003153 |
| OH0101001026-000 | RICHARD R HINES | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14 | Monroe | 40-0000852.003 | Guernsey | OH | 488 | 2087 | 201200003148 |
| OH0101001027-000 | BRUNER LAND COMPANY INC | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14, 15 | Washington | 40-0000853.005 40-0000853.002 40-0000853.004 40-0000853.003 40-0000133.002 40-0000133.004 40-0000133.003 40-0000133.001 40-0000519.000 40-0000853.001 40-0000458.000 40-0000459.001 40-0000334.000 | Guernsey | OH | 488 | 2089 | 201200003149 |
| OH0101001028-000 | CHARLES K CARTER | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14, 15 | Washington | 40-0000642.000 40-0000459.000 40-0000832.000 40-0000371.000 40-0000642.001 40-0000328.000 40-0000826.000 | Guernsey | OH | 488 | 2079 | 201200003147 |
| OH0101001029-000 | RICKY D HINES ET UX | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14 | Washington | 40-0000852.004 | Guernsey | OH | 488 | 2102 | 201200003154 |
| OH0101001030-000 | ROBERT R HINES ET UX | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14 | Washington | 40-0000852.002 | Guernsey | OH | 488 | 2098 | 201200003152 |

Instrument 201700006694 OR

Book Page 552 1192

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHO101001031-000 | ROBERT R HINES ET UX | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14, 15 | Washington | 40-0000353.000 40-0000133.000 | Guernsey | OH | 488 | 2096 | 201200003151 |
| OHO101001032-000 | ROBERT G HINES ET UX | CARRIZO (UTICA) LLC | 4/19/2012 | 004-N | 001-W | 14 | Washington | 40-0000352.000 | Guernsey | OH | 488 | 2094 | 201200003150 |
| OHO101001033-000 | HAROLD S HECKMAN ET UX | CARRIZO (UTICA) LLC | 4/20/2012 | 001-N | 001-W | 23 | Richland | 31-0000326.000 | Guernsey | OH | 489 | 79 | 201200003552 |
| OHO101001034-000 | ANTHONY J MOHOROVICH ET | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | 12 | Richland | 31-0002464.000 | Guernsey | OH | 489 | 3406 | 201200004477 |
| OHO101001037-000 | DAVID J ZACHARIAS ET UX | CARRIZO (UTICA) LLC | 4/2/2012 | 001-N | 001-W | 8, 13 | Richland | 31-0000541.001 31-0000543.000 | Guernsey | OH | 489 | 77 | 201200003551 |
| OHO101001040-000 | ELWIN R FISHER ET UX | CARRIZO (UTICA) LLC | 3/24/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.006 | Guernsey | OH | 489 | 75 | 201200003550 |
| OHO101001041-000 | JEREMY D HALL ET UX | CARRIZO (UTICA) LLC | 4/24/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.012 | Guernsey | OH | 489 | 67 | 201200003546 |
| OHO101001042-000 | JEREMY C ROE ET UX | CARRIZO (UTICA) LLC | 3/23/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.016 | Guernsey | OH | 489 | 3547 | 201200003547 |
| OHO101001044-000 | PAUL E MESSAC | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.016 44-0000133.017 44-0000133.018 | Guernsey | OH | 497 | 1129 | 201200011340 |
| OHO101001047-000 | STANLEY KOLENDORSKI | CARRIZO (UTICA) LLC | 3/13/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.013 33-0000002.014 33-0000002.015 | Guernsey | OH | 487 | 2386 | 201200002181 |
| OHO101001049-000 | PAUL A TROYER ET UX | CARRIZO (UTICA) LLC | 5/24/2012 | 001-N | 001-W | 9, 13 | Richland | 31-0000543.001 33-0000005.001 33-0001682.001 | Guernsey | OH | 490 | 3193 | 201200005430 |
| OHO101001053-000 | DANIEL R OSWALD ET UX | CARRIZO (UTICA) LLC | 4/10/2012 | 001-N | 001-W | 13 | Richland | 33-0000005.010 31-0000159.004 | Guernsey | OH | 489 | 69 | 201200003549 |
| OHO101001063-000 | NIGHT HAWK RESERVE LLC | CARRIZO (UTICA) LLC | 7/13/2012 | 001-N | 001-W | ML 29, ML 30 | Richland | 31-0000454.011 31-0000454.012 31-0001697.000 | Guernsey | OH | 491 | 3125 | 201200006261 |
| OHO101001068-000 | MONIKA M WALKER | CARRIZO (UTICA) LLC | 6/16/2012 | 001-N | 001-W | ML 4, ML 5 | Richland | 31-0000046.003 31-0000046.003 | Guernsey | OH | 491 549 | 917 216 | 201200005742 201700004184 |
| OHO101001070-000 | LOYAL WILSON ET AL | CARRIZO (UTICA) LLC | 7/10/2012 | 001-N | 002-W | 10 | Richland | 31-0002753.000 | Guernsey | OH | 491 | 2152 | 201200006023 |
| OHO101001071-000 | CARL A DUCH | CARRIZO (UTICA) LLC | 6/27/2012 | 001-N | 001-W | ML 21, ML 22 | Richland | 31-0002960.000 | Guernsey | OH | 491 | 909 | 201200005739 |
| OHO101001079-000 | CURTIS P DORTON ET UX | CARRIZO (UTICA) LLC | 7/17/2012 | 001-N | 001-W | 9 | Richland | 33-0000005.013 | Guernsey | OH | 491 | 3471 | 201200006361 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001082-000 | DALE DVORAK ET UX | CARRIZO (UTICA) LLC | 7/18/2012 | 001-N | 001-W | 3 | Richland | 31-0002978.005<br>31-0002978.005 | Guernsey | OH | 491 | 3128 | 201200006262 |
| OH0101001084-000 | SENECAVILLE LAKE FARMS LLC | CARRIZO (UTICA) LLC | 7/24/2012 | 001-N | 001-W | ML 29, ML 30 | Richland | 31-0001697.001<br>31-0001697.002<br>31-0001697.004<br>31-0001286.000<br>31-0001287.000<br>31-0001285.000<br>31-0001281.000<br>31-0000454.008<br>31-0001697.007<br>31-0001697.005 | Guernsey | OH | 492 | 217 | 201200006436 |
| OH0101001088-001 | DONALD WAYNE DUCHE LIVING TRUST | CARRIZO (UTICA) LLC | 4/28/2012 | 001-N | 001-W | 3 | Richland | 31-0002445.000<br>31-0002513.001<br>31-0002513.000<br>31-0002446.000 | Guernsey | OH | 492 | 343 | 201200006470 |
| OH0101001088-002 | ELIZABETH ANN DUCHE LIVING TRUST | CARRIZO (UTICA) LLC | 4/28/2012 | 001-N | 001-W | 3 | Richland | 31-0002445.000<br>31-0002513.001<br>31-0002513.000<br>31-0002446.000 | Guernsey | OH | 492 | 200 | 201200006431 |
| OH0101001089-000 | DAVID J ARENDEC ET UX | CARRIZO (UTICA) LLC | 5/31/2012 | 001-N | 001-W | 8, 13 | Richland | 31-0000543.010<br>31-0001521.000 | Guernsey | OH | 492 | 144 | 201200006404 |
| OH0101001090-000 | JAMES D HOLLENBECK ET UX | CARRIZO (UTICA) LLC | 8/3/2012 | 001-N | 002-W | 11, 12 | Richland | 31-0000031.000<br>31-0000032.000 | Guernsey | OH | 493 | 450 | 201200007496 |
| OH0101001091-000 | DANIEL J DUCHE ET UX | CARRIZO (UTICA) LLC | 5/12/2012 | 001-N | 001-W | 3 | Richland | 31-0002447.000<br>31-0000623.000 | Guernsey | OH | 492 | 178 | 201200006421 |
| OH0101001094-000 | RONALD E COBB ET UX | CARRIZO (UTICA) LLC | 8/31/2012 | 001-N | 001-W | ML 21 | Richland | 31-0000624.000<br>31-0000625.000 | Guernsey | OH | 493 | 1437 | 201200007777 |
| OH0101001095-000 | EDWARD R WEEKLEY REV TRUST | CARRIZO (UTICA) LLC | 5/24/2012 | 001-N | 001-W | ML 21 | Richland | 31-0000626.000<br>31-0000627.000 | Guernsey | OH | 492 | 182 | 201200006423 |

Book Page
592 1194

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010001096-000 | JACK A FOWLER JR ET UX | CARRIZO (UTICA) LLC | 8/2/2012 | 001-N | 001-W | ML 21 | Richland | 31-0000630.000 31-0000631.000 | Guernsey | OH | 492 | 2811 | 201200007159 |
| OH01010001097-000 | DAVID L SCHULTICE | CARRIZO (UTICA) LLC | 5/22/2012 | 001-N | 001-W | ML 21 | Richland | 31-0000628.000 | Guernsey | OH | 492 | 142 | 201200006403 |
| OH01010001098-000 | HUBERT W MAY ET UX | CARRIZO (UTICA) LLC | 5/22/2012 | 001-N | 001-W | ML 21 | Richland | 31-0000628.000 31-0000629.000 | Guernsey | OH | 492 | 190 | 201200006427 |
| OH01010001100-000 | NORMAN N REPASKY ET AL | ENDEAVOR ENERGY RESOURCES LP | 10/4/2011 | 001-N | 001-W | ML 4, ML 5 | Richland | 31-0000086.001 31-0000046.001 | Guernsey | OH | 486 | 1707 | 201200001108 |
| OH01010011000-000 | BILL MARSH ET AL | CARRIZO (UTICA) LLC | 10/1/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001787.000 | Guernsey | OH | 521 | 583 | 201400007615 |
| OH01010011001-000 | TAMERA A BUDYKA | CARRIZO (UTICA) LLC | 7/25/2014 | 001-N | 002-W | 21 | Richland | 31-0001192.000 | Guernsey | OH | 519 | 1028 | 201400006147 |
| OH01010011002-000 | BRENDA K SIMMS | CARRIZO (UTICA) LLC | 8/21/2014 | 004-N | 001-W | 1 | Washington | 40-0000461.000 | Guernsey | OH | 519 | 2013 | 201400006371 |
| OH01010011003-000 | THOMAS J MAITLAND JR | CARRIZO (UTICA) LLC | 12/3/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000763.000 | Guernsey | OH | 522 | 2857 | 201400008910 |
| OH01010011004-000 | LOUIS P SMITH ET UX | CARRIZO (UTICA) LLC | 10/15/2014 | 011-N | 007-W | 31 | Londonderry | 20-0001391.000 | Guernsey | OH | 521 | 1933 | 201400007939 |
| OH01010011005-000 | 1080 ENTERPRISES LLC | CARRIZO (UTICA) LLC | 1/9/2015 | 011-N | 007-W | 27 | Londonderry | 20-0001969.000 | Guernsey | OH | 523 | 2437 | 201500000230 |
| OH01010011006-000 | JOAN BOND | SWEPI LP | 10/19/2011 | 011-N | 007-W | 26 | Londonderry | 20-0000724.000 20-0000725.000 20-0000726.000 20-0000727.000 20-0000729.000 20-0000730.000 | Guernsey | OH | 484 | 959 | 201100007883 |
| OH01010011008-000 | RONALD J ROBINSON ET UX | NORTH COAST ENERGY INC | 8/12/2000 | 011-N | 007-W | 20, 21, 27 | Londonderry | 20-0000639.000 20-0000636.000 20-0000638.000 | Guernsey | OH | 253 | 983 | 200000005852 |
| OH01010011009-000 | CHARLES M LODGE ET AL | SKZ INC | 5/12/1986 | 011-N | 007-W | 20, 21 | Londonderry | 20-0001707.000 20-0001356.000 | Guernsey | OH | 102 | 644 | |
| OH01010011101-000 | GARY BOARMAN | ENDEAVOR ENERGY | 10/7/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.005 | Guernsey | OH | 485 | 1285 | 201200000047 |
| OH01010011010-000 | CARL E TAYLOR ET UX | DB SCHAFFER AND ASSOC | 10/30/1980 | 011-N | 007-W | 20 | Londonderry | 20-0001163.000 | Guernsey | OH | 87 | 896 | |
| OH01010011011-000 | CARL E TAYLOR ET UX | TOWNER PETROLEUM | 12/29/1981 | 011-N | 007-W | 20 | Londonderry | 20-0001164.000 | Guernsey | OH | 92 | 231 | |
| OH01010011013-000 | CARL E ROE ET UX | SWEPI LP | 2/8/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.005 44-0000133.006 | Guernsey | OH | 487 | 907 | 201200001807 |
| OH01010011014-001 | DOUBLEDOWN LTD | CARRIZO (UTICA) LLC | 9/5/2014 | 003-N | 001-W | 3 | Madison | 22-0000033.000 | Guernsey | OH | 520 | 1858 | 201400007130 |

Instrument
201700006394 OR

Book Page
502 1195

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011015-000 | JEFFERY L CAPLES | CARRIZO (UTICA) LLC | 9/13/2014 | 002-N | 002-W | 20 | Wills | 44-0001040.000<br>44-0001039.002 | Guernsey | OH | 520 | 1606 | 201400007074 |
| OH01010011102-000 | HENRY BYLER ET UX | ENDEAVOR ENERGY RESOURCES | 10/13/2011 | 001-N | 001-W | 8, 13 | Richland | 31-0000541.000<br>31-0000541.003<br>31-0000543.009<br>31-0000543.011 | Guernsey | OH | 485<br>492 | 1258<br>59 | 201200000038<br>201200006385 |
| OH01010011030-000 | DAVID W GLEGHORN ET UX | A W TIPKA OIL & GAS INC | 7/7/1995 | 004-N | 001-W | 1 | Washington | 40-0000099.000 | Guernsey | OH | 65 | 796 | 49833 |
| OH01010011031-000 | RAY W PARKER ET UX | WNT OPERATING INC | 8/1/1989 | 004-N | 001-W | 3 | Washington | 40-0000187.000 | Guernsey | OH | 106 | 583 | 22239 |
| OH01010011032-000 | RONALD G CUDDY ET UX | WILLIAM N TIPKA | 2/28/1983 | 004-N | 001-W | 20 | Washington | 40-0000750.000<br>40-0000749.000 | Guernsey | OH | 96 | 222 | 88341 |
| OH01010011033-000 | JAMES R MESSNER SR ET UX | WILLIAM M TIPKA | 2/10/1985 | 004-N | 001-W | 20 | Washington | 40-0000156.000<br>40-0000156.001 | Guernsey | OH | 100 | 179 | 98543 |
| OH01010011034-000 | DONALD J HALL ET UX | WILLIAM N TIPKA | 7/21/1980 | 004-N<br>004-N | 001-W<br>001-W | 1<br>2 | Washington<br>Washington | 40-0000111.000<br>40-0000461.000<br>40-0000460.000<br>40-0000464.000 | Guernsey | OH | 87 | 518 | 74079 |
| OH01010011035-000 | ERNA J TIPKA ET VIR | WILLIAM N TIPKA | 9/12/1983 | 004-N | 001-W | 2 | Washington | 40-0000017.000<br>40-0000022.001<br>40-0000022.006<br>40-0000022.002<br>40-0000022.005<br>40-0000022.007<br>40-0000022.003<br>40-0000022.004<br>40-0000022.000 | Guernsey | OH | 97 | 328 | 91043 |

Book Page
552 1196

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 40-0000162.000 | | | | | |
| | | | | | | | | 40-0000162.001 | | | | | |
| | | | | | | | | 40-0000162.002 | | | | | |
| | | | | | | | | 40-0000162.003 | | | | | |
| | | | | | | | | 40-0000164.000 | | | | | |
| | | | | | | | | 40-0000164.001 | | | | | |
| | | | | | | | | 40-0000164.002 | | | | | |
| | | | | | | | | 40-0000164.003 | | | | | |
| | | | | | | | | 40-0000164.004 | | | | | |
| | | | | | | | | 40-0000164.005 | | | | | |
| | | | | | | | | 40-0000164.006 | | | | | |
| | | | | | | | | 40-0000164.007 | | | | | |
| | | | | | | | | 40-0000164.008 | | | | | |
| | | | | | | | | 40-0000164.009 | | | | | |
| OH01010011036-000 | LLOYD W LEESEBERG ET AL | WILLIAM N TIPKA | 5/15/1981 | 004-N | 001-W | 1, 2, 9 | Washington | 40-0000164.010 | Guernsey | OH | 90 | 253 | 78556 |
| | | | | | | | | 40-0000164.011 | | | | | |
| | | | | | | | | 40-0000164.012 | | | | | |
| | | | | | | | | 40-0000165.000 | | | | | |
| | | | | | | | | 40-0000165.001 | | | | | |
| | | | | | | | | 40-0000165.002 | | | | | |
| | | | | | | | | 40-0000165.003 | | | | | |
| | | | | | | | | 40-0000165.004 | | | | | |
| | | | | | | | | 40-0000165.005 | | | | | |
| | | | | | | | | 40-0000163.000 | | | | | |
| | | | | | | | | 40-0000163.001 | | | | | |
| | | | | | | | | 40-0000163.002 | | | | | |
| | | | | | | | | 40-0000163.003 | | | | | |
| | | | | | | | | 40-0000163.004 | | | | | |
| | | | | | | | | 40-0000163.005 | | | | | |
| OH01010011038-000 | CARL T EMERY ET UX | SHALE PLAY LAND SERVICES INC | 10/10/2012 | 004-N 004-N | 001-W 002-W | 4 9 | Washington | 40-0000071.000 40-0000072.000 | Guernsey | OH | 496 | 927 | 2012000010390 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011039-000 | ERNEST S SIMMONS ET UX | WILLIAM N TIPKA | 2/10/1982 | 004-N | 001-W | 9 | Washington | 40-0000554.000 40-0000554.001 40-0000554.002 40-0000554.003 40-0000554.004 40-0000554.005 40-0000554.007 40-0000554.008 | Guernsey | OH | 92 | 786 | 82537 |
| OH01010011104-000 | RALPH B LENT ET AL | CARRIZO (UTICA) LLC | 7/11/2012 | 001-W | 001-W | 12 | Richland | 31-0000256.000 | Guernsey | OH | 492 | 194 | 201200006429 |
| OH01010011040-000 | RONALD G HEFNER ET UX | WILLIAM N TIPKA | 1/1/1981 | 004-N | 001-W | 1 | Washington | 40-0000118.005 40-0000120.002 40-0000120.000 40-0000118.003 40-0000118.004 40-0000118.002 40-0000118.006 40-0000118.007 40-0000118.008 40-0000118.001 | Guernsey | OH | 38 | 1015 | |
| OH01010011041-001 | DONALD K PETERSON ET UX | WILLIAM N TIPKA | 9/2/1977 | 004-N | 001-W | 12 | Washington | 40-0000118.000 40-0000147.000 40-0000148.000 | Guernsey | OH | 80 | 18 | 56742 |
| OH01010011042-000 | FREDERICK P BALUCH SR AND | SHALE PLAY LAND | 1/10/2013 | 004-N | 001-W | 4 | Washington | 40-0000155.000 | Guernsey | OH | 498 | 3108 | 201300000578 |
| OH01010011043-000 | MENNO E ZOOK ET UX | SIERRA BUCKEYE LLC | 11/17/2012 | 004-N | 001-W | 9 | Washington | 40-0000554.006 | Guernsey | OH | 498 | 3108 | 201300000578 |
| OH01010011044-000 | ANDREW J SWARTZENTRUBER | SIERRA BUCKEYE LLC | 11/16/2012 | 004-N | 001-W | 9 | Washington | 40-0000554.001 | Guernsey | OH | 500 | 2823 | 201300002198 |
| OH01010011045-000 | SHANNON L THOMPSON | CARRIZO (UTICA) LLC | 9/16/2014 | 001-N | 002-W | 10 | Richland | 34-0000016.000 | Guernsey | OH | 520 | 1601 | 201400007072 |
| OH01010011046-000 | DEBRA K HONEYWELL | CARRIZO (UTICA) LLC | 7/1/2014 | 001-N | 002-W | 9, 10 | Richland | 34-0000044.000 34-0000045.000 34-0000095.000 34-0000093.000 | Guernsey | OH | 518 | 3331 | 201400005886 |
| OH01010011047-000 | ROBERT CAVANAUGH | CARRIZO (UTICA) LLC | 10/1/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001942.000 | Guernsey | OH | 521 | 1968 | 201400007932 |

Book Page
552 1198

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHO1010011048-000 | MARION G ARON | WILLIAM N TIPKA | 11/12/1979 | 004-N | 001-W | 3, 8 | Washington | 40-0000245.000 40-0000246.000 | Guernsey | OH | 85 | 914 | |
| OHO1010011049-000 | JANET L BOND ET AL | WISHGARD LLC | 3/31/2011 | 011-N | 007-W | 20 , 26, 27 | Londonderry | 20-0000048.000 20-0000049.000 20-0000050.000 20-0000064.000 20-0000700.000 20-0000701.000 20-0000702.000 20-0000703.000 20-0000704.000 20-0000705.000 | Guernsey | OH | 479 | 2200 | 201111113827 |
| OHO1010011050-001 | MILDRED M LAKE | GULFPORT ENERGY CORPORATION | 4/12/2012 | 011-N | 007-W | 20 | Londonderry | 20-0000401.000 20-0001373.000 | Guernsey | OH | 490 | 1970 | 201200005083 |
| OHO1010011050-002 | MARK W LAKE | GULFPORT ENERGY CORPORATION | 4/12/2012 | 011-N | 007-W | 20 | Londonderry | 20-0000401.000 20-0001373.000 | Guernsey | OH | 490 | 1966 | 201200005081 |
| OHO1010011050-003 | TERRY R LAKE | GULFPORT ENERGY CORPORATION | 4/12/2012 | 011-N | 007-W | 20 | Londonderry | 20-0000401.000 20-0001373.000 | Guernsey | OH | 490 | 1950 | 201200005082 |
| OHO1010011051-000 | SUSAN N NICHOLS | WISHGARD LLC | 4/30/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000402.000 | Guernsey | OH | 478 | 1595 | 201100002591 |
| OHO1010011052-000 | TERRY R LAKE JR | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000426.000 20-0000658.000 | Guernsey | OH | 479 | 1 | 201100003670 |
| OHO1010011053-000 | LARRY A LAKE ET UX | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000754.000 | Guernsey | OH | 479 | 1815 | 201100003670 |
| OHO1010011054-000 | MARK W LAKE | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000751.000 20-0000750.000 20-0000749.000 | Guernsey | OH | 478 | 3152 | 201100002987 |
| OHO1010011055-000 | TERRY R LAKE ET UX | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000749.000 20-0000744.000 20-0000742.000 | Guernsey | OH | 478 | 3140 | 201100002954 |

Book Page
552 1199

Instrument OR
201700006694

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011056-000 | HELEN LAKE | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000757.000 20-0000758.000 20-0000759.000 20-0000760.000 | Guernsey | OH | 478 | 3133 | 201100002979 |
| OH01010011057-000 | LUANN LAKE | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000755.000 20-0000756.000 | Guernsey | OH | 478 | 3135 | 201100002980 |
| OH01010011058-000 | EDGAR R DOWDY ET UX | WISHGARD LLC | 6/30/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000739.000 20-0000740.000 | Guernsey | OH | 478 | 3065 | 201100002945 |
| OH01010011059-000 | BRIAN D BANE ET UX | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0001445.002 | Guernsey | OH | 478 | 3083 | 201100002954 |
| OH01010011060-000 | DEANNA BOND | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0001446.000 | Guernsey | OH | 479 | 71 | 201100009110 |
| OH01010011061-000 | TRUSTEES OF LONDONDERRY TOWNSHIP | WISHGARD LLC | 5/31/2011 | 011-N | 007-W | 20 | Londonderry | 20-0000061.000 20-0001869.000 | Guernsey | OH | 524 | 792 | 201100004118 |
| OH01010011062-000 | CORY A CUNNINGHAM | WISHGARD LLC | 6/30/2011 | 011-N | 007-W | 20 | Londonderry | 20-0001357.000 | Guernsey | OH | 479 | 418 | 201100009225 |
| OH01010011063-000 | JOHN H SCURLOCK | CARRIZO (UTICA) LLC | 9/23/2014 | 009-N | 007-W | 32 | Millwood | 25-0000047.000 | Guernsey | OH | 521 | 590 | 201400007618 |
| OH01010011064-000 | RUDOLFO MONTANO ET UX | CARRIZO (UTICA) LLC | 10/3/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001886.000 | Guernsey | OH | 521 | 1975 | 201400007935 |
| OH01010011065-000 | HAROLD JAMES MCNEAL JR | CARRIZO (UTICA) LLC | 10/15/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001708.000 31-0001709.000 | Guernsey | OH | 521 | 1966 | 201400007931 |
| OH01010011066-000 | DENNIS SKEES ET UX | CARRIZO (UTICA) LLC | 5/2/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001890.000 | Guernsey | OH | 516 | 631 | 201400008832 |
| OH01010011067-000 | RICHARD PICETTI ET UX | CARRIZO (UTICA) LLC | 12/12/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001906.000 31-0001905.000 | Guernsey | OH | 523 | 1689 | 201500000053 |
| OH01010011068-000 | PAUL DAUGHERTY ET UX | CARRIZO (UTICA) LLC | 10/21/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001512.000 | Guernsey | OH | 521 | 1962 | 201400007929 |
| OH01010011069-000 | CHARLES O DONNELL ET UX | CARRIZO (UTICA) LLC | 12/10/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001891.000 | Guernsey | OH | 525 | 2571 | 201500001718 |
| OH01010011070-000 | RUDOLPH G SALTALAMACHIA ET UX | CARRIZO (UTICA) LLC | 9/7/2012 | 004-N | 002-W | 12 | Monroe | 26-0000112.001 26-0000112.008 | Guernsey | OH | 493 | 2905 | 201200008123 |
| OH01010011070-000 | EDWARD LAPP ET UX | CARRIZO (UTICA) LLC & ACP III UTICA LLC | 9/17/2013 | 003-N | 001-W | 10 | Madison | 22-0000758.000 22-0001134.001 | Guernsey | OH | 507 | 3159 | 201300007933 |
| OH01010011071-000 | THE LAWRENCE N GLOVER AND STELLA J GLOVER | CARRIZO (UTICA) LLC | 11/6/2014 | 001-N | 002-W | 10 | Richland | 34-0000075.000 | Guernsey | OH | 522 | 219 | 201400008330 |
| OH01010011072-000 | TIMOTHY L REDD ET UX | CARRIZO (UTICA) LLC | 11/19/2014 | 001-N | 002-W | 10 | Richland | 34-0000019.000 34-0000020.000 | Guernsey | OH | 523 | 2324 | 201500000190 |

Instrument 201700006394 OR

Book Page 552 1200

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011074-000 | WILLIAM H HARTLEY III LIVING | CARRIZO (UTICA) LLC | 10/23/2014 | 001-N | 002-W | 12 | Richland | 31-0003178.000 | Guernsey | OH | 522 | 224 | 201400008332 |
| OH01010011075-001 | MICHAEL S POWELL ET UX | CARRIZO (UTICA) LLC | 1/10/2015 | 011-N | 007-W | 26 | Londonderry | 20-0000511.000 | Guernsey | OH | 523 | 2640 | 201500000270 |
| OH01010011076-000 | L JANE RAWLINGS TRUST | CARRIZO (UTICA) LLC | 12/16/2014 | 001-N | 002-W | 9 | Richland | 31-0002632.000 31-0002634.000 31-0002479.000 31-0002963.001 | Guernsey | OH | 523 | 1695 | 201500000055 |
| OH01010011077-000 | PATRICK G GOLMITZ ET UX | CARRIZO (UTICA) LLC | 12/10/2014 | 001-N | 002-W | 12 | Richland | 31-0000498.000 | Guernsey | OH | 523 | 1696 | 201500000056 |
| OH01010011078-000 | KIMBERLY JO NEFF | CARRIZO (UTICA) LLC | 9/15/2014 | 001-N | 002-W | 9 | Richland | 31-0002483.000 | Guernsey | OH | 520 | 1599 | 201400007071 |
| OH01010011079-000 | STEPHEN P NELSON ET UX | CARRIZO (UTICA) LLC | 11/3/2014 | 001-N | 002-W | 20, 21 | Richland | 35-0000509.000 35-0000510.000 35-0000511.000 35-0000570.000 | Guernsey | OH | 522 | 221 | 201400008331 |
| OH01010011108-000 | ANTHONY D BARBUTO ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 12 | Monroe | 26-0000112.010 26-0000112.011 | Guernsey | OH | 494 | 71 | 201200008300 |
| OH01010011080-000 | JONATHAN W BARRETT ET UX | CARRIZO (UTICA) LLC | 10/3/2014 | 001-N | 002-W | ML 10 | Richland | 31-0001629.000 | Guernsey | OH | 522 | 217 | 201400008329 |
| OH01010011081-000 | THE ORENDA TRUST | CARRIZO (UTICA) LLC | 10/2/2014 | 001-N | 002-W | 11 | Richland | 31-0002520.000 | Guernsey | OH | 521 | 1979 | 201400007937 |
| OH01010011082-000 | CHARLES W SCURLOCK ET UX | CARRIZO (UTICA) LLC | 9/24/2014 | 001-N | 002-W | 2 | Center | 10-0000090.000 10-0000082.000 10-0000071.000 10-0000070.000 | Guernsey | OH | 521 | 594 | 201400007620 |
| OH01010011083-000 | JAMES L WERTZ | CARRIZO (UTICA) LLC | 12/10/2014 | 001-N | 001-W | ML 30 | Richland | 31-0002963.000 31-0002964.000 | Guernsey | OH | 523 521 521 | 2321 594 1979 | 201500000189 201400007620 201400007937 |
| OH01010011084-000 | CHARLES W SCURLOCK ET AL | CARRIZO (UTICA) LLC | 9/24/2014 | 001-N | 002-W | 2 | Center | 10-0000089.000 10-0000081.000 10-0000031.000 | Guernsey | OH | 521 | 597 | 201400007621 |

Book Page
552  1201

Instrument
20170000004694  OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011085-000 | ROBERT K DEVORE | CARRIZO (UTICA) LLC | 12/5/2014 | 001-N | 001-W | ML 30 | Richland | 31-0000974.000 31-0000975.000 31-0000976.000 31-0000993.000 31-0000994.000 31-0001004.000 | Guernsey | OH | 523 | 2315 | 201500000187 |
| OH01010011086-000 | WAYNE E REDD ET AL | CARRIZO (UTICA) LLC | 1/5/2015 | 001-N | 002-W | 9 | Richland | 34-0000009.000 | Guernsey | OH | 523 | 3339 | 201500000422 |
| OH01010011087-000 | WILLIA MARGIE ROHL | CARRIZO (UTICA) LLC | 12/19/2014 | 001-N | 002-W | 9 | Richland | 34-0000094.000 | Guernsey | OH | 523 | 3343 | 201500000423 |
| OH01010011088-000 | URSULA STAHOVEC | CARRIZO (UTICA) LLC | 12/10/2014 | 001-N | 002-W | 1 | Wills | 47-0000139.000 47-0000138.000 47-0000137.000 | Guernsey | OH | 523 | 1683 | 201500000051 |
| OH01010011089-000 | DAVID W STAHOVEC | CARRIZO (UTICA) LLC | 10/29/2014 | 001-N | 002-W | 1 | Wills | 47-0000307.000 | Guernsey | OH | 522 | 946 | 201400008458 |
| OH01010011091-000 | GUERNSEY COUNTY COMMUNITY DEV CORP | PATRIOT LAND COMPANY | 3/25/2011 | 001-N | 001-W | 2 | Richland | 31-0002978.003 | Guernsey | OH | 477 | 2496 | 201100001998 |
| OH01010011093-000 | RAYMOND L JENKINS ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 11, 12 | Millwood | 23-0000564.000 31-0001555.000 | Guernsey | OH | 487 | 2803 | 201200002286 |
| OH01010011095-000 | TIMOTHY L SILVA | GULFPORT ENERGY CORPORATION | 9/28/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.019 | Guernsey | OH | 495 | 444 | 201200009376 |
| OH01010011096-000 | KEITH A ELSASS | GULFPORT ENERGY CORPORATION | 12/20/2011 | 001-N | 001-W | 2 | Wills | 44-0000133.020 | Guernsey | OH | 491 | 39 | 201200005483 |
| OH01010011097-000 | HARRY E BRUNER ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 2ND | Richland | 31-0000136.001 44-0000154.006 | Guernsey | OH | 488 | 2981 | 201200003410 |
| OH01010011098-000 | FREDERICK R BUTCHER ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 2ND | Richland | 31-0000136.000 44-0000154.003 | Guernsey | OH | 492 | 1494 | 201200006833 |
| OH01010011101-000 | DAVID GOSSETT ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 8 | Richland | 31-0000138.000 | Guernsey | OH | 488 | 2925 | 201200008396 |
| OH01010011102-000 | MARY L REILAND ET VIR | WISHGARD LLC | 5/31/2011 | 001-N | 001-W | 9 | Richland | 33-0000005.006 33-0000005.007 33-0000005.008 | Guernsey | OH | 479 | 1821 | 201100003673 |
| OH01010011103-000 | TRAVIS CARPENTER ET AL | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N 001-N | 001-W 001-W | 9 12 | Millwood | 23-0000208.000 31-0000278.000 | Guernsey | OH | 487 | 2743 | 201200002271 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011104-000 | JACOB H MILLER ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 9 | Millwood | 23-0000250.011 23-0000250.000 | Guernsey | OH | 492 | 1550 | 201200006847 |
| OH01010011105-000 | DENNIS P HARDING ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N 001-N | 001-W 001-W | 23 18 | Richland | 31-0009002.000 31-0009005.003 31-0009059.000 31-0009060.000 31-0009061.000 | Guernsey | OH | 493 | 2168 | 201200007934 |
| OH01010011106-000 | SCHERRICK LIVING TRUST | GULFPORT ENERGY CORPORATION | 1/7/2013 | 001-N | 001-W | 3 | Wills | 44-0000312.000 | Guernsey | OH | 499 | 45 | 201300000684 |
| OH01010011107-000 | DAVID KEITH FOWLER JR ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | AO | Wills | 44-0000154.001 | Guernsey | OH | 488 | 2897 | 201200003389 |
| OH01010011108-000 | DAVID J BODNER ET UX | GULFPORT ENERGY CORPORATION | 10/22/2011 | 001-N | 001-W | 3 | Wills | 44-0000154.000 | Guernsey | OH | 493 | 2144 | 201200007929 |
| OH01010011109-000 | GULFPORT ENERGY CORPORATION | GULFPORT ENERGY CORPORATION | 2/10/2015 | 001-N | 001-W | 9 | Richland | 33-0000005.000 | Guernsey | OH | 525 | 291 | 201500001213 |
| OH01010011110-000 | JOHN R FAHNER ET UX | PATRIOT LAND COMPANY INC | 12/5/2011 | 001-N | 001-W | 10 | Richland | 31-0002313.000 | Guernsey | OH | 485 525 | 1298 291 | 201200000321 201500001213 |
| OH01010011112-001 | STANLEY W PELKA TRUST AGREEMENT | GULFPORT ENERGY CORPORATION | 5/25/2012 | 011-N | 007-W | 26 | Londonderry | 20-0001430.001 | Guernsey | OH | 490 | 1946 | 201200005071 |
| OH01010011112-002 | LINDA L PELKA TRUST AGREEMENT | GULFPORT ENERGY CORPORATION | 5/25/2012 | 011-N | 007-W | 26 | Londonderry | 20-0001430.001 | Guernsey | OH | 501 | 1920 | 201300002809 |
| OH01010011113-000 | HAROLD L WALLACE ET AL | GULFPORT ENERGY CORPORATION | 2-Jun-2012 | 011-N | 007-W | 32 | Londonderry | 20-0000268.000 | Guernsey | OH | 490 | 1948 | 201200005072 |
| OH01010011114-000 | FREEPORT LODGE #415 F A M | GULFPORT ENERGY CORPORATION | 6/30/2011 | 011-N | 007-W | 26 | Londonderry | 20-0000595.000 20-0001340.000 | Guernsey | OH | 478 | 3091 | 201100002958 |
| OH01010011115-000 | DUTCH BARN | TRI STAR ENERGY | 12/30/2010 | 011-N | 007-W | 26 | Londonderry | 20-0001436.000 | Guernsey | OH | 477 | 956 | 201100001583 |
| OH01010011117-000 | DALE KEIGER ET UX | DAVID R HILL INC | 8/5/2008 | 001-N | 001-W | A2 | Wills | 44-0000289.000 | Guernsey | OH | 458 | 2137 | 200800030282 |
| OH01010011118-000 | DALE KEIGER ET UX | DAVID R HILL INC | 8/5/2008 | 001-N | 001-W | | Wills | 44-0000290.000 | Guernsey | OH | 458 | 2141 | 200800030283 |
| OH01010011119-000 | GEORGE FERRIS ET UX | CARRIZO (UTICA) LLC | 12/2/2014 | 011-N | 007-W | 9 | Londonderry | 20-0001350.000 | Guernsey | OH | 523 | 2519 | 201500000188 |
| OH01010011120-000 | JAMES R MCMANAWAY ET UX | MATTMARK PARTNERS, | 4/21/2012 | 001-N | 001-W | 0 | Richland | 31-0001607.000 | Guernsey | OH | 488 | 2348 | 201200003221 |

Page 14 of 75

Instrument 201700000694 OR   Page 552   Page 1203

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011121-000 | CALE R WAGSTAFF ET UX | ANTERO RESOURCES APPALACHIAN | 8/15/2012 | 001-N | 001-W | A4 | Richland | 31-0002541.000 | Guernsey | OH | 493 | 1151 | 201200007671 |
| OH01010011122-000 | ANDREW OLEI | OXFORD OIL COMPANY | 12/29/2009 | 001-N | 001-W | 10 | Millwood | 23-0000054.000 | Guernsey | OH | 471 | 2893 | 201000002977 |
| OH01010011123-001 | MARTIN A DETWEILER ET UX | OXFORD OIL COMPANY | 3/11/2009 | 001-N | 001-W | 11 | Richland | 23-0000568.000 | Guernsey | OH | 463 | 192 | 200900001793 |
| | | | | | | | | | | | 483 | 1815 | 201100007156 |
| OH01010011123-002 | MARTIN A DETWEILER ET UX | OXFORD OIL COMPANY | 3/11/2009 | 001-N | 001-W | 11 | Richland | 23-0000568.000 | Guernsey | OH | 463 | 192 | 200900001793 |
| OH01010011124-000 | DIANNE M BAGINSKI | OXFORD OIL COMPANY | 8/31/2009 | 001-N | 001-W | 12 | Richland | 31-0001559.000 | Guernsey | OH | 466 | 2368 | 200900004979 |
| | | | | | | | | 31-0002465.000 | | | | | |
| OH01010011125-000 | RANDON L NELSON ET UX | ECLIPSE RESOURCES I LP | 3/7/2014 | 001-N | 001-W | 1 | Wills | 44-0000180.000 | Guernsey | OH | 514 | 625 | 201400002215 |
| OH01010011126-000 | ESTHER F ABRAMS ET AL | ECLIPSE RESOURCES I LP | 9/26/2013 | 001-N | 001-W | 1 | Wills | 44-0000598.000 | Guernsey | OH | 509 | 844 | 201300008942 |
| OH01010011127-000 | NELSON L CARPENTER ET UX | ECLIPSE RESOURCES I LP | 3/6/2014 | 001-N | 001-W | 1 | Wills | 44-0000596.000 | Guernsey | OH | 514 | 1115 | 201400002332 |
| OH01010011128-000 | GARY W MORRIS ET AL | ECLIPSE RESOURCES I LP | 9/9/2013 | 001-N | 001-W | 2 | Wills | 44-0000675.001 | Guernsey | OH | 508 | 1003 | 201300008208 |
| OH01010011129-000 | SUZANNE GILDEA DYCH ET AL | ANTERO RESOURCES APPALACHIAN CORP | 11/8/2012 | 001-N | 001-W | 0 | Richland | 31-0000192.002 | Guernsey | OH | 497 | 924 | 201200011266 |
| OH01010011113-000 | GREGORY TUCKER ET UX | CARRIZO (UTICA) LLC | 7/17/2012 | 001-N | 001-W | 12 | Richland | 33-0000202.011 | Guernsey | OH | 492 | 158 | 201200006411 |
| OH01010011130-000 | DENNIS M SOLAR | ANTERO RESOURCES APPALACHIAN CORP | 9/10/2012 | 002-N | 001-W | 23 | WILLS | 44-0000315.000 | Guernsey | OH | 495 | 1678 | 201200009637 |
| OH01010011131-001 | MARK SENG ET UX | ANTERO RESOURCES APPALACHIAN CORP | 10/9/2012 | 001-N | 001-W | 13 | Richland | 31-0000543.004 | Guernsey | OH | 497 | 988 | 201200011298 |
| | | | | | | | | 31-0000543.003 | | | | | |
| | | | | | | | | 31-0000543.002 | | | | | |
| OH01010011131-002 | ANDY SENG ET UX | ANTERO RESOURCES APPALACHIAN CORP | 10/9/2012 | 001-N | 001-W | 13 | Richland | 31-0000543.004 | Guernsey | OH | 497 | 986 | 201200011297 |
| | | | | | | | | 31-0000543.003 | | | | | |
| | | | | | | | | 31-0000543.002 | | | | | |
| | | | | | | | | 23-0000250.008 | | | | | |
| OH01010011132-000 | ANDREW OLEI | ANTERO RESOURCES APPALACHIAN CORP | 9/11/2012 | 001-N | 001-W | 9, 10 | Millwood | 23-0000250.016 | Guernsey | OH | 497 | 952 | 201200011280 |
| | | | | | | | | 23-0000250.017 | | | | | |
| | | | | | | | | 23-0000250.009 | | | | | |
| | | | | | | | | 23-0000054.000 | | | | | |
| OH01010011133-000 | STEVEN E SCHWARTZ | ANTERO RESOURCES APPALACHIAN CORP | 5/16/2013 | 001-N | 001-W | 10 | Millwood | 23-0000399.003 | Guernsey | OH | 504 | 655 | 201300004956 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011134-000 | JANICE M ROGERS | ANTERO RESOURCES APPALACIAN CORP | 7/28/2012 | 001-N | 001-W | 0 | Wills | 44-0000189.000 | Guernsey | OH | 493 | 1173 | 201200007682 |
| OH01010011135-000 | DENNIS W RENNINGER ET UX | ANTERO RESOURCES APPALACHIAN CORP | 11/28/2012 | 001-N | 001-W | 18 | Richland | 31-0003005.000 31-0003005.007 | Guernsey | OH | 497 | 3209 | 201200011877 |
| OH01010011136-000 | RICK A ST CLAIR ET UX | ANTERO RESOURCES APPALACHIAN CORP | 3/31/2012 | 001-N | 001-W | 2 | Wills | 44-0000204.000 44-0000675.002 | Guernsey | OH | 488 | 300 | 201200002571 |
| OH01010011137-000 | MICHAEL D COWGILL ET UX | ECLIPSE RESOURCES I, LP | 12/2/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.001 | Guernsey | OH | 485 | 1250 | 201200000036 |
| OH01010011138-000 | SCOTT A BURGA ET UX | ANTERO RESOURCES APPALACHIAN CORP | 7/18/2012 | 001-N | 001-W | 1 | Wills | 44-0000189.002 | Guernsey | OH | 492 | 2881 | 201200007191 |
| OH01010011139-000 | GENE E & ALICE M BURGA LIVING TRUST | ANTERO RESOURCES APPALACHIAN CORP | 7/18/2012 | 001-N 001-N | 001-W 001-W | 1 10 | Wills Millwood | 44-0000189.001 23-0000160.000 | Guernsey | OH | 492 | 2642 | 201200007113 |
| OH01010011114-000 | GREGORY R WILSON ET UX | CARRIZO (UTICA) LLC | 5/16/2012 | 001-N | 001-W | 3, 8 | Richland | 31-0002489.000 31-0000849.000 | Guernsey | OH | 492 | 138 | 201200006401 |
| OH01010011140-000 | JOY EDWARDS | ANTERO RESOURCES APPALACHIAN CORP | 7/28/2012 | 001-N | 001-W | 2 | Wills | 44-0000961.001 | Guernsey | OH | 493 | 1171 | 201200007681 |
| OH01010011141-000 | JEANETTE I HALL | ANTERO RESOURCES APPALACHIAN CORP | 12/7/2012 | 001-N 001-N | 001-W 001-W | 1 10 | Wills Millwood | 44-0000235.000 23-0000178.000 | Guernsey | OH | 498 | 760 | 201200012119 |
| OH01010011142-000 | SUZANNE GILDEA DYCH ET AL | ANTERO RESOURCES APPALACHIAN CORP | 3/31/2012 | 001-N | 001-W | 0 | Richland | 31-0001525.000 31-0000193.000 | Guernsey | OH | 488 | 306 | 201200002574 |
| OH01010011143-000 | JOSEPH V GILDEA REV LIVING TRUST | ANTERO RESOURCES CORPORATION | 3/19/2014 | 001-N | 001-W | 2 | Richland | 33-0002978.008 | Guernsey | OH | 514 | 3350 | 201400002836 |
| OH01010011144-000 | DANIEL N GASNER ET UX | B3 MINERALS LLC | 4/22/2013 | 001-N | 001-W | 12 | Richland | 33-0000002.003 | Guernsey | OH | 502 | 1698 | 201300003506 |
| OH01010011145-000 | VICTOR D HARDING JR | ANTERO RESOURCES APPALACHIAN CORP | 7/18/2012 | 001-N | 001-W | 2 | Wills | 44-0000962.000 | Guernsey | OH | 492 | 2873 | 201200007187 |
| OH01010011146-000 | VICTOR D HARDING JR ET AL | ANTERO RESOURCES APPALACHIAN CORP | 7/24/2012 | 001-N | 001-W | 2 | Wills | 44-0000961.000 | Guernsey | OH | 498 | 2854 | 201300000496 |
| OH01010011147-000 | DAVID E MCDOWELL ET UX | ANTERO RESOURCES APPALACHIAN CORP | 7/18/2012 | 001-N | 001-W | 10 | Wills | 44-0000112.000 23-0000022.000 | Guernsey | OH | 492 | 2644 | 201200007114 |
| OH01010011148-000 | THE JAMES GILDEA REV LIVING TRUST | ANTERO RESOURCES CORPORATION | 5/30/2014 | 001-N | 001-W | 3 | Richland | 31-0000132.000 | Guernsey | OH | 517 | 3293 | 201400005191 |

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011149-000 | KENNETH D RUTTIG SR ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 011-N | 007-W | 33 | Londonderry | 20-0001247.000 | Guernsey | OH | 543 | 711 | 201600007020 |
| OH01010011115-000 | MATTHEW D GYLES ET UX | CARRIZO (UTICA) LLC | 6/15/2012 | 001-N | 001-W | 3 | Richland | 31-0002978.015 | Guernsey | OH | 492 | 192 | 201200006428 |
| OH01010011150-000* | KENNETH D RUTTIG SR ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 011-N | 007-W | 27 | Londonderry | 20-0000004.000 | Guernsey | OH | 543 | 714 | 201600007021 |
| OH01010011151-000* | MARK D HALTERMAN (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 011-N | 007-W | 26 | Londonderry | 20-0000102.000 | Guernsey | OH | 543 | 708 | 201600007019 |
| OH01010011152-000 | MARK D WATSON ET UX | CARRIZO (UTICA) LLC | 5/24/2017 | 001-N | 001-W | 2 | Wills | 44-0001058.000 44-0001058.001 | Guernsey | OH | 547 | 1376 | 201700002909 |
| OH01010011153-000* | MICHAEL S POWELL ET UX | CARRIZO (UTICA) LLC | TBD | 011-N | 007-W | 26 | Londonderry | 20-0000455.000 | Guernsey | OH | 543 | 717 | 201600007022 |
| OH01010011154-001 | DAVID H MILLER ET UX | CARRIZO (UTICA) LLC | 5-Dec-2016 | 001-N | 001-W | 9 | Millwood | 23-0000250.012 23-0000250.013 | Guernsey | OH | 542 | 2274 | 201600006661 |
| OH01010011155-000* | CHARLES E MILLER ET UX | CARRIZO (UTICA) LLC | TBD | 011-N | 007-W | 33 | Londonderry | 20-0000443.000 | Guernsey | OH | 543 | 2187 | 201700000137 |
| OH01010011159-001* | JASON L MILLER ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | 7/11/2017 | 003-N | 001-W | 8 | Madison | 22-0000148.000 | Guernsey | OH | 544 | 3417 | 201700001168 |
| OH01010011116-000 | LARRY PELTZ ET UX | CARRIZO (UTICA) LLC | 6/7/2012 | 001-N | 001-W | 3 | Richland | 31-0002978.001 | Guernsey | OH | 492 | 150 | 201200006407 |
| OH01010011160-001* | RONALD A MILLER ET UX | CARRIZO (UTICA) LLC | 7/30/2017 | 003-N | 001-W | 3 | Madison | 22-0000148.001 | Guernsey | OH | 544 | 3419 | 201700001169 |
| OH01010011161-001* | PWB PROPERTIES LLC (*TOP LEASE) | CARRIZO (UTICA) LLC | 7/17/2017 | 003-N | 001-W | 8, 13 | Madison | 22-0000162.000 22-0000148.002 | Guernsey | OH | 544 | 3424 | 201700001171 |
| OH01010011162-000 | JOHN H MATTHEWS ET UX | CARRIZO (UTICA) LLC | 20-Feb-2017 | 003-N | 001-W | 13 | Madison | 22-0000820.001 | Guernsey | OH | 544 | 3421 | 201700001170 |
| OH01010011163-000* | DAVID H RABER ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | 11/16/2017 | 003-N | 001-W | 3 | Madison | 22-0000619.000 22-0000186.000 | Guernsey | OH | 545 | 484 | 201700001297 |
| OH01010011164-000* | TIMOTHY RABER ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | 11/16/2017 | 003-N | 001-W | 3 | Madison | 22-0000190.000 | Guernsey | OH | 545 | 482 | 201700001296 |
| OH01010011165-000* | JONATHAN D RABER ET UX | CARRIZO (UTICA) LLC | 11/16/2017 | 003-N | 001-W | 8 | Madison | 22-0001271.000 | Guernsey | OH | 545 | 480 | 201700001295 |
| OH01010011166-000* | RALPH W ROE JR ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 3 | Richland | 31-0000336.000 | Guernsey | OH | 546 | 1492 | 201700002266 |
| OH01010011167-000* | GLENN R ROE ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 3 | Richland | 31-0000335.000 | Guernsey | OH | 546 | 2486 | 201700002264 |
| OH01010011168-000* | WILLIAM H WALKER ET UX | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 3 | Richland | 31-0001439.000 | Guernsey | OH | 546 | 1989 | 201700002265 |
| OH01010011169-000 | THOMAS ST CLAIR | CARRIZO (UTICA) LLC | 22-Mar-2017 | 004-N 003-N | 001-W 001-W | 21, 1 | Washington Madison | 40-0001727.002 22-0001129.002 | Guernsey | OH | 545 | 2474 | 201700001754 |
| OH01010011117-000 | BRUCE A BROWN | CARRIZO (UTICA) LLC | 7/13/2012 | 001-N | 001-W | 12 | Richland | 33-0000003.010 | Guernsey | OH | 492 | 156 | 201200006410 |
| OH01010011170-001 | DAVID K ST CLAIR ET AL | CARRIZO (UTICA) LLC | 26-Mar-2017 | 004-N 003-N | 001-W 001-W | 21, 1 | Washington Madison | 40-0001727.000 22-0000260.001 | Guernsey | OH | 545 | 2650 | 201700001787 |

Book Page
552 1206

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010011171-000 | THE GARY ALLDREDGE TRUST DATED JANUARY 20, 2004 | CARRIZO (UTICA) LLC | 5/2/2017 | 011-N | 007-W | 31 | Londonderry | 20-0000682.000 | Guernsey | OH | 546 | 1163 | 201700002210 |
| OH01010011172-000 | LEATHERWOOD VALLEY | CARRIZO (UTICA) LLC | 5/24/2017 | 001-N | 001-W | 2 | Wills | 44-0000240.000 | Guernsey | OH | 547 | 1374 | 201700002968 |
| OH01010011173-000 | JOE YANKE ET UX | CARRIZO (UTICA) LLC | 5/15/2017 | 004-N | 001-W | 21 | Washington | 40-0001727.003 | Guernsey | OH | 547 | 156 | 201700002715 |
| OH01010011174-000 | FLORA BELLE HECKMAN | CARRIZO (UTICA) LLC | 5/26/2017 | 001-N | 001-W | 23 | Richland | 31-0000326.000 | Guernsey | OH | 547 | 1575 | 201700002957 |
| OH01010011175-000 | MICHAEL A MONBORNE ET UX | CARRIZO (UTICA) LLC | 31-Mar-2017 | 004-N | 001-W | 21 | WASHINGTON | 40-0001727.004 | Guernsey | OH | 545 | 2859 | 201700001835 |
| OH01010011176-000* | R&M MINERALS LLC (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 3 | Richland | 31-0002978.002 (SURFACE) 31-0003225.000 (MINERALS) 31-0002538.000 (SURFACE) 31-0003227.000 (MINERALS) | Guernsey | OH | 548 | 110 | 201700003423 |
| OH01010011177-000* | JERRY BATES ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 2 | Wills | 44-0000687.000 | Guernsey | OH | 548 | 203 | 201700003449 |
| OH01010011178-000* | DUSTIN J HAUENSTEIN ET UX (*TOP LEASE) | CARRIZO (UTICA) LLC | TBD | 001-N | 001-W | 3 | Richland | 31-0002978.017 | Guernsey | OH | 548 | 1022 | 201700003635 |
| OH01010001118-000 | JOHN M LEE ET UX | CARRIZO (UTICA) LLC | 10/2/2012 | 001-N | 002-W | 13 | Richland | 31-0000555.001 | Guernsey | OH | 494 | 2801 | 201200008973 |
| OH01010011183-000 | ANNA L JOHNSON TRUST | CARRIZO (UTICA) LLC | 9/7/2017 | 003-N | 001-W | 13 | Madison | 22-0000148.002 22-0000162.000 22-0000148.001 22-0000148.000 | Guernsey | OH | 550 | 2107 | 201700005426 |
| OH01010011183-000 | EDDIE G POTTS ET UX | CARRIZO (UTICA) LLC | 4/5/2017 | 001-N | 001-W | 23 | Richland | 31-0000022.000 22-0000804.000 | Guernsey | OH | 550 | 975 | 201700005187 |
| OH01010011184-000 | BRUSHY FORK LLC | CARRIZO (UTICA) LLC | 9/7/2017 | 003-N | 001-W | 13 | Madison | 22-0000804.001 22-0000804.002 22-0000805.000 | Guernsey | OH | 550 | 2104 | 201700005425 |
| OH01010001119-000 | PHILIP L KREITZ ET AL | CARRIZO (UTICA) LLC | 6/19/2012 | 001-N | 001-W | MLS | Richland | 31-0002951.000 | Guernsey | OH | 492 | 134 | 201200006399 |
| OH01010001120-000 | DARLENE L TALBOTT | CARRIZO (UTICA) LLC | 6/19/2012 | 001-N | 001-W | MLS | Richland | 31-0002952.000 31-0002951.001 | Guernsey | OH | 492 | 148 | 201200006406 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001121-000 | SCOTT R HUFF ET UX | CARRIZO (UTICA) LLC | 6/8/2012 | 001-N | 001-W | ML 5, ML 4 | Richland | 31-0000085.000 31-0000046.000 | Guernsey | OH | 492 | 140 | 201200006402 |
| OH0101001126-000 | ROBERT BERGER ET AL | ENDEAVOR OHIO LLC | 11/1/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.014 | Guernsey | OH | 485 | 1403 | 201200000081 |
| OH0101001127-000 | WILLARD THEODORE BURSON | ENDEAVOR OHIO LLC | 10/4/2011 | 001-N | 001-W | 23 | Richland | 31-0000243.000 | Guernsey | OH | 485 | 1327 | 201200000061 |
| OH0101001130-000 | OWEN J FISHER ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/13/2011 | 001-N | 001-W | 10 | Millwood | 23-0000339.005 | Guernsey | OH | 485 | 1294 | 201200000050 |
| OH0101001132-000 | WALTER J FUNDAK | ENDEAVOR ENERGY RESOURCES LP | 10/4/2011 | 001-N | 001-W | 18 | Richland | 31-0003014.000 31-0003016.000 31-0003018.000 31-0003020.000 | Guernsey | OH | 486 | 1710 | 201200001109 |
| OH0101001133-000 | RUSSELL E GIRTS | ENDEAVOR OHIO LLC | 10/21/2011 | 001-N | 001-W | 13 | Richland | 31-0000543.005 31-0000543.006 | Guernsey | OH | 485 | 1312 | 201200000057 |
| OH0101001136-000 | RICHARD MCKEE ET UX | ENDEAVOR OHIO LLC | 11/14/2011 | 001-N | 001-W | 9 | Richland | 33-0000005.011 33-0000005.012 | Guernsey | OH | 485 | 1318 | 201200000058 |
| OH0101001137-000 | DANIEL E MILLER ET UX | ENDEAVOR OHIO LLC | 10/20/2013 | 009-N | 007-W | 32 | Millwood | 23-0000619.008 23-0000619.002 | Guernsey | OH | 485 | 1309 | 201200000055 |
| OH0101001138-001 | JOHN P MILLER | ENDEAVOR OHIO LLC | 11/8/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.011 | Guernsey | OH | 485 | 1339 | 201200000065 |
| OH0101001138-002 | STEVEN L MILLER | CARRIZO (UTICA) LLC & ACP III UTICA | 6/6/2013 | 001-N | 001-W | 18 | Richland | 31-0003005.011 | Guernsey | OH | 504 | 451 | 201300004896 |
| OH0101001138-003 | LORINDA J KRESS ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 6/8/2013 | 001-N | 001-W | 18 | Richland | 31-0003005.011 | Guernsey | OH | 504 | 446 | 201300004894 |
| OH0101001139-000 | LEROY R MILLER ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/4/2011 | 001-N | 001-W | 10 | Millwood | 23-0000339.005 23-0000339.004 23-0000339.009 | Guernsey | OH | 485 | 1264 | 201200000040 |
| OH0101001140-000 | RAYMOND A MILLER ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/14/2011 | 009-N | 007-W | 23 | Oxford | 28-0000506.000 | Guernsey | OH | 485 | 1267 | 201200000041 |
| OH0101001143-000 | ROBERT B WATSON ET UX | ENDEAVOR ENERGY RESOURCES LP | 11/4/2011 | 001-N | 001-W | 10, 11 | Millwood | 23-0000615.000 23-0000339.006 23-0000340.000 | Guernsey | OH | 485 | 1297 | 201200000051 |
| OH0101001144-000 | KEVIN WARFORD | ENDEAVOR OHIO LLC | 10/25/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.012 | Guernsey | OH | 485 | 1333 | 201200000063 |

Book Page
552 1208

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001145-000 | TERRY M STOVER ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/3/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.000 31-0003005.01D 31-0003005.013 | Guernsey | OH | 485 | 1279 | 201200000045 |
| OH0101001146-000 | RUSSELL STANLEY ET UX | ENDEAVOR OHIO LLC | 1/3/2012 | 001-N | 001-W | 18 | Richland | 31-0003005.008 | Guernsey | OH | 485 | 1342 | 201200000066 |
| OH0101001148-000 | SCOTT SIMONSON ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/4/2011 | 001-N | 001-W | 10 | Millwood | 23-0000339.011 | Guernsey | OH | 485 | 1276 | 201200000044 |
| OH0101001149-000 | JOSEPH SIMONSON ET UX | ENDEAVOR ENERGY RESOURCES LP | 10/4/2011 | 001-N | 001-W | 10 | Millwood | 23-0000339.010 | Guernsey | OH | 485 | 1273 | 201200000043 |
| OH0101001150-000 | ARTHUR ROGERS ET UX | ENDEAVOR OHIO LLC | 11/14/2011 | 001-N | 001-W | 18 | Richland | 31-0003004.001 | Guernsey | OH | 485 | 1324 | 201200000060 |
| OH0101001151-001 | PAUL ROBB | ENDEAVOR OHIO LLC | 12/9/2011 | 001-N | 001-W | 18 | Richland | 31-0003004.004 | Guernsey | OH | 486 | 1704 | 201200001107 |
| OH0101001151-002 | MIKE OLS | ENDEAVER OHIO LLC | 12/8/2011 | 001-N | 001-W | 18 | Richland | 31-0003004.004 | Guernsey | OH | 486 | 1698 | 201200001305 |
| OH0101001152-000 | T VERNON RAYBOULD ET UX | ENDEAVOR OHIO LLC | 11/7/2011 | 001-N | 001-W | 18 | Richland | 31-0003004.003 | Guernsey | OH | 485 | 1336 | 201200000064 |
| OH0101001154-000 | MARTY L MILLER ET AL | SUN O & G EXPLORATION LLC | 6/30/2011 | 001-N | 001-W | 2 | Wills | 44-0000133.010 44-0000133.013 | Guernsey | OH | 481 | 2368 | 201100005689 |
| OH0101001155-000 | JOHN ELDRIDGE ET UX | SUN O & G EXPLORATION LLC | 6/30/2011 | 001-N | 001-W | 18 | Richland | 31-0002996.000 31-0002994.001 | Guernsey | OH | 481 | 2372 | 201100005691 |
| OH0101001158-000 | ROBERT BERGER ET UX | ENDEAVOR OHIO LLC | 11/1/2011 | 001-N | 001-W | 18 | Richland | 31-0003005.004 31-0003005.009 | Guernsey | OH | 487 | 2330 | 201200002154 |
| OH0101001159-000 | PAMELA J PADEN ET VIR | CARRIZO (UTICA) LLC | 9/27/2012 | 004-N | 002-W | 21 | Monroe | 26-0000032.001 26-0000032.000 | Guernsey | OH | 494 | 1828 | 201200008749 |
| OH0101001160-000 | GLENN B DOWNERD ET UX | RESOURCE EXPLORATION | 11/1/1972 | 001-N | 007-W | 33 | Londonderry | 20-0001247.000 | Guernsey | OH | 70 | 687 | |
| OH0101001161-000 | CARL E ROE ET UX | CARRIZO (UTICA) LLC | 9/27/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.012 | Guernsey | OH | 494 | 2811 | 201200008978 |
| OH0101001162-000 | MARTIN A BYLER ET UX | CARRIZO (UTICA) LLC | 10/16/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.007 | Guernsey | OH | 495 | 2116 | 201200009726 |
| OH0101001164-000 | JOSEPH M BYLER ET UX | CARRIZO (UTICA) LLC | 7/25/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.007 33-0000002.002 | Guernsey | OH | 494 | 1369 | 201200008639 |
| OH0101001165-000 | HENRY E WETMORE ET AL | CARRIZO (UTICA) LLC | 7/16/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.005 | Guernsey | OH | 492 | 2825 | 201200007166 |
| OH0101001166-000 | WILLIS MILLER ET UX | CARRIZO (UTICA) LLC | 10/17/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.000 | Guernsey | OH | 495 | 2122 | 201200009729 |
| OH0101001167-000 | PATRICIA Z SMITH | CARRIZO (UTICA) LLC | 6/27/2012 | 001-N | 001-W | A3 | Richland | 31-0002447.001 | Guernsey | OH | 492 | 188 | 201200006426 |
| OH0101001168-000 | DICK NICHOLSON ET AL | CARRIZO (UTICA) LLC | 9/21/2012 | 001-N | 001-W | 3 | Richland | 31-0002978.014 | Guernsey | OH | 494 | 1977 | 201200008643 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001169-000 | JAMES M HUHN | CARRIZO (UTICA) LLC | 5/12/2012 | 001-N | 001-W | 2 Q | Richland | 31-0002923.003 31-0002923.004 31-0002923.005 31-0002923.006 31-0002923.007 31-0001437.000 | Guernsey | OH | 492 | 213 | 201200006435 |
| OH0101001170-000 | KENNIE E LEWIS ET UX | CARRIZO (UTICA) LLC | 10/29/2012 | 004-N | 001-W | 18 | Washington | 40-0000937.000 | Guernsey | OH | 496 | 1677 | 201200010591 |
| OH0101001173-000 | HENRY E WETMORE ET UX | CARRIZO (UTICA) LLC | 8/24/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.004 | Guernsey | OH | 493 | 2903 | 201200008122 |
| OH0101001174-000 | PAUL BOUCHONVILLE ET UX | ENDEAVOR OHIO LLC | 11/2/2011 | 001-N | 001-W | 9 | Millwood | 23-0000250.002 23-0000250.003 | Guernsey | OH | 485 | 1321 | 201200000059 |
| OH0101001175-000 | TIMOTHY DONALD STERLING | CARRIZO (UTICA) LLC | 9/11/2012 | 004-N | 001-W | 18 | Washington | 40-0000455.002 | Guernsey | OH | 494 | 79 | 201200008304 |
| OH0101001179-000 | MICHAEL F REICHART | CARRIZO (UTICA) LLC | 10/9/2012 | 004-N | 001-W | 15 | Washington | 40-0000011.000 | Guernsey | OH | 495 | 833 | 201200009450 |
| OH0101001180-000 | ROBERT L STOTTSBERRY JR ETUX | CARRIZO (UTICA) LLC | 8/1/2012 | 001-N | 001-W | 12 | Richland | 31-0001601.000 31-0001608.000 | Guernsey | OH | 492 | 2835 | 201200007171 |
| OH0101001182-000 | THE ADENA BICKERSTAFF LLC | CARRIZO (UTICA) LLC | 7/12/2012 | 001-N | 001-W | 12 | Richland | 33-0000026.017 | Guernsey | OH | 492 | 162 | 201200006413 |
| OH0101001184-000 | KEVIN ROE ET UX | CARRIZO (UTICA) LLC | 11/28/2012 | 001-N | 001-W | 9, 12 | Richland | 33-0000026.001 23-0000650.000 | Guernsey | OH | 498 | 1821 | 201300000227 |
| OH0101001185-000 | CALE C MORSE | CARRIZO (UTICA) LLC | 8/30/2012 | 001-N | 001-W | 10 | Richland | 31-0002578.000 | Guernsey | OH | 493 | 2909 | 201200008125 |
| OH0101001186-000 | RANDALL L BOOTH ET UX | CARRIZO (UTICA) LLC | 8/10/2012 | 001-N | 001-W | ML 5 | Richland | 31-0002578.001 31-0002951.003 | Guernsey | OH | 492 | 2809 | 201200007158 |
| OH0101001188-000 | WILLIAM K ALEXANDER | CARRIZO (UTICA) LLC | 8/15/2012 | 001-N | 001-W | 13 | Richland | 31-0002460.000 | Guernsey | OH | 493 | 469-470 | 201200007504 |
| OH0101001189-000 | JOHN E VARGO INC | CARRIZO (UTICA) LLC | 8/16/2012 | 001-N | 001-W | ML 5 | Richland | 31-0002499.000 | Guernsey | OH | 493 | 455 | 201200007498 |
| OH0101001191-000 | BECKY S MITCHELL | CARRIZO (UTICA) LLC & APC III UTICA | 10/2/2012 | 004-N | 002-W | 12 | Monroe | 26-0000112.005 | Guernsey | OH | 495 | 841 | 201200009454 |
| OH0101001192-000 | ROBERT H MILLER ET UX | CARRIZO (UTICA) LLC | 7/24/2012 | 001-N | 001-W | 3 | Richland | 31-0002978.012 | Guernsey | OH | 494 | 1373 | 201200008641 |
| OH0101001193-000 | BARRY S WILHELM ET UX | CARRIZO (UTICA) LLC | 8/4/2012 | 001-N | 001-W | 12 | Richland | 33-0000002.008 33-0000002.009 | Guernsey | OH | 492 | 2837 | 201200007172 |
| OH0101001194-001 | FLOYD MCCLEARY ET UX | CARRIZO (UTICA) LLC | 12/5/2012 | 004-N | 001-W | 14 | Washington | 40-0000228.000 | Guernsey | OH | 498 | 2142 | 201300000907 |
| OH0101001194-002 | HARRY MCCLEARY ET UX | CARRIZO (UTICA) LLC | 12/5/2012 | 004-N | 001-W | 14 | Washington | 40-0000228.000 | Guernsey | OH | 498 | 2146 | 201300000909 |
| OH0101001194-003 | LARRY MCCLEARY ET UX | CARRIZO (UTICA) LLC | 12/5/2012 | 004-N | 001-W | 14 | Washington | 40-0000228.000 | Guernsey | OH | 498 | 2148 | 201300000810 |
| OH0101001194-004 | DALE WARD ET UX | CARRIZO (UTICA) LLC | 12/5/2012 | 004-N | 001-W | 14 | Washington | 40-0000228.000 | Guernsey | OH | 498 | 2144 | 201300000908 |

Book Page
592 1216

Instrument
201700006494 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001195-000 | MONTY CAMPBELL ET UX | CARRIZO (UTICA) LLC | 8/14/2012 | 001-N | 001-W | 12 | Richland | 33-0000001.000 | Guernsey | OH | 493 | 459-460 | 201200007500 |
| OH0101001196-000 | RAY G WILSON ET AL | CARRIZO (UTICA) LLC | 8/10/2012 | 001-N | 002-W | 10 | Richland | 31-0000564.000 | Guernsey | OH | 492 | 2829-2830 | 201200007168 |
| OH0101001200-000 | ANDREA M MOORE | CARRIZO (UTICA) LLC | 8/31/2012 | 001-N | 002-W | 10 | Richland | 31-0000034.000 | Guernsey | OH | 493 | 2911 | 201200008126 |
| OH0101001201-000 | RUSSELL E WEAVER ET UX | CARRIZO (UTICA) LLC | 8/8/2012 | 001-N | 002-W | 10 | Richland | 31-0002516.000 | Guernsey | OH | 492 | 2823 | 201200007165 |
| OH0101001206-000 | JONATHAN D RABER ET UX | CARRIZO (UTICA) LLC | 11/16/2012 | 003-N | 001-W | 8 | Madison | 22-0001271.000 | Guernsey | OH | 497 | 1127 | 201200011339 |
| OH0101001207-001 | WAMPUM HARDWARE COMPANY | CARRIZO (UTICA) LLC | 12/29/2012 | 001-N | 001-W | 5 | Richland | 31-0002585.000 31-0002980.000 31-0002764.000 31-0002765.000 31-0002458.000 | Guernsey | OH | 498 | 1814 | 201300000225 |
| OH0101001208-001 | DONALD A ADKINS ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000061.000 26-0000062.000 26-0001154.000 | Guernsey | OH | 493 | 2924-2926 | 201200008132 |
| OH0101001208-002 | DAVID V BEAL ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000061.000 26-0000062.000 26-0001154.000 | Guernsey | OH | 493 | 2933-2935 | 201200008135 |
| OH0101001208-003 | JAMES C EMLER ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000061.000 26-0000062.000 26-0001154.000 | Guernsey | OH | 493 | 2930-2932 | 201200008134 |
| OH0101001208-004 | HAROLD J GEORGE ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000061.000 26-0000062.000 26-0001154.000 | Guernsey | OH | 493 | 2927-2929 | 201200008133 |
| OH0101001208-005 | LUCILLE F TOBIN | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000061.000 26-0000062.000 26-0001154.000 | Guernsey | OH | 493 | 2921-2923 | 201200008131 |
| OH0101001209-000 | WCK TRUST #2 ET AL | CARRIZO (UTICA) LLC | 12/18/2012 | 004-N | 002-W | 9 | Monroe | 26-0000083.000 | Guernsey | OH | 497 | 3249 | 201200011886 |
| OH0101001210-001 | ROY BRYANT ET UX | CARRIZO (UTICA) LLC | 9/26/2012 | 001-N | 002-W | 10 | Richland | 31-0002754.000 | Guernsey | OH | 494 | 2809 | 201200008977 |
| OH0101001211-000 | EDWARD W WILSON JR ET UX | CARRIZO (UTICA) LLC | 8/10/2012 | 001-N | 002-W | 10 | Richland | 31-0002753.001 | Guernsey | OH | 494 | 1371 | 201200008640 |
| OH0101001212-000 | MARK R NEUHART ET UX | CARRIZO (UTICA) LLC | 8/22/2012 | 001-N | 001-W | 2 | Wills | 44-0001063.005 | Guernsey | OH | 493 | 453 | 201200007497 |

Instrument
201700006294 OR
Book Page
492 1211

Exhibit A-2
LEASES - Guernsey County
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001213-000 | MARILYN JEAN BLANEY | CARRIZO (UTICA) LLC | 11/30/2012 | 001-N | 002-W | 20 | Richland | 31-0000029.000 31-0000030.000 31-0000029.001 | Guernsey | OH | 498 | 1938-1940 | 201300000256 |
| OH0101001215-000 | THE LEVI H FAUSNIGHT REV TRUST | CARRIZO (UTICA) LLC | 8/22/2012 | 004-N | 001-W | 14 | Washington | 40-0000043.022 40-0000043.002 40-0000043.000 | Guernsey | OH | 493 | 466 | 201200007503 |
| OH0101001216-000 | PAUL H PERRY ET UX | CARRIZO (UTICA) LLC | 8/28/2012 | 001-N | 001-W | 5 | Richland | 31-0001526.000 31-0001527.000 | Guernsey | OH | 493 | 2907 | 201200008124 |
| OH0101001219-000 | JOHN J PRIBONIC ET UX | RESOURCE EXPLORATION INC | 11/11/1972 | 011-N | 007-W | 81 | Londonderry | 20-0000509.000 20-0001328.000 | Guernsey | OH | 70 | 758 | 27837 |
| OH0101001221-000 | GARY S WOYTKO ET UX | CARRIZO (UTICA) LLC | 9/7/2012 | 001-N | 001-W | ML 5 | Richland | 31-0000101.002 | Guernsey | OH | 493 | 2893 | 201200008118 |
| OH0101001222-000 | JOHN COPE ET UX | CARRIZO (UTICA) LLC | 8/23/2012 | 001-N | 001-W | 2 | Wills | 44-0001063.007 44-0001063.006 | Guernsey | OH | 493 | 2936-2937 | 201200008136 |
| OH0101001223-000 | JOSHUA L HATCHER ET UX | CARRIZO (UTICA) LLC & APC III UTICA | 10/12/2012 | 004-N | 002-W | 22 | Monroe | 26-0002077.000 | Guernsey | OH | 495 | 2107 | 201200009723 |
| OH0101001224-000 | RICHARD FRITZ ET UX | CARRIZO (UTICA) LLC | 9/28/2012 | 001-N | 001-W | ML 29 | Richland | 31-0000454.005 | Guernsey | OH | 494 | 2823-2824 | 201200008984 |
| OH0101001226-000 | GLENN GOSSETT ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 001-N | 001-W | ML 5 | Richland | 31-0000101.000 | Guernsey | OH | 494 | 1439-1440 | 201200007778 |
| OH0101001228-000 | LUCILLE F TOBIN | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0001153.000 | Guernsey | OH | 493 | 2913-2916 | 201200008127 |
| OH0101001229-000 | DAVID V BEAL ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 9, 10, 12 | Monroe | 26-0000011.002 26-0000012.000 26-0000006.000 26-0000007.000 26-0000011.000 26-0001154.001 | Guernsey | OH | 494 | 58-61 | 201200008296 |
| OH0101001230-000 | GEORGE V MILLER | CARRIZO (UTICA) LLC | 8/22/2012 | 001-N | 001-W | 2 | Wills | 44-0000061.000 44-0000062.000 | Guernsey | OH | 493 | 464 | 201200007502 |
| OH0101001231-000 | JOHN D BEAL ET UX | CARRIZO (UTICA) LLC | 9/8/2012 | 004-N | 002-W | 9, 12 | Monroe | 26-0000011.000 26-0000011.003 | Guernsey | OH | 494 | 65 | 201200008298 |
| OH0101001232-000 | WILLIAM Z FORNSHELL | CARRIZO (UTICA) LLC | 9/19/2012 | 001-N | 001-W | ML 5 | Richland | 31-0000101.003 | Guernsey | OH | 494 | 2805 | 201200008975 |
| OH0101001233-000 | KATHY K FRITZ AL AL | CARRIZO (UTICA) LLC | 9/28/2012 | 001-N | 001-W | ML 29 | Richland | 31-0000454.003 | Guernsey | OH | 494 | 2827 | 201200008986 |
| OH0101001234-000 | VINCENT A LANZA ET UX | CARRIZO (UTICA) LLC | 9/5/2012 | 001-N | 001-W | ML 30 | Richland | 31-0001697.006 | Guernsey | OH | 494 | 83-84 | 201200008306 |

Instrument 201700006694 OR  Book Page 552 1212

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001235-000 | HAYDEN D RICHARDS ET UX | CARRIZO (UTICA) LLC | 9/12/2012 | 001-N | 001-W | 5 | Richland | 31-0002586.000 | Guernsey | OH | 494 | 2803-2804 | 201200008974 |
| OH0101001236-000 | THOMAS B OWENS | CARRIZO (UTICA) LLC | 10/1/2012 | 001-N | 001-W | 2 | Wills | 44-0001063.004 | Guernsey | OH | 494 | 2821 | 201200008983 |
| OH0101001237-000 | PHILIP L KREITZ ET UX | CARRIZO (UTICA) LLC | 6/19/2012 | 001-N | 001-W | ML 5 | Richland | 31-0002951.002 | Guernsey | OH | 492 | 132 | 201200010759 |
| OH0101001239-000 | ROLAND B ESTEP ET UX | RESOURCE EXPLORATION INC | 12/23/1972 | 011-N | 007-W | 27 | Londonderry | 20-0000205.000 20-0000089.000 | Guernsey | OH | 71 | 100 | 201200007423 |
| OH0101001240-000 | ESTATE OF LEWIS W LATHAM ET AL | RESOURCE EXPLORATION INC | 1/11/1975 | 011-N | 007-W | 27 | Londonderry | 20-0001275.000 20-0001276.000 20-0001181.000 20-0001183.000 20-0000013.000 20-0000410.000 | Guernsey | OH | 74 | 278 | - |
| OH0101001241-000 | REX C MURRAY ET UX | RESOURCE EXPLORATION | 11/2/1972 | 011-N | 007-W | 26 | Londonderry | 20-0000025.000 20-0000455.000 20-0000460.000 | Guernsey | OH | 70 | 685 | - |
| OH0101001242-000 | DONALD MCCLELLAND | PENN INDUSTRIAL ENERGY CORP | 7/11/1972 | 011-N | 007-W | 26, 27 | Londonderry | 20-0001323.000 20-0000463.000 20-0000770.000 20-0000771.000 20-0000772.000 20-0000773.000 20-0000774.000 20-0000775.000 20-0000776.000 20-0000777.000 20-0000778.000 20-0000466.000 | Guernsey | OH | 70 | 235 | |
| OH0101001243-000 | KENNETH G MCCLELLAND ET UX | PENN INDUSTRIAL ENERGY CORP | 7/11/1972 | 011-N | 007-W | 26 | Londonderry | 20-0000467.000 20-0000468.000 | Guernsey | OH | 70 | 237 | 26677 |
| OH0101001244-000 | JOHN MCBHANEY ET UX | BAIRD AND BIRD | 5/18/1966 | 011-N | 007-W | 26 | Londonderry | 20-0000102.000 | Guernsey | OH | 55 | 395 | 4591 |
| OH0101001245-000 | GLEN T BEAL ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 12 | Monroe | 26-0000011.001 | Guernsey | OH | 493 | 2915 | 201200008128 |
| OH0101001246-004 | FREDERICK R MCKINNEY | CARRIZO (UTICA) LLC | 1/18/2013 | 008-N | 009-W | 12 | Richland | 31-0000459.000 | Guernsey | OH | 499 | 177-178 | 201300000726 |

Instrument 201700006694 OR    Book Page 552 1213

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001247-000 | DONALD A ADKINS ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0000001.000 | Guernsey | OH | 493 | 2917 | 201200008129 |
| OH0101001248-000 | JAMES C EMLER ET UX | CARRIZO (UTICA) LLC | 8/30/2012 | 004-N | 002-W | 10 | Monroe | 26-0001155.000 | Guernsey | OH | 497 | 2135 | 201200011604 |
| OH0101001249-000 | DAVID E DOBBINS ET UX | CARRIZO (UTICA) LLC | 9/5/2012 | 004-N | 002-W | 10 | Monroe | 26-0001154.002 | Guernsey | OH | 493 | 2919 | 201200008130 |
| OH0101001250-000 | RICKY L BRYAN ET UX | CARRIZO (UTICA) LLC | 9/5/2012 | 004-N | 002-W | 9, 11 | Monroe | 26-0000012.002 26-0000012.005 26-0000012.004 26-0000013.005 | Guernsey | OH | 494 | 62 | 201200008297 |
| OH0101001252-000 | ROY L BURNS | CARRIZO (UTICA) LLC | 9/5/2012 | 001-N | 002-W | 21 | Richland | 31-0002894.006 | Guernsey | OH | 494 | 81-82 | 201200008305 |
| OH0101001253-000 | DANIEL LONTCHAR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2012 | 004-N | 002-W | 22 | Monroe | 26-0001192.000 | Guernsey | OH | 495 | 837-838 | 201200009452 |
| OH0101001257-000 | MICHAEL A WARNER ET UX | CARRIZO (UTICA) LLC | 9/12/2012 | 001-N | 001-W | 2 Q | Richland | 31-0001458.000 | Guernsey | OH | 494 | 2799-2800 | 201200008972 |
| OH0101001258-000 | LARRY GREEAR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2012 | 003-N | 001-W | 5 | Madison | 22-0001034.009 | Guernsey | OH | 495 | 2126 | 201200009731 |
| OH0101001259-000 | JOHN B BARDALL ET UX | CARRIZO (UTICA) LLC | 10/31/2012 | 011-N | 007-W | 27 | Londonderry | 20-0000469.000 | Guernsey | OH | 496 | 561-562 | 201200010274 |
| OH0101001260-000 | SCOTT L DINGES | CARRIZO (UTICA) LLC | 10/11/2012 | 001-N | 002-W | 23 | Richland | 31-0000243.001 | Guernsey | OH | 495 | 2124-2125 | 201200009730 |
| OH0101001261-000 | RICKY L BRYAN ET UX | CARRIZO (UTICA) LLC | 9/5/2012 | 002-N | 002-W | 4 | Center | 08-0000207.004 | Guernsey | OH | 494 | 68 | 201200008299 |
| OH0101001263-000 | PATRICK T BAKER ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2012 | 004-N | 002-W | 12 | Monroe | 26-0000012.006 | Guernsey | OH | 497 | 1754 | 201200011487 |
| OH0101001264-000 | GEORGE T LEPI ET UX | CARRIZO (UTICA) LLC | 10/6/2012 | 004-N | 002-W | 13 | Monroe | 26-0001633.000 | Guernsey | OH | 495 | 2118-2119 | 201200009727 |
| OH0101001265-000 | TOBIE J YODER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/3/2012 | 004-N | 001-W | 4 | Washington | 40-0000096.000 | Guernsey | OH | 495 | 846-848 | 201200009456 |
| OH0101001266-000 | DAVID M HALSEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/4/2012 | 004-N | 002-W | 12 | Monroe | 26-0001804.000 | Guernsey | OH | 495 | 843-845 | 201200009455 |
| OH0101001267-000 | JOYCE MICHAELS ET VIR | CARRIZO (UTICA) LLC | 9/29/2012 | 004-N | 001-W | 18 | Washington | 40-0000032.000 | Guernsey | OH | 494 | 2813-2814 | 20120000897 |
| OH0101001268-000 | PAUL R MCGOWAN | CARRIZO (UTICA) LLC | 9/29/2012 | 004-N | 002-W | 8 | Monroe | 26-0001663.000 26-0001665.000 | Guernsey | OH | 494 | 2815 | 201200008980 |
| OH0101001269-000 | BONNIE A SORENSON | CARRIZO (UTICA) LLC & ACP III UTICA | 10/3/2012 | 001-N | 001-W | ML 29 | Richland | 31-0000454.013 | Guernsey | OH | 495 | 839-840 | 201200009453 |
| OH0101001270-001 | RALPH H EVANS | CARRIZO (UTICA) LLC | 10/22/2012 | 001-N | 002-W | 10 | Richland | 31-0000102.000 | Guernsey | OH | 495 | 3085-3086 | 201200010029 |
| OH0101001271-000 | JEREMY A OBERMILLER ET UX | CARRIZO (UTICA) LLC | 11/19/2012 | 011-N | 007-W | 27 | Londonderry | 20-0000469.002 | Guernsey | OH | 497 | 1732-1733 | 201200011479 |

Exhibit A-2
LEASES - Guernsey County
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001272-000 | RICHARD P KAWA ET AL | CARRIZO (UTICA) LLC | 10/6/2012 | 001-N | 002-W | 20 | Richland | 31-0000572.000 31-0000573.000 | Guernsey | OH | 495 | 835 | 201200009451 |
| OH0101001273-000 | JOANN MONDAK | CARRIZO (UTICA) LLC & ACP III UTICA | 11/1/2012 | 003-N | 001-W | 5 | Madison | 22-0001375.000 22-0001376.000 | Guernsey | OH | 496 | 2477 | 201200010762 |
| OH0101001274-000 | GEORGE M HOYT | CARRIZO (UTICA) LLC | 10/22/2012 | 001-N | 002-W | 11 | Richland | 31-0000264.010 | Guernsey | OH | 495 | 3083-3084 | 201200010028 |
| OH0101001275-000 | FRED J DUNCAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/8/2012 | 003-N | 001-W | 5 | Madison | 22-0001034.007 | Guernsey | OH | 495 | 2110-2112 | 201200009724 |
| OH0101001276-000 | CHAD A HASTINGS ET UX | CARRIZO (UTICA) LLC | 10/9/2012 | 001-N | 001-W | 2 | Wills | 44-0001057.000 44-0001064.001 | Guernsey | OH | 495 | 2128 | 201200009732 |
| OH0101001277-000 | HOWARD R ROE ET UX | CARRIZO (UTICA) LLC | 10/10/2012 | 001-N | 001-W | 2 | Wills | 44-0001063.003 44-0001064.000 | Guernsey | OH | 495 | 2120-2121 | 201200009728 |
| OH0101001278-001 | THE CHANDLER FAMILY TRUST | CARRIZO (UTICA) LLC | 11/2/2012 | 004-N | 002-W | 19, 20 | Monroe | 26-0000045.000 | Guernsey | OH | 496 | 2500 | 201200010770 |
| OH0101001279-000 | THE ORENDA TRUST | CARRIZO (UTICA) LLC & ACP III UTICA | 11/5/2012 | 004-N | 002-W | 22 | Monroe | 26-0000034.000 | Guernsey | OH | 497 | 7 | 201200011027 |
| OH0101001280-000 | LARRY C STARCHER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/13/2012 | 003-N | 001-W | 5 | Madison | 22-0001379.010 | Guernsey | OH | 497 | 1122 | 201200011337 |
| OH0101001281-000 | JAY A WEBB ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/14/2012 | 004-N | 002-W | 18 | Monroe | 26-0000157.000 | Guernsey | OH | 495 | 2113 | 201200009725 |
| OH0101001282-001 | GERALD L DUSZ ET AL | CARRIZO (UTICA) LLC | 2/23/2013 | 003-N | 001-W | 3 | Madison | 22-0000560.000 | Guernsey | OH | 500 | 1041-1042 | 201300001785 |
| OH0101001282-002 | MARY MCQUAIN | CARRIZO (UTICA) LLC | 5/1/2013 | 003-N | 001-W | 3 | Madison | 22-0000560.000 | Guernsey | OH | 502 | 3143 | 201300003927 |
| OH0101001283-000 | RICHARD L DUNCAN TRUSTEE | CARRIZO (UTICA) LLC | 9/27/2012 | 004-N | 002-W | 20 | Monroe | 26-0000144.000 | Guernsey | OH | 494 | 2819-2820 | 201200008982 |
| OH0101001284-000 | WINDFIELD GROUP LLC | CARRIZO (UTICA) LLC & ACP III UTICA | 11/16/2012 | 001-N | 001-W | 2, 5 | Wills/Madison | 44-0000133.008 44-0000133.009 44-0000133.014 44-0000133.015 22-0001034.023 22-0001034.033 | Guernsey | OH | 497 | 1132-1135 | 201200011341 |
| OH0101001285-000 | DAWN M PODOBNIK | CARRIZO (UTICA) LLC | 10/30/2012 | 001-N | 001-W | 4 QT | Richland | 31-0002576.000 | Guernsey | OH | 496 | 2498-2499 | 201200010769 |
| OH0101001287-000 | STEVEN A SHAFFER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/25/2012 | 004-N | 002-W | 22 | Monroe | 26-0001583.001 | Guernsey | OH | 495 | 3087 | 201200010030 |

Book Page
552  1215

Instrument
201700004694  OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001288-000 | PAUL A SUTTER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/2/2012 | 003-N | 001-W | 5 | Madison | 22-0001379.006 | Guernsey | OH | 496 | 2483 | 201200010764 |
| OH0101001290-001 | ILEX LIMITED PARTNERSHIP | CARRIZO (UTICA) LLC | 10/25/2012 | 004-N | 002-W | 12 | Monroe | 26-0000043.000 26-0000041.000 26-0000049.000 | Guernsey | OH | 496 | 563 | 201200010275 |
| OH0101001291-000 | JAMES O WARREN | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2012 | 003-N | 001-W | 5 | Madison | 22-0001298.000 22-0001379.011 | Guernsey | OH | 496 | 2486 | 201200010765 |
| OH0101001294-000 | JOHN BOGGESS ET UX | CARRIZO (UTICA) LLC | 11/3/2012 | 004-N | 001-W | 14 | Washington | 40-0000666.000 | Guernsey | OH | 496 | 2508 | 201200010774 |
| OH0101001295-001 | MONICA A VINCENT ET VIR | CARRIZO (UTICA) LLC | 10/29/2012 | 001-N | 002-W | 10 | Richland | 31-0001497.000 | Guernsey | OH | 496 | 568-569 | 201200010277 |
| OH0101001295-002 | RONALD S MIZIKER ET AL | CARRIZO (UTICA) LLC | 10/23/2012 | 001-N | 002-W | 10 | Richland | 31-0001497.000 | Guernsey | OH | 496 | 566-567 | 201200010276 |
| OH0101001297-000 | GLEN A DAVIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/7/2012 | 003-N | 001-W | 5 | Madison | 22-0001379.000 | Guernsey | OH | 496 | 2489 | 201200010766 |
| OH0101001298-000 | CLIFFORD M MORSE ET AL | CARRIZO (UTICA) LLC | 10/29/2012 | 001-N | 002-W | 10 | Richland | 31-0000851.000 | Guernsey | OH | 496 | 573 | 201200010279 |
| OH0101001300-000 | GUY J STEWARD ET UX | CARRIZO (UTICA) LLC | 11/7/2012 | 003-N | 001-W | 3 | Madison | 22-0000802.002 22-0000802.006 | Guernsey | OH | 500 | 2810 | 201300002194 |
| OH0101001302-000 | CHARLES A PATTERSON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/7/2012 | 004-N | 001-W | 24 | Washington | 40-0000190.000 | Guernsey | OH | 496 | 2492-2494 | 201200010767 |
| OH0101001303-000 | PATRICK J RAFFERTY ET AL | W N TIPKA | 7/23/1977 | 004-N | 002-W | 20 | Monroe | 26-0001628.002 26-0001628.004 26-0001628.006 26-0001628.008 26-0001628.010 26-0001628.011 26-0001628.009 26-0001628.001 26-0001628.026 26-0001628.025 26-0001628.007 26-0001628.005 26-0001628.003 26-0001628.000 | Guernsey | OH | 79 | 753 | 56299 |

Instrument 201700006494 OR    Book Page 552 1216

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001304-000 | E&J INVESTMENTS | WILLIAM N TIPKA | 7/6/1977 | 004-N | 002-W | 9, 12 | Monroe | 26-0000158.000<br>26-0000158.001<br>26-0001584.000<br>26-0001584.001<br>26-0001585.000 | Guernsey | OH | 79 | 427 | 55585 |
| OH0101001305-000 | JAMES G ECK ET UX | WILLIAM N TIPKA | 7/18/1977 | 004-N | 001-W | 17 | Washington | 40-0000070.008<br>40-0000070.007<br>40-0000070.006<br>40-0000070.005<br>40-0000070.004<br>40-0000070.003<br>40-0000070.002<br>40-0000070.001<br>40-0000070.000 | Guernsey | OH | 79 | 704 | 56196 |
| OH0101001306-000 | MELVIN F GETZ ET UX | WILLIAM N TIPKA | 6/29/1978 | 004-N | 001-W | 11 | Washington | 40-0000092.000 | Guernsey | OH | 82 | 709 | 61933 |
| OH0101001307-000 | ANTHONY F GLASS ET UX | TIPKA-BARTLO OIL AND GAS COMPANY | 7/24/1978 | 004-N | 001-W | 9 | Washington | 40-0000097.000 | Guernsey | OH | 82 | 833 | 62188 |
| OH0101001308-000 | SINA P GREENWALT | TIPKA-BARTLO OIL AND GAS COMPANY | 9/4/1979 | 004-N | 001-W | 10 | Washington | 40-0000101.001<br>40-0000101.000 | Guernsey | OH | 85 | 365 | 68999 |
| OH0101001309-000 | M HAROLD DOWNER | WILLIAM N TIPKA | 10/29/1977 | 004-N | 002-W | 19 | Monroe | 26-0000045.000<br>26-0001160.000<br>26-0000047.000 | Guernsey | OH | 80 | 769 | 58110 |
| OH0101001310-000 | MARIE DOWNER ET VIR | WILLIAM N TIPKA | 10/29/1977 | 004-N | 002-W | 12 | Monroe | 26-0000047.001<br>26-0000040.000 | Guernsey | OH | 80 | 771 | 58111 |
| OH0101001311-000 | DONALD J HALL ET UX | WILLIAM N TIPKA | 11/1/1978 | 004-N | 001-W | 9 | Washington | 40-0000110.002<br>40-0000110.001<br>40-0000110.000 | Guernsey | OH | 85 | 124 | 68048 |
| OH0101001312-000 | HINCHCLIFF PRODUCTS CO | LYLE W STEWART | 8/5/1976 | 004-N | 001-W | 25 | Washington | 40-0000518.000<br>40-0000517.001<br>40-0000517.000<br>40-0000762.000 | Guernsey | OH | 77 | 184 | 49797 |

Instrument 201700006494 OR Book Page 552 1217

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHD101001314-000 | GRACE L DOUGHERTY ET VIR | TIPKA-BARTLO OIL AND GAS COMPANY | 9/12/1979 | 004-N | 001-W | 11 | Washington | 40-0000630.001 40-0000630.000 40-0000544.000 | Guernsey | OH | 85 | 394 | 69113 |
| OH0101001315-000 | STEPHANIE HORTON ET AL | WILLIAM N TIPKA | 6/29/1977 | 004-N | 002-W | 20 | Monroe | 26-0000164.001 26-0000164.000 26-0000137.000 26-0001628.023 26-0001628.024 26-0000097.000 26-0001628.021 26-0001628.020 26-0001628.019 26-0001628.018 26-0001628.017 26-0001628.016 26-0001628.022 26-0001628.015 26-0001628.014 26-0001628.013 26-0001628.012 | Guernsey | OH | 79 | 888 | 56445 |
| OH0101001316-000 | MICHAEL G COX ET UX | WILLIAM N TIPKA | 6/26/1978 | 004-N | 001-W | 11 | Washington | 40-0000508.000 | Guernsey | OH | 82 | 712 | 61934 |
| OH0101001317-000 | LONNIE COLVIN ET UX | WILLIAM N TIPKA | 6/26/1978 | 004-N | 001-W | 11 | Washington | 40-0000505.000 | Guernsey | OH | 82 | 704 | 61931 |

Instrument
2017000006694 OR

Book Page
552 1218

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001318-001 | ROBERT L LANNING ET AL | GUERNSEY PETROLEUM CORP | 10/1/1977 | 004-N | 002-W | 19, 20, 22 | Monroe | 26-0000098.005<br>26-0000098.001<br>26-0000098.003<br>26-0000098.002<br>26-0000098.000<br>26-0000097.000<br>26-0000097.001<br>26-0000097.001<br>26-0000096.001<br>26-0000096.002<br>26-0000096.005<br>26-0000096.000<br>26-0000096.003<br>26-0000096.007<br>26-0000096.004<br>26-0000096.008<br>26-0000096.006 | Guernsey | OH | 80 | 623 | 57824 |

Book Page
552 1219

Instrument OR
201700006494

**Exhibit A-3**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001318-002 | GEORGE E LANNING ET AL | GUERNSEY PETROLEUM CORP | 10/1/1977 | 004-N | 002-W | 19, 20, 22 | Monroe | 26-0000098.005 26-0000098.001 26-0000098.003 26-0000098.002 26-0000098.000 26-0000097.000 26-0000097.001 26-0000097.001 26-0000096.001 26-0000096.002 26-0000096.005 26-0000096.000 26-0000096.003 26-0000096.007 26-0000096.004 26-0000096.008 26-0000096.006 | Guernsey | OH | 80 | 625 | 57825 |
| OH0101001320-000 | FRANCIS L LARRICK ET UX | WILLIAM N TIPKA | 11/2/1977 | 004-N | 002-W | 22, 23 | Monroe | 26-0001123.001 26-0001123.000 26-0000100.000 26-0001123.000 26-0000174.000 26-0000101.000 | Guernsey | OH | 80 | 777 | 58114 |
| OH0101001321-000 | FRANCES L LARRICK ET AL | WILLIAM N TIPKA | 10/26/1977 | 004-N | 002-W | 11, 12 | Monroe | 26-0001972.000 26-0000037.000 | Guernsey | OH | 82 | 534 | 61526 |
| OH0101001322-001 | LLOYD W LEESBURG | WILLIAM N TIPKA | 5/5/1980 | 004-N | 001-W | 11 | Washington | 40-0000028.000 40-0000027.000 | Guernsey | OH | 86 | 909 | 72440 |
| OH0101001322-002 | RONALD S BOWEN ET UX | WILLIAM N TIPKA | 12/12/1979 | 004-N | 001-W | 11 | Washington | 40-0000028.000 40-0000027.000 | Guernsey | OH | 86 | 911 | 72441 |
| OH0101001324-000 | AVA E CARTER | WILLIAM N TIPKA | 8/31/1977 | 004-N | 002-W | 19 | Monroe | 26-0000027.000 26-0000026.000 | Guernsey | OH | 79 | 970 | 56594 |

Instrument
201700006694 OR

Book Page
552 1220

### Exhibit A-2
### LEASES - Guernsey County
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001326-000 | JOSEPH P CIPCIC ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2012 | 003-N | 001-W | 5 | Madison | 22-0001034.010 | Guernsey | OH | 497 | 1736 | 201200011481 |
| OH0101001327-000 | VIOLA BRADFIELD | TIPKA-BARTLO OIL AND GAS COMPANY | 2/13/1978 | 004-N | 001-W | 25 | Washington | 40-0000029.000 40-0000029.001 40-0000029.002 | Guernsey | OH | 81 | 669 | 59632 |
| OH0101001328-000 | ROMA L MILLER ET UX | TIPKA-BARTLO OIL AND GAS COMPANY | 10/31/1977 | 004-N | 002-W | 22 | Monroe | 26-0001557.002 26-0001557.000 26-0001557.003 26-0001557.001 | Guernsey | OH | 80 | 918 | 58382 |
| OH0101001329-000 | SYLVESTER MILLER ET UX | WILLIAM N TIPKA | 6/22/1977 | 004-N | 002-W | 11 | Monroe | 26-0000120.001 26-0000119.000 26-0000120.000 26-0000121.000 | Guernsey | OH | 79 | 367 | 55406 |
| OH0101001330-000 | WALDO C MILLER ET UX | WILLIAM N TIPKA | 7/20/1977 | 004-N | 002-W | 11, 20 | Monroe | 26-0000124.000 27-0000359.000 26-0000066.000 26-0000124.001 26-0000122.000 | Guernsey | OH | 79 | 702 | 56195 |

Book Page
552  1221

Instrument
20170000694  OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001332-000 | WALTER BONNELL ET UX | NATIONAL PETROLEUM CORP | 3/9/1977 | 004-N | 002-W | 21, 25 | Monroe | 40-0000774.000<br>40-0000774.001<br>40-0000774.002<br>40-0000775.000<br>40-0000776.000<br>40-0000776.001<br>40-0000776.002<br>40-0000776.003<br>40-0000776.004<br>40-0000836.000<br>40-0000232.000<br>26-0002079.002<br>26-0002079.001<br>26-0002079.004<br>26-0002079.007<br>26-0002079.006<br>26-0002079.005<br>26-0002079.000<br>26-0002079.008<br>26-0002079.003<br>26-0002051.000<br>26-0001682.000<br>26-0001681.001<br>26-0002102.000 | Guernsey | OH | 78 | 530 | |
| OH0101001333-000 | ALBERT G SLIMBOSKY ET UX | WILLIAM N TIPKA | 9/2/1977 | 004-N | 001-W | 8, 9 | Washington | 40-0000221.000<br>40-0000219.000<br>40-0000220.000<br>40-0000220.001 | Guernsey | OH | 80 | 16 | 5674 |

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001334-001 | MARGUERITE OSBORNE ET AL | ENTERPRISE GAS AND OIL INC | 7/10/1980 | 002-N | 001-W | 22 | Wills | 44-0000272.001<br>44-0000272.002<br>44-0000272.003<br>44-0000272.004<br>44-0000272.005<br>44-0000272.006<br>44-0000272.007<br>44-0000272.008<br>44-0000272.009<br>44-0000272.010<br>44-0000272.011<br>44-0000272.014<br>44-0000272.000 | Guernsey | OH | 86 | 955 | 72488 |
| OH0101001335-000 | RICHARD PATTERSON SR ET | W N TIPKA | 7/16/1977 | 004-N | 001-W | 24 | Washington | 40-0000215.000 | Guernsey | OH | 79 | 565 | 55871 |
| OH0101001336-000 | DAVID PETERSON ET AL | W N TIPKA | 7/27/1978 | 004-N | 001-W | 9 | Washington | 40-0000149.000 | Guernsey | OH | 82 | 905 | 62449 |
| OH0101001337-000 | DAVID PETERSON ET AL | W N TIPKA | 9/2/1977 | 004-N | 001-W | 9 | Washington | 40-0000632.000<br>40-0000633.000<br>40-0000148.000<br>40-0000147.000 | Guernsey | OH | 80 | 18 | |
| OH0101001338-000 | MARTHA I BERTINE ET AL | W N TIPKA | 8/2/1978 | 004-N | 001-W | 10 | Washington | 40-0000744.000<br>40-0000694.000<br>40-0000746.000<br>40-0000610.000<br>40-0000745.000<br>40-0000673.000 | Guernsey | OH | 82 | 903 | 02443 |
| OH0101001339-000 | THE BIG BROTHER TRACT BAND | W N TIPKA | 7/1/1977 | 004-N | 001-W | 8, 13 | Washington | 40-0000672.0200<br>40-0000669.000<br>40-0000668.000 | Guernsey | OH | 79 | 445 | 55601 |
| OH0101001340-000 | RALPH E AIKIN | GUERNSEY PETROLEUM | 11/4/1977 | 004-N | 002-W | 21 | Monroe | 26-0000003.000 | Guernsey | OH | 80 | 863 | 58281 |
| OH0101001341-001 | CLAUDIA M BANWART ET VIR | BARTLO OIL AND GAS COMPANY | 10/25/1980 | 001-N | 001-W | 1 | Wills | 44-0000996.000<br>44-0000997.000 | Guernsey | OH | 87 | 857 | 74943 |

Instrument# 201700004694 OR

Book Page
552 1223

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHD101001341-002 | FRED J YOUNG | TIPKA-BARTLO OIL AND GAS COMPANY | 5/6/1981 | 001-N | 001-W | 1 | Wills | 44-0000996.000 44-0000997.000 | Guernsey | OH | 90 | 75 | 78189 |
| OH0101001341-003 | RUSSELL EDMUND YERIAN | TIPKA-BARTLO OIL AND GAS COMPANY | 4/7/1981 | 001-N | 001-W | 1 | Wills | 44-0000996.000 44-0000997.000 | Guernsey | OH | 89 | 730 | 77551 |
| OH0101001344-001 | HAROLD HOLMES ET AL | TIPKA-BARTLO OIL AND GAS COMPANY | 10/6/1980 | 001-N | 001-W | 1 | Wills | 44-0000600.000 | Guernsey | OH | 91 | 901 | 81425 |
| OH0101001345-001 | JERRY BATES ET UX | TIPKA-BARTLO OIL AND GAS COMPANY | 1/25/1980 | 001-N | 001-W | 2 | Wills | 44-0000687.000 | Guernsey | OH | 86 | 226 | 71273 |
| OH0101001346-001 | HOWARD E ROE ET UX | PETER A BARTLO | 1/31/1979 | 001-N | 001-W | 2 | Wills | 44-0000686.000 | Guernsey | OH | 84 | 449 | 65562 |
| OH0101001347-000 | VERNON BEAL ET UX | W N TIPKA | 6/25/1977 | 004-N | 002-W | 10, 11 | Monroe | 26-0000013.001 26-0000013.002 26-0000013.003 26-0000013.004 26-0000013.005 26-0000014.000 | Guernsey | OH | 79 | 433 | 55588 |
| OH0101001348-000 | ISABELLE G SHEPHERD | W N TIPKA | 7/27/1978 | 004-N | 001-W | 9 | Washington | 40-0000206.000 | Guernsey | OH | 82 | 907 | 62450 |
| OH0101001349-000 | GUY JOSEPH STEWARD ET AL | NATIONAL PETROLEUM CORPORATION | 9/23/1977 | 004-N | 001-W | 25 | Washington | 40-0000225.000 40-0000226.000 40-0000518.000 40-0000762.000 40-0000193.000 | Guernsey | OH | 80 | 291 | 57263 |
| OH0101001350-000 | VIRGIL TEDRICK ET UX | NATIONAL PETROLEUM CORPORATION | 3/24/1977 | 004-N | 001-W | 17 | Washington | 40-0000230.000 40-0000229.000 | Guernsey | OH | 78 | 664 | 53568 |
| OH0101001351-000 | KENNETH EUGENE WARNOCK ET AL | NATIONAL PETROLEUM CORPORATION | 6/28/1977 | 004-N | 002-W | 20 | Monroe | 26-0000173.000 | Guernsey | OH | 79 | 373 | 55424 |
| OH0101001352-000 | RAYMOND WARNOCK ET AL | W N TIPKA | 7/16/1977 | 004-N | 001-W | 24 | Washington | 40-0000240.000 40-0000240.001 | Guernsey | OH | 79 | 561 | 55860 |
| OH0101001353-000 | KENNETH WARNOCK ET AL | W N TIPKA | 7/16/1977 | 004-N | 001-W | 24 | Washington | 40-0000239.000 | Guernsey | OH | 79 | 563 | 55870 |

Instrument 20170006694 OR
Book Page 552 1224

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001354-000 | MASON R YOHO ET UX | TIPKA-BARTLE OIL AND GAS COMPANY | 7/21/1978 | 004-N | 002-W | 21, 22 | Monroe | 26-0000182.001<br>26-0000182.002<br>26-0000182.003<br>26-0000182.004<br>26-0000181.001<br>26-0000181.002<br>26-0000181.003<br>26-0000181.004<br>26-0000181.005<br>26-0000181.006<br>26-0000181.007<br>26-0000181.008<br>26-0000181.010<br>26-0000181.011<br>26-0000181.012 | Guernsey | OH | 82 | 890 | 62413 |
| OH0101001355-000 | GARY J YOUNG ET AL | W N TIPKA | 8/25/1979 | 004-N | 001-W | 12 | Washington | 40-0000256.010<br>40-0000256.006<br>40-0000256.007<br>40-0000256.002<br>40-0000256.012<br>40-0000256.000<br>40-0000256.009<br>40-0000256.011<br>40-0000256.008<br>40-0000256.005<br>40-0000256.004<br>40-0000256.003<br>40-0000256.001 | Guernsey | OH | 86 | 822 | 72320 |
| OH0101001357-000 | B3 MINERALS LLC | TXC ENERGY LLC | 11/16/2012 | 001-N | 001-W | 11 | Millwood | 23-0000170.000 | Guernsey | OH | 499 | 676-680 | 201300000855 |
| OH0101001358-000 | KENNON JOSEPH POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N | 001-W | ML 40, 2Q | Richland | 31-0000417.000<br>31-0000420.000 | Guernsey | OH | 488 | 509 | 201200002631 |

Book Page 552 1225

Instrument 201700006694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001359-000 | MICHAEL D MAYLE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/13/2012 | 003-N | 001-W | 5 | Madison | 22-0001292.000 | Guernsey | OH | 497 | 15-17 | 201200011030 |
| OH0101001360-000 | NEIL T FASSINGER ET UX | W N TIPKA | 12/16/1978 | 004-N | 001-W | 17 | Washington | 40-0000113.000 | Guernsey | OH | 85 | 122 | 68035 |
| OH0101001361-000 | RICHARD M FORDYCE ET UX | W N TIPKA | 11/17/1978 | 004-N | 001-W | 17 | Washington | 40-0000852.000 40-0001750.000 | Guernsey | OH | 85 | 120 | 68034 |
| OH0101001362-000 | MICHAEL T CYGAN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/9/2012 | 001-N | 001-W | 13 | Richland | 31-0000543.007 31-0000543.008 | Guernsey | OH | 501 | 219-221 | 201300002415 |
| OH0101001363-000 | JASON ECKMAN ET UX | CARRIZO (UTICA) LLC & ACP III UTIC | 11/15/2012 | 004-N | 002-W | 12 | Monroe | 26-0000112.015 | Guernsey | OH | 497 | 1742 | 201200011483 |
| OH0101001364-000 | DAVID H RABER ET UX | CARRIZO (UTICA) LLC | 11/16/2012 | 003-N | 001-W | 3 | Madison | 22-0000619.000 22-0000186.000 | Guernsey | OH | 497 | 24-26 | 201200011033 |
| OH0101001366-000 | LINDA HICKMAN | CARRIZO (UTICA) LLC | 11/15/2012 | 001-N | 001-W | ML 5 | Richland | 31-0000148.000 31-0001032.000 31-0001034.000 31-0001040.000 31-0001041.000 31-0001064.000 31-0001065.000 | Guernsey | OH | 496 | 2480-2482 | 201200010763 |
| OH0101001368-001 | BAG TRUST | CARRIZO (UTICA) LLC & ACP III UTICA | 11/12/2012 | 001-N | 002-W | 1, 10 | Wills/Richland | 46-0000011.000 31-0000119.000 | Guernsey | OH | 497 | 18 | 201200011031 |
| OH0101001368-002 | GMG TRUST | CARRIZO (UTICA) LLC & ACP III UTICA | 11/12/2012 | 001-N | 002-W | 1, 10 | Wills/Richland | 46-0000011.000 31-0000119.000 | Guernsey | OH | 497 | 9 | 201200011028 |
| OH0101001369-000 | CHAD KARSTEN WITTMER ET UX | CARRIZO (UTICA) LLC | 11/19/2012 | 003-N | 001-W | 3 | Madison | 22-0000704.000 22-0000704.002 | Guernsey | OH | 497 | 12 | 201200011029 |
| OH0101001370-000 | TIMOTHY RABER ET UX | CARRIZO (UTICA) LLC | 11/16/2012 | 003-N | 001-W | 3 | Madison | 22-0000190.000 | Guernsey | OH | 497 | 3 | 201200011025 |
| OH0101001371-000 | MICHAEL T CYGAN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/9/2012 | 001-N | 001-W | 9, 12 | Richland | 31-0000571.000 31-0000006.000 | Guernsey | OH | 501 | 1046-1048 | 201300002606 |
| OH0101001372-000 | LINDA J ORTH | CARRIZO (UTICA) LLC & ACP III UTICA | 11/20/2012 | 003-N | 001-W | 5 | Madison | 22-0001084.015 | Guernsey | OH | 497 | 1739-1741 | 201200011482 |
| OH0101001376-000 | KATHRYN A ROE ET AL | CARRIZO (UTICA) LLC | 11/16/2012 | 001-N | 001-W | 2 | Wills | 44-0001069.000 | Guernsey | OH | 498 | 2174-2177 | 201300000320 |
| OH0101001377-000 | KATHRYN A ROE | CARRIZO (UTICA) LLC | 11/16/2012 | 001-N | 001-W | 2 | Wills | 44-0001038.000 | Guernsey | OH | 498 | 1831-1852 | 201300000232 |

Book 1226
552

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001378-000 | KATHRYN A ROE | CARRIZO (UTICA) LLC | 11/16/2012 | 001-N | 001-W | 2 | Wills | 44-0001063.001 | Guernsey | OH | 498 | 2189 | 201300000324 |
| OH0101001379-000 | BRANDY K BAST | CARRIZO (UTICA) LLC & ACP III UTICA | 11/20/2012 | 001-N | 001-W | 2 | Wills | 44-0000133.000 | Guernsey | OH | 497 | 1751 | 201200011486 |
| OH0101001380-000 | CHARLES R WALLACE ET AL | CARRIZO (UTICA) LLC | 12/1/2012 | 004-N | 002-W | 19 | Monroe | 26-0000171.000 | Guernsey | OH | 498 | 2195-2197 | 201300000327 |
| OH0101001381-000 | GARY L COMPTON | CARRIZO (UTICA) LLC & ACP III UTICA | 11/28/2012 | 004-N | 002-W | 22 | Monroe | 26-0002077.001 26-0001151.000 26-0002078.000 | Guernsey | OH | 497 | 1748 | 201200011485 |
| OH0101001383-000 | ROY D JORDAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2012 | 004-N | 001-W | 8 | Washington | 40-0000004.000 40-0000003.000 | Guernsey | OH | 498 | 2163-2165 | 201300000316 |
| OH0101001384-000 | THOMAS A SEIDL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/8/2012 | 001-N | 001-W | 2 | Wills | 44-0000125.000 | Guernsey | OH | 498 | 2168-2170 | 201300000318 |
| OH0101001385-001 | JEANNE E TROUTMAN REV | CARRIZO (UTICA) LLC | 12/7/2012 | 001-N | 001-W | 18 | Richland | 31-0003005.002 | Guernsey | OH | 498 | 2901 | 201300000514 |
| OH0101001385-002 | DERL A TROUTMAN FAMILY | CARRIZO (UTICA) LLC | 12/7/2012 | 001-N | 001-W | 18 | Richland | 31-0003005.002 | Guernsey | OH | 498 | 2898 | 201300000513 |
| OH0101001386-000 | ADEN J FRAME ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/6/2012 | 001-N | 001-W | 9 | Millwood | 23-0000250.010 | Guernsey | OH | 498 | 2160-2162 | 201300000315 |
| OH0101001387-000 | CLARENCE E NEWCOMER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/5/2012 | 001-N | 002-W | 21 | Richland | 31-0001193.000 31-0001194.000 | Guernsey | OH | 498 | 1867-1839 | 201300000235 |
| OH0101001388-000 | RONALD K CONNER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/3/2012 | 001-N | 002-W | 21 | Richland | 31-0000062.000 | Guernsey | OH | 498 | 1849 | 201300000239 |
| OH0101001391-000 | JAMES GEARHART | CARRIZO (UTICA) LLC & ACP III UTICA | 12/10/2012 | 001-N | 002-W | 21 | Richland | 31-0002548.000 | Guernsey | OH | 498 | 2171 | 201300000319 |
| OH0101001392-000 | LOUIS R BRAHLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/7/2012 | 003-N | 002-W | 1 | Jefferson | 13-0000484.000 | Guernsey | OH | 498 | 2158 | 201300000314 |
| OH0101001396-000 | DANIEL R ABRAMS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/6/2012 | 011-N | 007-W | 3 | Londonderry | 20-0000114.000 | Guernsey | OH | 498 | 1833-1834 | 201300000233 |
| OH0101001397-000 | ROBERT LEE HALL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/6/2012 | 011-N | 007-W | 3 | Londonderry | 20-0000250.000 20-0000471.000 | Guernsey | OH | 498 | 1846-1848 | 201300000238 |
| OH0101001398-000 | MARGARET A BEST | CARRIZO (UTICA) LLC & ACP III UTICA | 12/12/2012 | 011-N | 007-W | 3 | Londonderry | 20-0000652.000 | Guernsey | OH | 498 | 1835-1836 | 201300000234 |
| OH0101001399-000 | MARY M MCQUAIN ET AL | CARRIZO (UTICA) LLC | 4/19/2013 | 008-N | 001-W | 8 | Madison | 22-0000076.000 | Guernsey | OH | 502 | 3145 | 201300000392# |

Book Page
552 1227

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL ID. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01010001400-000 | THOMAS A MCCABE JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/12/2012 | 004-N | 002-W | 8 | Monroe | 26-0001676.000 | Guernsey | OH | 498 | 1825-1826 | 201300000229 |
| OH01010001401-000 | JIM HERSHBERGER ET UX | CARRIZO (UTICA) LLC | 11/28/2012 | 003-N | 001-W | 3 | Madison | 22-0000033.009 | Guernsey | OH | 497 | 1730-1731 | 201200011478 |
| OH01010001402-000 | THOMAS M PERSINGER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/13/2012 | 004-N | 002-W | 11 | Monroe | 26-0000251.000 | Guernsey | OH | 498 | 3383 | 201300000649 |
| OH01010001403-001 | THE PITCHLER TRUST | CARRIZO (UTICA) LLC | 9/28/2012 | 004-N | 002-W | 20 | Monroe | 26-0000141.000 | Guernsey | OH | 494 | 2817-2818 | 201200008981 |
| OH01010001404-000 | MARY ANN NOLAND ET VIR | CARRIZO (UTICA) LLC | 1/26/2013 | 003-N | 001-W | 3 | Madison | 22-0000033.010 | Guernsey | OH | 500 | 340 | 201300001600 |
| OH01010001408-000 | JOHN R LEEDY ET UX | CARRIZO (UTICA) LLC | 12/13/2012 | 003-N | 3 | Madison | 22-0000033.003 | Guernsey | OH | 498 | 2893 | 201300000511 |
| OH01010001410-000 | SHAWN M LASKO ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/18/2012 | 001-N | 002-W | 11 | Richland | 31-0000248.001 | Guernsey | OH | 498 | 2923 | 201300000522 |
| OH01010001411-000 | LARRY E MASON JR ET UX | CARRIZO (UTICA) LLC | 1/3/2013 | 001-N | 001-W | 9 | Millwood | 23-0000250.015 | Guernsey | OH | 498 | 2891-2892 | 201300000510 |
| OH01010001412-000 | TRIPLE T MINERAL HOLDINGS COMPANY | CARRIZO (UTICA) LLC | 12/19/2012 | 003-N | 002-W | 1, 5 | Jefferson | 13-0000095.000 22-0000164.003 | Guernsey | OH | 498 | 2204 | 201300000390 |
| OH01010001413-000 | WILLIAM TEDRICK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/26/2012 | 011-N | 007-W | 26 | Londonderry | 20-0000859.000 20-0000858.000 | Guernsey | OH | 498 | 2895 | 201300000512 |
| OH01010001414-000 | ROBERT LEE HALL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/6/2012 | 011-N | 007-W | 3 | Londonderry | 20-0000642.000 20-0000643.000 | Guernsey | OH | 498 | 1861 | 201200010762 |
| OH01010001416-000 | BARBARA M BATAL | CARRIZO (UTICA) LLC & ACP III UTICA | 1/9/2013 | 001-N | 001-W | ML 5 | Richland | 31-0001001.001 | Guernsey | OH | 498 | 3378-3379 | 201300000647 |
| OH01010001418-000 | CASEY A STEPHENS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 1/12/2013 | 009-N | 007-W | 32 | Millwood | 25-0000060.000 25-0000061.000 | Guernsey | OH | 499 | 1004 | 201300000953 |
| OH01010001419-000 | PATRICK E NICHOLAS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 1/11/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000515.001 | Guernsey | OH | 499 | 1002 | 201300000952 |
| OH01010001420-001 | DAVID L TRITT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/16/2013 | 004-N | 002-W | 11 | Monroe | 26-0000191.000 | Guernsey | OH | 500 | 312 | 201300001590 |
| OH01010001420-002 | CLIFTON FOY FRASHER | CARRIZO (UTICA) LLC & ACP III UTICA | 1/24/2013 | 004-N | 002-W | 11 | Monroe | 26-0000191.000 | Guernsey | OH | 500 | 315 | 201300001591 |
| OH01010001420-003 | KATHLEEN A BRICKER ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 1/24/2013 | 004-N | 002-W | 11 | Monroe | 26-0000191.000 | Guernsey | OH | 500 | 318 | 201300001592 |
| OH01010001421-000 | THE LEVI H FAUSNIGHT REV | CARRIZO (UTICA) LLC | 1/11/2013 | 004-N | 002-W | 22 | Monroe | 26-0000196.000 | Guernsey | OH | 499 | 1029 | 201300000863 |
| OH01010001422-000 | GREGORY A CARPENTER ET AL | CARRIZO (UTICA) LLC | 1/17/2013 | 011-N | 007-W | 21 | Londonderry | 20-0000301.000 | Guernsey | OH | 499 | 426 | 201300000802 |

Book Page
552 1228

Instrument
20170006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001426-000 | LORNE G ROE ET UX | CARRIZO (UTICA) LLC | 5/8/2013 | 001-N | 001-W | 9 | Millwood | 23-0000264.000 23-0000649.000 23-0000209.000 | Guernsey | OH | 503 | 608 | 201300004135 |
| OH0101001427-000 | TOMMY O LEWIS ET UX | CARRIZO (UTICA) LLC | 1/23/2013 | 001-N | 001-W | 10 | Millwood | 23-0000339.000 23-0000339.012 | Guernsey | OH | 499 | 1020 | 201300000959 |
| OH0101001428-000 | CHARLES D MILLER ET UX | CARRIZO (UTICA) LLC | 5/8/2013 | 001-N | 001-W | 9 | Millwood | 23-0000175.000 31-0002506.000 31-0002700.000 31-0002701.000 | Guernsey | OH | 503 | 602 | 201300004133 |
| OH0101001429-000 | CLAIRE M GATSCH ET VIR | CARRIZO (UTICA) LLC | 1/23/2013 | 003-N | 001-W | 7, 14 | Madison | 22-0000222.000 22-0000223.000 | Guernsey | OH | 500 | 342 | 201300001601 |
| OH0101001430-000 | WARREN P NEWMAN ET UX | DAVID R HILL INC | 6/13/2002 | 004-N | 002-W | 2 | Monroe | 26-0001767.000 | Guernsey | OH | 323 | 505 | |
| OH0101001433-000 | RALPH L MCCONAUGHY JR ET | CARRIZO (UTICA) LLC | 1/22/2013 | 001-N | 002-W | 1 | Wills | 46-0000013.001 | Guernsey | OH | 499 | 1027 | 201300000962 |
| OH0101001434-000 | JEFFREY N MCCONAUGHY ET | CARRIZO (UTICA) LLC | 1/22/2013 | 001-N | 002-W | 1 | Wills | 46-0000013.002 | Guernsey | OH | 499 | 1022 | 201300000960 |
| OH0101001436-001 | JOHN J O'DONNELL ET UX | CARRIZO (UTICA) LLC | 1/8/2013 | 001-N | 001-W | 23 | Richland | 31-0000411.000 | Guernsey | OH | 498 | 2914 | 201300000519 |
| OH0101001440-000 | DANIEL L MURDOCK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 1/29/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001225.000 | Guernsey | OH | 500 | 2227 | 201300002030 |
| OH0101001441-000 | DORIS GORBY | CARRIZO (UTICA) LLC & ACP III UTICA | 1/10/2013 | 004-N | 002-W | 23 | Monroe | 26-0001161.000 | Guernsey | OH | 499 | 1007 | 201300000954 |
| OH0101001443-000 | EDWIN C VOORHIES SR | CARRIZO (UTICA) LLC & ACP III UTICA | 1/30/2013 | 004-N | 002-W | 11 | Monroe | 26-0000247.000 | Guernsey | OH | 500 | 323 | 201300001594 |
| OH0101001444-000 | FRANCIS R VITZ ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/28/2012 | 004-N | 002-W | 22 | Monroe | 26-0002009.000 | Guernsey | OH | 498 | 2207 | 201300000331 |
| OH0101001448-000 | RUSSELL MARONI ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/1/2013 | 004-N | 002-W | 13 | Monroe | 26-0000050.000 | Guernsey | OH | 500 | 329 | 201300001596 |
| OH0101001449-000 | KENNETH W SPERO | CARRIZO (UTICA) LLC & ACP III UTICA | 12/19/2012 | 004-N | 002-W | 23 | Monroe | 26-0002556.000 | Guernsey | OH | 498 | 2209 | 201300000332 |
| OH0101001450-000 | HAROLD MICHAEL FLUGER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/8/2012 | 003-N | 001-W | 15 | Madison | 22-0000326.001 | Guernsey | OH | 498 | 2153-2154 | 201300000912 |
| OH0101001451-000 | RICHARD A DUMPERTH ET UX | CARRIZO (UTICA) LLC | 2/11/2013 | 011-N 004-N | 007-W 001-W | 33 20 | Londonderry Washington | 20-0000144.000 40-0000665.000 | Guernsey | OH | 500 | 1037 | 201300001783 |

Book Page 552 1229

Instrument 201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001452-001 | GENE BURGA ET UX | PAUL A BARTLO | 12/18/1978 | 001-N | 001-W | 1 | Wills | 44-0000656.000 44-0000074.000 44-0000074.001 44-0000600.000 | Guernsey | OH | 84 | 115 | 64957 |
| OH0101001454-000 | WARREN P NEWMAN ET UX | CARRIZO (UTICA) LLC | 2/26/2013 | 004-N | 002-W | 2 | Monroe | 26-0001767.000 | Guernsey | OH | 501 | 1042 | 201300002604 |
| OH0101001455-001 | WARREN P NEWMAN ET UX | CARRIZO (UTICA) LLC | 2/26/2013 | 004-N | 002-W | 2 | Monroe | 26-0001767.000 | Guernsey | OH | 500 | 2879 | 201300002221 |
| OH0101001456-000 | WARREN P NEWMAN ET UX | CARRIZO (UTICA) LLC | 2/26/2013 | 004-N | 002-W | 2 | Monroe | 26-0001767.001 | Guernsey | OH | 500 | 2858 | 201300002214 |
| OH0101001457-000 | EDWARD C TURNER ET UX | CARRIZO (UTICA) LLC | 6/25/2013 | 002-N 001-N | 001-W 001-W | 22 2 | Wills | 44-0000109.000 44-0000101.000 44-0000102.000 44-0000104.000 44-0000872.001 44-0000105.000 | Guernsey | OH | 505 | 298 | 201300005663 |
| OH0101001458-000 | JOHN H SCURLOCK | CARRIZO (UTICA) LLC | 6/25/2013 | 001-N | 001-W | 2 | Wills | 44-0000868.001 44-0000122.000 44-0000098.000 44-0000873.000 44-0000872.000 44-0000872.002 | Guernsey | OH | 505 | 289 | 201300005660 |
| OH0101001459-000 | ROSS M NELSON ET UX | CARRIZO (UTICA) LLC | 5/8/2013 | 002-N | 001-W | 22 | Wills | 44-0000887.000 44-0000617.000 | Guernsey | OH | 503 | 599 | 201300004132 |
| OH0101001460-000 | RUSSELL A HIGHMAN | CARRIZO (UTICA) LLC & ACP III UTICA | 2/1/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001214.000 31-0001233.000 | Guernsey | OH | 500 | 1084 | 201300001800 |
| OH0101001461-000 | ANNETTE BICE | CARRIZO (UTICA) LLC & ACP III UTICA | 2/9/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001234.000 31-0001254.000 | Guernsey | OH | 500 | 1051 | 201300001789 |
| OH0101001462-000 | JAN E SCHULTICE ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 2/9/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001234.000 31-0001235.000 | Guernsey | OH | 500 | 1094-1098 | 201300001803 |
| OH0101001463-000 | ANNETTE BICE | CARRIZO (UTICA) LLC & ACP III UTICA | 2/9/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001248.000 | Guernsey | OH | 500 | 1029 | 201300001779 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001464-000 | MONROE TOWNSHIP | CARRIZO (UTICA) LLC & ACP III UTICA | 2/21/2013 | 004-N | 002-W | 11 | Monroe | 27-0000359.000 | Guernsey | OH | 500 | 1060 | 201300001792 |
| OH0101001466-000 | DARYL R HIGHMAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/1/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001282.000 | Guernsey | OH | 500 | 1045 | 201300001787 |
| OH0101001467-000 | STEVEN M CRABTREE | CARRIZO (UTICA) LLC & ACP III UTICA | 2/6/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000515.003 | Guernsey | OH | 500 | 1031 | 201300001780 |
| OH0101001468-000 | LEON K BECKER | CARRIZO (UTICA) LLC | 2/2/2013 | 004-N | 001-W | 18 | Washington | 40-0000455.001 | Guernsey | OH | 500 | 338 | 201300001599 |
| OH0101001469-001 | JERRY L REGULA ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/21/2013 | 004-N | 002-W | 4 | Monroe | 27-0000023.000 | Guernsey | OH | 501 | 216 | 201300002414 |
| OH0101001470-000 | THE AGREEMENT OF TRUST OF JAMES AND HELEN | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 004-N | 001-W | 9 | Washington | 40-0000198.000 | Guernsey | OH | 500 | 2242 | 201300002035 |
| OH0101001471-000 | ADELSYS REALTY LLC | CARRIZO (UTICA) LLC & ACP III UTICA | 3/5/2013 | 003-N / 003-N | 001-W / 002-W | 5 / 1 | Madison / Jefferson | 22-0000164.002 / 13-0000085.001 | Guernsey | OH | 500 | 2860 | 201300002215 |
| OH0101001472-000 | GUY J STEWARD ET UX | CARRIZO (UTICA) LLC | 4/29/2013 | 004-N | 001-W | 16 | Washington | 40-0000109.000 | Guernsey | OH | 503 | 579 | 201300004124 |
| OH0101001477-001 | LEEPER OIL AND GAS | CARRIZO (UTICA) LLC | 11/16/2012 | 004-N | 001-W | 14 | Washington | 40-0000066.000 | Guernsey | OH | 497 | 1734 | 201200011480 |
| OH0101001477-002 | GAROLD W GREENLESS ET UX | CARRIZO (UTICA) LLC | 11/16/2012 | 004-N | 001-W | 14 | Washington | 40-0000066.000 | Guernsey | OH | 497 | 1125 | 201200011338 |
| OH0101001478-000 | JUDITH K ROSS | CARRIZO (UTICA) LLC & APC III UTICA | 1/26/2013 | 002-N | 002-W | 21 | Wills | 44-0000534.000 | Guernsey | OH | 499 | 1883 | 201300001138 |
| OH0101001479-000 | PAULINE P ALT | CARRIZO (UTICA) LLC | 2/6/2013 | 001-N | 002-W | 1 | Wills | 46-0000022.000 | Guernsey | OH | 500 | 321 | 201300001593 |
| OH0101001480-000 | LARRICK KEYSTONE | CARRIZO (UTICA) LLC | 3/25/2013 | 004-N | 002-W | 23 | Monroe | 26-0002858.000 | Guernsey | OH | 501 | 1044 | 201300002805 |
| OH0101001482-000 | JAMES A NEEL ET UX | OHTEX ENERGY COMPANY LLC | 11/19/2010 | 004-N | 001-W | 7 | Washington | 40-0000089.000 / 40-0000203.001 / 40-0000550.000 | Guernsey | OH | 477 | 1117 | 201100001612 |
| OH0101001483-000 | KENNETH BASE ET UX | OHTEX ENERGY COMPANY | 9/13/2010 | 001-N | 002-W | 10 | Richland | 31-0000279.002 | Guernsey | OH | 473 | 730 | 201200004194 |
| OH0101001484-000 | JON W SEDOR | OHTEX ENERGY COMPANY LLC | 9/3/2010 | 001-N | 001-W | 8, 13 | Richland | 31-0002459.000 / 31-0000146.000 | Guernsey | OH | 487 | 1756 | 201200002011 |
| OH0101001485-000 | HOWARD BASE ET UX | OHTEX ENERGY COMPANY | 9/17/2010 | 001-N | 002-W | 11 | Richland | 31-0000018.000 / 31-0000020.000 | Guernsey | OH | 473 | 3205 | 201000004765 |
| OH0101001486-000 | JEFFREY R WILLIAMS ET AL | CARRIZO (UTICA) LLC | 2/11/2013 | 001-N | 002-W | 1 | Wills | 46-0000026.000 / 46-0000027.000 | Guernsey | OH | 500 | 1075 | 201300001797 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001487-000 | JEFFREY R WILLIAMS ET UX | CARRIZO (UTICA) LLC | 2/11/2013 | 001-N | 002-W | 1 | Wills | 46-0000027.001 46-0000008.000 | Guernsey | OH | 500 | 1035 | 201300001782 |
| OH0101001490-000 | THOMAS I RITTBERGER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 003-N | 001-W | 5 | Madison | 22-0001260.000 | Guernsey | OH | 500 | 2863 | 201300002216 |
| OH0101001491-000 | ROBERTA NORTH-BROWNING | CARRIZO (UTICA) LLC | 5/10/2013 | 001-N | 001-W | 2 | Wills | 44-0000872.008 | Guernsey | OH | 503 | 587 | 201300004127 |
| OH0101001492-000 | JAMES H SCURLOCK | CARRIZO (UTICA) LLC | 5/8/2013 | 001-N | 001-W | 2 | Wills | 44-0000675.000 | Guernsey | OH | 503 | 594 | 201300004130 |
| OH0101001493-000 | DANIEL W MILLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/1/2013 | 004-N | 002-W | 11 | Monroe | 26-0000200.000 | Guernsey | OH | 500 | 2215 | 201300002026 |
| OH0101001494-001 | THOMAS C MILLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 3/20/2013 | 003-N | 001-W | 6 | Madison | 22-0000744.017 22-0000744.011 | Guernsey | OH | 501 | 1028 | 201300002599 |
| OH0101001495-000 | ROBERT GANO ET UX | CARRIZO (UTICA) LLC | 4/11/2013 | 004-N | 002-W | 8 | Monroe | 26-0001667.000 26-0001671.000 26-0001673.000 26-0001675.000 26-0001677.000 | Guernsey | OH | 501 | 3378 | 201300003100 |
| OH0101001496-000 | STEVE S STASNY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/19/2013 | 001-N | 002-W | 1 | Wills | 46-0000021.000 | Guernsey | OH | 500 | 1069 | 201300001795 |
| OH0101001497-000 | MARK D NEWCOMER ET UX | CARRIZO (UTICA) LLC | 3/8/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000452.000 | Guernsey | OH | 500 | 2849 | 201300002211 |
| OH0101001498-000 | THE JANE SHARON MOORE LIVING TR | CARRIZO (UTICA) LLC & ACP III UTICA | 1/28/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000492.000 | Guernsey | OH | 500 | 350 | 201300001604 |
| OH0101001499-000 | SHARON SEDOR | CARRIZO (UITCA) LLC & ACP III UTICA | 2/15/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001263.000 | Guernsey | OH | 500 | 1033 | 201300001781 |
| OH0101001501-000 | MAX O PALMER ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 2/18/2013 | 001-N | 001-W | ML 30 | Richland | 31-0002884.000 31-0001245.000 | Guernsey | OH | 500 | 1048 | 201300001788 |
| OH0101001502-000 | CHARLES E PALMER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/26/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001267.000 31-0001268.000 | Guernsey | OH | 500 | 2221 | 201300002028 |
| OH0101001503-000 | LUCILLE ANTHONY ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 2/21/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001280.000 31-0001261.000 31-0001262.000 | Guernsey | OH | 500 | 1087 | 201300001801 |

Book Page
552 1232

Instrument
201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001504-000 | ROBERT D NEWCOMER ET UX | CARRIZO (UTICA) LLC & ACP III LLC | 3/7/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000454.000 13-0000455.000 | Guernsey | OH | 501 | 225 | 201300002417 |
| OH0101001505-000 | GEORGEANNA GILHAM | CARRIZO (UTICA) LLC & ACP III UTICA | 2/13/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001198.000 31-0001199.000 | Guernsey | OH | 500 | 1057 | 201300001791 |
| OH0101001506-000 | KENNETH B LARRICK ET UX | CARRIZO (UTICA) LLC | 7/26/2013 | 001-N | 002-W | 1 | Wills | 46-0000013.000 40-0000017.000 | Guernsey | OH | 506 | 1239 | 201300006631 |
| OH0101001507-000 | JOHN W SCHERICH ET UX | CARRIZO (UTICA) LLC & ACP III LLC | 2/25/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001005.000 31-0001476.000 31-0000999.000 31-0001000.000 31-0001001.000 31-0001002.000 | Guernsey | OH | 500 | 2851 | 201300002212 |
| OH0101001509-001 | DANIEL L MINCH JR ET UX | CARRIZO (UTICA) LLC | 3/23/2013 | 001-N | 001-W | 9 | Millwood | 23-0000250.005 23-0000250.006 | Guernsey | OH | 501 | 1040 | 201300002609 |
| OH0101001509-002 | PATRICK W MOORE ET UX | CARRIZO (UTICA) LLC | 3/23/2013 | 001-N | 001-W | 9 | Millwood | 23-0000250.005 23-0000250.006 23-0000250.007 | Guernsey | OH | 501 | 3409 | 201300003110 |
| OH0101001510-000 | BECKY WEHR | CARRIZO (UTICA) LLC & ACP III UTICA | 4/11/2013 | 001-N | 001-W | ML 4 | Richland | 31-0000131.000 | Guernsey | OH | 501 | 3374 | 201300003098 |
| OH0101001511-000 | ROBIN KHAN CAREY | CARRIZO (UTICA) LLC & ACP III UTICA | 5/25/2013 | 001-N | 001-W | ML 4 | Richland | 31-0000131.000 | Guernsey | OH | 503 | 2429 | 201300004519 |
| OH0101001513-000 | TONY L AMODIO | CARRIZO (UTICA) LLC & ACP III UTICA | 3/22/2013 | 003-N | 001-W | 6 | Madison | 22-0000285.002 | Guernsey | OH | 501 | 1037 | 201300002602 |
| OH0101001515-000 | GUY N FARTHING | CARRIZO (UTICA) LLC & ACP III UTICA | 2/26/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000851.000 | Guernsey | OH | 500 | 2895 | 201300002227 |
| OH0101001516-000 | MICHAEL STEVEN RAY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/16/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000839.000 31-0000841.000 31-0000842.000 31-0000857.000 31-0000856.000 | Guernsey | OH | 500 | 2898 | 201300002228 |

Book Page 552 1233

Instrument 201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001517-000 | BERNARD W RUST JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/25/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000874.000 31-0000870.000 | Guernsey | OH | 500 | 2855 | 201300002213 |
| OH0101001518-000 | ENOS D MILLER ET UX | CARRIZO (UTICA) LLC | 9/12/2013 | 004-N | 002-W | 10, 11 | Monroe | 26-0000178.000 26-0000180.000 | Guernsey | OH | 507 | 1785 | 201300007582 |
| OH0101001519-000 | AARON J YODER ET UX | CARRIZO (UTICA) LLC | 9/12/2013 | 004-N | 002-W | 10, 11 | Monroe | 26-0000176.000 26-0000177.000 26-0000179.000 | Guernsey | OH | 507 | 1787 | 201300007583 |
| OH0101001520-000 | LARRY D HARRIS | CARRIZO (UTICA) LLC & ACP III UTICA | 2/20/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000226.000 31-0000277.000 | Guernsey | OH | 500 | 2230 | 201300002031 |
| OH0101001521-000 | GAREN W NEUHART ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/26/2013 | 001-N | 001-W | 2 Q | Wills | 44-0000697.008 | Guernsey | OH | 500 | 2239 | 201300002034 |
| OH0101001524-000 | ANTHONY F DEMATTEIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/1/2013 | 001-N | 001-W | 2 | Wills | 44-0000133.013 | Guernsey | OH | 503 | 584 | 201300004126 |
| OH0101001525-000 | GARY W WOOD ET UX | CARRIZO (UTICA) LLC | 3/14/2013 | 003-N | 001-W | 8 | Madison | 23-0000668.000 | Guernsey | OH | 501 | 583 | 201300002491 |
| OH0101001526-000 | CONNIE DICKEY ET AL | CARRIZO (UTICA) LLC | 5/24/2013 | 004-N | 001-W | 11 | Washington | 40-0000545.000 | Guernsey | OH | 503 | 2417 | 201300004514 |
| OH0101001527-000 | CHARLES R KING ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000863.000 31-0000864.000 31-0000868.000 31-0000865.000 31-0000866.000 31-0000867.000 | Guernsey | OH | 503 | 614 | 201300004137 |
| OH0101001528-000 | MICKY D BYER | CARRIZO (UTICA) LLC & ACP III UTICA | 4/22/2013 | 004-N | 002-W | 12 | Monroe | 26-0000112.013 | Guernsey | OH | 502 | 2467 | 201300003724 |
| OH0101001530-000 | KASTAK FAMILY REVOCABLE LIVING TR | CARRIZO (UTICA) LLC & ACP III UTICA | 3/31/2013 | 003-N | 001-W | 6 | Madison | 22-0000827.008 22-0000827.007 | Guernsey | OH | 501 | 3395 | 201300003106 |
| OH0101001531-000 | CHESTER J BYLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 7/29/2013 | 011-N | 007-W | 3 | Londonderry | 20-0000538.000 | Guernsey | OH | 506 | 1253 | 201300006636 |
| OH0101001533-000 | VIRGINIA A BOWMAN REV LIVING TRUST | CARRIZO (UTICA) LLC & ACP III UTICA | 3/16/2013 | 003-N | 001-W | 6, 10 | Madison | 22-0000827.011 13-0000009.007 | Guernsey | OH | 501 | 237 | 201300002421 |

Book Page
552 1234

Instrument
201700006694 OR

Exhibit A-2
LEASES – Guernsey County
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001534-000 | VIRGINIA A BOWMAN REV LIV TR ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 3/16/2013 | 003-N | 001-W | 6, 1D | Madison | 22-0000827.005 22-0000827.006 13-0000009.004 | Guernsey | OH | 501 | 212 | 201300002413 |
| OH0101001535-000 | TIMOTHY L BISHOP ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/14/2013 | 011-N | 007-W | 3 | Londonderry | 20-0001265.000 | Guernsey | OH | 503 | 1135 | 201300004258 |
| OH0101001537-000 | ROBERT L HUPP | CARRIZO (UTICA) LLC & ACP III UTICA | 2/14/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000846.000 31-0000847.000 31-0000848.000 31-0000861.000 31-0000862.000 | Guernsey | OH | 500 | 1090 | 201300001802 |
| OH0101001538-000 | TERRY L LIPTAK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 4/4/2013 | 001-N | 002-W | 10 | Richland | 31-0002598.000 | Guernsey | OH | 501 | 3384 | 201300003102 |
| OH0101001539-000 | NATHAN H MCDONALD | CARRIZO (UTICA) LLC & ACP III UTICA | 2/27/2013 | 004-N | 002-W | 11 | Monroe | 26-0000246.000 26-0000234.000 26-0000186.000 | Guernsey | OH | 501 | 234 | 201300002420 |
| OH0101001540-000 | JAMES D SHRIVER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001208.000 | Guernsey | OH | 501 | 231 | 201300002419 |
| OH0101001541-000 | MATTHEW O VANDERGRIFT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/8/2013 | 004-N | 001-W | 18 | Washington | 40-0000034.001 | Guernsey | OH | 508 | 2473 | 201300008501 |
| OH0101001542-000 | STEVEN GREGORY SEXTON | CARRIZO (UTICA) LLC | 6/6/2013 | 011-N | 007-W | 27 | Londonderry | 20-0000469.001 | Guernsey | OH | 504 | 1344 | 201300005138 |
| OH0101001543-000 | MARY L SCHRADEL | CARRIZO (UTICA) LLC | 4/30/2013 | 001-N | 001-W | 2 | Wills | 44-0000017.000 | Guernsey | OH | 503 | 2427 | 201300004518 |
| OH0101001545-000 | RICHARD ZINNI JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 6/20/2013 | 003-N | 001-W | 3 | Madison | 22-0000033.001 | Guernsey | OH | 505 | 292 | 201300005661 |
| OH0101001546-000 | JASON M SHENKEL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 4/1/2013 | 003-N | 001-W | 17 | Madison | 22-0000100.002 | Guernsey | OH | 501 | 3376 | 201300003099 |
| OH0101001548-000 | THOMAS VILJCKA ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 7/1/2013 | 003-N | 001-W | 3 | Madison | 22-0000033.002 | Guernsey | OH | 505 | 295 | 201300005662 |
| OH0101001549-000 | JULIE A CARPENTER ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 3/26/2013 | 001-N | 002-W | 21 | Richland | 31-0001894.001 31-0001894.002 | Guernsey | OH | 501 | 3389 | 201300003104 |
| OH0101001550-000 | PETE OWEN | CARRIZO (UTICA) LLC & ACP III UTICA | 5/24/2013 | 004-N | 002-W | 12 | Monroe | 26-0000112.014 | Guernsey | OH | 503 | 2423 | 201300004516 |

Book  Page
552  1235

Instrument:
201700004694  OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001551-000 | ROGER W ZUSACK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/22/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000129.000 | Guernsey | OH | 503 | 2425 | 201300004517 |
| OH0101001552-000 | PAUL E PEACH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/14/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001236.000 31-0001237.000 | Guernsey | OH | 500 | 1078 | 201300001798 |
| OH0101001553-000 | ROBERT M RUSSELL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/24/2013 | 009-N | 001-W | 6 | Madison | 22-0000285.009 | Guernsey | OH | 504 | 1346 | 201300005139 |
| OH0101001554-000 | GREGORY J ODELL SR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/13/2013 | 004-N | 002-W | 12 | Monroe | 26-0000112.012 | Guernsey | OH | 503 | 1138 | 201300004259 |
| OH0101001555-000 | DANIEL LEE RUFENACHT | CARRIZO (UTICA) LLC & ACP III UTICA | 4/12/2013 | 004-N | 002-W | 11 | Monroe | 26-0000243.000 26-0000244.000 26-0000245.000 | Guernsey | OH | 504 | 458 | 201300004898 |
| OH0101001556-000 | WILLIAM RALPH WILSON | CARRIZO (UTICA) LLC & ACP III UTICA | 5/1/2013 | 004-N | 002-W | 11 | Monroe | 26-0001081.000 | Guernsey | OH | 503 | 1141 | 201300004260 |
| OH0101001557-000 | THOMAS ANGLE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 6/17/2013 | 001-N | 001-W | 9 | Richland | 33-0000005.003 | Guernsey | OH | 505 | 286 | 201300005659 |
| OH0101001560-000 | JOHN WELCH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/18/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001274.000 31-0001275.000 31-0001276.000 31-0001277.000 | Guernsey | OH | 507 | 3469 | 201300007999 |
| OH0101001561-000 | SHANNON L RIPPETH | CARRIZO (UTICA) LLC & ACP III UTICA | 7/18/2013 | 001-N | 001-W | 2 | Wills | 44-0001057.002 | Guernsey | OH | 506 | 1247 | 201300006634 |
| OH0101001562-000 | MICHAEL J HELM ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/27/2013 | 009-N | 001-W | 5 | Madison | 22-0001034.008 | Guernsey | OH | 500 | 2870 | 201300002218 |
| OH0101001563-000 | DANE D & PATRICIA A DAVISSON REV TR | CARRIZO (UTICA) LLC & ACP III UTICA | 4/22/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001197.001 31-0001201.000 31-0001200.000 | Guernsey | OH | 502 | 2461 | 201300003722 |
| OH0101001564-000 | EDITH J PALMER | CARRIZO (UTICA) LLC & ACP III UTICA | 3/20/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001258.000 31-0001259.000 31-0001260.000 | Guernsey | OH | 501 | 578 | 201300002489 |

Book Page
552 1236

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001565-000 | THOMAS A GROZNIK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 4/11/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001217.000 31-0001196.000 31-0001212.000 | Guernsey | OH | 503 | 581 | 201300004125 |
| OH0101001566-000 | GEORGE J PALMER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 4/15/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001269.000 31-0001270.000 | Guernsey | OH | 503 | 576 | 201300004123 |
| OH0101001567-000 | CRIST A SWARTZENTRUBER ET | CARRIZO (UTICA) LLC | 8/26/2013 | 004-N | 001-W | 9 | Washington | 40-0000554.004 | Guernsey | OH | 507 | 22 | 201300007180 |
| OH0101001568-000 | THOMAS E METZ ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 8/16/2013 | 004-N | 002-W | 2 | Monroe | 26-0001768.000 | Guernsey | OH | 507 | 3157 | 201300007932 |
| OH0101001570-000 | MICHAEL E MORGAN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 001-N | 001-W | ML 30 | Richland | 31-0002949.000 | Guernsey | OH | 503 | 589 | 201300004128 |
| OH0101001571-000 | DAVID M DELONG ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 8/20/2013 | 001-N | 001-W | ML 35 | Richland | 31-0000823.000 31-0000827.000 31-0000826.000 31-0000825.000 31-0000824.000 | Guernsey | OH | 507 | 1733 | 201300007565 |
| OH0101001572-000 | ROBERT W WILLIAMS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 7/23/2013 | 001-N | 002-W | 1, 2 | Wills | 46-0000089.000 09-0000393.000 | Guernsey | OH | 506 | 1244 | 201300006633 |
| OH0101001573-000 | RICHLAND TOWNSHIP TRUSTEES | CARRIZO (UTICA) LLC | 3/6/2013 | 001-N | 001-W | 2 Q | Richland | 31-0002551.000 31-0000371.000 | Guernsey | OH | 500 | 2872 | 201300002219 |
| OH0101001574-000 | OWEN SHANNON JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 6/1/2013 | 004-N | 002-W | 8 | Monroe | 26-0001668.000 | Guernsey | OH | 504 | 464 | 201300004900 |
| OH0101001575-000 | ROBERT A BUCK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 8/6/2013 | 003-N | 001-W | 5 | Madison | 22-0001380.000 22-0001034.003 22-0001034.004 | Guernsey | OH | 507 | 1398 | 201300007496 |
| OH0101001576-000 | VIRGINIA E KNIGHT | CARRIZO (UTICA) LLC & ACP III UTICA | 8/28/2013 | 013-N | 007-W | 20 | Londonderry | 20-0001412.000 | Guernsey | OH | 507 | 1401 | 201300007497 |
| OH0101001577-000 | CHARLES R KERNS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 4/24/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001240.000 31-0001241.000 | Guernsey | OH | 503 | 596 | 201300004131 |

Book Page 552 1237
Instrument 201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001578-000 | DALE E BOND ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 12/3/2013 | 001-N | 007-W | 33 | Londonderry | 20-0000054.000 | Guernsey | OH | 510 | 2558 | 201300010225 |
| | | | | 004-N | 001-W | 20 | Washington | 40-0000024.000 | | | 510 | 2563 | 201300010225 |
| | | | | 001-N | 007-W | 26 | Londonderry | 20-0000055.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000708.000 | | | | | |
| | | | | 001-N | 007-W | 20 | Londonderry | 20-0000707.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000706.000 | | | | | |
| | | | | 001-N | 007-W | 20 | Londonderry | 20-0000764.000 | | | | | |
| | | | | 001-N | 007-W | 20 | Londonderry | 20-0000765.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000766.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000767.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000768.000 | | | | | |
| | | | | 011-N | 007-W | 20 | Londonderry | 20-0000862.000 | | | | | |
| | | | | | | | | 20-0000861.000 | | | | | |
| OH0101001579-000 | MARLENE S BOND ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 12/3/2013 | 011-N | 007-W | 26 | Londonderry | 20-0000714.000 20-0000709.000 20-0000713.000 20-0000710.000 20-0000711.000 20-0000712.000 | Guernsey | OH | 510 | 2551 | 201300010223 |
| OH0101001580-000 | SHIRLEY J STUTZ ET VIR | CARRIZO (UTICA) LLC | 9/27/2013 | 007-N | 003-W | 1 | Madison | 22-0000054.000 22-0000055.000 | Guernsey | OH | 508 | 189 | 201300008053 |
| OH0101001581-000 | KEVIN D LEMASTERS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/15/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001006.000 31-0001698.000 31-0000956.000 31-0000954.000 | Guernsey | OH | 506 | 1249 | 201300006635 |
| OH0101001582-000 | TRUSTEES OF LONDONDERRY TOWNSHIP | CARRIZO (UTICA) LLC & ACP III UTICA | 9/23/2013 | 011-N | 007-W | 20 | Londonderry | 20-0001870.000 | Guernsey | OH | 507 | 2490 | 201300008006 |
| OH0101001587-000 | ROBERT G HINES ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/9/2013 | 004-N | 002-W | 11 | Monroe | 26-0000242.000 26-0000241.000 | Guernsey | OH | 507 | 3168 | 201300007936 |
| OH0101001588-000 | GARY KINSER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 2/28/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001278.000 31-0001283.000 | Guernsey | OH | 501 | 3406 | 201300009109 |

Book Page
552 1238

Instrument
201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001589-000 | WARREN P NEWMAN ET UX | DAVID R HILL INC | 9/6/2003 | 004-N | 002-W | 2 | Monroe | 26-0000125.000 26-0000126.000 | Guernsey | OH | 374 | 183 | |
| OH0101001591-000 | MATTHEW W BURRIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/17/2013 | 011-N | 007-W | 3 | Londonderry | 20-0000618.000 | Guernsey | OH | 507 | 3165 | 201300007935 |
| OH0101001592-000 | DALE KERR | CARRIZO (UTICA) LLC & ACP III UTICA | 9/10/2013 | 011-N | 007-W | 7 | Londonderry | 20-0000568.000 | Guernsey | OH | 507 | 3171 | 201300007937 |
| OH0101001593-000 | ROBERT E GARDNER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 5/13/2013 | 001-N | 001-W | ML 30 | Richland | 31-0001232.000 | Guernsey | OH | 504 | 461 | 201300004899 |
| OH0101001594-000 | EMANUEL SCHROCK ET UX | CARRIZO (UTICA) LLC | 1/24/2014 | 004-N | 001-W | 13 | Washington | 40-0000182.000 | Guernsey | OH | 512 | 1557 | 201400000808 |
| OH0101001595-000 | JAMES HERSHBERGER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/18/2013 | 003-N | 001-W | 6 | Madison | 22-0000285.000 | Guernsey | OH | 507 | 3162 | 201300007934 |
| OH0101001596-000 | RICHARD K FREDERICK ET UX | CARRIZO (UTICA) LLC | 1/31/2014 | 001-N | 001-W | ML 30 | Richland | 31-0002332.000 | Guernsey | OH | 513 | 2895 | 201400001959 |
| OH0101001597-000 | REBECCA MARIE LUCK | CARRIZO (UTICA) LLC & ACP III UTICA | 4/30/2013 | 001-N | 001-W | 2 Q | Richland | 31-0002978.013 | Guernsey | OH | 503 | 611 | 201300004136 |
| OH0101001598-001 | BRENDA K SLAGLE ET VIR | CARRIZO (UTICA) LLC | 1/23/2014 | 001-N | 001-W | 1 | Wills | 44-0000849.000 44-0000850.000 | Guernsey | OH | 512 | 2439 | 201400001021 |
| OH0101001599-000 | WORTHY G CHANNELL JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/10/2013 | 009-N | 001-W | 2 | Richland | 31-0002484.000 | Guernsey | OH | 509 | 440 | 201300008865 |
| OH0101001601-000 | IVA WAYBLE | CARRIZO (UTICA) LLC & ACP III UTICA | 10/17/2013 | 011-N | 007-W | 20 | Londonderry | 20-0000386.000 20-0000601.000 20-0000748.000 20-0000845.000 20-0000846.000 20-0000847.000 20-0000848.000 20-0000849.000 20-0000850.000 20-0000851.000 20-0000852.000 20-0000853.000 20-0000854.000 | Guernsey | OH | 509 | 1208 | 201300009032 |

OR Document 20170000394
Book Page 503 1239

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001602-000 | EASTERN OHIO MUTUAL FIRE & TORNADO | CARRIZO (UTICA) LLC & ACP III UTICA | 12/3/2013 | 011-N | 007-W | 20 | Londonderry | 20-0000842.000 20-0000843.000 20-0000844.000 20-0000723.000 | Guernsey | OH | 510 | 2554 | 201300010224 |
| OH0101001604-000 | JACK W HARFORD ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/8/2013 | 003-N | 001-W | 6 | Madison | 22-0000744.009 | Guernsey | OH | 508 | 2966 | 201300008622 |
| OH0101001605-000 | GEORGE L LINDEN II | CARRIZO (UTICA) LLC & ACP III UTICA | 4/5/2013 | 001-N | 001-W | 30 | Richland | 31-0001221.000 | Guernsey | OH | 501 | 3398 | 201300003107 |

Instrument OR Book Page
201700006694 552 1745

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001606-000 | LAKE SENECA RESORTS ASSOCIATION INC | CARRIZO (UTICA) LLC | 9/10/2013 | 001-N | 001-W | ML 9, ML 10 | Richland | 31-0001935.000 31-0001936.000 31-0001937.000 31-0001940.000 31-0001648.000 31-0001949.000 31-0001959.000 31-0001744.000 31-0001960.000 31-0001970.000 31-0001972.000 31-0001975.000 31-0001976.000 31-0001690.000 31-0001624.000 31-0001686.000 31-0001842.000 31-0001858.000 31-0001865.000 31-0001888.000 31-0001889.000 31-0001890.000 31-0001894.000 31-0001898.000 31-0002096.000 31-0002097.000 31-0002042.000 31-0002044.000 31-0002048.000 | Guernsey | OH | 507 | 2251 | 201300007710 |

Instrument 201700006694 OR

Book Page 552 1241

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001607-000 | LAKE SENECA RESORTS ASSOCIATION INC | CARRIZO (UTICA) LLC | 9/10/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001926.000 31-0001925.000 31-0001924.000 31-0001931.000 31-0001930.000 31-0001929.000 31-0001928.000 31-0001923.000 31-0001922.000 31-0001921.000 31-0001920.000 31-0001919.000 31-0001918.000 31-0002166.000 31-0002167.000 31-0002168.000 31-0002169.000 | Guernsey | OH | 507 | 2243 | 201300007709 |
| OH0101001608-000 | EDWARD S BARKER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/15/2013 | 001-N | 001-W | 9 | Millwood | 23-0000250.140 23-0000250.004 25-0000040.000 | Guernsey | OH | 510 | 911 | 201300009812 |
| OH0101001609-000 | STEPHEN P VESELENAK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 8/27/2013 | 009-N | 007-W | 32 | Millwood | 25-0000041.000 25-0000105.000 | Guernsey | OH | 507 | 1395 | 201300007495 |
| OH0101001610-000 | LINDA DELAMBO BURROWS ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/23/2013 | 003-N | 001-W | 8 | Madison | 22-0000667.012 | Guernsey | OH | 511 | 51 | 201300010514 |
| OH0101001611-000 | JOHN V CHANEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/13/2013 | 011-N | 007-W | 3 | Londonderry | 20-0000097.003 | Guernsey | OH | 512 | 875 | 201400000635 |
| OH0101001612-000 | JOHN SANNER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/24/2013 | 010-N | 007-W | 4 | Londonderry | 20-0000259.000 | Guernsey | OH | 507 | 3496 | 201300008008 |
| OH0101001614-000 | VELMA SCURLOCK | CARRIZO (UTICA) LLC & ACP III UTICA | 11/20/2013 | 001-N | 002-W | 10 | Richland | 31-0000433.000 31-0000092.000 | Guernsey | OH | 511 | 32 | 201300010508 |
| OH0101001615-000 | DAVID ALAN SCURLOCK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/20/2013 | 001-N | 002-W | 10 | Richland | 31-0000433.001 | Guernsey | OH | 511 | 72 | 201300010521 |

Book Page
552 1242

Instrument
201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001616-001 | WHITNEY L RICH ET AL | CARRIZO (UTICA) LLC | 1/21/2014 | 001-N | 001-W | 2 Q | Richland | 31-0000121.000 31-0000122.000 | Guernsey | OH | 512 | 2085 | 201400000908 |
| OH0101001616-002 | JACOB R RICH ET AL | CARRIZO (UTICA) LLC | 7/7/2014 | 001-N | 001-W | 2ND Q | Richland | 31-0000121.000 31-0000122.000 | Guernsey | OH | 518 | 187 | 201400005269 |
| OH0101001617-000 | LAWRENCE BOYES ET UX | CARRIZO (UITCA) LLC & ACP III UTICA | 9/27/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002191.000 | Guernsey | OH | 508 | 1516 | 201300008332 |
| OH0101001618-000 | JAMES R WEEKS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/19/2013 | 001-N | 001-W | ML10 | Richland | 31-0002203.000 31-0002204.000 | Guernsey | OH | 507 | 2478 | 20130008002 |
| OH0101001619-000 | RICHARD A MUHR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/18/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002126.000 | Guernsey | OH | 507 | 3472 | 201300008000 |
| OH0101001620-000 | MICHAEL F KVINTUS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001684.000 | Guernsey | OH | 507 | 3475 | 201300008001 |
| OH0101001621-000 | ERIC R MORRIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/21/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001860.000 31-0001724.000 31-0001734.000 | Guernsey | OH | 507 | 3493 | 201300008007 |
| OH0101001622-000 | ROGER WADE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/19/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002099.000 31-0002100.000 | Guernsey | OH | 507 | 3481 | 201300008003 |
| OH0101001623-000 | DANNY MORRILL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/24/2013 | 001-N | 001-W | ML10 | Richland | 31-0001859.000 | Guernsey | OH | 507 | 3502 | 201300008010 |
| OH0101001624-000 | JOSHUA D EAGON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 8/22/2013 | 009-N | 007-W | 32 | Millwood | 25-0000103.000 25-0000097.000 25-0000106.000 | Guernsey | OH | 507 | 1392 | 201300007494 |
| OH0101001625-000 | D BRUCE CRUTCHFIELD ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/24/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001686.000 31-0001633.000 | Guernsey | OH | 507 | 3499 | 201300008009 |
| OH0101001626-000 | BRIAN BAIOCCO ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/28/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002058.000 | Guernsey | OH | 508 | 1519 | 201300008333 |
| OH0101001627-000 | MICHEAL V KANZIGG ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/27/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002281.000 31-0002230.000 | Guernsey | OH | 508 | 1522 | 201300008334 |
| OH0101001628-000 | JOHN J WITHERS | CARRIZO (UTICA) LLC & ACP III UTICA | 9/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002109.000 | Guernsey | OH | 508 | 1528 | 201300008336 |

Book Page
552 1243

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001629-000 | TERRILL KEITH HARMAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/27/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001955.000 31-0001465.000 | Guernsey | OH | 508 | 1525 | 201300008335 |
| OH0101001630-000 | WILLIAM A LOGUE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/30/2013 | 001-N | 001-W | ML10 | Richland | 31-0002296.000 | Guernsey | OH | 508 | 3014 | 201300008638 |
| OH0101001631-000 | JOHN W RAPP ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/28/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002051.000 31-0002084.000 | Guernsey | OH | 508 | 3017 | 201300008639 |
| OH0101001632-000 | WILLIAM J TAYLOR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 003-N | 001-W | 5 | Madison | 22-0001034.026 | Guernsey | OH | 509 | 2922 | 201300009441 |
| OH0101001635-000 | DAVID WHITE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001670.000 31-0001883.000 31-0001884.000 31-0001885.000 | Guernsey | OH | 507 | 3150 | 201300007980 |
| OH0101001636-000 | JASON MACKIE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001882.000 | Guernsey | OH | 507 | 3154 | 201300007981 |
| OH0101001637-000 | ANTHONY KVINTUS | CARRIZO (UTICA) LLC & ACP III UTICA | 10/1/2013 | 001-N | 001-W | 1 | Richland | 31-0001957.000 | Guernsey | OH | 508 | 1533 | 201300008338 |
| OH0101001638-000 | RAYMOND H MILLIGAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/1/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001831.000 | Guernsey | OH | 508 | 1530 | 201300008337 |
| OH0101001639-000 | DAVID H LOWE SR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/7/2013 | 003-N | 001-W | 23 | Madison | 22-0000086.004 | Guernsey | OH | 509 | 3298 | 201300009529 |
| OH0101001640-000 | JAMES PUCKETT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/4/2013 | 001-N | 001-W | ML10 | Richland | 31-0001673.000 | Guernsey | OH | 508 | 3005 | 201300008635 |
| OH0101001641-000 | DONALD W PEGG ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001663.000 | Guernsey | OH | 508 | 3202 | 201300008692 |
| OH0101001642-000 | CHARLES KERNER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML10 | Richland | 31-0002022.000 | Guernsey | OH | 509 | 449 | 201300008868 |

Book Page
552 1244

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001643-000 | THOMAS R FAIR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 4 | Richland | 31-0000899.000 31-0000893.000 31-0000894.000 31-0000895.000 31-0000896.000 31-0000900.000 31-0000901.000 31-0000902.000 31-0000897.000 31-0000898.000 | Guernsey | OH | 509 | 2859 | 201300009420 |
| OH01001001644-000 | DAVID M MOON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/22/2013 | 003-N | 002-W | 1 | Jefferson | 13-0000515.005 | Guernsey | OH | 510 | 2530 | 201300012216 |
| OH0101001646-000 | A BRYAN WESNEY | CARRIZO (UTICA) LLT & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001967.000 | Guernsey | OH | 508 | 3205 | 201300008693 |
| OH0101001647-000 | CHARLES DAVID STERLING | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001964.000 | Guernsey | OH | 508 | 2957 | 201300008519 |
| OH01001001648-000 | BILLY RAY MARKLEY | CARRIZO (UTICA) LLC | 1/13/2014 | 003-N | 002-W | 1 | Jefferson | 13-0000102.000 | Guernsey | OH | 512 | 3073 | 201400001204 |
| OH0101001649-000 | DALE E BOND ET AL | SWEPI LP | 10/22/2012 | 011-N | 007-W | 20, 27 | Londonderry | 20-0000080.000 20-0000053.000 | Guernsey | OH | 496 | 1285 | 201200010485 |
| OH0101001650-000 | RICHARD C GUNN ET UX | SWEPI LP | 10/20/2011 | 011-N | 007-W | 27 | Londonderry | 20-0001176.000 | Guernsey | OH | 483 | 157 | 201100006676 |
| OH01001001651-000 | ARLEEN G ROBY | SWEPI LP | 10/20/2011 | 011-N | 007-W | 33 | Londonderry | 20-0000281.002 | Guernsey | OH | 483 | 3007 | 201100007500 |
| OH0101001652-000 | BEAU A GUILER | SWEPI LP | 10/28/2011 | 001-N | 001-W | A3 | Richland | 31-0001439.001 | Guernsey | OH | 485 | 239 | 201100008570 |
| OH0101001653-000 | CHARLES E MILLER ET UX | SWEPI LP | 10/20/2011 | 011-N | 007-W | 33 | Londonderry | 20-0000264.000 | Guernsey | OH | 482 | 892 | 201100006227 |
| OH0101001654-000 | HOMER EUGENE HOOP ET UX | SWEPI LP | 10/20/2011 | 011-N | 007-W | 33 | Londonderry | 20-0000281.001 | Guernsey | OH | 483 | 2484 | |
| OH0101001655-000 | CHRISTOPHER D POWELL ET UX | SWEPI LP | 12/14/2011 | 001-N | 001-W | 8 | Richland | 31-0000139.004 31-0000139.005 31-0000139.006 31-0000139.011 | Guernsey | OH | 486 | 1440 | 201200010156 |
| OH0101001656-000 | EARL A HOOP JR ET UX | SWEPI LP | 2/8/2012 | 011-N | 007-W | 33 | Londonderry | 20-0000281.000 20-0000281.004 | Guernsey | OH | 487 | 137 | 201200001611 |
| OH0101001657-000 | DANIEL R HOOP ET UX | SWEPI LP | 10/20/2011 | 011-N | 007-W | 33 | Londonderry | 20-0000281.003 | Guernsey | OH | 483 | 586 | 201100006803 |

Book Page
552 1245

Instrument OR
201700006694

Exhibit A-2
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001658-000 | TAMMEY B GORDON ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001517.000 31-0001530.000 | Guernsey | OH | 508 | 2990 | 201300008630 |
| OH0101001659-000 | WILLIAM E GANO ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML10 | Richland | 31-0002252.000 | Guernsey | OH | 508 | 2476 | 201300008502 |
| OH0101001660-000 | THOMAS J CARNES ET UX | CARRIZO (UTICA) LLC | 2/7/2014 | 011-N | 007-W | 20, 21 | Londonderry | 20-0000619.000 20-0000620.000 | Guernsey | OH | 512 | 3365 | 201400001270 |
| OH0101001661-000 | JONAS M SLABAUGH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/10/2013 | 001-N | 002-W | 10 | Richland | 31-0002528.000 | Guernsey | OH | 509 | 1178 | 201300009022 |
| OH0101001662-000 | M A WELLS FARM LLC | CARRIZO (UTICA) LLC | 4/28/2014 | 001-N | 002-W | 1 | Wills | 46-0000025.000 | Guernsey | OH | 515 | 2326 | 201400003397 |
| OH0101001663-000 | M A WELLS FARM LLC | CARRIZO (UTICA) LLC | 4/28/2014 | 002-N | 002-W | 21, 25 | Wills | 44-0000394.000 44-0000393.000 | Guernsey | OH | 515 | 2323 | 201400003396 |
| OH0101001664-000 | HENRY S WELLS ET UX | CARRIZO (UTICA) LLC | 4/28/2014 | 002-N | 002-W | 20 | Wills | 44-0000392.000 | Guernsey | OH | 515 | 1808 | 201400003254 |
| OH0101001665-000 | MARGUERITE BOND | RESOURCE EXPLORATION INC | 11/3/1972 | 011-N 011-N 011-N 011-N | 007-W 007-W 007-W 007-W | 26 32 32 26 | Londonderry | 20-0001369.000 20-0001370.000 20-0000067.000 20-0000081.000 | Guernsey | OH | 70 | 700 | |
| OH0101001666-000 | DELL F MERRYMAN | RESOURCE EXPLORATION INC | 12/5/1973 | 011-N | 007-W | 33 | Londonderry | 20-0000443.001 20-0000443.000 | Guernsey | OH | 72 | 772 | |
| OH0101001667-000 | LEE R ANGLE ET UX | RESOURCE EXPLORATION | 12/30/1972 | 011-N | 007-W | 27 | Londonderry | 20-0000004.000 | Guernsey | OH | 71 | 104 | |
| OH0101001668-000 | KENNETH D RUTTIG | CARRIZO (UTICA) LLC | 5/7/2014 | 011-N | 007-W | 32, 38 | Londonderry | 20-0000175.000 20-0000176.003 20-0000176.001 20-0000176.000 20-0001176.002 | Guernsey | OH | 517 | 1799 | 201400004849 |
| OH0101001669-000 | ROBERT R DOWNERD ET AL | CARRIZO (UTICA) LLC | 3/1/2014 | 011-N | 007-W | 26, 27 | Londonderry | 20-0000179.000 20-0000180.000 | Guernsey | OH | 514 | 24 | 201400002125 |
| OH0101001670-000 | LARRY A DUKES | CARRIZO (UTICA) LLC | 1/23/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000864.000 | Guernsey | OH | 512 | 2451 | 201400001025 |
| OH0101001671-000 | VINCENT K HENRY ET UX | CARRIZO (UTICA) LLC | 2/4/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000860.000 20-0000863.000 | Guernsey | OH | 513 | 737 | 201400001452 |

Book Page 552 1246

Instrument 201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001672-000 | J J DETWEILER ENTERPRISES INC | CARRIZO (UTICA) LLC | 5/23/2014 | 001-N | 001-W | 2, 9 | Richland | 33-0000005.002 33-0000005.004 33-0000005.005 44-0000126.000 | Guernsey | OH | 517 | 16 | 201400004494 |
| OH0101001673-000 | JOSEPH J DETWEILER REV | CARRIZO (UTICA) LLC | 5/23/2014 | 001-N | 001-W | 2 | Wills | 44-0000376.000 | Guernsey | OH | 517 | 19 | 201400004495 |
| OH0101001674-000 | ELIZABETH KACHUR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002250.000 31-0002214.000 | Guernsey | OH | 508 | 8199 | 201300008691 |
| OH0101001675-000 | MYRNA ROUSE | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002248.000 | Guernsey | OH | 509 | 443 | 201300008866 |
| OH0101001677-000 | KYLE J COCHRAN ET UX | CARRIZO (UTICA) LLC | 6/2/2014 | 001-N | 002-W | 1 | Wills | 45-0000017.001 | Guernsey | OH | 516 | 3510 | 201400004478 |
| OH0101001678-000 | RICHARD KETTLEWELL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001705.000 | Guernsey | OH | 508 | 2969 | 201300008623 |
| OH0101001680-000 | PETER RUMSKEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/4/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001871.000 31-0001872.000 | Guernsey | OH | 509 | 437 | 201300008864 |
| OH0101001681-000 | LUKE P SMITH | CARRIZO (UTICA) LLC | 2/24/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000698.000 20-0000699.000 | Guernsey | OH | 514 | 15 | 201400002122 |
| OH0101001682-000 | DAVID M SMITH | CARRIZO (UTICA) LLC | 4/2/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000741.000 | Guernsey | OH | 514 | 2659 | 201400002691 |
| OH0101001683-000 | TODD W LENARZ SR REV LIVING TRUST | CARRIZO (UTICA) LLC | 3/20/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000865.000 20-0000866.000 | Guernsey | OH | 514 | 1288 | 201400002368 |
| OH0101001684-000 | VICTOR M KING ET UX | CARRIZO (UTICA) LLC | 1/16/2014 | 001-N | 001-W | Q2 | Richland | 31-0002978.016 | Guernsey | OH | 512 | 3058 | 201400001199 |
| OH0101001685-000 | TRUSTEES OF LONDONDERRY TOWNSHIP | CARRIZO (UTICA) LLC | 3/27/2014 | 011-N | 007-W | 20 | Londonderry | 20-0001324.000 | Guernsey | OH | 514 | 2662 | 201400002692 |
| OH0101001686-000 | TRUSTEES OF LONDONDERRY TOWNSHIP | CARRIZO (UTICA) LLC | 5/12/2014 | 011-N | 007-W | 21 | Londonderry | 20-0001910.000 | Guernsey | OH | 516 | 650 | 201400003840 |
| OH0101001687-000 | RODGER FISHER ET UX | CARRIZO(UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001829.000 | Guernsey | OH | 509 | 1175 | 201300009021 |
| OH0101001688-000 | TIMOTHY POPICG ET AL | CARRIZO(UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML10 | Richland | 31-0001685.000 31-0001789.000 | Guernsey | OH | 509 | 1184 | 201300009024 |
| OH0101001689-000 | LEE NELSON ET UX | CARRIZO(UTICA) LLC & ACP III UTICA | 10/11/2013 | 001-N | 001-W | ML10 | Richland | 31-0002253.000 | Guernsey | OH | 509 | 1196 | 201300009028 |

Book Page
552 1247

Instrument
201700006694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHO101001690-000 | FRED L TALBOT ET AL | CARRIZO(UTICA) LLC & ACP III UTICA | 10/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002266.000 | Guernsey | OH | 509 | 1202 | 201300009030 |
| OHO101001691-000 | SAMUEL D MEEKS ET UX | CARRIZO (UTICA) LLC | 2/20/2014 | 001-N | 001-W | 9 | Millwood | 23-0000183.000 | Guernsey | OH | 514 | 1 | 201400002117 |
| OHO101001692-000 | TIMOTHY SIMON ET UX | CARRIZO(UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML10 | Richland | 31-0001938.000 | Guernsey | OH | 508 | 3196 | 201300008690 |
| OHO101001694-000 | JODI BATES | CARRIZO(UTICA) LLC & ACP III LLC | 10/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002273.000 | Guernsey | OH | 509 | 1172 | 201300009020 |
| OHO101001701-000 | ANDREW T KAZMIRSKI ET UX | CARRIZO(UTICA) LLC & ACP III UTICA | 10/13/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002201.000 31-0002202.000 | Guernsey | OH | 508 | 3996 | 201300008682 |
| OHO101001702-000 | JEFFREY D MINOSKY ET UX | CARRIZO (UTICA) LLC | 2/7/2014 | 001-N | 001-W | 3 | Richland | 31-0000232.000 | Guernsey | OH | 513 | 964 | 201400001531 |
| OHO101001705-000 | PAMELA J FABER | CARRIZO (UTICA) LLC | 2/11/2014 | 011-N | 007-W | 8 | Londonderry | 20-0000522.000 | Guernsey | OH | 513 | 1373 | 201400001619 |
| OHO101001710-000 | ANGELIA L SMITH ET VIR | DAVID R HILL INC | 10/13/2006 | 001-N | 001-W | 3 | Richland | 31-0001441.000 | Guernsey | OH | 443 | 2739 | 200600016218 |
| OHO101001711-000 | WILLIAM H WALKER ET UX | DAVID R HILL INC | 10/7/2006 | 001-N | 001-W | 3 | Richland | 31-0001439.000 | Guernsey | OH | 443 | 2755 | 200600016222 |
| OHO101001712-000 | GLENN R ROE ET UX | DAVID R HILL INC | 10/8/2006 | 001-N | 001-W | 3 | Richland | 31-0000335.000 | Guernsey | OH | 443 | 2747 | 200600016220 |
| OHO101001713-000 | RALPH W ROE JR ET UX | DAVID R HILL INC | 10/7/2006 | 001-N | 001-W | 3 | Richland | 31-0000336.000 | Guernsey | OH | 443 | 2751 | |
| OHO101001714-000 | ROLLAND C HENDERSHOT | DAVID R HILL INC | 7/15/2008 | 001-N | 001-W | 3 | Richland | 31-0002978.007 | Guernsey | OH | 458 | 1352 | 200800030011 |
| OHO101001715-000 | KENNETH S LAURIE ET UX | DAVID R HILL INC | 10/21/2006 | 001-N | 001-W | 3 | Richland | 31-0002978.009 31-0002978.010 31-0002978.011 | Guernsey | OH | 444 | 1138 | 200600016691 |
| OHO101001717-000 | IRA J HENDERSHOT | DAVID R HILL INC | 7/15/2008 | 001-N | 001-W | 3 | Richland | 31-0002978.004 31-0002976.000 | Guernsey | OH | 458 | 1354 | 200800030012 |
| OHO101001718-000 | BENJAMIN R HENDERSHOT ET UX | DAVID R HILL INC | 10/11/2006 | 001-N | 001-W | 3 | Richland | 31-0002978.002 31-0002958.000 | Guernsey | OH | 443 | 2743 | 200600016219 |
| OHO101001719-000 | EVELYN L CUNNINGHAM | DAVID R HILL INC | 4/8/2008 | 001-N | 001-W | ML | Wills/Richland | 44-0000384.000 | Guernsey | OH | 458 | 2371 | 20080003031 |
| OHO101001720-000 | DUSTIN J HAUENSTEIN ET UX | DAVID R HILL INC | 7/15/2008 | 001-N | 001-W | 3 | Richland | 31-0002778.017 | Guernsey | OH | 458 | 1148 | 200800029947 |
| OHO101001721-001 | CHARLES K CRAIG ET UX | TRIANGLE OIL CO | 4/8/1969 | 001-N | 001-W | 24 | Richland | 31-0000075.000 31-0002317.001 31-0000075.001 31-0002317.000 31-0002317.002 31-0001640.000 | Guernsey | OH | 60 | 37 | |

2014000003294 OR Book 1278
Page 1278

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001721-002 | JEFFERY N DANFORD | PDC ENERGY INC | 9/15/2013 | 001-N | 001-W | 24 | Richland | 31-0002317.000 31-0000075.011 | Guernsey | OH | 513 | 2972 | 201400001986 |
| OH0101001721-003 | SCOTT MACKEY ET UX | PDC ENERGY INC | 9/15/2013 | 001-N | 024-W | 1 | Richland | 31-0002317.002 | Guernsey | OH | 513 | 2975 | 201400001987 |
| OH0101001721-004 | BD SQUARED LLC | PDC ENERGY INC | 2/11/2014 | 001-N | 024-W | 1 | Richland | 31-0001640.000 | Guernsey | OH | 514 | 256 | 201400002182 |
| OH0101001721-005 | CHARLES BREITENSTINE ET UX | PDC ENERGY INC | 9/16/2013 | 001-N | 024-W | 1 | Richland | 31-0002317.001 | Guernsey | OH | 513 | 2969 | 201400001985 |
| OH0101001722-000 | JENNIE NELSON ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/23/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002079.000 31-0002209.000 | Guernsey | OH | 509 | 2874 | 201300009425 |
| OH0101001723-000 | CORY A CUNNINGHAM | CARRIZO (UTICA) LLC | 2/19/2014 | 011-N | 007-W | 21 | Londonderry | 20-0001355.000 | Guernsey | OH | 513 | 1363 | 201400001615 |
| OH0101001724-000 | DENNIS E MUNCY JR ET UX | CARRIZO (UTICA) LLC | 1/22/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000869.000 | Guernsey | OH | 512 | 3064 | 201400001201 |
| OH0101001725-000 | ROBERT J MEEK | CARRIZO (UTICA) LLC | 3/28/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000746.000 20-0000747.000 | Guernsey | OH | 514 | 2653 | 201400002689 |
| OH0101001726-000 | DWAYNE ELLIS AUSBROOKS | CARRIZO (UTICA) LLC & ACP III UTICA | 2/7/2013 | 001-N | 002-W | 11 | Richland | 31-0000264.012 | Guernsey | OH | 500 | 326 | 201300001595 |
| OH0101001727-000 | DWAYNE ELLIS AUSBROOKS | CARRIZO (UTICA) LLC & ACP III UTICA | 3/28/2013 | 001-N | 002-W | 11 | Richland | 31-0000264.011 | Guernsey | OH | 501 | 3381 | 201300003101 |
| OH0101001728-001 | HERBERT BOOTH | CARRIZO (UTICA) LLC | 2/10/2014 | 001-N | 001-W | 6 | Richland | 31-0002508.000 | Guernsey | OH | 513 | 995 | 201400001535 |
| OH0101001729-001 | DAVID L GUILER | CARRIZO (UTICA) LLC | 2/10/2014 | 001-N | 001-W | 6 | Richland | 31-0000155.000 | Guernsey | OH | 513 | 993 | 201400001534 |
| OH0101001730-000 | HENRY C KIEFFER ET UX | CARRIZO (UTICA) LLC | 1/24/2014 | 001-N | 002-W | 10 | Richland | 31-0000566.000 | Guernsey | OH | 513 | 710 | 201400001443 |
| OH0101001731-000 | JESSE MICHAEL WILKIN ET UX | CARRIZO (UTICA) LLC | 1/23/2014 | 001-N | 002-W | 1 | Wills | 47-0000009.001 | Guernsey | OH | 512 | 2442 | 201400001022 |
| OH0101001732-000 | JOHN E SALKOVICK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001896.000 | Guernsey | OH | 509 | 1181 | 201300009023 |
| OH0101001733-000 | JAMES R CHANDLER ET UX | CARRIZO (UTICA)LLC & ACP III UTICA | 10/2/2013 | 001-N | 001-W | ML10 | Richland | 31-0001835.000 | Guernsey | OH | 508 | 2981 | 201300008627 |
| OH0101001736-000 | HAROLD W MARSH | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001468.000 31-0001466.000 | Guernsey | OH | 509 | 3336 | 201300009541 |
| OH0101001737-000 | JAMES A DUPLAIN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002052.000 | Guernsey | OH | 518 | 3011 | 201300008637 |
| OH0101001738-000 | LARRY L STERLING ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001980.000 31-0001692.000 | Guernsey | OH | 508 | 2951 | 201300008617 |
| OH0101001739-000 | CHARLES R MYERS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/3/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001815.000 31-0001814.000 | Guernsey | OH | 508 | 3002 | 201300008634 |

Book Page
552 1249

Instrument
201700006494 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001740-000 | ROBERT W RICHARDS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002267.000 | Guernsey | OH | 509 | 1275 | 201300009041 |
| OH0101001741-000 | MICHAEL KANDRACH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/19/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001836.000 | Guernsey | OH | 509 | 3883 | 201300009428 |
| OH0101001742-000 | SAMUEL W ARMANN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/15/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001876.000 31-0001877.000 | Guernsey | OH | 511 | 54 | 201300010515 |
| OH0101001743-000 | BILL LINVILLE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/3/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001699.000 31-0001529.000 | Guernsey | OH | 509 | 434 | 201300008863 |
| OH0101001744-000 | TIMOTHY T HAWK ET UX | CARRIZO (UTICA) LLC | 1/22/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002231.000 31-0002232.000 | Guernsey | OH | 513 | 1367 | 201400001617 |
| OH0101001745-000 | DAVID M FORTNEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002207.000 31-0002208.000 | Guernsey | OH | 508 | 2987 | 201300008629 |
| OH0101001746-000 | ROBERT MEADE ET UX | CARRIZO (UTICA) LLC | 10/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002221.000 | Guernsey | OH | 513 | 728 | 201400001449 |
| OH0101001747-000 | DAVID W CORDER ET AL | CARRIZO (UTICA) LLC | 12/20/2013 | 001-N | 002-W | 1 | Wills | 47-0000125.000 47-0000056.000 47-0000057.000 47-0000058.000 | Guernsey | OH | 512 | 859 | 201400000630 |
| OH0101001748-000 | KELLY B BALIK | CARRIZO (UTICA) LLC | 12/16/2013 | 001-N | 001-W | 2 | Wills | 47-0000144.000 47-0000145.000 | Guernsey | OH | 512 | 46 | 201400000422 |
| OH0101001749-000 | DAVID L KENNEY ET UX | CARRIZO (UTICA) LLC | 12/13/2013 | 001-N | 002-W | 1 | Wills | 47-0000091.000 | Guernsey | OH | 512 | 43 | 201400000421 |
| OH0101001750-000 | CRAIG R FUTEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001539.000 31-0001963.000 | Guernsey | OH | 508 | 2963 | 201300008621 |
| OH0101001751-000 | KENNETH A SIMMONS JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/18/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001830.000 | Guernsey | OH | 510 | 1722 | 201300010026 |
| OH0101001752-000 | JEFFREY A STERLING ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001945.000 31-0001769.000 | Guernsey | OH | 509 | 446 | 201300008867 |
| OH0101001753-000 | JOHNNY D KING JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001979.000 | Guernsey | OH | 508 | 2975 | 201300008625 |
| OH0101001754-000 | ROY BRYANT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002046.000 | Guernsey | OH | 510 | 898 | 201300009806 |

Instrument 201700006494 OR
Book Page 552 1250

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001756-000 | KENNETH AHART ET UX | CARRIZO (UTICA) LLC & ACP III LCP | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001874.000 | Guernsey | OH | 508 | 2993 | 201300008631 |
| OH0101001757-000 | JOHN MCGARRY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001857.000 31-0001680.000 | Guernsey | OH | 509 | 2916 | 201300009439 |
| OH0101001758-000 | JOHN ADAMS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/20/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001910.000 | Guernsey | OH | 509 | 2856 | 201300009419 |
| OH0101001759-000 | VICKI L SHULTZ | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001619.000 | Guernsey | OH | 510 | 908 | 201300009811 |
| OH0101001760-000 | NANCY SHULTZ ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002040.000 | Guernsey | OH | 509 | 2925 | 201300009442 |
| OH0101001761-000 | DAVID BARR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001543.000 | Guernsey | OH | 510 | 1725 | 201300010027 |
| OH0101001762-000 | SUSAN M MORGAN ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002187.000 | Guernsey | OH | 509 | 1169 | 201300009019 |
| OH0101001763-000 | ROBERT W GILES ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/11/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001837.000 | Guernsey | OH | 509 | 1187 | 201300009025 |
| OH0101001764-000 | GEORGE T SKRTICH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/10/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002234.000 | Guernsey | OH | 509 | 1193 | 20130009027 |
| OH0101001765-000 | JOHN CARMAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/15/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001816.000 | Guernsey | OH | 509 | 1272 | 20130009040 |
| OH0101001766-000 | SHELDON SHULTZ ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002041.000 | Guernsey | OH | 509 | 2865 | 201300009422 |
| OH0101001767-000 | FINIS E HOLBROOK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001935.000 | Guernsey | OH | 509 | 2892 | 201300009431 |
| OH0101001768-000 | KEVIN WARFORD | CARRIZO (UTICA) LLC & ACP III UTICA | 4/3/2014 | 001-N | 001-W | ML 6 | Richland | 31-0000653.000 31-0000652.000 | Guernsey | OH | 516 | 265 | 201400003757 |
| OH0101001769-000 | ROLLAND CLAY HENDERSHOT | CARRIZO (UTICA) LLC | 4/22/2014 | 001-N | 001-W | 2 Q | Richland | 31-0002978.000 | Guernsey | OH | 516 | 648 | 201400003839 |
| OH0101001770-000 | KEITH LUCAS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001878.000 | Guernsey | OH | 509 | 1199 | 201300009029 |
| OH0101001771-000 | LARRY T PEGG ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001868.000 31-0001869.000 | Guernsey | OH | 508 | 2972 | 201300008624 |

Book Page 552 1251

Instrument 201700004694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascant dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001772-000 | LILLIAN DELORES COCHRAN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002290.000 | Guernsey | OH | 511 | 43 | 201300010512 |
| OH0101001773-000 | DAWN L ALLEN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001950.000 | Guernsey | OH | 509 | 3315 | 201300009534 |
| OH0101001774-000 | MARYANN MIHALIK | CARRIZO (UTICA) LLC & ACP III UTICA | 10/11/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002115.000 | Guernsey | OH | 509 | 1190 | 201300009026 |
| OH0101001775-000 | TIMOTHY WALLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001828.000 | Guernsey | OH | 510 | 887 | 201300009804 |
| OH0101001776-000 | PAUL D LAUTAR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001786.000 | Guernsey | OH | 509 | 3321 | 201300009536 |
| OH0101001777-000 | DALE D KNUTSEN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001839.000 | Guernsey | OH | 508 | 2978 | 201300008626 |
| OH0101001778-000 | RICHARD E WALTON ET UX | CARRIZO (UTICA) LLC | 2/18/2014 | 001-N | 002-W | 11 | Richland | 31-0000264.017 | Guernsey | OH | 514 | 3 | 201400002118 |
| OH0101001779-000 | BENJAMIN L MARKER ET UX | CARRIZO (UTICA) LLC | 3/8/2014 | 001-N | 002-W | 11 | Richland | 31-0000264.015 | Guernsey | OH | 514 | 1306 | 201400002374 |
| OH0101001780-000 | DANIEL D POTTS | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002125.000 | Guernsey | OH | 508 | 2960 | 201300008620 |
| OH0101001781-000 | JAMES M SKAPIK | CARRIZO (UTICA) LLC | 12/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001706.000 | Guernsey | OH | 512 | 22 | 201400000414 |
| OH0101001782-000 | TONY J VOSTATEK ET UX | CARRIZO (UTICA) LLC | 10/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001747.000 | Guernsey | OH | 511 | 89 | 201300010527 |
| OH0101001783-000 | WILLIAM WAGNER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/23/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002261.000 | Guernsey | OH | 509 | 2904 | 201300009435 |
| OH0101001784-000 | ROBERT MOZINGO JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001516.000 | Guernsey | OH | 519 | 2868 | 201300009423 |
| OH0101001785-000 | RICHARD D JOHNSON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002106.000 | Guernsey | OH | 509 | 2907 | 201300009436 |
| OH0101001786-000 | KENNETH P CAMERON ET UX | CARRIZO (UTICA) LLC | 3/31/2014 | 011-N | 007-W | 3 | Londonderry | 20-0000099.000 20-0000100.000 20-0000101.000 | Guernsey | OH | 514 | 2650 | 201400002688 |
| OH0101001787-000 | JAMES DALESSANDRO ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/28/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001887.000 | Guernsey | OH | 511 | 98 | 201300010530 |
| OH0101001788-000 | CONNIE TAMBURIN | CARRIZO (UTICA) LLC | 12/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001766.000 | Guernsey | OH | 512 | 883 | 201400000838 |

Book Page
552 1252

Instrument
20170000694  OR

**Exhibit A-2**
**LEASES - Guernsey County**
**Attached to and made part of that certain Assignment,**
**Bill of Sale and Conveyance between Carrizo, Carrizo Utica**
**and Ascent dated effective 4/1/2017.**

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL ID | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001789-000 | AUNDRAY D JACKSON | CARRIZO (UTICA) LLC | 8/11/2014 | 001-N | 002-W | 11 | Richland | 31-0000264.013 | Guernsey | OH | 519 | 1024 | 201400006145 |
| OH0101001790-000 | ROBERT D SAYRE ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001843.000 | Guernsey | OH | 511 | 3068 | 201400000354 |
| OH0101001791-000 | JAMES KOSTIC ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002295.000 | Guernsey | OH | 509 | 3330 | 201300009539 |
| OH0101001793-000 | RUSSELL STILLION ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001897.000 | Guernsey | OH | 508 | 2954 | 201300008618 |
| OH0101001794-000 | STANLEY MASLOWSKI ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/8/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001870.000 | Guernsey | OH | 510 | 902 | 201300009809 |
| OH0101001795-000 | SHAWN B MCFARLAND ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002251.000 | Guernsey | OH | 509 | 2919 | 201300009440 |
| OH0101001796-000 | STEPHEN D TAYLOR ET UX | CARRIZO (UTICA) LLC | 12/13/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002068.000 | Guernsey | OH | 512 | 2454 | 201400001026 |
| OH0101001797-000 | JAMES R FISHER JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/10/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001688.000 31-0001689.000 | Guernsey | OH | 512 | 3070 | 201400001203 |
| OH0101001798-000 | PAMELA K BAKER | CARRIZO (UTICA) LLC | 4/18/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002268.000 | Guernsey | OH | 516 | 274 | 201400003760 |
| OH0101001799-000 | MAURY L ADAMSON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/6/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001908.000 31-0001909.000 | Guernsey | OH | 509 | 3292 | 201300009527 |
| OH0101001800-000 | SCOTT STEWART ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002293.000 | Guernsey | OH | 511 | 135 | 201300010544 |
| OH0101001801-000 | JAMES W JARRETT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002210.000 31-0002211.000 | Guernsey | OH | 510 | 2539 | 201300010219 |
| OH0101001802-000 | THOMAS ZUK ET AL | CARRIZO (UTICA) LLC | 1/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001953.000 31-0001954.000 | Guernsey | OH | 513 | 1370 | 2010400001618 |
| OH0101001803-000 | BETH LOY | CARRIZO (UTICA) LLC | 12/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002311.000 31-0002054.000 | Guernsey | OH | 512 | 495 | 201400000528 |
| OH0101001804-000 | VERNON L YONTZ ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002056.000 31-0002057.000 | Guernsey | OH | 508 | 2984 | 201300008628 |
| OH0101001805-000 | GLENN MOORE ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001827.000 | Guernsey | OH | 509 | 2877 | 201300009426 |
| OH0101001806-000 | JOSEPH A MIHALIK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/16/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002298.000 | Guernsey | OH | 509 | 1166 | 201300009018 |

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01101001807-000 | SAMUEL R HOPKINS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/16/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002265.000 | Guernsey | OH | 509 | 1205 | 201300009031 |
| OH01101001808-000 | STEVEN A WAGNER | CARRIZO (UTICA) LLC & ACP III UTICA | 11/28/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002243.000 | Guernsey | OH | 511 | 84 | 201300010525 |
| OH01101001809-000 | LAURENCE H COIL JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/8/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001893.000 | Guernsey | OH | 510 | 926 | 201300009817 |
| OH01101001811-000 | JENNIFER L CARPENTER ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001861.000 | Guernsey | OH | 509 | 2886 | 201300009429 |
| OH01101001812-000 | JOSEPH E PIERCE ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001862.000 | Guernsey | OH | 508 | 2999 | 201300008633 |
| OH01101001815-000 | EDWARD SHERMAN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001914.000 | Guernsey | OH | 509 | 2862 | 201300009421 |
| OH01101001816-000 | FRANK S JANOSS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001544.000 | Guernsey | OH | 510 | 923 | 201300009816 |
| OH01101001817-000 | MILLARD MORRIS | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001912.000 31-0001913.000 | Guernsey | OH | 509 | 2910 | 201300009437 |
| OH01101001818-000 | WILLIAM S NIEHAUS ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/18/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002045.000 | Guernsey | OH | 510 | 2521 | 201300010213 |
| OH01101001819-000 | MICHAEL D KANE ET UX | CARRIZO (UTICA) LLC | 11/23/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001655.000 31-0001473.000 | Guernsey | OH | 512 | 489 | 201400000526 |
| OH01101001820-000 | DONNA JO STINE | CARRIZO (UTICA) LLC & ACP III UTICA | 10/24/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001907.000 | Guernsey | OH | 509 | 2880 | 201300009427 |
| OH01101001821-000 | JAMES E ANKROM | CARRIZO (UTICA) LLC | 5/13/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002175.000 | Guernsey | OH | 516 | 634 | 201400003833 |
| OH01101001822-000 | MATTHEW P CAVANAUGH ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001467.000 31-0001464.000 | Guernsey | OH | 509 | 3327 | 201300009538 |
| OH01101001823-000 | LEROY MARRINER | CARRIZO (UTICA) LLC & ACP III UTICA | 11/7/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002130.000 | Guernsey | OH | 509 | 3312 | 201300009533 |
| OH01101001824-000 | LARRY M HUNDAGEN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/7/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002121.000 | Guernsey | OH | 509 | 3306 | 201300009531 |
| OH01101001825-000 | FRANKLIN D CLINE ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002237.000 | Guernsey | OH | 511 | 9077 | 201400000357 |
| OH01101001826-000 | DANIEL B SPENCER ET UX | CARRIZO (UTICA) LLC | 8/19/2014 | 011-N | 007-W | 32 | Londonderry | 20-0001258.000 | Guernsey | OH | 519 | 1540 | 201400006255 |

Book Page 552 1254

Instrument: 201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH01101001827-000 | LARRY E CAMPBELL ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0002291.000 31-0002292.000 | Guernsey | OH | 511 | 81 | 201300010524 |
| OH0101001828-000 | SHIRLEY A COSS | CARRIZO (UTICA) LLC | 11/25/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001989.000 | Guernsey | OH | 510 | 2515 | 201300010211 |
| OH0101001829-000 | JAMES R BROWN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0002236.000 | Guernsey | OH | 510 | 914 | 201300009813 |
| OH0101001830-000 | DAVID F JEFFERS ET UX | CARRIZO (UTICA) LLC | 12/27/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001838.000 | Guernsey | OH | 512 | 856 | 201400000629 |
| OH0101001831-000 | KEVIN D CARPENTER | CARRIZO (UTICA) LLC & ACP III UTICA | 11/25/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001917.000 | Guernsey | OH | 510 | 2536 | 201300010218 |
| OH0101001832-000 | JOSEPH WEATHERHOLT ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/18/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001471.000 31-0001501.000 | Guernsey | OH | 511 | 60 | 201300010517 |
| OH0101001833-000 | MICHAEL SIMPSON ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/18/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001880.000 | Guernsey | OH | 511 | 37 | 201300010510 |
| OH0101001834-000 | JEANETTE M MERTZ | CARRIZO (UTICA) LLC & ACP III UTICA | 11/1/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0002280.000 | Guernsey | OH | 509 | 2898 | 201300009433 |
| OH0101001835-000 | THOMAS A BRIGGS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/26/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0002247.000 | Guernsey | OH | 511 | 132 | 201300010543 |
| OH0101001836-000 | MARK T GRAFTON | CARRIZO (UTICA) LLC | 1/23/2014 | 001-N 001-N | 002-W 002-W | 1 2 | Wills Center | 47-0000005.000 10-0000001.000 47-0000105.000 | Guernsey | OH | 512 | 2448 | 201400001024 |
| OH0101001837-000 | GARY A BUTLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/11/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001899.000 31-0001900.000 | Guernsey | OH | 510 | 905 | 201300009810 |
| OH0101001838-000 | JAMES V RHOADS | CARRIZO (UTICA) LLC & ACP III UTICA | 11/15/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001840.000 | Guernsey | OH | 510 | 899 | 201300009808 |
| OH0101001839-000 | JAN M SCALES ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/19/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001892.000 | Guernsey | OH | 510 | 2527 | 201300010215 |
| OH0101001840-000 | STACEY L TOWE | CARRIZO (UTICA) LLC | 1/23/2014 | 001-N | 002-W | 2 | Center/Wills | 47-0000039.000 | Guernsey | OH | 513 | 704 | 201400001441 |
| OH0101001841-000 | JERALD L MILLER JR ET UX | CARRIZO (UTICA) LLC | 1/19/2014 | 001-N | 001-W | 2 | Wills | 47-0000106.000 | Guernsey | OH | 513 | 707 | 201400001442 |
| OH0101001842-000 | SANDRA MICHELLI ET VIR | CARRIZO (UTICA) LLC | 12/18/2013 | 001-N | 002-W | 1 | Wills | 47-0000152.000 | Guernsey | OH | 512 | 40 | 201400000420 |
| OH0101001843-000 | LARRY W SCHOUK ET AL | CARRIZO (UTICA) LLC | 3/19/2014 | 001-N | 002-W | 1 | Wills | 47-0000135.000 | Guernsey | OH | 514 | 1821 | 201400002493 |
| OH0101001844-000 | KATHLEEN M TAYLOR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/27/2013 | 001-N | 001-W | | ML 10 | Richland | 31-0001911.000 | Guernsey | OH | 511 | 117 | 201300010538 |

Instrument 20170000694 OR
Book Page 552 1255

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001845-000 | JAMES J BALIK ET UX | CARRIZO (UTICA) LLC | 12/17/2013 | 001-N | 002-W | 1 | Wills | 47-0000072.000 47-0000073.000 47-0000074.000 47-0000075.000 47-0000076.000 47-0000077.000 47-0000078.000 47-0000079.000 47-0000080.000 47-0000081.000 47-0000036.000 47-0000087.000 47-0000099.000 09-0000196.000 47-0000146.000 47-0000147.000 | Guernsey | OH | 512 | 498 | 201400000529 |
| OH0101001846-000 | DANIEL A HOLSKEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/18/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001644.000 | Guernsey | OH | 510 | 929 | 201300009818 |
| OH0101001847-000 | DAVID HEATH | CARRIZO (UTICA) LLC | 12/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001469.000 | Guernsey | OH | 513 | 718 | 201400001446 |
| OH0101001848-000 | MICHAEL J CHIMLEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/18/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002124.000 | Guernsey | OH | 511 | 66 | 201300010519 |
| OH0101001849-000 | JOSEPH ANDREW OKOLISH | CARRIZO (UTICA) LLC & ACP III UTICA | 11/24/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001669.000 | Guernsey | OH | 510 | 2542 | 201300010220 |
| OH0101001850-000 | ELLEN G WILSON ET VIR | CARRIZO (UTICA) LLC | 11/19/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002047.000 | Guernsey | OH | 512 | 31 | 201400000417 |
| OH0101001851-000 | THOMAS R FORSYTHE | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001502.000 | Guernsey | OH | 512 | 34 | 201400000418 |
| OH0101001852-000 | RUSSELL R HUNTSMAN ET UX | CARRIZO (UTICA) LLC | 12/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001866.000 | Guernsey | OH | 511 | 3080 | 201400000858 |
| OH0101001853-000 | RACHAEL BUTLER ET VIR | CARRIZO (UTICA) LLC | 1/24/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001947.000 | Guernsey | OH | 512 | 3076 | 201400001205 |
| OH0101001854-000 | TERRY L FABRY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001675.000 | Guernsey | OH | 511 | 101 | 201300010531 |
| OH0101001855-000 | BRIAN ASHBROOK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001991.000 | Guernsey | OH | 509 | 3309 | 201300009532 |

Book Page
552 1256

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent deed effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001856-000 | LARRY FIJALKOWSKI ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001649.000 | Guernsey | OH | 512 | 13 | 201400000411 |
| OH0101001857-000 | JOHN T ERAZMUS JR ET UX | CARRIZO (UTICA) LLC | 3/4/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001841.000 | Guernsey | OH | 514 | 27 | 201400002126 |
| OH0101001858-000 | REBECCA JANE ANDERSON ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/8/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001750.000 | Guernsey | OH | 512 | 3076 | 201400001205 |
| OH0101001859-000 | CURTIS P GILL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/24/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001507.000 | Guernsey | OH | 509 | 2901 | 201300009434 |
| OH0101001860-000 | RITA M COYNE | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002082.000 | Guernsey | OH | 510 | 2524 | 201300010214 |
| OH0101001861-000 | BYRON NICHOLS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/3/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001822.000 | Guernsey | OH | 511 | 92 | 201300010528 |
| OH0101001862-000 | MICHAEL A ARBOGAST ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/26/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001472.000 | Guernsey | OH | 512 | 48 | 201400000416 |
| OH0101001863-000 | NEAL SIMPSON ET UX | CARRIZO (UTICA) LLC | 11/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001879.000 | Guernsey | OH | 512 | 16 | 201400000412 |
| OH0101001864-000 | JOHN WALKER BALES SR ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001676.000 | Guernsey | OH | 511 | 3074 | 201400000356 |
| OH0101001865-000 | DONALD CASEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001977.000 | Guernsey | OH | 511 | 86 | 201300010526 |
| OH0101001866-000 | KENNETH B BRAGG | CARRIZO (UTICA) LLC | 11/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001656.000 | Guernsey | OH | 512 | 3061 | 201400001200 |
| OH0101001867-000 | LANCE ULLMAN ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001641.000 | Guernsey | OH | 511 | 3071 | 201400000355 |
| OH0101001868-000 | KIM THOMPSON ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002196.000 | Guernsey | OH | 511 | 120 | 201300010539 |
| OH0101001869-000 | DAVID E MANSPERGER ET UX | CARRIZO (UTICA) LLC | 1/30/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002275.000 | Guernsey | OH | 512 | 506 | 201400000530 |
| OH0101001870-000 | HENRY L KELLER ET UX | CARRIZO (UTICA) LLC | 12/12/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001691.000 | Guernsey | OH | 512 | 847 | 201400000626 |
| OH0101001871-000 | CHARLES LEMMON ET UX | CARRIZO (UTICA) LLC | 5/21/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002183.000 | Guernsey | OH | 517 | 488 | 201400004579 |
| OH0101001872-000 | STEVE C PRESSDEE ET UX | CARRIZO (UTICA) LLC | 12/27/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001965.000 | Guernsey | OH | 5143 | 740 | 201400001453 |
| OH0101001873-000 | KEVIN D REEVES ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 002-W | ML 10 | Richland | 31-0002039.000 | Guernsey | OH | 511 | 138 | 201300010545 |
| OH0101001874-000 | HOWARD M SAMPSON ET UX | CARRIZO (UTICA) LLC | 12/13/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002287.000 | Guernsey | OH | 512 | 880 | 201400000637 |
| OH0101001875-000 | DORIS STARKEY ET VIR | CARRIZO (UTICA) LLC | 3/12/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001853.000 | Guernsey | OH | 514 | 1303 | 201400002373 |
| OH0101001876-000 | TERRI FEE | CARRIZO (UTICA) LLC | 11/26/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001672.000 | Guernsey | OH | 513 | 713 | 201400003444 |
| OH0101001877-000 | REUBEN DOBBIN ET UX | CARRIZO (UTICA) LLC | 2/28/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001934.000 | Guernsey | OH | 516 | 271 | 201400003759 |
| OH0101001878-000 | ROBERT B ORR ET UX | CARRIZO (UTICA) LLC | 6/3/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001723.000 | Guernsey | OH | 517 | 451 | 201400004567 |

Book Page
552 1257

Instrument
201700006494 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001880-000 | CHARLES CUNNINGHAM ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/26/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001679.000 | Guernsey | OH | 511 | 103 | 201300010532 |
| OH0101001881-000 | ANGELA L HUGHES | CARRIZO (UTICA) LLC | 1/14/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001746.000 | Guernsey | OH | 512 | 2445 | 201400001023 |
| OH0101001882-000 | RICH KENNEDY | CARRIZO (UTICA) LLC | 1/13/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001653.000 | Guernsey | OH | 513 | 734 | 201400001451 |
| OH0101001883-000 | DAVID W BONNELL ET UX | CARRIZO (UTICA) LLC | 1/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002225.000 | Guernsey | OH | 513 | 990 | 201400001533 |
| OH0101001884-000 | WELDON M DAVIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001514.000 | Guernsey | OH | 511 | 126 | 201300010541 |
| OH0101001885-000 | FRANCIS JOHN NIEMIEC ET UX | CARRIZO (UTICA) LLC | 1/15/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001542.000 | Guernsey | OH | 513 | 721 | 201400001447 |
| OH0101001886-000 | GUY SHELLEDY ET UX | CARRIZO (UTICA) LLC | 11/27/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002263.000 | Guernsey | OH | 512 | 37 | 201400000419 |
| OH0101001887-000 | DERRICK GERAUD ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/15/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001875.000 | Guernsey | OH | 510 | 920 | 201300009815 |
| OH0101001888-000 | KENNETH J CORBIN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/21/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002269.000 | Guernsey | OH | 511 | 75 | 201300010522 |
| OH0101001889-000 | BYRON J BISHOP JR ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/8/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002200.000 | Guernsey | OH | 509 | 3318 | 201300009535 |
| OH0101001890-000 | DONALD G CARPENTER ET UX | CARRIZO (UTICA) LLC | 12/6/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001690.000 | Guernsey | OH | 512 | 866 | 201400000632 |
| OH0101001891-000 | KENNETH P DANIELS ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | 10 | Richland | 31-0001643.000 | Guernsey | OH | 513 | 698 | 201400001499 |
| OH0101001892-000 | CHARLES SOLTYSIAK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001820.000 31-0001832.000 | Guernsey | OH | 511 | 123 | 201300010540 |
| OH0101001893-000 | WILLIAM N COWDEN ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 9/15/2014 | 001-N | 001-W | 34 | Richland | 31-0000069.000 | Guernsey | OH | 520 | 1585 | 201400007069 |
| OH0101001894-000 | GREGORY G SPIROS | CARRIZO (UTICA) LLC & ACP III UTICA | 11/23/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001625.000 | Guernsey | OH | 510 | 2545 | 201300010221 |
| OH0101001895-000 | JOHN W CARPENTER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/21/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001818.000 | Guernsey | OH | 511 | 106 | 201300010533 |
| OH0101001896-000 | LINDA KAY MANNING ET VIR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001966.000 | Guernsey | OH | 511 | 114 | 201300010537 |
| OH0101001897-000 | MICHAEL B SELEY ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/22/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001819.000 31-0001948.000 | Guernsey | OH | 511 | 48 | 201300010513 |
| OH0101001898-000 | KARYL PERKO ET VIR | CARRIZO (UTICA) LLC | 1/18/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001671.000 31-0001661.000 | Guernsey | OH | 513 | 695 | 201400001438 |
| OH0101001899-000 | HOBERT L JOHNSON ET AL | CARRIZO (UTICA) LLC | 12/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001951.000 | Guernsey | OH | 511 | 3065 | 201400000353 |

Book Page
552 1258

Instrument
201700004694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001900-000 | JOSEPH W BROWN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/14/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001768.000 | Guernsey | OH | 510 | 917 | 201300009814 |
| OH0101001901-000 | LOUELLA J BROWN ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001621.000 | Guernsey | OH | 509 | 3301 | 201300009530 |
| OH0101001902-000 | RYAN KERNIK ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 12/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001504.000 | Guernsey | OH | 512 | 3067 | 201400001202 |
| OH0101001903-000 | HOLLY J CASEMAN | CARRIZO (UTICA) LLC | 12/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001651.000 | Guernsey | OH | 512 | 863 | 201400000631 |
| OH0101001904-000 | HARRY W TRUESDELL ET AL | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001902.000 | Guernsey | OH | 512 | 25 | 201400000415 |
| OH0101001905-000 | JAMES E ADAMS ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001658.000 | Guernsey | OH | 509 | 2889 | 201300009430 |
| OH0101001906-000 | MARK COOPER ET UX | CARRIZO (UTICA) LLC | 1/27/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001966.000 | Guernsey | OH | 513 | 715 | 201400001445 |
| OH0101001907-000 | CURTIS E SANDERS ET AL | CARRIZO (UTICA) LLC | 1/27/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002227.000 31-0002228.000 31-0002229.000 | Guernsey | OH | 513 | 981 | 201400001530 |
| OH0101001908-000 | JOHN R HATCHER ET AL | CARRIZO (UTICA) LLC | 12/17/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001978.000 | Guernsey | OH | 512 | 877 | 201400000636 |
| OH0101001909-000 | KEVIN A SOKOLOWSKI ET AL | CARRIZO (UTICA) LLC | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001864.000 | Guernsey | OH | 512 | 850 | 201400000627 |
| OH0101001910-000 | CHRIS NEITZELT ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/5/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001622.000 | Guernsey | OH | 509 | 3324 | 201400009537 |
| OH0101001911-000 | DICK HOY ET UX | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001623.000 | Guernsey | OH | 513 | 724 | 201400001448 |
| OH0101001912-000 | LONDONDERRY UNITED METHODIST CHURCH | CARRIZO (UTICA) LLC | 8/27/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000745.000 20-0001325.000 | Guernsey | OH | 520 | 107 | 201400006745 |
| OH0101001914-000 | LEWIS E GAUTSCHI ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0002223.000 | Guernsey | OH | 511 | 78 | 201300010523 |
| OH0101001916-000 | KATHLEEN PERSIC ET VIR | CARRIZO (UTICA) LLC | 5/14/2014 | 003-N | 002-W | 1 | Jefferson | 13-0000494.000 | Guernsey | OH | 517 | 1964 | 201400004913 |
| OH0101001918-000 | CHRISTOPHER R DENNIS ET UX | CARRIZO (UTICA) LLC | 4/9/2014 | 001-N | 002-W | 9, 10 | Richland | 31-0002468.000 31-0002472.000 | Guernsey | OH | 516 | 640 | 201400009835 |
| OH0101001919-000 | RUSSELL STILLION ET AL | CARRIZO (UTICA) LLC | 4/14/2014 | 001-N | 002-W | 9, 10 | Richland | 31-0002415.000 31-0002417.000 | Guernsey | OH | 516 | 262 | 201400003756 |

Book Page 552 1259

Instrument 20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001920-000 | DONNA M DAVIS | CARRIZO (UTICA) LLC | 6/3/2014 | 001-N | 002-W | 6 | Richland | 31-0003185.000 31-0003186.000 31-0003187.000 31-0003188.000 31-0003189.000 31-0003190.000 | Guernsey | OH | 517 | 478 | 201400004576 |
| OH0101001921-001 | RODNEY L BOCKBRADER ET UX | BRAXTON ENERGY LLC | 5/20/2014 | 004-N 004-N | 001-W 001-W | 10 11 | Washington | 40-0000183.000 40-0000631.00 | Guernsey | OH | 516 | 1677 | 201400004041 |
| OH0101001921-002 | COVEY RISE MINERALS LLC | BRAXTON ENERGY LLC | 5/12/2014 | 004-N 004-N | 001-W 001-W | 10 11 | Washington | 40-0000183.000 40-0000631.000 | Guernsey | OH | 517 | 1040 | 201400004573 |
| OH0101001921-003 | BRAXTON MINERALS LLC | BRAXTON ENERGY LLC | 5/20/2014 | 004-N 004-N | 001-W 001-W | 10 11 | Washington | 40-0000183.000 40-0000631.000 | Guernsey | OH | 516 | 1674 | 201400004040 |
| OH0101001921-004 | BAYOU VISTA LAND AND PRODUCTION CO | BRAXTON ENERGY LLC | 6/4/2014 | 004-N 004-N | 001-W 001-W | 10 11 | Washington | 40-0000183.000 40-0000631.000 | Guernsey | OH | 517 | 1037 | 201400004572 |
| OH0101001924-000 | CHARLES LODGE ET UX | SKZ INC | 5/13/1986 | 011-N | 007-W | 21 | Londonderry | 20-0001471.000 | Guernsey | OH | 102 | 632 | |
| OH0101001925-000 | BARBARA A MEREDITH | NORTH COAST ENERGY | 2/20/2001 | 011-N | 007-W | 27 | Londonderry | 20-0000439.000 | Guernsey | OH | 267 | 556 | |
| OH0101001926-000 | EARL B SUTER ET UX | CARRIZO (UTICA) LLC | 3/24/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001506.000 | Guernsey | OH | 514 | 2647 | 201400002687 |
| OH0101001927-000 | BARRY J VARGO ET UX | CARRIZO (UTICA) LLC | 5/22/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001508.000 31-0001664.000 | Guernsey | OH | 517 | 454 | 201400004568 |
| OH0101001928-000 | RICCI MICHELLE DIGUILIO | CARRIZO (UTICA) LLC | 6/10/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002279.000 | Guernsey | OH | 517 | 1967 | 201400004914 |
| OH0101001929-000 | CHARLES A BURSEE ET UX | CARRIZO (UTICA) LLC | 6/28/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001659.000 | Guernsey | OH | 518 | 3335 | 201400005887 |
| OH0101001930-000 | EDWARD E LANCASTER ET UX | CARRIZO (UTICA) LLC | 3/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001657.000 | Guernsey | OH | 516 | 277 | 201400003761 |
| OH0101001931-000 | MARK MATTUCCI ET UX | CARRIZO (UTICA) LLC | 2/25/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002245.000 | Guernsey | OH | 514 | 21 | 201400002124 |
| OH0101001932-000 | JOHN RIECK ET UX | CARRIZO (UTICA) LLC | 3/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001956.000 | Guernsey | OH | 517 | 469 | 201400004573 |
| OH0101001933-000 | ERIC TUCKER ET UX | CARRIZO (UTICA) LLC | 3/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002246.000 | Guernsey | OH | 516 | 280 | 201400003762 |
| OH0101001934-000 | CHARLES O NOFFSINGER ET | CARRIZO (UTICA) LLC | 5/30/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002272.000 | Guernsey | OH | 517 | 491 | 201400004580 |
| OH0101001935-000 | CHRISTOPHER KNIGHT ET UX | CARRIZO (UTICA) LLC | 4/30/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002244.000 | Guernsey | OH | 517 | 1961 | 201400004912 |
| OH0101001936-000 | TRENT D TIFFANY ET UX | CARRIZO (UTICA) LLC | 3/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002249.000 | Guernsey | OH | 516 | 268 | 201400003758 |
| OH0101001937-000 | JAMES W LOEW ET UX | CARRIZO (UTICA) LLC | 3/16/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001700.000 | Guernsey | OH | 514 | 1285 | 201400002927 |
| OH0101001938-000 | JAMES D JONES ET AL | CARRIZO (UTICA) LLC | 6/23/2014 | 001-N | 001-W | 2 | Wills | 44-0001057.001 44-0001057.003 | Guernsey | OH | 517 | 1949 | 201400004908 |

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001939-000 | JOHN L KURUCZ ET UX | CARRIZO (UTICA) LLC | 7/16/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001901.000 | Guernsey | OH | 518 | 3328 | 201400005885 |
| OH0101001940-000 | DENNIS M BIEDENBACH ET UX | CARRIZO (UTICA) LLC | 5/20/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001532.000 31-0001509.000 | Guernsey | OH | 517 | 463 | 201400004571 |
| OH0101001941-000 | ROSS ROSKOVICH ET UX | CARRIZO (UTICA) LLC | 5/27/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001895.000 | Guernsey | OH | 517 | 472 | 201400004574 |
| OH0101001942-000 | GREGORY JOHN NICODEMUS ET UX | CARRIZO (UTICA) LLC | 3/13/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001620.000 31-0001546.000 | Guernsey | OH | 516 | 283 | 201400037763 |
| OH0101001943-000 | DENNIS BALDWIN | CARRIZO (UTICA) LLC | 1/30/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001903.000 | Guernsey | OH | 513 | 987 | 201400001532 |
| OH0101001944-000 | GEORGE VEITH ET UX | CARRIZO (UTICA) LLC | 8/5/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001707.000 | Guernsey | OH | 519 | 2703 | 201400006525 |
| OH0101001945-000 | FRANK C PALISWAT ET UX | CARRIZO (UTICA) LLC | 9/12/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001628.000 | Guernsey | OH | 520 | 1603 | 201400007073 |
| OH0101001946-000 | GARY W MORRIS ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/1/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001817.000 | Guernsey | OH | 510 | 1715 | 201300010022 |
| OH0101001947-000 | THOMAS L WELSH ET UX | CARRIZO (UTICA) LLC | 2/28/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001511.000 | Guernsey | OH | 514 | 1300 | 201400002372 |
| OH0101001948-000 | MONTY YOUNG ET UX | CARRIZO (UTICA) LLC | 3/25/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001665.000 31-0001515.000 | Guernsey | OH | 514 | 1818 | 201400002492 |
| OH0101001949-000 | MARK L WISE ET UX | CARRIZO (UTICA) LLC | 6/10/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001666.000 | Guernsey | OH | 517 | 1952 | 201400004909 |
| OH0101001950-000 | BARBARA KENNARD ET VIR | CARRIZO (UTICA) LLC | 6/23/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002222.000 | Guernsey | OH | 518 | 3338 | 201400005888 |
| OH0101001951-000 | DAVID A BARNES ET UX | CARRIZO (UTICA) LLC | 2/18/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001531.000 | Guernsey | OH | 514 | 6 | 201400002119 |
| OH0101001952-000 | JOHN E BEST JR ET UX | CARRIZO (UTICA) LLC | 3/5/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002276.000 | Guernsey | OH | 514 | 1297 | 201400002371 |
| OH0101001953-000 | EDWARD H HURD ET UX | CARRIZO (UTICA) LLC | 2/28/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001915.000 31-0001916.000 | Guernsey | OH | 514 | 1294 | 201400002370 |
| OH0101001954-000 | HAROLD W MARSH ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 10/31/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001952.000 | Guernsey | OH | 509 | 3333 | 201300009540 |
| OH0101001955-000 | PAUL A CORTEL | CARRIZO (UTICA) LLC | 3/10/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001983.000 | Guernsey | OH | 514 | 1291 | 201400002369 |
| OH0101001956-000 | RANDALL H J FOSTER ET UX | CARRIZO (UTICA) LLC | 3/12/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001999.000 | Guernsey | OH | 514 | 1282 | 201400002366 |
| OH0101001957-000 | CLIFFORD FORDYCE ET UX | CARRIZO (UTICA) LLC | 3/5/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001505.000 | Guernsey | OH | 514 | 12 | 201400002121 |
| OH0101001958-000 | WILLIAM D FAHEY ET UX | CARRIZO (UTICA) LLC | 2/19/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002195.000 | Guernsey | OH | 509514 | 329518 | 201400002123 |
| OH0101001959-000 | JOHN SAMIDA | CARRIZO (UTICA) LLC | 4/30/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001813.000 | Guernsey | OH | 517 | 466 | 201400004572 |
| OH0101001960-000 | LAWRENCE E LANCH ET UX | CARRIZO (UTICA) LLC | 3/4/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002293.000 | Guernsey | OH | 514 | 9 | 201400002120 |
| OH0101001961-000 | ELIAS KARDASSIS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/20/2013 | 001-N | 002-W | ML 10 | Richland | 31-0001833.000 | Guernsey | OH | 511 | 95 | 201300010529 |
| OH0101001962-000 | GRENNELL FAMILY TRUST | CARRIZO (UTICA) LLC | 6/4/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001646.000 | Guernsey | OH | 517 | 494 | 201400004581 |

Book Page
552 1261

Instrument
20170000494 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001963-000 | LUCIAN WEESE ET UX | CARRIZO (UTICA) LLC | 5/9/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001823.000 | Guernsey | OH | 517 | 1955 | 201400004910 |
| OH0101001964-000 | JEFFREY L JOHNSON ET UX | CARRIZO (UTICA) LLC | 8/6/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001850.000 | Guernsey | OH | 519 | 2700 | 201400006524 |
| OH0101001965-000 | ROSEANN LUCCI | CARRIZO (UTICA) LLC | 12/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001847.000 | Guernsey | OH | 512 | 853 | 201400000628 |
| OH0101001966-000 | LISA WILSON ET VIR | CARRIZO (UTICA) LLC | 2/27/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001985.000 | Guernsey | OH | 514 | 2656 | 201400002690 |
| OH0101001967-000 | RODNEY GHEEN JR ET UX | CARRIZO (UTICA) LLC | 5/31/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001846.000 | Guernsey | OH | 517 | 1958 | 201400004911 |
| OH0101001968-000 | DAVID G HULL ET UX | CARRIZO(UTICA) LLC & ACP III UTICA | 11/25/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001990.000 | Guernsey | OH | 511 | 129 | 201300010542 |
| OH0101001969-000 | DENNIS MOORE ET UX | CARRIZO (UTICA) LLC | 3/20/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002055.000 | Guernsey | OH | 521 | 600 | 201400007622 |
| OH0101001970-000 | LARRY R STEPHENS ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 11/15/2013 | 009-N | 007-W | 32 | Millwood | 25-0000098.000 | Guernsey | OH | 510 | 896 | 201300009807 |
| OH01010019O1971-000 | RICHARD C GRAVES JR | CARRIZO (UTICA) LLC | 5/28/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000715.000 | Guernsey | OH | 521 | 1185 | 201400007749 |
| OH0101001973-000 | BOX OF RAIN FARMS LLC | CARRIZO (UTICA) LLC | 8/27/2014 | 011-N | 007-W | 20 | Londonderry | 20-0000855.000 | Guernsey | OH | 520 | 3313 | 201400007468 |
| OH0101001974-000 | JEFFREY S YOUNG SR ET UX | CARRIZO (UTICA) LLC | 8/7/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002043.000 | Guernsey | OH | 519 | 2697 | 201400006523 |
| OH0101001975-000 | SAMUEL PEPPLER ET UX | CARRIZO (UTICA) LLC & ACP III UTICA | 10/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001825.000 31-0001826.000 | Guernsey | OH | 509 | 2871 | 201300009424 |
| OH0101001976-000 | KENNETH KOZEMPA ET AL | CARRIZO (UTICA) LLC | 11/30/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001626.000 | Guernsey | OH | 512 | 872 | 201400000634 |
| OH0101001977-000 | ROBERT C JONES JR | CARRIZO (UTICA) LLC & ACP III UTICA | 11/1/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001941.000 | Guernsey | OH | 509 | 2895 | 201300009432 |
| OH0101001978-000 | LEE NEAL BOND ET UX | CARRIZO (UTICA) LLC | 6/24/2014 | 011-N | 007-W | 26 | Londonderry | 20-0000676.000 20-0000876.000 20-0000877.000 20-0001858.000 | Guernsey | OH | 517 | 2202 | 201400004960 |
| OH0101001979-000 | JAMES D SPEIER ET UX | CARRIZO (UTICA) LLC | 1/30/2014 | 001-N | 002-W | 10 | Richland | 34-0000076.000 | Guernsey | OH | 513 | 701 | 201400001440 |
| OH0101001980-000 | BRETT BATTON ET UX | CARRIZO (UTICA) LLC | 7/10/2014 | 011-N | 007-W | 8 | Londonderry | 20-0001411.000 | Guernsey | OH | 519 | 729 | 201400006076 |
| OH0101001982-000 | BIRMINGHAM UNITED METHODIST CHURCH | CARRIZO (UTICA) LLC | 5/22/2014 | 004-N | 002-W | 11 | Monroe | 26-0001949.000 26-0000185.000 | Guernsey | OH | 517 | 482 | 201400004577 |
| OH0101001983-000 | RONALD E MCCLINTOCK SR ET AL | CARRIZO (UTICA) LLC & ACP III UTICA | 11/23/2013 | 001-N | 002-W | 10 | Richland | 34-0000055.000 | Guernsey | OH | 511 | 40 | 201300010511 |

Book Page
552 1262

Instrument
20170000694 OR

**Exhibit A-2**
**LEASES - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001985-001 | CLARENCE PAUL EDWARDS JR ETUX | WILLIAM N TIPKA | 2/16/1983 | 004-N | 001-W | 9 | Washington | 40-0000248.000 40-0000248.001 40-0000248.002 40-0000248.003 40-0000248.004 40-0000248.005 40-0000248.006 40-0000248.007 | Guernsey | OH | 96 | 82 | 88111 |
| OH0101001986-000 | BYRAN E NICHOLS ET UX | CARRIZO (UTICA) LLC | 10/16/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001788.000 | Guernsey | OH | 521 | 1977 | 201400007936 |
| OH0101001987-000 | ROBERT M ORR ET UX | CARRIZO (UTICA) LLC | 10/1/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001851.000 31-0001852.000 | Guernsey | OH | 521 | 575 | 201400007612 |
| OH0101001988-000 | BARBARA A ROSCOE | CARRIZO (UTICA) LLC | 10/21/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001856.000 | Guernsey | OH | 521 | 1964 | 201400007930 |
| OH0101001989-000 | TED W HUNT ET UX | CARRIZO (UTICA) LLC | 9/26/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001742.000 | Guernsey | OH | 521 | 585 | 201400007616 |
| OH0101001990-001 | RAY W PARKER ET UX | WNT OPERATING INC | 5/20/1987 | 004-N | 001-W | 12 | Washington | 40-0000185.000 | Guernsey | OH | 103 | 874 | 10465 |
| OH0101001991-000 | ROGER A BIRCH ET UX | CARRIZO (UTICA) LLC | 10/21/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001650.000 | Guernsey | OH | 521 | 1970 | 201400007933 |
| OH0101001992-000 | TINA TONNOUS ET VIR | CARRIZO (UTICA) LLC | 10/23/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001973.000 31-0001974.000 31-0001785.000 31-0001701.000 | Guernsey | OH | 521 | 1972 | 201400007934 |
| OH0101001993-000 | WILLIAM E THORNTON ET UX | CARRIZO (UTICA) LLC | 12/11/2014 | 001-N | 002-W | 1 | Wills | 46-0000353.000 | Guernsey | OH | 522 | 3545 | 201400008949 |
| OH0101001996-001 | STONE LEDGE LLC | CARRIZO (UTICA) LLC | 12/9/2014 | 001-N | 001-W | 9 | Richland | 33-0000005.010 | Guernsey | OH | 521 | 590 | 201400007618 |
| OH0101001997-000 | LINDA BRAGG ET VIR | CARRIZO (UTICA) LLC | 8/12/2014 | 001-N | 001-W | ML 10 | Richland | 31-0001740.000 | Guernsey | OH | 519 | 2694 | 201400006522 |
| OH0101001998-000 | DAVID H BARNES ET UX | CARRIZO (UTICA) LLC | 10/15/2014 | 001-N | 001-W | ML 10 | Richland | 31-0002235.000 | Guernsey | OH | 521 | 590 | 201400007618 |
| OH0101001999-000 | MARGARET A SKAPIK | CARRIZO (UTICA) LLC & ACP III LLC | 10/29/2013 | 001-N | 001-W | ML 10 | Richland | 31-0001674.000 | Guernsey | OH | 510 | 890 | 201300009805 |
| OH0101001700-000 | RICHARD G AND LORETTA S MILLESON LT | CARRIZO (UTICA) LLC | 1/11/2014 | 011-N 010-N | 007-W 006-W | 3 29 | Londonderry Moorefield | 20-0000237.000 17-0000712.000 | Guernsey Harrison | OH | 513 221 | 731 1591 | 201400001450 201400003533 |

201700000594 OR Book 201 Page 640 3552 1283

**Exhibit A-2**
**LEASES – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| LEASE NUMBER | LESSOR | LESSEE | LEASE EFFECTIVE DATE | TOWNSHIP | RANGE | SECTION | TOWNSHIP NAME | TAX PARCEL I.D. | COUNTY | STATE | BOOK | PAGE | INSTRUMENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001020-001 | EDDIE G POTTS ET UX | CARRIZO (UTICA) LLC | 4/4/2012 | 001-N 001-N | 001-W 001-W | 18, ML7, 12, 13 19 | Richland Wayne | 31-0002994.000 31-0002996.001 31-0000354.002 31-0002831.000 31-0002830.000 31-0000158.000 31-0001682.000 31-0000081.000 36-0021095.009 36-0021095.012 | Guernsey Noble | OH | 201 | 640 | 201200053723 |

Instrument
201700006694 OR

Book Page
552 1264

## Exhibit A-3

Wells

See attached.

**Exhibit A-3**

**WELLS - Guernsey County**

Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| COUNTY | TOWNSHIP | WELL NAME | ODNR NAME | PERMIT NUMBER | OPERATOR | WELL OWNER |
|--------|----------|-----------|-----------|---------------|----------|-----------|
| GUERNSEY | RICHLAND | Rector #1H | Rector #1H | 34059242730000 | CRZO | Carrizo (Utica) LLC |
| GUERNSEY | WASHINGTON | Brown #1H | Brown #1H | 34059243130000 | CRZO | Carrizo (Utica) LLC |
| GUERNSEY | LONDONDERRY | Wagler #1H | Wagler #1H | 34059243680000 | CRZO | Carrizo (Utica) LLC |
| GUERNSEY | LONDONDERRY | Wagler #2H | Wagler #2H | 34059243860000 | CRZO | Carrizo (Utica) LLC |
| GUERNSEY | LONDONDERRY | Miller 1-25H | Miller 1-25H | 34059242230000 | GULFPORT | Gulfport |
| GUERNSEY | LONDONDERRY | Miller 2-25H | Miller 2-25H | 34059242910000 | GULFPORT | Gulfport |
| GUERNSEY | LONDONDERRY | Miller 3-25H | Miller 3-25H | 34059242900000 | GULFPORT | Gulfport |
| GUERNSEY | WILLS | SHIPMAN WLS GR 2H | SHIPMAN WLS GR 2H | 34059244670000 | ASCENT | Ascent Resources - Utica, LLC |
| GUERNSEY | WILLS | SHIPMAN WLS GR 6H | SHIPMAN WLS GR 6H | 34059244690000 | ASCENT | Ascent Resources - Utica, LLC |

Instrument          Book Page
201700006694 OR      552 1266

## Exhibit A-4

### Shallow Wells and Uncompleted Wells

See attached.

**Exhibit A-4**
**SHALLOW WELLS AND UNCOMPLETED WELLS**
Attached to & made part of that certain Assignment,
Bill of Sale & Conveyance between Carrizo, Carrizo Utica
& Ascent dated effective 4/1/2017.

| GUERNSEY COUNTY | | | | | | |
|---|---|---|---|---|---|---|
| **COUNTY** | **TOWNSHIP** | **WELL NAME** | **ODNR NAME** | **PERMIT NUMBER** | **OPERATOR** | **WELL OWNER** |
| GUERNSEY | WASHINGTON | Slimbosky #1 | SLIMBOSKY ADDED PROD96 1 | 34059223980000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Big Brother #1 | BIG BROTHER ADDED PROD96 1 | 34059223990000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Big Brother Unit #1 | BIG BROTHER UNIT ADDED PROD96 1 | 34059226050000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Peterson D #1 | PETERSON ADDED PROD96 1 | 34059223970000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Peterson Unit #1 | PETERSON UNIT ADDED PROD96 1 | 34059225970000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Young R #1 | YOUNG R. ADDED PROD96 1 | 34059227250000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Glass A #1 | GLASS A. ADDED PROD96 1 | 34059225980000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Greenwalt S #1 | GREENWALT S. ADDED PROD96 1 | 34059227230000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Bertine M #2 | BERTINE M. ADDED PROD96 2 | 34059226220000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Daugherty G #1 | DAUGHERTY G. ADDED PROD96 1 | 34059227360000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Getz M #1 | GETZ M. ADDED PROD96 1 | 34059227220000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Tedrick V #1 | TEDRICK V. ADDED PROD96 1 | 34059224150000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Tedrick V #2 | TEDRICK V. ADDED PROD96 2 | 34059225780000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Fordyce Unit #1 | FORDYCE UNIT ADDED PROD96 1 | 34059226230000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Fassinger Unit #1 | FASSINGER UNIT ADDED PROD96 1 | 34059226180000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | ECK J #1 | ECK ADDED PROD96 1 | 34059223930000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | ECK J #2 | ECK ADDED PROD96 2 | 34059225800000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Miller S #1 | MILLER S. ADDED PROD96 1 | 34059221350000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Miller S #2 | MILLER S. ADDED PROD96 2 | 34059221650000 | APC | Carrizo (UTICA) LLC |

\* Uncompleted Wells.

Instrument 201700006694 OR Book 552 Page 1267

**Exhibit A-4**
**SHALLOW WELLS AND UNCOMPLETED WELLS**
Attached to & made part of that certain Assignment,
Bill of Sale & Conveyance between Carrizo, Carrizo Utica & Ascent
& Ascent dated effective 4/1/2017.

| COUNTY | TOWNSHIP | WELL NAME | ODNR NAME | PERMIT NUMBER | OPERATOR | WELL OWNER |
|--------|----------|-----------|-----------|---------------|----------|------------|
| GUERNSEY | MONROE | Beal V #1 | BEAL V. ADDED PROD96 1 | 34059221660000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Larrick J #2 | LARRICK J. ADDED PROD96 2 | 34059223700000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Miller W #2 | MILLER W. ADDED PROD96 2 | 34059222530000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | E & J Investments #1 | E&J INVESTMENTS ADDED PROD96 1 | 34059221620000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | E & J Investments #2 | E&J INVESTMENTS 2 | 34059221640000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | E & J Investments #3 | E&J INVESTMENTS ADDED PROD96 3 | 34059224250000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Downer M #2 | DOWNER M. ADDED PROD96 2 | 34059224290000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Carter A #1 | CARTER A. ADDED PROD96 1 | 34059222440000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Downer M #1 | DOWNER M. ADDED PROD96 1 | 34059223580000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Rafferty P #1 | RAFFERTY P. ADDED PROD96 1 | 34059222070000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Horton S #1 | HORTON S. ADDED PROD96 1 | 34059222060000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Lanning-Aiken #1 | LANNING-AIKEN ADDED PROD96 1 | 34059225830000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Lanning G #1 | LANNING G. ADDED PROD96 1 | 34059225670000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Yoho M #1 | YOHO M. ADDED PROD96 1 | 34059224230000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Bonnell W #1 | BONNELL W. ADDED PROD96 1 | 34059224650000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Larrick F #1 | LARRICK F. ADDED PROD96 1 | 34059223690000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Miller R #1 | MILLER ROMA & MARIE 1 | 34059223420000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Steward G #1 | STEWARD ADDED PROD96 1 | 34059224240000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Steward G #2 | STEWARD ADDED PROD96 2 | 34059224300000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Bradfield V #1 | BRADFIELD ADDED PROD96 1 | 34059223960000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | MONROE | Warnock K #1 | WARNOCK K. ADDED PROD96 1 | 34059223590000 | APC | Carrizo (UTICA) LLC |

* Uncompleted Wells.

**Exhibit A-4**
**SHALLOW WELLS AND UNCOMPLETED WELLS**
Attached to & made part of that certain Assignment,
Bill of Sale & Conveyance between Carrizo, Carrizo Utica
& Ascent dated effective 4/1/2017.

| COUNTY | TOWNSHIP | WELL NAME | ODNR NAME | PERMIT NUMBER | OPERATOR | WELL OWNER |
|---|---|---|---|---|---|---|
| GUERNSEY | WASHINGTON | Patterson R #1 | PATTERSON R. ADDED PROD96 1 | 34059223910000 | APC | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Hendershot-Roe Unit 1 | HENDERSHOT-ROE UNIT 1 | 34059240600000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Hendershot-Roe Unit 2 | HENDERSHOT-ROE UNIT 2 | 34059240910000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Smith Unit 1 | SMITH UNIT 1 | 34059240810000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Rector East #2H* | | 34059244000000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Rector East #14H* | | 34059244020000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Rector #3H* | | 34059243970000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Rector #4H* | | 34059243980000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Hoop #1H* | | 34059244390000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Hoop #2H* | | 34059244430000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Hoop #3H* | | 34059244440000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Hoop #4H* | | 34059244420000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Hoop #5H* | | 34059244410000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | LONDONDERRY | Wagler #6H* | | 34059244400000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Mohorovich West #1H* | | 34059243200100 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Mohorovich #2H* | | 34059244210000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Mohorovich #3H* | | 34059244200000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Mohorovich East #4H* | | 34059244190000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | RICHLAND | Mohorovich West #8H* | | 34059244010000 | CRZO | Carrizo (UTICA) LLC |
| GUERNSEY | WASHINGTON | Warnock R #1 | WARNOCK RAYMOND | 34059223940000 | APC | Carrizo (UTICA) LLC |

* Uncompleted Wells.                                Page 3 of 4

Instrument 20170006694 OR

Book Page 552 1269

**Exhibit A-4**
**SHALLOW WELLS AND UNCOMPLETED WELLS**
Attached to & made part of that certain Assignment,
Bill of Sale & Conveyance between Carrizo, Carrizo Utica
& Ascent dated effective 4/1/2017.

| COUNTY | TOWNSHIP | WELL NAME | ODNR NAME | PERMIT NUMBER | OPERATOR | WELL OWNER |
|--------|----------|-----------|-----------|---------------|----------|------------|
| GUERNSEY NOBLE | RICHLAND WAYNE | Rector #11H* | | 34059243990000 | CRZO | Carrizo (UTICA) LLC |

\* Uncompleted Wells.                                   Page 4 of 4

Instrument 201700008694 OR
Book 552 Page 1270

Instrument          Book Page
201700006694 OR      552 1271

**Exhibit B**

Easements

See attached.

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-001 | ROADWAY, EASEMENT AND RIGHT OF WAY CO-OCCUPANCY AGREEMENT | CARRIZO (UTICA) LLC AND PDC ENERGY ET AL. | 6/5/2014 | UNRECORDED | - | - | - | - | - | | Guernsey | OH |
| OH0101001ROW-002 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO AND ELMER BLANKENSHIP | 7/29/1978 | V330 P666 | MONROE | - | - | | - | | Guernsey | OH |
| OH0101001ROW-003 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND MONROE TOWNSHIP TRUSTEES | 7/28/1978 | V330 P668 | MONROE | - | - | | - | | Guernsey | OH |
| OH0101001ROW-004 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND MONROE TOWNSHIP TRUSTEES | 12/5/1977 | V327 P402 | MONROE | - | - | 11 | - | | Guernsey | OH |
| OH0101001ROW-005 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND M HAROLD AND MARIE DOWNER | 11/28/1977 | V327 P215 | MONROE | 004-N | 002-W | 19 | SENE | - | Guernsey | OH |
| OH0101001ROW-006 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND LEROY AND AVA BEAL | 10/29/1977 | V326 P742 | MONROE | - | - | 1 | - | | Guernsey | OH |
| OH0101001ROW-007 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND DAN M AND LIZZIE MILLER | 10/13/1977 | V326 P566 | MONROE | - | - | 10 | - | | Guernsey | OH |
| OH0103001ROW-008 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND JOSEPH R AND SUSIE J YODER | 10/13/1977 | V326 P564 | MONROE | - | - | 10, 11 | - | | Guernsey | OH |
| OH0101001ROW-009 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO AND ELLIS MCCRACKEN | 7/27/1978 | V330 P675 | MONROE | - | - | 9 | - | | Guernsey | OH |
| OH0101001ROW-010 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND RICHARD D AND LIELA L PATTERSON | 8/7/1978 | V331 P112 | WASHINGTON | - | - | 24 | - | | Guernsey | OH |
| OH0101001ROW-011 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS COMPANY AND JAMES G AND JUDITH LEE ECK | 10/23/1978 | V332 P73 | WASHINGTON | - | - | 17 | - | | Guernsey | OH |
| OH0101001ROW-012 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND WASHINGTON TOWNSHIP TRUSTEES | 9/8/1978 | V331 P375 | WASHINGTON | - | - | | - | | Guernsey | OH |
| OH0101001ROW-013 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND CLARENCE P AND JANIS EDWARDS JR | 8/22/1979 | V336 P445 | WASHINGTON | - | - | | - | | Guernsey | OH |

Page 1 of 7

Instrument
20170000684 OR

Book Page
552 1272

**Exhibit B**
**EASEMENTS – Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-014 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND PATRICIA GREGG MAY | 8/6/1979 | V336 P118 | WASHINGTON | 004-N | 001-W | 13 | NW4 | | Guernsey | OH |
| OH0101001ROW-015 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND MARQUIS C AND LINNIE P POWELL | 4/6/1982 | V348 P780 | MONROE | | | 20, 21 | - | | Guernsey | OH |
| OH0101001ROW-016 | RIGHT OF WAY AGREEEMENT | WNT OPERATING INC AND MOSE S AND NAOMI M MILLER | 11/5/1989 | V1 P523 | WASHINGTON | | | 3 | NW4 | | Guernsey | OH |
| OH0101001RCW-017 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND RUDOLPH M BERTINE | 8/31/1979 | V336 P622 | WASHINGTON | | | 10 | | | Guernsey | OH |
| OH0101001ROW-018 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND RE AND MARJORIE PADEN | 7/2/1980 | V340 P365 | WASHINGTON | | | 10 | | | Guernsey | OH |
| OH0101001ROW-019 | GRANT OF RIGHT OF WAY | W N TIPKA AND ISABELLE G SHEPHERD | 7/17/1980 | V340 P743 | WASHINGTON | | - | 9 | - | - | Guernsey | OH |
| OH0101001RCW-020 | RIGHT OF WAY AGREEMENT | WNT OPERATING INC AND PATRICIA G MAY | 8/22/1990 | V9 P648 | WASHINGTON | 004-N | 001-W | 13 | NW4 | - | Guernsey | OH |
| OH0101001ROW-021 | GRANT OF RIGHT OF WAY | TIPKA-BARTLO OIL & GAS CO. AND SINA P GREENWALT | 8/31/1979 | V336 P624 | WASHINGTON | | | 10 | | - | Guernsey | OH |
| OH0101001ROW-022 | RIGHT OF WAY AGREEMENT | WILLIAM N TIPKA AND THOMAS AND CLARICE MCCASKEY | 10/14/1987 | V374 P653 | WASHINGTON | | | 12 | - | - | Guernsey | OH |
| OH0101001ROW-023 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND HAROLD AND DORIS GEORGE | 10/12/1977 | V326 P562 | MONROE | | | 10 | - | - | Guernsey | OH |
| OH0101001ROW-024 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND ESTELLA M AND ARTHUR GEORGE | 10/12/1977 | V326 P560 | MONROE | | | 10 | - | | Guernsey | OH |
| OH0101001ROW-025 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND VERNON A AND MARY E GRIMSLEY | 9/8/1978 | V331 P372 | WASHINGTON | - | | 13, 17 | - | | Guernsey | OH |
| OH0101001ROW-026 | GRANT OF RIGHT OF WAY | WILLIAM N TIPKA AND WARNOCK/WARNOCK | 8/23/1978 | V331 P373 | WASHINGTON | | | | | - | Guernsey | OH |
| OH0101001FOW-027 | MEMORANDUM OF PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) LLC AND SHIRLEY L HUTZEL | 6/20/2014 | V521 P2347 | WASHINGTON | 004-N | 001-W | 14 | | 40-0000066.000 | Guernsey | OH |

Instrument
201700066694  OR
Book  Page
552  1273

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-030 | MEMORANDUM OF PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) LLC AND D DIANNE M BAGINSKI ET UX | 5/7/2014 | V526 P840 | RICHLAND | 001-N | 001-W | 12 | - | 31-0001559.000 | Guernsey | OH |
| OH0101001ROW-031 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) LLC AND ROGER S TEDRICK ET UX | 10/21/2014 | V521 P2369 | LONDONDERRY | 011-N | 007-W | 27 | - | 20-0000205.000 20-0001183.000 | Guernsey | OH |
| OH0101001ROW-032 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND K & R CONSERVATION LLC | 9/17/2014 | V521 P2373 | LONDONDERRY | 011-N | 007-W | 21 22 | - | 20-0000301.000 09-0000126.000 | Guernsey Harrison | OH |
| OH0101001ROW-033 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND VICKI S HOOP | 10/1/2014 | V523 P3445 | LONDONDERRY | 011-N | 007-W | 33 | - | 20-0000281.001 | Guernsey | OH |
| OH0101001ROW-034 | MEMORANDUM OF PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) LLC AND KENNETH L BROWN JR ET UX | 7/3/2014 | V523 P3435 | WASHINGTON | 004-N | 001-W | 14 | - | 40-0000043.001 | Guernsey | OH |
| OH0101001ROW-035 | MEMORANDUM OF PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) LLC AND LEVI H FAUSNIGHT REVOCABLE TRUST | 6/27/2014 | V524 P719 | WASHINGTON | 004-N | 001-W | 14 | - | 40-0000043.000 | Guernsey | OH |
| OH0101001ROW-036 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) LLC AND DALE E BOND ET AL | 12/18/2014 | V523 P3451 | LONDONDERRY | 011-N | 007-W | 26 | - | 20-0000080.000 | Guernsey | OH |
| OH0101001ROW-038 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND NORMAN E WAGLER REVOCABLE LIVING TR | 1/14/2015 | V523 P3439 | LONDONDERRY | 011-N | 007-W | 27 | - | 20-0000166.000 20-0001275.000 | Guernsey | OH |
| OH0101001ROW-040 | MEMORANDUM OF TEMPORARY PIPELINE RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND GUERNSEY COUNTY COMMUNITY DEVELOPME | 10/14/2014 | V523 P3431 | CENTER WILLS | 001-N | 002-W | 3 2 1 | - | 09-0000509.000 09-0000508.000 46-0000059.000 | Guernsey | OH |
| OH0101001ROW-041 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND 60926 LARUE ROAD LAND TRUST PL/ROW | 2/2/2016 | V534 P934 | RICHLAND | 001-N | 001-W | 9 | - | 31-0002701.000 | Guernsey | OH |

Instrument 201700004694 OR Book 552 Page 1274

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-042 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND DANIEL H GASNER ET UX | 10/9/2014 | V529 P1959 | RICHLAND | 001-N | 001-W | 12 | - | 33-0000002.003 | Guernsey | OH |
| OH0101001ROW-043 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND HENRY E WETMORE ET UX | 10/31/2014 | V530 P735 | RICHLAND | 001-N | 001-W | 12 | - | 33-0000002.004 | Guernsey | OH |
| OH0101001ROW-044 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND HENRY E WETMORE ET AL | 10/31/2014 | V530 P741 | RICHLAND | 001-N | 001-W | 12 | - | 33-0000002.005 | Guernsey | OH |
| OH0101001ROW-045 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND EDWARD C TURNER ET UX | 6/30/2015 | V530 P86 | WILLS | 022-N 001-N | 001-W | 2 | - | 44-0000101.000 44-0000102.000 | Guernsey | OH |
| OH0101001ROW-046 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND O FRANKFORT ROAD LAND TRUST PL/ROW | 2/2/2016 | V534 P926 | MILLWOOD | 001-N | 001-W | 9 | - | 23-0000175.000 | Guernsey | OH |
| OH0101001ROW-047 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND JOHN H SCURLOCK PL/ROW | 6/30/2015 | V530 P93 | WILLS | 001-N | 001-W | 2 | - | 44-0000122.000 | Guernsey | OH |
| OH0101001ROW-048 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND LORNE G ROE ET AL PL/ROW | 2/2/2016 | V534 P942 | MILLWOOD | 001-N | 001-W | 9 | - | 23-0000264.000 23-0000649.000 23-0000209.000 | Guernsey | OH |
| OH0101001ROW-049 | MEMORANDUM OF TEMPORARY WATERLINE RIGHT OF WAY AND OPTION FOR PIPELINE RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND RAYMOND L JENKINS ET UX PL/ROW | 8/4/2014 | V529 P1965 | RICHLAND | 001-N | 001-W | 12 | - | 31-0001555 | Guernsey | OH |
| OH0101001ROW-050 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND JAMES MONTGOMERY ET UX TR PL/ROW | 6/3/2015 | V535 P3018 | WASHINGTON | 004-N | 001-W | 9 | - | 40-0000149.000 40-0000198.000 | Guernsey | OH |
| OH0101001ROW-051 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND JAMES A MONTGOMERY ET UX PL/ROW | 6/3/2015 | V535 P3024 | WASHINGTON | 004-N | 001-W | 12 | - | 40-0000256.006 40-0000256.007 | Guernsey | OH |
| OH0101001ROW-052 | MEMORANDUM OF PIPELINE RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND RECTOR FAM WILDLIFE TRUST B-21-13 | 4/5/2017 | V535 P3010 | RICHLAND | 001-N | 001-W | 7 8 | | 31-0000309.000 31-0000311.000 | Guernsey | OH |

Instrument
201700004694 OR

Book Page
552 1275

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-053 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND PATRICK W MOORE AND KAREN L MOORE | 10/24/2014 | V534 P3362 | RICHLAND | 001-N | 001-W | 9 | - | 23-000025.007 | Guernsey | OH |
| OH0101001ROW-054 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND STEVEN E SCHWARTZ | 10/22/2014 | V334 P3393 | MILLWOOD | 001-N | 001-W | 10 | - | 23-0000339.003 | Guernsey | OH |
| OH0101001ROW-055 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND MARTIN DETWEILER AND RUTH DETWEILER | 12/30/2014 | V534 P3387 | RICHLAND | 001-N | 001-W | 12 | - | 31-0001553.000 | Guernsey | OH |
| OH0101001ROW-056 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND RICHARD A MCKEE AND PATRICIA M MCKE | 2/27/2015 | V534 P3399 | RICHLAND | 001-N | 001-W | 9 | - | 33-0000005.011 | Guernsey | OH |
| OH0101001ROW-057 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND RALPH B LENT ET AL | 9/22/2014 | V534 P3380 | RICHLAND | 001-N | 001-W | 12 | - | 31-0000256.000 | Guernsey | OH |
| OH0101001ROW-058 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND 10PT LODGE LLC | 3/31/2015 | V534 P3374 | RICHLAND | 001-N | 001-W | 3 | - | 31-0000256.000 | Guernsey | OH |
| OH0101001ROW-059 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND POSI HOLDINGS LTD | 12/16/2014 | V534 P3368 | RICHLAND | 001-N | 001-W | 4 | - | 31-0000074.001 31-0002838.000 | Guernsey | OH |
| OH0101001ROW-060 | RIGHT OF WAY AND EASEMENT AGREEMENT | ECLIPSE RESOURCES OHIO LLC | 3/26/2014 | V527 P2406 | MILLWOOD | 001-N | 001-W | 10 | - | 23-0000054.000 | Guernsey | OH |
| OH0101001ROW-061 | MEMORANDUM OF PIPELINE RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) LLC AND TAMARA MCKNIGHT AND HARRY MCKNIGHT | 4/6/2016 | V538 P1897 | RICHLAND | 001-N | 001-W | 13 | - | 31-0000543.005 | Guernsey | OH |
| OH0101001ROW-067 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAYAND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND GLENN RICHARD ROE ET UX | 12/22/2016 | V543 P2190 | RICHLAND | 001-N | 001-W | 2 | - | 31-0000335.000 | Guernsey | OH |
| OH0101001ROW-068 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAYAND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND RALPH WILLIAM ROE JR ET UX | 12/22/2016 | V543 P2194 | RICHLAND | 001-N | 001-W | 2 | - | 31-0000336.000 | Guernsey | OH |

Instrument 201700006674 OR

Book Page
5652 1276

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001ROW-069 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND ROY B ASHWORTH ET UX | 1/17/2017 | V543 P3649 | WASHINGTON | 001-N | 004-W | 14 | - | 40-0000133.003 40-0000133.004 | Guernsey | OH |
| OH0101001ROW-070 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND JONAS J AND DELILA H YODER | 1/10/2017 | V543 P3654 | WASHINGTON | 001-N | 004-W | 14 | - | 40-0000353.002 40-0000353.003 40-0000353.004 40-0000133.002 | Guernsey | OH |
| OH0101001ROW-071 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND TIMOTHY H MILLER ET UX | 2/2/2017 | V544 P2599 | WASHINGTON | 004-N | 001-W | 15 | - | 40-0000519.000 40-0000133.001 | Guernsey | OH |
| OH0101001ROW-072 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND CHARLES K CARTER | 2/2/2017 | V544 P2605 | WASHINGTON | 004-N | 001-W | 15 | - | 40-0000519.000 40-0000133.001 | Guernsey | OH |
| OH0101001ROW-073 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND BENJAMIN R HENDERSHOT ET UX | 1/9/2017 | V546 P2619 | RICHLAND | 001-N | 001-W | 2ndQ | - | 31-0002978.002 | Guernsey | OH |
| OH0101001ROW-074 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) ROW LLC AND VICTOR D HARDING JR ET AL ROW | 5/17/2017 | UNRECORDED | WILLS | 001-N | 001-W | 2 | - | 44-0000961.000 | Guernsey | OH |
| OH0101001ROW-075 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND ROBINSON FAM LTD PRTSHP ROW | 10/24/2014 | UNRECORDED | LONDONDERRY | 011-N | 007-W | 27 | - | 20-0000639.000 | Guernsey | OH |
| OH0101001ROW-076 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND NORMA LEE ROBINSON LIVING TRUST | 10/24/2014 | UNRECORDED | LONDONDERRY | 011-N | 007-W | 27 | - | 20-0000639.000 | Guernsey | OH |
| OH0101001ROW-077 | RIGHT OF WAY AGREEMENT | CARRIZO (UTICA) LLC AND GENE E AND ALICE M BURGA LIVING TRUST | 5/11/2017 | V547 P1768 | WILLS | 001-N | 001-W | 1 | - | 44-0000189.001 | Guernsey | OH |
| OH0101001ROW-078 | MEMORANDUM OF WATER PIPELINE RIGHT OF WAY AND OPTION AGREEMENT | CARRIZO (UTICA) ROW LLC AND KENNETH S AND PAMELA B LAURIE | 5/26/2017 | V547 P3308 | RICHLAND | 001-N | 001-W | 2 | - | 31-00002978.009 | Guernsey | OH |

Instrument 201700006694 OR
Book Page 552 1277

**Exhibit B**
**EASEMENTS - Guernsey County**
Attached to and made part of that certain Assignment,
Bill of Sale and Conveyance between Carrizo, Carrizo Utica
and Ascent dated effective 4/1/2017.

| Contract Reference No. | Type/Description | Parties to Contract | Effective Date | Recording No. | Township | Township | Range | Section | Qtr/Qtr | Tax Map No | County | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OH0101001SUR-001 | TEMPORARY EASEMENT AGREEMENT | CARRIZO (UTICA) LLC AND GENEVA M GUILER ET AL | 8/22/2013 | UNRECORDED | RICHLAND | 001-N | 001-W | ML 7 | - | 31-0000156.000 | Guernsey | OH |
| OH0101001SUR-002 | MEMORANDUM OF SURFACE USE AGREEMENT | CARRIZO (UTICA) LLC AND DANIEL R HOOP ET UX | 6/24/2014 | V517 P2464 | LONDONDERRY | 011-N | 007-W | 33 | - | 20-0000281.003 | Guernsey | OH |
| OH0101001SUR-003.1 | MEMORANDUM OF SURFACE AGREEMENT AND SUBSURFACE EASEMENT | CARRIZO (UTICA) LLC AND EARL A HOOP JR AND SANDRA K HOOP | 6/24/2014 | V517 P2461 | LONDONDERRY | 011-N | 007-W | 33 | - | 20-0000281.000 | Guernsey | OH |
| OH0101001SUR-003.2 | AMENDMENT TO SURFACE AGREEMENT AND SUBSURFACE EASEMENT | CARRIZO (UTICA) LLC AND EARL A HOOP JR AND SANDRA K HOOP | 6/24/2014 | V535 P3030 | LONDONDERRY | 011-N | 007-W | 33 | - | 20-0000281.004 | Guernsey | OH |
| OH0101001SUR-005 | MEMORANDUM OF SUBSURFACE EASEMENT | CARRIZO (UTICA) LLC AND ANTHONY J MOHOROVICH ET UX | 5/8/2014 | V521 P2358 | RICHLAND | 001-N | 001-W | 12 | - | 31-0002464.000 | Guernsey | OH |
| OH0101001SUR-007 | MEMORANDUM OF SURFACE USE AND CENTRAL FACILITIES OPTION AGREEMENT | CARRIZO (UTICA) LLC AND ROGER S TEDRICK ET UX SUR | 10/22/2015 | V531 P2143 | LONDONDERRY | 011-N | 007-W | 27 | - | 20-0000205.000 | Guernsey | OH |
| OH0101001SUR-008 | SURFACE USE AGREEMENT | CARRIZO (UTICA) LLC AND SYLVESTER MILLER & MONTA MILLER | 6/24/2013 | UNRECORDED | MONROE | - | | | | | Guernsey | OH |
| OH0101001SUR-009 | MEMORANDUM OF SURFACE EASEMENT AGREEMENT | KENNETH L BROWN JR AND JONAS J YODER AND DELILA H YODER | 8/30/2013 | V507 P451 | WASHINGTON | 004-N | 001-W | 14 | SW4 | 40-000353.005 | Guernsey | OH |

Instrument
20170000659d OR

Book Page
552 1278

Instrument
201700006694 OR

Book Page
552 1279

## Schedule 1

### Excluded Assets

| Seismic Licenses | |
|---|---|
| **Survey or Line:** | **Owned By:** |
| EGI-OH-02-11 | Evans Geophysical, Inc. |
| EGI-OH-03-11 | Evans Geophysical, Inc. |
| EGI-OH-04-11 | Evans Geophysical, Inc. |
| EGI-OH-06-13 | Evans Geophysical, Inc. |
| EGI-OH-11-11 | Evans Geophysical, Inc. |
| SEI-Ohio-E-W-3 | Seismic Exchange, Inc. |
| | |
| | |
| **HDPE Pipe** | |
| 1. 10,000 feet of 12" HDPE, DR 11. | |
| 2. 1,000 feet (25 – 40-foot sections) of 12" HDPE, DR 9. | |
| **Equipment** | |
| Approximately 500 Rig Mats. | |

201700006519
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
11-14-2017 At 12:07 pm.
LEASE          36.00
OR Book    552 Page 278 - 280
201700006519
HALO LAND MAN
PICK UP

Instrument         Book Page
201700006519 OR    552  278

## MEMORANDUM OF OIL & GAS LEASE

**THIS MEMORANDUM OF OIL AND GAS LEASE** dated the 9th day of November 2017 by and between Marlene S. Bond, a single woman, whose address is 22954 Cadiz Rd., Freeport, OH 43963, hereinafter called "Lessor," and Ascent Resources – Utica, LLC an Oklahoma Limited Liability Company, whose address is P.O. Box 13678, Oklahoma City, OK 73113, hereinafter called "Lessee."

### WHEREAS:

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, Lessor did make and execute in favor of Lessee an Oil and Gas Lease dated November 9, 2017 and made effective November 9, 2017 which provides for a Five (5) year primary term and an option to renew for an additional Five (5) year primary term.

Said lease covers all that certain tract of land being described as follows:

#### See attached Exhibit 'A' attached hereto and made a part hereof.

Containing 93.09 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purpose of drilling, operating for, producing and removing oil and gas and all the constituents thereof. This Lease may be extended beyond the primary term by certain activities including, without limitation, conducting operations, producing oil or gas, or making prescribed payments. This Lease also grants to Lessee a Right of First Refusal to match any offer to top lease the leased premises, which right may be exercised by Lessee within Fifteen (15) days after receipt of proper notice from Lessor.

This Memorandum of Oil and Gas Lease is being made and filed for the purpose of giving third parties notice of the existence of the Lease described above. The execution, delivery and recordation of this Memorandum of Oil and Gas Lease shall have no effect upon, and is not intended as an amendment of the terms and conditions of the Lease. It is the intent of the Lessor to lease all of Lessor's interest in and to the properties described herein, whether or not the tracts recited herein are properly described, and further it is understood this lease includes all rights owned by the Lessor in the properties described herein.

If the Lessor or any of the Lessor's successors or assigns requests a full executed copy of the Lease from the Lessee, or its successors or assigns, then such copy (including Exhibit "A") shall be provided to such party so requesting within thirty (30) days of the request being made.

IN WITNESS WHEREOF, Lessor hereunto sets hand and seal.

Lessor:

_Marlene J. Bond_
Marlene S. Bond

_(handwritten, left margin, rotated):_ FOR Supp. to Oper. Agree t F.S. See OR 35, 0R 35Supp. OR 2135, 2143, 2151, 2159, 2167 for pool agree See OR 555 @ 2153

1

EXHIBIT
6

Instrument
201700006519 OR

Book Page
552 279

**LESSOR ACKNOWLEDGMENT**

STATE OF _____Ohio_____ )
                                          ) SS:
COUNTY OF _____Guernsey_____ )

On this _11_ day of _November_____, 2017, before me, the undersigned officer, personally appeared Marlene S. Bond, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires: April 20, 2018

Signature/Notary Public: Deborah K Larrick

DEBORAH K. Notary Public (print): Deborah K Larrick
Notary Public, State of Ohio
My Commission Expires 4-20-18

Prepared By/Return to Ascent Resources – Utica, LLC at P.O. Box 13678, Oklahoma City, OK 73113

2

## EXHIBIT "A"

Attached to and made part of that certain Memorandum of Oil and Gas Lease dated November 9, 2017 by and between Marlene S. Bond, a single woman, as Lessor and Ascent Resources – Utica, LLC, P.O. Box 13678, Oklahoma City, OK 73113, as Lessee, to wit:

### DESCRIPTION OF THE LEASED PREMISES

Township: 11 Range: 7
Section 32; As to Tax Parcel No: 20-0000067.000

and is bounded formerly or currently as follows:

On the North by lands of: Kenneth D. Ruttig
On the East by lands of: Crab Orchard Rd.
On the South by lands of: Marlene S. Bond
On the West by lands of: Kenneth D. and Deborah S. Ruttig

Containing 40.00 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1996 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

Township: 11 Range: 7
Section 32; As to Tax Parcel No: 20-0000081.000

and is bounded formerly or currently as follows:

On the North by lands of: Michael Todd Wallace
On the East by lands of: Crab Orchard Rd.
On the South by lands of: Michael Todd Wallace
On the West by lands of: Michael Todd Wallace

Containing 2.375 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1996 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

Township: 11 Range: 7
Section 26; As to Tax Parcel No: 20-0001369.000

and is bounded formerly or currently as follows:

On the North by lands of: Marcia Gunn
On the East by lands of: Freeport Lodge #415
On the South by lands of: Ricky A. Hickman
On the West by lands of: Michael Todd Wallace

Containing 58.715 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1996 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

END

3

201700006521
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
11-14-2017 At 12:07 pm.
*Lease* 36.00
OR Book 552 Page 284 - 286
201700006521
HALO LAND MAN
PICK UP

Instrument          Book Page
201700006521 OR     552  284

### MEMORANDUM OF OIL & GAS LEASE

THIS MEMORANDUM OF OIL AND GAS LEASE dated the 9th day of November 2017 by and between Leisa K. Bond, a single woman, whose address is 73111 Deck Rd., Freeport, OH 43963, hereinafter called "Lessor," and Ascent Resources – Utica, LLC an Oklahoma Limited Liability Company, whose address is P.O. Box 13678, Oklahoma City, OK 73113, hereinafter called "Lessee."

### WHEREAS:

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, Lessor did make and execute in favor of Lessee an Oil and Gas Lease dated November 9, 2017 and made effective November 9, 2017 which provides for a Five (5) year primary term and an option to renew for an additional Five (5) year primary term.

Said lease covers all that certain tract of land being described as follows:

### See attached Exhibit 'A' attached hereto and made a part hereof.

Containing 3.035 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purpose of drilling, operating for, producing and removing oil and gas and all the constituents thereof. This Lease may be extended beyond the primary term by certain activities including, without limitation, conducting operations, producing oil or gas, or making prescribed payments. This Lease also grants to Lessee a Right of First Refusal to match any offer to top lease the leased premises, which right may be exercised by Lessee within Fifteen (15) days after receipt of proper notice from Lessor.

This Memorandum of Oil and Gas Lease is being made and filed for the purpose of giving third parties notice of the existence of the Lease described above. The execution, delivery and recordation of this Memorandum of Oil and Gas Lease shall have no effect upon, and is not intended as an amendment of the terms and conditions of the Lease. It is the intent of the Lessor to lease all of Lessor's interest in and to the properties described herein, whether or not the tracts recited herein are properly described, and further it is understood this lease includes all rights owned by the Lessor in the properties described herein.

If the Lessor or any of the Lessor's successors or assigns requests a full executed copy of the Lease from the Lessee, or its successors or assigns, then such copy (including Exhibit "A") shall be provided to such party so requesting within thirty (30) days of the request being made.

IN WITNESS WHEREOF, Lessor hereunto sets hand and seal.

Lessor:

_Leisa K. Bond_
Leisa K. Bond

1

Instrument     Book Page
201700006521 OR    552   285

**LESSOR ACKNOWLEDGMENT**

STATE OF ___Ohio___      ) 
                         ) SS:
COUNTY OF ___Guernsey___     )

On this _11_ day of _November_ , 2017, before me, the undersigned officer, personally appeared Leisa K. Bond, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires: _April 20, 2018_

Signature/Notary Public: _Deborah K Larrick_

Name/Notary Public (print): _Deborah K Larrick_

DEBORAH K. LARRICK
Notary Public, State of Ohio
My Commission Expires 4-20-18

Prepared By/Return to Ascent Resources – Utica, LLC at P.O. Box 13678, Oklahoma City, OK 73113

2

Instrument    Book Page
201700006521 OR    552   286

## EXHIBIT "A"

Attached to and made part of that certain Memorandum of Oil and Gas Lease dated November 9, 2017 by and
between Leisa K. Bond, a single woman, as Lessor and Ascent Resources – Utica, LLC, P.O. Box 13678,
Oklahoma City, OK 73113, as Lessee, to wit:

### DESCRIPTION OF THE LEASED PREMISES

Township: 11 Range: 7
Section 26; As to Tax Parcel No: 20-0001370.000

and is bounded formerly or currently as follows:

On the North by lands of: Marcia Gunn
On the East by lands of: Deck Rd.
On the South by lands of: Marlene S. Bond
On the West by lands of: Marlene S. Bond

Containing 3.035 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the
purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands
were conveyed to Lessor by virtue of deeds dated April 6, 2004 and recorded in said County and State in Official
Records Book 393, Page 1120 and by virtue of deeds recorded on July 31, 1981 and recorded in said County and
State in Official Records Book 345, Page 684.

**END**

3

201700007021
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-06-2017 At 03:15 pm.
LEASE                48.00
OR Book    552 Page 3060 - 3061
201700007021
HALO LAND MAN
PICK UP

| Instrument | Book Page |
|---|---|
| 201700007021 OR | 552 3060 |

### MEMORANDUM OF OIL & GAS LEASE

This Memorandum of Oil and Gas Lease dated the 22nd day of November 2017 by and between Scout Resources, LLC, of P.O. Box 13308, Denver, CO 80201, hereinafter collectively called "Lessor," and **Ascent Resources – Utica, LLC** an Oklahoma Limited Liability Company, whose address is **P.O. Box 13678, Oklahoma City, OK 73113**, hereinafter called "Lessee."

#### WHEREAS:

For said in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, Lessor did make and execute in favor of Lessee an Oil and Gas Lease dated November 22, 2017, and made effective November 22, 2017, which provides for a Five (5) year primary term.

Said lease covers all that certain tract of land being described as follows:

Township: 11, Range: 07
Section 33: Tax Parcel No.: 20-0000443.001, Containing 3.029 acres

and is bounded formerly or currently as follows:

On the North by lands of: Arleen G. Roby
On the East by lands of: Hoop Lane
On the South by lands of: Charles E. Miller
On the West by lands of: Kenneth D. Ruttig

Containing 3.029 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purpose of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deed dated April 8, 2014 and recorded in said County and State in Book 515, Page 1869. This Lease may be extended beyond the primary term by certain activities including, without limitation, conducting operations, producing oil or gas, or making prescribed payments. This Lease also grants to Lessee a Right of First Refusal to match any offer to top lease the leased premises, which right may be exercised by Lessee within Fifteen (15) days after receipt of proper notice from Lessor.

This Memorandum of Oil and Gas Lease is being made and filed for the purposes of giving third parties notice of the existence of the Lease described above. The execution, delivery and recordation of this Memorandum of Oil and Gas Lease shall have no effect upon, and is not intended as an amendment of the terms and conditions of the Lease. It is the intent of the Lessor to lease all of Lessor's interest in and to the properties described herein, whether or not the tracts recited herein are properly described, and further it is understood that this lease includes all rights owned by the Lessor in the properties described herein.

IN WITNESS WHEREOF, Lessor hereunto sets hand and seal.

WITNESS:                          LESSOR:
                                  Scout Resources, LLC

_Janne Bennick_                   _[signature]_

                                  Blake A. O'Shaughnessy, Principal

*[handwritten left margin, rotated:]* For Supp. to Operating H.E.S. See OR 556 pg. 2735, 2742, 2751, 2759, 2767
For pooling agree See OR 555 Pg 2153

1

Instrument
201700007021 OR

Book Page
552 3061

**LESSOR ACKNOWLEDGMENT**

STATE OF ___Colorado___

COUNTY OF ___Denver___

On this 21th day of __November__, 2017, before me, the undersigned officer, personally appeared Blake A. O'Shaughnessy, as Principal of Scout Resources, LLC, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My commission expires: 8/24/19

JANNE K. BENNICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114062458
MY COMMISSION EXPIRES 08/24/2019

_Janne K Bennick_
Notary Public

Prepared By/Return to Ascent Resources– Utica, LLC at P.O. Box 13678, Oklahoma City, OK 73113

2

```
201700007291
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
12-20-2017 At 10:31 am.
LEASE              28.00
OR Book      553 Page  731 -  732
201700007291
HALO LAND MAN
PICK UP

        Instrument OR    Book Page
        201700007291 OR   553  731
```

## MEMORANDUM OF OIL & GAS LEASE

This Memorandum of Oil and Gas Lease dated the 22nd day of November 2017 by and between **Niedoba Land & Minerals, LLC**, of P.O. Box 113, Luxor, PA 15662, hereinafter collectively called "Lessor," and **Ascent Resources – Utica, LLC** an **Oklahoma Limited Liability Company**, whose address is **P.O. Box 13678, Oklahoma City, OK 73113**, hereinafter called "Lessee."

### WHEREAS:

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, Lessor did make and execute in favor of Lessee an Oil and Gas Lease dated November 22, 2017, and made effective November 22, 2017, which provides for a **Five (5) year primary term.**

Said lease covers all that certain tract of land being described as follows:

Township: 11, Range: 07
Section 33: Tax Parcel No.: 20-0000443.001, Containing 3.029 acres

and is bounded formerly or currently as follows:

On the North by lands of: Arleen G. Roby
On the East by lands of: Hoop Lane
On the South by lands of: Charles E. Miller
On the West by lands of: Kenneth D. Ruttig

Containing 3.029 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purpose of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deed dated April 8, 2014 and recorded in said County and State in Book 515, Page 1866. This Lease may be extended beyond the primary term by certain activities including, without limitation, conducting operations, producing oil or gas, or making prescribed payments. This Lease also grants to Lessee a Right of First Refusal to match any offer to top lease the leased premises, which right may be exercised by Lessee within Fifteen (15) days after receipt of proper notice from Lessor.

This Memorandum of Oil and Gas Lease is being made and filed for the purpose of giving third parties notice of the existence of the Lease described above. The execution, delivery and recordation of this Memorandum of Oil and Gas Lease shall have no effect upon, and is not intended as an amendment of the terms and conditions of the Lease. It is the intent of the Lessor to lease all of Lessor's interest in and to the properties described herein, whether or not the tracts recited herein are properly described, and further it is understood this lease includes all rights owned by the Lessor in the properties described herein.

IN WITNESS WHEREOF, Lessor hereunto sets hand and seal.

WITNESS:

LESSOR:
Niedoba Land & Minerals, LLC

David P. Niedoba, Owner

*(handwritten left margin, rotated):* For Supro Operat Agree 1F.S. See OR Assign. 2736, 2742, 2751, 2759, 2767 for pooling/cc See OR 555 PG 253

1

Instrument
201700007291 OR

Book Page
553 732

## LESSOR ACKNOWLEDGMENT

STATE OF _Montana_ §
§
COUNTY OF _Gallatin_ §

On this **6** day of _December_____, 2017, before me, the undersigned officer, personally appeared **David P. Niedoba**, as Owner of Niedoba Land & Minerals, LLC, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My commission expires: _December 28, 2020_

_Gabriela Caminschi_
Notary Public

GABRIELA CAMINSCHI
Notary Public
for the State of Montana
Residing at:
Bozeman, Montana
My Commission Expires:
December 28, 2020
NOTARIAL SEAL

Prepared By/Return to Ascent Resources– Utica, LLC at P.O. Box 13678, Oklahoma City, OK 73113

2

201700006520
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
11-14-2017 At 12:07 pm.
LEASE                36.00
OR Book    552 Page 281 - 283
201700006520
HALO LAND MAN
PICK UP

Instrument          Book Page
201700006520 OR      552  281

## MEMORANDUM OF OIL & GAS LEASE

THIS MEMORANDUM OF OIL AND GAS LEASE dated the 9th day of November 2017 by and between Dale E. Bond, a single man by and through his Attorney-in-Fact Marlene S. Bond, whose address is 22954 Cadiz Rd., Freeport, OH 43963, hereinafter called "Lessor," and Ascent Resources -- Utica, LLC an Oklahoma Limited Liability Company, whose address is P.O. Box 13678, Oklahoma City, OK 73113, hereinafter called "Lessee." .

### WHEREAS:

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, Lessor did make and execute in favor of Lessee an Oil and Gas Lease dated November 9, 2017 and made effective November 9, 2017 which provides for a Five (5) year primary term and an option to renew for an additional Five (5) year primary term.

Said lease covers all that certain tract of land being described as follows:

### See attached Exhibit 'A' attached hereto and made a part hereof.

Containing 93.09 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purpose of drilling, operating for, producing and removing oil and gas and all the constituents thereof. This Lease may be extended beyond the primary term by certain activities including, without limitation, conducting operations, producing oil or gas, or making prescribed payments. This Lease also grants to Lessee a Right of First Refusal to match any offer to top lease the leased premises, which right may be exercised by Lessee within Fifteen (15) days after receipt of proper notice from Lessor.

This Memorandum of Oil and Gas Lease is being made and filed for the purpose of giving third parties notice of the existence of the Lease described above. The execution, delivery and recordation of this Memorandum of Oil and Gas Lease shall have no effect upon, and is not intended as an amendment of the terms and conditions of the Lease. It is the intent of the Lessor to lease all of Lessor's interest in and to the properties described herein, whether or not the tracts recited herein are properly described, and further it is understood this lease includes all rights owned by the Lessor in the properties described herein.

If the Lessor or any of the Lessor's successors or assigns requests a full executed copy of the Lease from the Lessee, or its successors or assigns, then such copy (including Exhibit "A") shall be provided to such party so requesting within thirty (30) days of the request being made.

IN WITNESS WHEREOF, Lessor hereunto sets hand and seal.

Lessor:

_____
Dale E. Bond by and through his Attorney-in-Fact
Marlene S. Bond

1

Instrument
201700006520 OR

Book Page
552  282

## LESSOR ACKNOWLEDGMENT

STATE OF _Ohio_ )
) SS:
COUNTY OF _Guernsey_ )

On this _11_ day of _November_, 2017, before me, the undersigned officer, personally appeared Dale E. Bond, by and through his Attorney-in-Fact Marlene S. Bond, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.



My Commission Expires: _April 20, 2018_

Signature/Notary Public: _Deborah K Larrick_

Name/Notary Public (print): _Deborah K. Larrick_

DEBORAH K. LARRICK
Notary Public, State of Ohio
My Commission Expires _4-20-18_

Prepared By/Return to Ascent Resources – Utica, LLC at P.O. Box 13678, Oklahoma City, OK 73113

2

Instrument
201700006520 OR

Book Page
552 283

## EXHIBIT "A"

Attached to and made part of that certain Memorandum of Oil and Gas Lease dated November 9, 2017 by and between Dale E. Bond, a single man, by and through his Attorney-in-Fact Marlene S. Bond, as Lessor and Ascent Resources – Utica, LLC, P.O. Box 13678, Oklahoma City, OK  73113, as Lessee, to wit:

### DESCRIPTION OF THE LEASED PREMISES

Township: 11 Range: 7
Section 32; As to Tax Parcel No: 20-0000067.000

and is bounded formerly or currently as follows:

On the North by lands of: Kenneth D. Ruttig
On the East by lands of: Crab Orchard Rd.
On the South by lands of: Marlene S. Bond
On the West by lands of: Kenneth D. and Deborah S. Ruttig

Containing 40.00 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1998 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

Township: 11 Range: 7
Section 32; As to Tax Parcel No: 20-0000081.000

and is bounded formerly or currently as follows:

On the North by lands of: Michael Todd Wallace
On the East by lands of: Crab Orchard Rd.
On the South by lands of: Michael Todd Wallace
On the West by lands of: Michael Todd Wallace

Containing 2.375 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1998 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

Township: 11 Range: 7
Section 26; As to Tax Parcel No: 20-0001369.000

and is bounded formerly or currently as follows:

On the North by lands of: Marcia Gunn
On the East by lands of: Freeport Lodge #415
On the South by lands of: Ricky A. Hickman
On the West by lands of: Michael Todd Wallace

Containing 50.715 acres and located in the Township of Londonderry, Guernsey County, State of Ohio, for the purposes of drilling, operating for, producing and removing oil and gas and all the constituents thereof. Said lands were conveyed to Lessor by virtue of deeds dated April 30, 1998 and recorded in said County and State in Official Records Book 183, Page 777 and by viture of deeds dated May 13, 2014 and recorded in said County and State in Official Records Book 516, Page 656 and by viture of deeds dated September 12, 2017 and recorded in said County and State in Official Records Book 550, Page 1178.

END

3