# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SOUND ENERGY COMPANY, INC.**, *et al.*,

    **Plaintiffs,**

    v.

**ASCENT RESOURCES – UTICA, LLC**, *et al.*,

    **Defendants.**

    Civil Action 2:18-cv-1771
    Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Defendant Carrizo (Utica) LLC's Motion to be Excused from Pretrial Proceedings and Trial. (ECF No. 95.) On March 23, 2021, the Court granted Defendant Carrizo (Utica) LLC's Motion for Summary Judgment, ECF No. 43, and entered final judgment in favor of Defendant Carrizo (Utica) LLC on all counts against it. (ECF No. 77.)

Accordingly, and in the absence of any objection, Defendant Carrizo (Utica) LLC's Motion to be Excused from Pretrial Proceedings and Trial, ECF No. 95, is **GRANTED**. Defendant Carrizo (Utica) LLC is **EXCUSED** from all pretrial and trial proceedings as set forth in the Court's trial scheduling orders. (ECF Nos. 92, 93.)

    IT IS SO ORDERED.

DATED: May 11, 2022

    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**